ORIGINAL

FILED
DEC 1 0 2007
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN ORDNANCE LLC,<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 07-867 C |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff, American Ordnance LLC ("AO"), states that it is a Delaware limited liability company that is owned 50% by Mason & Hanger Corporation ("MHC"), a West Virginia corporation; and 50% by Day & Zimmermann, Inc. ("DZI"), a Maryland corporation. MHC is a wholly-owned subsidiary of The Mason Company, a Delaware corporation, which is in turn a wholly owned subsidiary of DZI.

DZI is a wholly-owned subsidiary of The Day & Zimmermann Group, Inc., a Delaware corporation, which is the ultimate parent company of AO.

Respectfully submitted this 7th day of December, 2007.

Steven M. Masiello
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

ATTORNEY FOR PLAINTIFF,
AMERICAN ORDNANCE LLC

OF COUNSEL:
Timothy R. Odil
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
FAX: (303) 634-4400

DN:32133031.1