IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-867C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, United States, respectfully requests a 14 day enlargement of time, to and including February 22, 2008 to file a response to the complaint. Our response is currently due on February 8, 2008. We have not previously requested an enlargement for this purpose. This is defendant's first request for an enlargement for this purpose. On January 29, 2008, Steven M. Masiello, counsel for the plaintiff, indicated to Government counsel that he did not oppose this motion.

Upon being assigned responsibility for this matter, defendant's counsel promptly forwarded a copy of the complaint to the United States Department of the Army. Counsel was first able to speak to the agency counsel on January 18, 2008. The agency has advised us that it will be unable to provide counsel with the statutorily required litigation report in sufficient time for counsel to prepare a response to the complaint by the current due date, because personnel necessary to the preparation of the report have not been available until recently. Therefore, this enlargement is necessary to ensure adequate time for the agency to prepare a litigation report, as well as adequate time for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For the foregoing reasons, we respectfully requests the Court to grant this unopposed

motion for enlargement of time of 14 days, to and including, February 22, 2008, within which to file a response to the plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/
REGINALD T. BLADES, JR.
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

February 1, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1st day of February, 2008, the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joan M. Stentiford
JOAN M. STENTIFORD