# In the United States Court of Federal Claims

No. 07-867C

(Filed: April 15, 2008)

```
**************************************** *
                                         *
AMERICAN ORDNANCE LLC,                   *
                                         *
                    Plaintiff,           *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                    Defendant.           *
                                         *
**************************************** *
```

**SCHEDULING ORDER**

On April 4, 2008, the Court conducted a telephonic status conference with counsel for the parties to discuss Plaintiff's Motion for an Expedited Hearing on Declaratory Judgment. With the agreement of counsel, the Court adopts the following schedule:

1. The parties shall complete all discovery by June 6, 2008.

2. The parties shall files all dispositive motions by June 30, 2008.

3. Trial shall begin on August 12, 2008 at 9:30 AM at the National Courts Building at 717 Madison Place, NW in Washington, DC. The Court will allot four days, through August 15, for trial.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge