# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **AMERICAN ORDNANCE LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **Case No. 07-867C**<br>**Judge Wheeler** |

## UNOPPOSED MOTION TO SEAL APRIL 4, 2008 HEARING TRANSCRIPT

Plaintiff, American Ordnance LLC ("AO"), respectfully moves the Court to file under seal the Transcript of the Hearing conducted on April 4, 2008 in the above-captioned Case No. 07-867C [Docket No. 12]. The referenced hearing took place prior to entry of a Protective Order in a related case, Case No. 08-238C (the "Bid Protest Case"). Counsel for AO in the Bid Protest Case ("Bid Protest Counsel") has identified one piece of information (the "Proprietary Information"), appearing at pages 13 and 15 of the April 4 Transcript, that should be treated as proprietary to AO. Bid Protest Counsel has designated this information as protected in AO's Bid Protest Complaint, and the Bid Protest Complaint is filed under seal. A redacted version of the April 4, 2008 Transcript is filed herewith as **Exhibit A**.

Certificate of Conference. Bid Protest Counsel, counsel in the above-captioned case, and counsel for the United States, Ms. Joan Stentiford, conferred regarding this motion. The United States, the only other party to the above-captioned action and the

Bid Protest Case, does not oppose AO's proposal that the Proprietary Information be treated as protected information.

A proposed form of order is attached hereto as **Exhibit B** for the Court's consideration.

WHEREFORE, AO respectfully requests that the unredacted version of the April 4, 2008 Transcript lodged in the Clerk's office be placed under seal.

Respectfully submitted this 16th day of April, 2008.

*s/ Steven M. Masiello*

Steven M. Masiello
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
Facsimile: (303) 634-4400
E-mail: smasiello@mckennalong.com

ATTORNEY FOR PLAINTIFF,
AMERICAN ORDNANCE LLC

Of Counsel:
Timothy R. Odil
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, CO 80202
(303) 634-4000
Facsimile: (303) 634-4400
E-mail: todil@mckennalong.com

DN:32140732.1