# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Case No. 07-867C

(Filed: ____________)

AMERICAN ORDNANCE LLC,

Plaintiff,

v.

UNITED STATES,

Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO SEAL APRIL 4, 2008 HEARING TRANSCRIPT

Plaintiff American Ordnance LLC's ("AO") Unopposed Motion to Seal April 4, 2008 Hearing Transcript is hereby **GRANTED**. The April 4, 2008 hearing transcript in Case No. 07-867C [Docket No. 12] shall be placed under seal. Counsel in Case No. 07-867C and Case No. 08-238C may retain their copies of the unredacted transcript, but must otherwise treat the transcript as a confidential document that may not be disclosed to parties other than AO.

IT IS SO ORDERED.

THOMAS C. WHEELER
Judge