# In the United States Court of Federal Claims

No. 07-867C

(Filed: April 17, 2008)

*************************************** *
*
AMERICAN ORDNANCE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

**ORDER**

On April 16, 2008, Plaintiff American Ordnance LLC filed an unopposed Motion to Seal April 4, 2008 Hearing Transcript. For good cause shown, the motion is hereby GRANTED and the Clerk is directed to place the April 4, 2008 hearing transcript under seal. Counsel in Case No. 07-867C and 08-238C may retain their copies of the unredacted transcript, but must otherwise treat the transcript as a confidential document that may not be disclosed to parties other than American Ordnance LLC.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge