| SOLICITATION, OFFER AND AWARD | 1. This Contract Is A Rated Order Under DPAS (15 CFR 700) | Rating DOA5 | Page 1 of 16 |
|---|---|---|---|

| 2. Contract No. | 3. Solicitation No. | 4. Type of Solicitation | 5. Date Issued | 6. Requisition/Purchase No. |
|---|---|---|---|---|
| DAAA09-98-E-0003 | | | | SEE SCHEDULE |

| 7. Issued By | Code W52P1J | 8. Address Offer To (If Other Than Item 7) |
|---|---|---|
| IOC<br>AMSIO-ACG-ARMS<br>ROCK ISLAND IL 61299-6000 | | |

SOLICITATION NOTE: In sealed bid solicitations 'offer' and 'offeror' mean 'bid' and 'bidder'.

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in item 8, or if handcarried, in the depository located in ______ until ______ (hour) local time ______ (Date).

Caution - Late Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. For Information Call: | Name DONNA PONCE<br>E-mail address: DPONCE@RIA-EMH2.ARMY.MIL | Telephone No. (Include Area Code) (NO Collect Calls)<br>(309) 782-4535 |
|---|---|---|

11. Table Of Contents

| (X) | Section | Description | Page(s) | (X) | Section | Description | Page(s) |
|---|---|---|---|---|---|---|---|
| | | Part I - The Schedule | | | | Part II - Contract Clauses | |
| X | A | Solicitation/Contract Form | 1 | X | I | Contract Clauses | 14 |
| | B | Supplies or Services and Prices/Costs | | | | Part III - List Of Documents, Exhibits, And Other Attachments | |
| | C | Description/Specs./Work Statement | | X | J | List of Attachments | 16 |
| | D | Packaging and Marking | | | | Part IV - Representations And Instructions | |
| X | E | Inspection and Acceptance | 5 | | K | Representations, Certifications, and Other Statements of Offerors | |
| | F | Deliveries or Performance | | | | | |
| | G | Contract Administration Data | | | L | Instrs., Conds., and Notices to Offerors | |
| X | H | Special Contract Requirements | 6 | | M | Evaluation Factors for Award | |

OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ____ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. Discount For Prompt Payment (See Section I, Clause No. 52.232-8)

| 14. Acknowledgment of Amendments (The offeror acknowledges receipt of amendments to the Solicitation for offerors and related documents numbered and dated: | Amendment Number | Date | Amendment Number | Date |
|---|---|---|---|---|
| | | | | |

| 15A. Contractor/Offeror/Quoter | Code 1D9L6 | Facility | 16. Name and Title of Person Authorized to Sign Offer (Type or Print) |
|---|---|---|---|
| AMERICAN ORDNANCE LLC<br>2355 HARRODSBURG ROAD<br>LEXINGTON, KY 40504-3363 | | | R. M. Loghry, President<br>American Ordnance LLC |

| 15B. Telephone Number (Include Area Code) | 15C. Check if Remittance Address is Different From Blk 15A- Furnish Such Address In Offer ☐ | 17. Signature | 18. Offer Date |
|---|---|---|---|
| | | R. M. Loghry | |

AWARD (To be completed by Government)

| 19. Accepted As To Items Numbered | 20. Amount | 21. Accounting And Appropriation |
|---|---|---|
| SEE SCHEDULE | $0.00 | SEE SECTION G |

| 22. Authority For Using Other Than Full And Open Competition: | 23. Submit Invoices To Address Shown In (4 copies unless otherwise specified) | Item |
|---|---|---|
| ☒ 10 U.S.C. 2304(c)( 1 ) ☐ 41 U.S.C. 253(c)( ) | | 25 |

| 24. Administered By (If other than Item 7) | Code W52P1J | 25. Payment Will Be Made By | Code W52H1C |
|---|---|---|---|
| COMMANDER USA<br>INDUSTRIAL OPERATIONS COMMAND<br>ATTN: PROCUREMENT DIRECTORATE<br>ROCK ISLAND, IL 61299-6000<br>SCD C PAS NONE ADP PT W52P1J | | DEFENSE FINANCE & ACCOUNTING SERVIC<br>ROCK ISLAND OPERATING LOCATION<br>ATTN DFAS-RI-FPV<br>BUILDING 68<br>ROCK ISLAND IL 61299-8301 | |

| 26. Name of Contracting Officer (Type or Print) | 27. United States Of America | 28. Award Date |
|---|---|---|
| Trudy A. Hallgren | Trudy A. Hallgren<br>(Signature of Contracting Officer) | 7-22-98 |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITIONS NOT USABLE

33-132

Standard Form 33 (Rev. 4-85)
Prescribed By GSA-FAR (48 CFR) 53.214(c)

5662

| CONTINUATION SHEET | Reference No. of Document Being Con...ued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 2 of 16 |
|---|---|---|

**Name of Offeror or Contractor:** AMERICAN ORDNANCE LLC

SECTION A - SUPPLEMENTAL INFORMATION

For Local Clauses See: http://www.ioc.army.mil/ac/aais/ioc/clauses/index.htm

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| A-1 | 52.252-4500 | FULL TEXT CLAUSES | SEP/1997 |

1. The entire body of full text regulatory and command unique clauses and provisions will no longer be included in solicitations or contracts. These clauses and provisions have the same force and effect as if the entire full text was included in the solicitation/contract. Where text has been removed three astericks are put in its place (***).

2. You can view or obtain a copy of the clauses and provisions on the internet at: www.ioc.army.mil/ac/aais/ioc/clauses/index.htm. Click on command unique first to locate the clause. If it is not located under command unique click on regulatory to find.

3. All full text clauses have a 6 or 7 as the third digit of the clause number (i.e. AS7000).

(End of clause)

(AS7001)

A-2

EXECUTIVE SUMMARY

WHEREAS, THE UNITED STATES OF AMERICA, HEREINAFTER CALLED THE GOVERNMENT, REPRESENTED BY THE CONTRACTING OFFICER EXECUTING THIS CONTRACT, AND AMERICAN ORDNANCE LLC, HEREINAFTER CALLED THE CONTRACTOR, SHALL ENTER INTO THIS FACILITY USE CONTRACT FOR THE PURPOSE OF ALLOWING AMERICAN ORDNANCE THE USE OF THE IOWA AND MILAN ARMY AMMUNITION PLANTS UNDER THE TERMS AND CONDITIONS OF THIS CONTRACT AND,

WHEREAS, THE GOVERNMENT AND THE CONTRACTOR DESIRE TO ESTABLISH THE USE, MAINTENANCE, PHYSICAL ACCOUNTABILITY, AND GEOGRAPHICAL LOCATION OF CERTAIN ITEMS OF GOVERNMENT-OWNED INDUSTRIAL PLANT EQUIPMENT, REAL PROPERTY, SUPPORT EQUIPMENT, AND OTHER PLANT EQUIPMENT, SPECIAL TOOLING AND SPECIAL TEST EQUIPMENT, AND

WHEREAS, THE PARTIES DESIRE TO DEFINE ACCOUNTABILITY OF GOVERNMENT-OWNED EQUIPMENT AND RESPONSIBILITY FOR GOVERNMENT-OWNED REAL PROPERTY IDENTIFIED IN THE OPERATIONAL PLANS ATTACHED TO THIS CONTRACT.

NOW, THEREFORE, THE PARTIES HERETO MUTUALLY AGREE AS FOLLOWS:

1. CONTRACT DAAA09-98-E-0003 SHALL PROVIDE FOR THE STATED PURPOSES AS DELINEATED ABOVE.

2. THIS IS A FACILITY USE CONTRACT.

3. THE TERM OF THIS CONTRACT IS FIVE (5) YEARS.

4. THE EFFECTIVE DATE OF THIS CONTRACT IS SEPTEMBER 28, 1998, OR THE DATE ON WHICH BOTH THE FOLLOWING EVENTS HAVE OCCURRED:

(A) P.L. 85-804 INDEMNIFICATION, IN THE FORM REQUESTED BY THE CONTRACTOR, HAS BEEN AUTHORIZED AND INCLUDED IN THE CONTRACT.

(B) THE CLOSING BETWEEN MASON & HANGER CORPORATION AND GENERAL DYNAMICS ORDNANCE SYSTEMS, INC., TRANSFERRING CERTAIN ASSETS AT IOWA AAP AND MILAN AAP TO THE CONTRACTOR, HAS OCCURRED, WHICHEVER DATE IS LATER.

5. COMPANION BASIC ORDERING AGREEMENTS (BOAs) TO THIS FACILITY USE CONTRACT FOR SUPPLIES AND SERVICES ARE DAAA09-98-G-0011 AND DAAA09-98-G-0012, RESPECTIVELY.

6. THE CONTRACTOR WILL PROVIDE THE "LIST OF EQUIPMENT AND PROPERTY BEING USED", ATTACHMENT 003 (SEE SECTION H - LIABILITY FOR GOVERNMENT PROPERTY) WITHIN 60 DAYS OF THE EFFECTIVE DATE OF THIS FACILITY USE CONTRACT.

7. UPON THE EFFECTIVE DATE OF THE FACILITY USE CONTRACT, THE PLANT UTILIZATION POLICY (PUP) IS NO LONGER APPLICABLE TO ANY OPERATION OR WORK PERFORMED AT THE MILAN ARMY AMMUNITION PLANT.

8. THE PARTIES MAY MUTUALLY AGREE ON AN ALTERNATE WAY FOR CALCULATING RENTAL CHARGES UNDER THE "USE AND CHARGES" CLAUSE OF THIS CONTRACT.

*** END OF NARRATIVE A001 ***

A-3

INDEMNIFICATION UNDER PUBLIC LAW 85-804

PURSUANT TO THE AUTHORITY OF THE SECRETARY OF THE ARMY MEMORANDUM OF DECISION (MoD) DATED XXXX XX, 1998 (SEE SECTION J, ATTACHMENT 01 TO THE CONTRACT), FAR CLAUSE 52.250-1, INDEMNIFICATION UNDER PUBLIC LAW 85-804, IS INCORPORATED INTO THIS CONTRACT.

1. THE CLAUSE IS SET FORTH AT I-17.

2. ATTACHMENT B TO THE MoD (ALSO IN ATTACHMENT 01) SETS FORTH THE DEFINITION OF "UNUSUALLY HAZARDOUS RISKS" TO WHICH THE INDEMNIFICATION AUTHORITY APPLIES.

3. THE MoD AND ITS ATTACHMENT B ALSO CITE THE RATIONALE FOR THE APPROVAL OF INDEMNIFICATION AUTHORITY AND CONTAIN OTHER LIMITATIONS ON THE EXTENSION AND USE OF THE INDEMNIFICATION AUTHORITY.

*** END OF NARRATIVE A002 ***

A-4

ENVIRONMENTAL AGREEMENT

1. THE PARTIES TO THIS CONTRACT AGREE THAT THEY INTEND THAT ALL WORK PERFORMED UNDER THE CONTRACT BE IN COMPLIANCE WITH FEDERAL AND APPLICABLE STATE OR LOCAL LAWS AND REGULATIONS, INCLUDING ENVIRONMENTAL AND POLLUTION ABATEMENT LAWS. IF IT IS DETERMINED THAT THE CONTRACTOR IS OPERATING OUTSIDE ENVIRONMENTAL LIMITS, THE CONTRACTOR WILL, IN CONJUNCTION WITH THE ACO, NOTIFY PROPER REGULATORY AUTHORITIES AND UNLESS AN IMMEDIATE WAIVER IS GRANTED, THE CONTRACTOR MAY SUSPEND THE OPERATIONS CAUSING THE ENVIRONMENTAL PROBLEM. THE PARTIES FURTHER AGREE THAT IN THE EVENT THE CONTRACTING OFFICER GIVES THE CONTRACTOR WRITTEN DIRECTION TO RESUME OPERATION UNDER THE CONTRACT, AND THE CONTRACTOR ACCEPTS SUCH DIRECTION, THE GOVERNMENT AGREES TO REIMBURSE THE CONTRACTOR, SUBJECT TO THE AVAILABILITY OF FUNDS, FOR THE COST OF FINES AND PENALTIES RESULTING FROM ANY VIOLATION OF, OR FAILURE OF THE CONTRACTOR TO COMPLY WITH, FEDERAL, STATE, OR LOCAL LAWS.

2. DEFINITION OF CLAIM OR LOSS: FOR PURPOSES OF FAR 52.250-1, THE PARTIES AGREE THAT THE TERMS (1) "CLAIMS...BY THIRD PERSONS...FOR...LOSS OF, DAMAGE TO, OR LOSS OF USE OF PROPERTY" AND (2) "LOSS OF, DAMAGE TO, OR LOSS OF USE OF GOVERNMENT PROPERTY" INCLUDE, BUT ARE NOT LIMITED TO, CLAIMS, ORDERS, OR REQUIREMENTS (EXCLUDING CRIMINAL CLAIMS OR ORDERS, BUT INCLUDING WITHOUT LIMITATION, CORRECTIVE ACTION REQUIREMENTS UNDER RCRA, INVESTIGATION OR RESPONSE ACTIONS MANDATED BY CERCLA, AND ANY NATURAL RESOURCE DAMAGES OR PRIVATE COST RECOVERIES AWARDED PURSUANT TO CERCLA OR COMPARABLE STATE LAWS) RELATING TO ENVIRONMENTAL CONTAMINATION, THREATS OF CONTAMINATION, RELEASES, OR THREATS OF RELEASES ARISING OUT OF THE UNUSUALLY HAZARDOUS RISKS DEFINED IN THIS CONTRACT, WHETHER THESE CLAIMS, ORDERS, OR REQUIREMENTS BE LODGED BY ADMINISTRATIVE OR JUDICIAL TRIBUNALS OR ENTERED BY FEDERAL OR STATE REGULATORY AGENCIES.

*** END OF NARRATIVE A003 ***

A-5

OPERATIONAL PLANS

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 4 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

1. THE FOLLOWING OPERATIONAL PLANS ARE INCORPORATED HEREIN:

   A. MAINTENANCE PLAN

   B. PROPERTY PLAN

   C. SECURITY PLAN

   D. SAFETY PLAN

   E. FIRE PROTECTION PLAN

   F. ENVIRONMENTAL PLAN

2. THE CONTRACTOR SHALL COMPLY WITH THESE PLANS DURING THE TERM OF THE CONTRACT BUT AT NO COST TO THIS CONTRACT. THE COSTS ASSOCIATED WITH THESE PLANS SHALL BE CHARGED TO RELATED AND OTHER CONTRACTS IN ACCORDANCE WITH THE CONTRACTOR'S COST ACCOUNTING DISCLOSURE STATEMENT.

*** END OF NARRATIVE A004 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 5 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

SECTION E - INSPECTION AND ACCEPTANCE

For Local Clauses See: http://www.ioc.army.mil/ac/aais/ioc/clauses/index.htm

The following Federal Acquisition Regulation (FAR), DoD FAR Supplement clauses and provisions, the full text of which will be made available upon request, are incorporated herein by reference with the same force and effect as if set forth in full text.

The text of the clauses incorporated by reference herein are available from the contract specialist indicated in block 7 of the Standard Form 33 or (as applicable) the contracting officer and will be furnished upon request. Other documents are available as indicated in the schedule.

Any company/individual wishing to purchase a copy of the Federal Acquisition Regulation (FAR), the Army FAR Supplement or the DOD FAR Supplement, may do so from the Superintendent of Documents, US Government Printing Office, Washington DC 20402

(EA7001)

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| E-1 | 52.246-10 | INSPECTION OF FACILITIES | APR/1984 |

| CONTINUATION SHEET | Reference No. of Document Being Continued PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 6 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

SECTION H - SPECIAL CONTRACT REQUIREMENTS

For Local Clauses See: http://www.ioc.army.mil/ac/aais/ioc/clauses/index.htm

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| H-1 | 252.223-7006 DFARS | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS | APR/1993 |

H-2

LIABILITY FOR GOVERNMENT PROPERTY

1. "FACILITIES" UNDER THIS CONTRACT SHALL MEAN ALL REAL AND PERSONAL PROPERTY AT THE IOWA AND MILAN AAPs OWNED BY THE GOVERNMENT SET FORTH IN ATTACHMENT 03, LIST OF EQUIPMENT AND PROPERTY BEING USED. AS A SPECIFIC LIMITATION ON FAR 52.245-11(k)(2), THE GOVERNMENT SHALL NOT REMOVE OR EXCESS ANY PROPERTY LISTED IN ATTACHMENT 03 DURING THE CONTRACT TERM UNLESS THE CONTRACT IS TERMINATED IN ITS ENTIRETY IN ACCORDANCE WITH CONTRACTUAL LANGUAGE SET FORTH IN SECTION H-7 ENTITLED TERMINATION, OR, THE PARTIES MUTUALLY AGREE TO SUCH REMOVAL OR EXCESS. FAR 52.245-8 CONTROLS THE CONTRACTOR'S LIABILITY FOR LOSS, DESTRUCTION, OR DAMAGE TO GOVERNMENT FACILITIES UNDER THIS CONTRACT.

2. ANY OTHER GOVERNMENT PROPERTY BROUGHT TO THE IOWA OR MILAN AAPs DURING THE TERM OF THIS CONTRACT SHALL BE PROVIDED SPECIFICALLY UNDER THIS CONTRACT OR SOME OTHER RELATED CONTRACT. IF THE GOVERNMENT SHIPS GOVERNMENT-OWNED PROPERTY TO THE IOWA OR MILAN AAPs WITHOUT DESIGNATING A SPECIFIC CONTRACT, IT SHALL BE DEEMED TO HAVE BEEN PROVIDED UNDER THIS CONTRACT. THE LIABILITY PROVISIONS OF THE CONTRACT THROUGH WHICH THE GOVERNMENT PROPERTY IS PROVIDED SHALL GOVERN THE CONTRACTOR'S LIABILITY WITH RESPECT TO THAT PROPERTY.

3. FAR 52.237-2 HAS BEEN INCLUDED IN SECTION I OF THIS CONTRACT AND SHALL HAVE THE FOLLOWING APPLICATION. SINCE ALL GOVERNMENT PROPERTY AT IOWA AND MILAN AAPs AT ANY TIME DURING THE TERM OF THIS CONTRACT SHALL BE PROVIDED EITHER UNDER THIS CONTRACT OR SOME RELATED OR OTHER CONTRACT, AND SINCE THE PROVISIONS OF THE CONTRACT UNDER WHICH IT IS PROVIDED SHALL DETERMINE THE CONTRACTOR'S LIABILITY FOR THAT GOVERNMENT PROPERTY, FAR 52.237-2 SHALL HAVE NO APPLICATION TO THE CONTRACTOR. FAR 52.237-2 SHALL BE INCLUDED BY THE CONTRACTOR IN ANY SUBCONTRACTS HEREUNDER AND SHALL DETERMINE THE SUBCONTRACTOR'S LIABILITY FOR GOVERNMENT PROPERTY AT IOWA AND MILAN AAPs WHICH IS NOT PROVIDED FOR THE SUBCONTRACTOR'S USE UNDER ITS SUBCONTRACT HEREUNDER.

4. WITH RESPECT TO FAR 52.245-11(i), THE CONTRACTOR IS LIABLE ONLY FOR THOSE DAMAGES CAUSED BY THE CONTRACTOR IN CONNECTION WITH THE ACTIVE USE OF SUCH FACILITIES FOR WHICH THE CONTRACTOR IS NOT RELIEVED OR INDEMNIFIED IN THIS CONTRACT, INCLUDING FAR 52.245-8 AND FAR 52.250-1.

*** END OF NARRATIVE H001 ***

H-3

NOTIFICATION OF INITIATION AND DISCONTINUANCE OF ACTIVE USE

1. AS FAR IN ADVANCE OF ACTUAL USE AS IS REASONABLY FEASIBLE, THE CONTRACTOR SHALL NOTIFY THE GOVERNMENT IN WRITING OF ALL FACILITIES IT INTENDS TO PLACE IN ACTUAL ACTIVE USE THROUGH ITS OWN ACTIVITIES OR THROUGH SUBCONTRACTS TO THIS CONTRACT. SUCH NOTIFICATION SHALL BE IN ACCORDANCE WITH MUTUALLY AGREEABLE PROCEDURES. THE PARTIES SHALL NEGOTIATE ON A CASE-BY-CASE BASIS THE RESPONSIBILITY TO BRING ANY FACILITIES TO BE PLACED IN ACTIVE USE INTO COMPLIANCE WITH ALL FEDERAL, STATE, AND LOCAL LAWS AND REGULATIONS.

2. THE CONTRACTING OFFICER'S WRITTEN APPROVAL IS REQUIRED PRIOR TO ANY ACTIVE USE OF THE FACILITIES BY THE CONTRACTOR. THE GOVERNMENT WILL RESPOND IN AN EXPEDITIOUS MANNER TO THE SUBMISSIONS OF CONTRACTOR UNDER PARAGRAPH 1 ABOVE. BY EXECUTION OF THIS CONTRACT, THE CONTRACTING OFFICER APPROVES USE OF THE FACILITIES HEREUNDER FOR THE COMPANION BASIC ORDERING AGREEMENTS REFERENCED IN A-2, PARAGRAPH 5. ALL USES PREVIOUSLY APPROVED BY THE CONTRACTING OFFICER UNDER THE FOLLOWING CONTRACTS CONTINUE TO BE IN FULL FORCE AND EFFECT:

| IOWA AAP | MILAN AAP |
|---|---|
| DAAA09-91-Z-0006 | DAAA09-91-Z-0010 |
| DAA[illegible]-94-E-0005 | |
| DAA[illegible]9-94-G-0001 AND EXECUTED DELIVER ORDERS THEREUNDER | |
| DAAA09-94-G-0009 AND EXECUTED DELIVER ORDERS THEREUNDER | |

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 7 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

3.(a) AT LEAST ONE HUNDRED AND TWENTY (120) DAYS BEFORE CESSATION OF ACTIVE USE OF THE GOVERNMENT PROPERTY OR WITHIN A REASONABLE TIME WITH RESPECT TO PARTICULAR ACTIVITIES, THE CONTRACTOR SHALL SUBMIT TO THE PROPERTY ADMINISTRATOR, WITH COPIES FORWARDED TO THE PROCURING CONTRACTING OFFICER AND THE ADMINISTRATIVE CONTRACTING OFFICER(S), AN INVENTORY LISTING OF ALL THE GOVERNMENT-OWNED PROPERTY (IPE, OPE, STE, ETC.) IN ACTIVE USE WHICH IS ACCOUNTABLE UNDER THIS CONTRACT; THE INVENTORY LISTING SHALL INCLUDE THE SAME DATA DESCRIBED IN PARAGRAPH 1 ABOVE.

(b) THE INVENTORY LISTING SHALL BE ACCOMPANIED BY A JUSTIFICATION FOR RETENTION FOR ADDITIONAL ACTIVE USE OF ANY OF SAID GOVERNMENT-OWNED PROPERTY. THIS JUSTIFICATION SHALL INCLUDE, BUT IS NOT LIMITED TO, THE FOLLOWING:

(1) STATUS CODE OF PROPERTY, E.G., 3D INACTIVE PEP, 1B ACTIVE PEP, 1P REACTIVATED PEP, 1A ACTIVE NON-PEP, ETC.

(2) WHETHER THE PROPERTY WILL BE SERVICEABLE FOR THE LIFE OF THE CONTRACT FOR WHICH THE CONTRACTOR DESIRES TO MAKE CONTINUED ACTIVE USE OF THE PROPERTY. "SERVICEABLE" MEANS READY FOR IMMEDIATE USE; NOT REQUIRING REPAIR OR REHABILITATION. REPAIRS ARE THE RESPONSIBILITY OF THE CONTRACTOR UNDER RELATED OR OTHER CONTRACTS UNLESS THE PROPERTY QUALIFIES FOR GOVERNMENT-FUNDED ABNORMAL MAINTENANCE, AS PROVIDED IN THIS CONTRACT, OR THE CONTRACTOR HAS BEEN RELIEVED OF LIABILITY BY OTHER PROVISIONS OF THIS CONTRACT, INCLUDING BUT NOT LIMITED TO P.L. 85-804 INDEMNIFICATION.

4.(a) FOR PROPERTY REFERENCED IN PARAGRAPH 3(a) ABOVE FOR WHICH THE CONTRACTOR DOES NOT REQUEST RETENTION UNDER PARAGRAPH 3(b) ABOVE AND WHICH HAD NOT BEEN LAID-AWAY AT GOVERNMENT EXPENSE PRIOR TO ITS ACTIVE USE BY THE CONTRACTOR, THE CONTRACTOR AND THE GOVERNMENT SHALL NEGOTIATE DISPOSITION AT GOVERNMENT EXPENSE TO BE FUNDED UNDER A RELATED CONTRACT. THE MODE OF DISPOSITION (I.E., PLANT CLEARANCE OR LAYAWAY AND MAINTENANCE) SHALL BE AT THE DISCRETION OF THE GOVERNMENT, EXCEPT AS LIMITED BY CONTRACTUAL LANGUAGE SET FORTH IN SECTION H-2 ENTITLED LIABILITY FOR GOVERNMENT PROPERTY. NEGOTIATIONS SHALL BE COMPLETED WITHIN NINETY (90) DAYS AFTER ACTIVE USE HAS ENDED.

(b) THE CONTRACTOR SHALL MAINTAIN GOVERNMENT PROPERTY IN ACCORDANCE WITH THE MAINTENANCE PLAN, ATTACHMENT 004 FOR NINETY (90) DAYS AFTER USE HAS ENDED OR UNTIL A LAYAWAY OR PLANT CLEARANCE PROJECT IS AWARDED, WHICHEVER FIRST OCCURS. IF SAID LAYAWAY, PLANT CLEARANCE, OR OTHER PROJECT IS NOT AWARDED WITHIN THE NINETY (90) DAY PERIOD AFTER ACTIVE USE HAS ENDED, THE CONTRACTOR HAS NO RESPONSIBILITY TO CONTINUE TO MAINTAIN SAID PROPERTY AFTER THE END OF THE NINETY (90) DAY PERIOD WITHOUT ADEQUATE FUNDING BY THE GOVERNMENT.

5. ANY GOVERNMENT PROPERTY WHICH HAD BEEN INITIALLY LAID-AWAY AT GOVERNMENT EXPENSE AND WAS REMOVED FROM LAYAWAY FOR ACTIVE USE SHALL BE RELAIDAWAY AT THE SAME LEVEL, LESS REASONABLE WEAR AND TEAR. ALL COSTS OF RELAYAWAY SHALL BE AT THE CONTRACTOR'S EXPENSE WHICH MAY INCLUDE RECOVERY OF COSTS UNDER OTHER CONTRACTS. REHABILITATION OF GOVERNMENT PROPERTY RESULTING FROM REASONABLE WEAR AND TEAR WILL BE AT THE GOVERNMENT'S EXPENSE; THE EXTENT OF REHABILITATION SHALL BE ON A CASE-BY-CASE NEGOTIATED BASIS. AT LEAST ONE HUNDRED AND TWENTY (120) DAYS PRIOR TO CESSATION OF ACTIVE USE OF GOVERNMENT PROPERTY OR WITHIN A REASONABLE TIME WITH RESPECT TO PARTICULAR ACTIVITIES, THE CONTRACTOR SHALL IDENTIFY THE PROPERTY TO BE RELAIDAWAY AND SUBMIT A REHABILITATION PROPOSAL TO INCLUDE THE INFORMATION SET FORTH IN PARAGRAPH 3(b)(1) ABOVE, INCLUDING A PROPOSED AMOUNT FOR COSTS BASED UPON THE CONTRACTORS MAINTENANCE PLAN, ATTACHMENT 004. THE GOVERNMENT WILL THEN ANALYZE THE DATA SUBMITTED AND TAKE ACTION THROUGH EITHER: (1) ENTERING NEGOTIATIONS FOR A REHABILITATION EFFORT; (2) AUTHORIZING RELAYAWAY IF REHABILITATION IS NOT REQUIRED; (3) TAKING ACTION TO EXCESS THE PROPERTY IF REHABILITATION IS NOT ADVANTAGEOUS/FEASIBLE, SUBJECT TO THE RESTRICTIONS SET FORTH IN SECTION H-2, LIABILITY FOR GOVERNMENT PROPERTY; OR, (4) PROVIDING OTHER DIRECTIONS TO THE CONTRACTOR. IN THE EVENT RELAYAWAY IS NOT REQUIRED BECAUSE THE PROPERTY IS TO BE EXCESSED BY MUTUAL AGREEMENT OF THE PARTIES, THE GOVERNMENT MAY BE ENTITLED TO AN EQUITABLE ADJUSTMENT ON A RELATED CONTRACT FOR THE COSTS OF THE RELAYAWAY EFFORT THAT IS NO LONGER REQUIRED, IF SAID COSTS WERE INITIALLY INCLUDED IN THAT PRICE.

6. FAR 52.245-11 SHALL APPLY INSTEAD OF THIS CLAUSE IN THE EVENT THE AUTHORITY TO USE THE FACILITIES IS TERMINATED PURSUANT TO THAT CLAUSE.

*** END OF NARRATIVE H002 ***

H-4

USE AND CHARGES

1. EACH REQUEST BY THE CONTRACTOR FOR ACTIVE USE OF GOVERNMENT PROPERTY LISTED IN ATTACHMENT 003 SHALL BE APPROVED BY THE CONTRACTING OFFICER BEFORE SUCH USE IS MADE.

2. DOD WORK. USE OF GOVERNMENT PROPERTY UNDER DOD CONTRACT IS AT NO CHARGE TO THE CONTRACTOR.

3. COMMERCIAL WORK. IN ACCORDANCE WITH FAR 45.404(C), OTHER CONSIDERATION WILL BE ALLOWED FOR USE OF GOVERNMENT FACILITIES IN

SUPPORT OF COMMERCIAL EFFORTS. THIS WILL BE ACCEPTED IN LIEU OF RENTAL CHARGE SET FORTH IN FAR 52.245-9, USE AND CHARGES. THE CHARGE FOR USE OF GOVERNMENT PROPERTY FOR COMMERCIAL USE WILL BE NEGOTIATED AT THE TIME THE REQUEST IS SUBMITTED AND WILL OFFSET OTHER COSTS, AS STIPULATED BY THE CONTRACTING OFFICER.

a. OCCUPANCY CHARGE. THE OCCUPANCY CHARGE SERVES AS OTHER CONSIDERATION TO THE GOVERNMENT FOR USE OF GOVERNMENT PROPERTY AND MAY BE COMPRISED OF OTHER TYPES OF CONSIDERATION SUCH AS A (1) TENANT USE CHARGE, (2) AN EQUIPMENT USAGE CHARGE, AND (3) ANY ADDITIONAL CHARGES THE CONTRACTOR LEVIES TO THE TENANT OR SUBCONTRACTOR FOR USE OF GOVERNMENT PROPERTY. THE PROPOSED OCCUPANCY CHARGE AND DATA SUPPORTING THE REVENUES PROVIDED BY THE TENANT USAGE CHARGE SHALL BE SUBMITTED BY THE CONTRACTOR.

(1) THE TENANT USE CHARGE SHOULD BE REPRESENTATIVE OF THE LOCAL COMMERCIAL RATE FOR SIMILAR BUILDING SPACE.

(2) THE EQUIPMENT USAGE CHARGE IS A SEPARATE CHARGE FOR USE OF EQUIPMENT. THIS RATE IS DIRECTLY CORRELATED TO THE ACQUISITION VALUE AND AGE OF THE EQUIPMENT PROPOSED FOR USE. THE PURPOSE OF THE RATE IS TO ASSURE AN EQUITABLE CHARGE IS DERIVED FOR USE OF GOVERNMENT EQUIPMENT. AN EQUIPMENT USE CHARGE IS NOT REQUIRED IF AN EQUITABLE RATE CAN BE DERIVED FROM AN OCCUPANCY CHARGE.

AT THE CONTRACTOR'S DISCRETION, THE OCCUPANCY CHARGE MAY BE DETERMINED THROUGH AN EQUIPMENT APPRAISAL METHOD FOR USE OF EQUIPMENT AND A LOCAL MARKET SURVEY FOR USE OF SPACE AND MAY INCLUDE PAYMENT IN KIND. APPRAISALS SHALL BE CONDUCTED BY A THIRD PARTY (OTHER THAN CONTRACTOR STAFF), CONCURRED WITH BY THE ACO AND SUBMITTED TO IOC. ON A CASE-BY-CASE BASIS, MARKET SURVEYS MAY BE CONDUCTED WHICH REPRESENT THE LOCAL MARKET BY USING AT LEAST TWO INDEPENDENT PRICE QUOTATIONS FOR RENT OF SIMILAR SPACE, BE CONCURRED WITH BY THE ACO AND SUBMITTED TO THE IOC. THE CONTRACTOR SHALL CONSIDER THIS EFFORT TO THE EXTENT FUNDING IS AVAILABLE.

b. AT THE CONTRACTOR'S DISCRETION, OTHER METHODS MAY BE USED TO DERIVE OCCUPANCY AND/OR EQUIPMENT USAGE CHARGES SUCH AS INDUSTRIAL PARK SURVEYS, COMPETITIVE OFFERS, NEGOTIATED PERCENTAGE OF SALES, ETC.

*** END OF NARRATIVE H003 ***

H-5

ENVIRONMENTAL ISSUES

1. PERMITS AND LICENSES

a. THE CONTRACTOR SHALL COMPLY WITH ALL SAFETY AND ENVIRONMENTAL REQUIREMENTS AND STANDARDS, WHETHER STATUTORY OR REGULATORY, APPLICABLE TO THE FACILITIES PROVIDED HEREUNDER.

b. ALL PERMITS CURRENTLY IN FORCE AT THE FACILITIES SHALL BE MAINTAINED IAW APPLICABLE REGULATIONS. WORK WHICH MAY BE ACCOMPLISHED UNDER EXISTING PERMITS MAY BE PURSUED IAW THE TERMS AND CONDITIONS OF SAID PERMITS.

c. WHEN WORK IS TO BE ACCOMPLISHED AT THE FACILITIES UNDER RELATED CONTRACTS OR THIRD PARTY CONTRACTS, THE COSTS OF MODIFYING EXISTING PERMITS OR OBTAINING NEW PERMITS SHALL BE ADDRESSED THEREUNDER.

d. WHEN WORK IS TO BE ACCOMPLISHED AT THE FACILITIES UNDER SUBCONTRACTS UNDER THIS CONTRACT, THE COSTS OF MODIFYING EXISTING PERMITS OR OBTAINING NEW PERMITS SHALL BE ADDRESSED UNDER SAID SUBCONTRACT.

e. ALL PERMIT APPLICATIONS AND SUBMISSIONS SHALL BE MADE IAW LAW AND REGULATION. FOR THOSE SUBMISSIONS WHICH REQUIRE THE IDENTIFICATION AND/OR SIGNATURE OF THE OWNER, THE ARMY WILL BE IDENTIFIED AS AND/OR SIGN AS OWNER. LIKEWISE, FOR THOSE SUBMISSIONS WHICH REQUIRE THE IDENTIFICATION AND/OR SIGNATURE OF THE OPERATOR, THE CONTRACTOR OR ITS SUBCONTRACTOR, WHICH EVER IS APPROPRIATE, WILL BE IDENTIFIED AS AND/OR SIGN AS OPERATOR.

f. THE COMMANDER'S REPRESENTATIVE(S) OR THE ADMINISTRATIVE CONTRACTING OFFICER(S) SHALL BE PROVIDED WITH COPIES OF ALL PERMITS OBTAINED.

g. AUTHORIZATION GRANTED BY THE CONTRACTING OFFICER FOR THE USE OF THE FACILITIES UNDER THIS CONTRACT FOR ANY NEW WORK MAY REQUIRE AN INSTALLATION RECORD OF ENVIRONMENTAL CONSIDERATION (REC), AN ENVIRONMENTAL ASSESSMENT (EA), OR AN ENVIRONMENTAL IMPACT STATEMENT (EIS), DEPENDING ON THE NATURE AND SCOPE OF SUCH WORK. THE NEW WORK MUST BE SCREENED AGAINST THE REQUIREMENTS OF AR 200-2, ENVIRONMENTAL EFFECTS OF ARMY ACTIONS. THE GOVERNMENT SHALL MAKE A DETERMINATION AND ADVISE THE CONTRACTOR WHETHER OR NOT ANY SUCH STUDIES ARE NECESSARY. IF NECESSARY, THE CONTRACTOR SHALL INITIATE AND COMPLETE ENVIRONMENTAL DOCUMENTATION REQUIRED TO COMPLY WITH P.L. 91-190, THE NATIONAL ENVIRONMENTAL POLICY ACT (NEPA). RESPONSIBILITY FOR THE CONDUCT OF ANY SUCH STUDY AND THE COSTS THEREOF SHALL BE NEGOTIATED ON A CASE-BY-CASE BASIS.

2. COMPLIANCE

| CONTINUATION SHEET | Reference No. of Document Being Continued PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 9 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

a. THE CONTRACTOR WILL CONDUCT ALL OPERATIONS AND PLANT ACTIVITIES, INCLUDING THOSE OF ITS SUBCONTRACTORS, IN A MANNER SO AS TO MAINTAIN COMPLIANCE WITH ALL FEDERAL, STATE, AND LOCAL ENVIRONMENTAL LAWS AND REGULATIONS. OPERATIONAL FACILITIES WHICH ARE KNOWN TO BE INADEQUATE AND IN NONCOMPLIANCE SHALL BE IDENTIFIED PRIOR TO PLACING THE FACILITIES IN ACTIVE USE OR WHENEVER IDENTIFIED BY THE CONTRACTOR. THE GOVERNMENT WILL SEEK FUNDING TO CORRECT THESE IDENTIFIED DEFICIENCIES. HOWEVER, THEIR USE BEFORE THESE CORRECTIONS CAN BE MADE SHALL BE AT THE SOLE DISCRETION OF THE CONTRACTOR OR HIS SUBCONTRACTORS UNLESS SPECIFICALLY DIRECTED TO BE USED BY THE CONTRACTING OFFICER. ANY INADEQUACIES OR NONCOMPLIANCES IDENTIFIED AFTER THE FACILITY IS PLACED IN ACTIVE USE SHALL BE IMMEDIATELY REPORTED TO THE GOVERNMENT AS THEY ARE RECOGNIZED. ANY AND ALL GOVERNMENT FUNDED UPGRADES WILL BE ADDRESSED ON A CASE-BY-CASE BASIS. CONSIDERATION OF THE SPECIFIC NEEDS OF THE GOVERNMENT WILL BE DETERMINED PRIOR TO THE EXPENDITURE OF ANY GOVERNMENT FUNDS.

b. THE CONTRACTOR SHALL NOT PROCURE ANY CLASS I OZONE DEPLETING CHEMICALS (ODC) AS LISTED UNDER SECTION 602(a) OF THE CLEAN AIR ACT, FOR DOD PRODUCTION OPERATIONS UNLESS AN IOC APPROVED WAIVER IS OBTAINED.

c. THE CONTRACTOR SHALL INDEMNIFY THE DOD FOR ANY LIABILITY/RESPONSIBILITY RESULTING FROM ITS ACTS OR OMISSIONS OR ANY OF ITS SUBCONTRACTORS ACTS OR OMISSIONS THAT RESULT IN ANY TYPE OF VIOLATION, FINE, FEE, OR OTHER REGULATORY ACTION DUE TO NONCOMPLIANCE WITH EXISTING FEDERAL, STATE, OR LOCAL ENVIRONMENTAL LAWS/REGULATIONS. THIS INDEMNIFICATION APPLIES ONLY TO NON-DOD OPERATIONS.

d. UPON EXECUTION OF THE FACILITY USE CONTRACT, A SIMPLIFIED ENVIRONMENTAL BASELINE SURVEY (EBS) WILL BE CONDUCTED FOR EACH COORDINATED CONTRACT (OR TENANT USE AGREEMENT) ENTERED INTO BY THE CONTRACTOR UNDER THE FACILITY USE CONTRACT. FOR THESE SIMPLIFIED EBSs, THE CONTRACTOR WILL CONDUCT A COMPREHENSIVE RECORD REVIEW ON ALL PROPOSED USES OF FACILITIES TO DETERMINE PRIOR CONTAMINATION. THIS WILL INCLUDE A VISUAL WALKTHROUGH OF THE PROPOSED FACILITY. EXTENSIVE ENVIRONMENTAL BASELINE SURVEYS MAY BE REQUIRED BASED ON A CASE-BY-CASE REVIEW OF EACH COORDINATED CONTRACT. PRIOR TO THE START OF ANY SUCH CONTRACT, THE CONTRACTOR AND THE GOVERNMENT WILL DETERMINE WHETHER AN EXTENSIVE REVIEW IS NEEDED BASED UPON RECORDS REVIEW FINDINGS AND THE FACILITY USE CONTEMPLATED WITH ALL COSTS AS AGREED BY THE PARTIES. THESE PARTIES WILL ALSO DETERMINE THE SCOPE OF AN EXTENSIVE REVIEW BASED ON THE COMPLETED ENVIRONMENTAL QUESTIONNAIRE FOR FACILITY USE. THE CONTRACTOR WILL PROVIDE A BRIEF SUMMARY OF FINDINGS TO HQ, IOC, AMSIO-EQ AND APPLICABLE ACO STAFF, UPON COMPLETION OF ALL BASELINE SURVEYS.

3. PRE-EXISTING CONDITIONS

NOTWITHSTANDING ANY OTHER PROVISION OF THIS CONTRACT, THE GOVERNMENT SHALL RETAIN THE RISK, LIABILITY, RESPONSIBILITY AND OBLIGATION TO PAY FOR AND REMEDY ANY AND ALL PRE-EXISTING CONDITIONS AT IOWA AND MILAN AAPS, INCLUDING BUT NOT LIMITED TO VIOLATIONS, REMEDIATION, CORRECTIVE ACTIONS AND CLOSURE AND POST-CLOSURE OBLIGATIONS UNDER STATE AND FEDERAL ENVIRONMENTAL STATUTES AND REGULATIONS. IT IS THE GOVERNMENT'S INTENT THAT THE CONTRACTOR ASSUME THE RISK AND LIABILITY ONLY FOR ITS OWN ACTS OR OMISSIONS AS WELL AS THE ACTS AND OMISSIONS OF ANY SUBCONTRACTORS THAT THE CONTRACTOR BRINGS ONSITE WHILE SERVING AS THE FACILITY USE CONTRACTOR. WITH THE CONSENT OF THE CONTRACTING OFFICER UPON APPLICATION BY THE CONTRACTOR, THE GOVERNMENT MAY ALLOW THE CONTRACTOR TO INCLUDE IN SUBCONTRACTS UNDER THIS CONTRACT INDEMNIFICATION UNDER PUBLIC LAW 85-804 TO THE EXTENT GRANTED TO THE CONTRACTOR BY THE GOVERNMENT.

4. RIGHT TO REVIEW

THE CONTRACTOR SHALL ALLOW ARMY PERSONNEL TO REVIEW ITS OPERATIONS AND THE OPERATIONS OF THE SUBCONTRACTORS LOCATED ON THE IOWA AND MILAN AAPs AT ANY TIME WITHOUT PRIOR NOTICE TO ENSURE COMPLIANCE WITH APPLICABLE ENVIRONMENTAL LAWS AND REGULATIONS.

5. CONTACT WITH REGULATORS

NEITHER THE CONTRACTOR NOR THE GOVERNMENT SHALL ENGAGE IN ANY NEGOTIATIONS WITH ENVIRONMENTAL REGULATORS THAT WILL OBLIGATE THE OTHER PARTY IN ANY MANNER OTHER THAN AGREED TO BETWEEN THE TWO ENTITIES. IT IS THE INTENT OF THE CONTRACTOR AND THE GOVERNMENT TO MAINTAIN OPEN COMMUNICATION CONCERNING ENVIRONMENTAL MATTERS AT THE FACILITY. IT IS AGREED THAT THE CONTRACTOR SHALL HAVE PRIMARY CONTACT AND RESPONSIBILITY FOR ENVIRONMENTAL MATTERS WHICH ARISE AS A RESULT OF ITS ACTS AND OMISSIONS AS WELL AS THE ACTS AND OMISSIONS OF ANY SUBCONTRACTOR. THE GOVERNMENT SHALL RETAIN PRIMARY CONTACT AND RESPONSIBILITY FOR ENVIRONMENTAL MATTERS THAT ARISE FROM ANY PRE-EXISTING CONDITION. THE PARTIES SHALL COORDINATE ON ALL SIGNIFICANT COMMUNICATIONS OR NEGOTIATIONS WITH REGULATORS, AND EACH SHALL COPY THE OTHER PARTY.

6. HAZARDOUS MATERIALS

THE CONTRACTOR SHALL PROHIBIT THE STORAGE AND DISPOSAL OF NONDEFENSE TOXIC AND HAZARDOUS MATERIALS ON MILITARY INSTALLATIONS FOR NON-DOD PRODUCTION UNLESS OTHERWISE EXEMPTED BY THE SECRETARY OF THE ARMY PURSUANT TO 10 U.S.C. 2692. TOXIC OR HAZARDOUS MATERIALS REGARDLESS OF THEIR OWNERSHIP BROUGHT ONTO AN INSTALLATION THAT WILL BE CONSUMED OR INCORPORATED INTO PRODUCTS WITHIN A REASONABLE TIME FRAME, AND REMOVED FROM THE INSTALLATION UPON COMPLETION OF THE MANUFACTURING PROCESS IS NOT CONSIDERED TO HAVE BEEN "STORED". THE CONTRACTOR OR SUBCONTRACTOR WILL DISPOSE OF EXCESS HAZARDOUS MATERIAL IN A PROPER MANNER WITHIN A SHORT PERIOD OF TIME AFTER COMPLETION OF THE CONTRACT AND IAW APPLICABLE ENVIRONMENTAL REGULATIONS. AFTER COMPLETION OF A NON-DOD SUBCONTRACT, MATERIALS SHALL BE REMOVED FROM IOWA AND MILAN AAPs IN LESS THAN 90 DAYS.

7. CLOSURE

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 10 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

THE GOVERNMENT SHALL RETAIN THE RISK, LIABILITY, RESPONSIBILITY AND OBLIGATION FOR ALL CLOSURE AND POST-CLOSURE ACTIONS IDENTIFIED OR ARISING FROM ANY PREEXISTING CONDITION. IN REGARD TO FACILITIES ACTIVELY USED BY THE CONTRACTOR OR ITS SUBCONTRACTORS AFTER THE DATE OF THIS CONTRACT, ANY COSTS RELATED TO CLOSURE OR POST-CLOSURE SHALL BE DETERMINED ON A CASE BY CASE BASIS BY MUTUAL AGREEMENT BETWEEN THE GOVERNMENT AND CONTRACTOR. THIS DETERMINATION SHALL TAKE INTO CONSIDERATION THE IMPACT OF NEW TESTING METHODS, DETECTION PROCEDURES AND CHANGES IN THE LAW OR REVISIONS BY REGULATORY AGENCIES IN RELATION TO PREEXISTING CONDITIONS. THE FEDERAL EXEMPTION TO THE FINANCIAL RESPONSIBILITY REQUIREMENTS OF SUBPART 40 CFR 264/265 IS APPLICABLE TO THE FACILITIES UNDER THIS CONTRACT.

8. ENVIRONMENTAL REMEDIATION ACTIVITIES

a. THE CONTRACTOR ACKNOWLEDGES THAT THE U.S. ENVIRONMENTAL PROTECTION AGENCY (EPA) PLACED IOWA AND MILAN AAPS ON THE NATIONAL PRIORITY LIST (NPL) PURSUANT TO THE REQUIREMENTS OF THE COMPREHENSIVE ENVIRONMENTAL RESPONSE COMPENSATION AND LIABILITY ACT (CERCLA), 42 U.S.C. SECTION 9605, AS AMENDED BY THE SUPERFUND AMENDMENTS AND REAUTHORIZATION ACT (SARA), PUBLIC LAW 99-499, AND THAT THE U.S. ARMY ENTERED INTO FEDERAL FACILITY AGREEMENTS UNDER CERCLA SECTION 120 (FFA) WITH THE ENVIRONMENTAL PROTECTION AGENCY TO FACILITATE THE IMPLEMENTATION OF APPROPRIATE REMEDIAL ACTIONS AS REQUIRED BY CERCLA/SARA ON IOWA & MILAN AAPs. THE CONTRACTOR FURTHER AGREES THAT ON-PLANT ACTIVITIES CONDUCTED PURSUANT TO THIS CONTRACT SHALL NOT IMPEDE THE REMEDIAL ACTIONS REQUIRED BY THE TERMS OF THE FFA.

b. IT IS FURTHER AGREED THAT THE CONTRACTOR SHALL NOT BE HELD ACCOUNTABLE FOR ANY ENVIRONMENTAL AND POLLUTION DAMAGE THAT MAY CURRENTLY EXIST AT THE IOWA OR MILAN AAPs AND SHALL NOT ACCEPT RESPONSIBILITY FOR THE ENVIRONMENTAL STATUS UNTIL SUCH TIME AS AN ENVIRONMENTAL BASELINE HAS BEEN MUTUALLY AGREED UPON AND THE EXTENT OF SUCH RESPONSIBILITY IS MUTUALLY AGREED UPON BY THE PARTIES.

c. THE CONTRACTOR SHALL MANAGE PLANT OPERATIONS AND METHOD OF ANY DOD OPERATION TO ELIMINATE OR MINIMIZE THE USE, OR GENERATION OF HAZARDOUS MATERIALS OR HAZARDOUS AND/OR TOXIC WASTES AS DEFINED IN TITLE 40 OF THE CODE OF FEDERAL REGULATIONS, PROTECTION OF ENVIRONMENT.

*** END OF NARRATIVE H004 ***

H-6

CARE, MAINTENANCE AND UTILIZATION

THE TERM "NORMAL MAINTENANCE" IS DEFINED AS THE RECURRENT DAY TO DAY SCHEDULED SYSTEMATIC CARE OF REAL AND PERSONAL PROPERTY, SUCH AS LUBRICATING, ADJUSTMENT, SERVICING AND INSPECTION AS SET FORTH IN THE MAINTENANCE PLAN, ATTACHMENT 004. THE TERM "ABNORMAL MAINTENANCE" IS DEFINED AS REPAIR OF REAL AND PERSONAL PROPERTY IN EXCESS OF $15,000 FOR ANY (EACH) PARTICULAR OCCURRENCE. THE CONTRACTOR SHALL BE RESPONSIBLE FOR 100% OF THE FIRST $15,000 TO BE RECOVERED FOR REAL AND PERSONAL PROPERTY IN ACTIVE USE IN ACCORDANCE WITH OTHER PROVISIONS OF THIS CONTRACT. THE GOVERNMENT WILL FUND 100% OF THE COST ABOVE $15,000 PER ITEM OF REAL AND PERSONAL PROPERTY (PER EACH OCCURRENCE) IN ACTIVE USE IDENTIFIED AS ABNORMAL MAINTENANCE, SUBJECT TO THE AVAILABILITY OF FUNDS. THE GOVERNMENT RESERVES THE RIGHT OF FINAL DETERMINATION REGARDING REPAIR OF REAL AND PERSONAL PROPERTY WHEN THE COST EXCEEDS $15,000. THE ABOVE DOLLAR LIMITATIONS ARE APPLICABLE IN SUPPORT OF HQ, IOC (OR ITS SUCCESSOR) WORKLOADED REQUIREMENTS. FOR DOD CONTRACT (OTHER THAN WORKLOAD), THE ABNORMAL MAINTENANCE PROVISION OF THE DOD CONTRACT TAKES PRECEDENCE. IN THE ABSENCE OF AN ABNORMAL MAINTENANCE PROVISION IN AN IOC CONTRACT WITH THE CONTRACTOR, THE PROVISIONS OF THIS CLAUSE APPLY. ON OTHER THAN IOC REQUIREMENTS THE CONTRACTOR IS RESPONSIBLE FOR THE COST OF ABNORMAL MAINTENANCE OF REAL AND PERSONAL PROPERTY. THE $15,000 DEDUCTIBLE DOES NOT APPLY TO APPROVED REAL AND PERSONAL PROPERTY REPLACEMENT PROJECTS.

*** END OF NARRATIVE H005 ***

H-7

TERMINATION

THE GOVERNMENT MAY TERMINATE THIS CONTRACT OR PORTIONS THEREOF AT ANY TIME BY GIVING THIRTY (30) DAYS WRITTEN NOTICE BY THE CONTRACTING OFFICER DURING ANY NATIONAL EMERGENCY DECLARED BY THE PRESIDENT OT THE CONGRESS OF THE UNITED STATES OR IN THE EVENT OF MOBILIZATION. IN ADDITION, THE GOVERNMENT MAY TERMINATE THIS CONTRACT OR PORTIONS THEREOF IN THE EVENT THE PRINCIPAL ASSISTANT RESPONSIBLE FOR CONTRACTING DETERMINES THAT THE TERMINATION OF THE CONTRACT, OR PORTIONS THEREOF, IS IN THE BEST INTERESTS OF THE GOVERNMENT. A TIME TABLE MAY BE NEGOTIATED WITH THE CONTRACTOR FOR CESSATION OF USE OF THE FACILITIES FOR EACH COMMERCIAL CONTRACT AND DIRECT FOREIGN SALES CONTRACT BASED ON COMMITMENT OF CAPITAL RESOURCES AND LENGTH OF OTHER CONTRACTUAL COMMITMENTS. EQUITABLE ADJUSTMENTS SHALL BE NEGOTIATED AND THE GOVERNMENT SHALL PAY THE COSTS ASSOCIATED WITH TERMINATING

SUBCONTRACTS, THIRD PARTY CONTRACTS AND RELATED CONTRACTS AT THE FACILITY IN ACCORDANCE WITH FAR PARTS 31 AND 49. THE CONTRACTOR MAY TERMINATE THIS USE AGREEMENT OR PORTIONS THEREOF UPON ONE HUNDRED EIGHTY (180) DAYS WRITTEN NOTICE TO THE CONTRACTING OFFICER.

*** END OF NARRATIVE H006 ***

H-8

EXCLUSION OF FACILITIES COST IN OTHER CONTRACTS

THE CONTRACTOR AGREES THAT IT WILL NOT INCLUDE IN THE COST OR PRICE OF ANY GOODS PRODUCED OR SERVICES PERFORMED UNDER GOVERNMENT PRIME CONTRACTS OR SUBCONTRACTS, ANY PROVISION, ALLOWANCE OR CHARGE (1) FOR THE COST (OTHER THAN COSTS BORNE BY THE CONTRACTOR) OF ACQUISITION OF THE FACILITIES, OR (2) FOR THE AMORTIZATION OR DEPRECIATION OF GOVERNMENT FURNISHED FACILITIES.

*** END OF NARRATIVE H007 ***

H-9

REAL PROPERTY

1. ANY NEW CONSTRUCTION OR PERMANENT ALTERATIONS TO EXISTING REAL PROPERTY WILL BE RECORDED IN THE REAL PROPERTY RECORDS BY THE CONTRACTOR OF THE INSTALLATION. NOTIFICATION OF SUCH ALTERATIONS, INCLUDING ANY COPIES OF AS-BUILT DRAWINGS, WILL BE FURNISHED TO THE APPLICABLE ACO STAFF BY THE CONTRACTOR. FOR ANY CHANGE OR ALTERATION MADE AFTER THE EFFECTIVE DATE OF THIS CONTRACT, THE GOVERNMENT SHALL HAVE THE OPTION OF CAUSING ANY BUILDING ALTERATION OR ANY CONSTRUCTION NOT SPECIFICALLY APPROVED TO EITHER BE REMOVED AND THE BUILDING RESTORED TO ITS PRIOR CONDITION, OR TO ACCEPT SUCH ALTERATIONS AND NEW CONSTRUCTIONS ABANDONED IN PLACE.

2. ALL BUILDINGS RENOVATION, MODIFICATION, REHABILITATION, ALTERATION, REVISION, CONSTRUCTION AND PARTITIONING DONE BY THE CONTRACTOR SHALL BE AT NO COST TO THIS CONTRACT. THE PARTIES ACKNOWLEDGE THAT SUCH COSTS MAY BE RECOVERED BY THE CONTRACTOR ON OTHER OR RELATED CONTRACTS OR SUBCONTRACTS.

3. AT THE BEGINNING OF THE CONTRACT A CLEAR AGREEMENT MUST BE REACHED BETWEEN THE GOVERNMENT AND THE CONTRACTOR COVERING ''AS IS'' CONDITION OF THE REAL PROPERTY (RP) ITEMS. THE CONTRACTOR IS LIABLE FOR THE LEVEL OF MAINTENANCE PRESCRIBED UNDER THE MAINTENANCE PLAN, ATTACHMENT 004. THE COST OF ANY UPGRADES TO THAT PROPERTY, IF DIRECTED BY THE GOVERNMENT, WILL BE REIMBURSED BY THE GOVERNMENT.

4. THE CONTRACTOR ACKNOWLEDGES RESPONSIBILITY FOR MAINTENANCE AND REPAIR ON ALL GOVERNMENT REAL PROPERTY INVOLVED IN THE MAINTENANCE PLAN. THE CONTRACTOR MUST MAINTAIN THE U.S. GOVERNMENT-OWNED PROPERTY IN A SAFE AND USABLE CONDITION AS DEFINED BY APPLICABLE ENVIRONMENTAL, OCCUPATIONAL HEALTH, AND SAFETY REGULATIONS AND STATUTES (FEDERAL, STATE AND /OR LOCAL), IF THAT PROPERTY WAS AUTHORIZED FOR USE AND ACTUALLY USED UNDER THIS FACILITY CONTRACT.

*** END OF NARRATIVE H008 ***

H-10

OTHER ENTITIES ON-SITE

THE CONTRACTOR SHALL HAVE NO LIABILITY FOR THE ACTS OR OMISSIONS OF THE U.S. ARMY CORPS OF ENGINEERS, (COE), COE LESSEES, AND OTHER INVITEES OF THE GOVERNMENT AT THE IOWA AND MILAN AAPs. WITH RESPECT TO THESE ENTITIES, THE CONTRACTOR SHALL HAVE ONLY THOSE RESPONSIBILITIES SET FORTH IN ANY RELATED CONTRACT TO THE EXTENT ADEQUATELY FUNDED BY THE GOVERNMENT.

*** END OF NARRATIVE H009 ***

H-11

ENTIRE AGREEMENT

THIS CONTRACT IS THE ENTIRE AGREEMENT BETWEEN THE PARTIES. THE GOVERNMENT SHALL NOT REQUIRE COMPLIANCE WITH ANY ARMY OR IOC PROCEDURE OR PRACTICE, NOR SHALL THE GOVERNMENT REQUIRE ANY DELIVERABLE, NOT SET FORTH IN THIS CONTRACT.

*** END OF NARRATIVE H010 ***

H-12

USE OF GSA VEHICLES

THE CONTRACTOR SHALL BE AUTHORIZED TO USE THOSE GSA VEHICLES ON-SITE TO PERFORM WORK UNDER THIS CONTRACT WHICH SUPPORTS RELATED AND OTHER CONTRACTS AND SUBCONTRACTS AT THE IOWA OR MILAN AAPs TO THE EXTENT PERMITTED BY GSA REGULATIONS.

*** END OF NARRATIVE H011 ***

H-13

REOPENER

1. THIS CONTRACT WILL BE REOPENED ON THE ANNIVERSARY DATE YEARLY FOR RENEGOTIATION OF THE TERMS AND CONDITIONS BY MUTUAL AGREEMENT, AS APPLICABLE.

2. THIS CONTRACT SHALL BE REOPENED, AT THE DISCRETION OF EITHER PARTY, TO CONSIDER TERMS AND CONDITIONS OFFERED BY THE GOVERNMENT TO OTHER FACILITY USE CONTRACTOR'S ARISING FROM THE ARMS TASK FORCE ACTIVITIES. ANY TERMS AND CONDITIONS SO NEGOTIATED WILL BE MUTUALLY AGREED TO BY BOTH PARTIES.

*** END OF NARRATIVE H012 ***

H-14

ACCOUNTING TREATMENT OF COSTS

NOTHING IN THIS CONTRACT IS INTENDED TO DICTATE ACCOUNTING TREATMENT OF ANY COSTS HEREUNDER. THE PARTIES ACKNOWLEDGE THAT THE CONTRACTOR SHALL COMPLY WITH THE COST ACCOUNTING STANDARDS IN ACCORDANCE WITH ITS COST ACCOUNTING DISCLOSURE STATEMENT, AND NO CONTRACT LANGUAGE OR REQUIREMENT SHALL BE INTERPRETED TO DICTATE OTHERWISE.

*** END OF NARRATIVE H013 ***

H-15

REPRESENTATIONS

THE GOVERNMENT HEREBY REPRESENTS AND ASSERTS THAT THE CONTRACTING OFFICER EXECUTING THIS CONTRACT HAS THE AUTHORITY TO AGREE TO EACH AND EVERY PROVISION HEREIN AND ACKNOWLEDGES THAT THE CONTRACTOR RELIES ON THIS REPRESENTATION IN EXECUTING THIS AGREEMENT.

*** END OF NARRATIVE H014 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 13 of 16 |
| --- | --- | --- |

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

H-16

PARTNERING

THE GOVERNMENT AND THE CONTRACTOR WILL ENTER INTO A PARTNERING EFFORT TO BE GOVERNED BY THE PRINCIPLES SET FORTH IN ACCORDANCE WITH U.S. ARMY MATERIAL COMMAND PARTNERING FOR SUCCESS GUIDEBOOK. A COPY OF THE GUIDEBOOK WILL BE PROVIDED TO THE CONTRACTOR BY THE GOVERNMENT.

*** END OF NARRATIVE H015 ***

H-17

AUTHORIZED ARMED FORCES BENEFICIARIES

AUTHORIZED ACTIVE DUTY MILITARY RESIDING AT THE IAAAP AND THEIR IMMEDIATE DEPENDENTS SHALL BE ALLOWED TO USE THE CONTRACTOR'S MEDICAL FACILITIES WITHIN THE SCOPE OF AVAILABLE SERVICES. THE CONTRACTOR HAS NO OBLIGATION TO PROVIDE SUCH SERVICES BEYOND THOSE WHICH THE CONTRACTOR DEEMS NECESSARY FOR ITS PURPOSES.

*** END OF NARRATIVE H016 ***

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 14 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

SECTION I - CONTRACT CLAUSES

For Local Clauses See: http://www.ioc.army.mil/ac/aais/ioc/clauses/index.htm

| | Regulatory Cite | Title | Date |
|---|---|---|---|
| I-1 | 52.203-3 | GRATUITIES | APR/1984 |
| I-2 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR/1984 |
| I-3 | 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL/1995 |
| I-4 | 52.204-2 | SECURITY REQUIREMENTS | AUG/1996 |
| I-5 | 52.216-14 | ALLOWABLE COST AND PAYMENT - FACILITIES USE | APR/1984 |
| I-6 | 52.222-26 | EQUAL OPPORTUNITY (DEVIATION) | APR/1984 |
| I-7 | 52.223-6 | DRUG-FREE WORKPLACE | JAN/1997 |
| I-8 | 52.223-10 FAR | WASTE REDUCTION PROGRAM | OCT/1997 |
| I-9 | 52.227-1 | AUTHORIZATION AND CONSENT | JUL/1995 |
| I-10 | 52.232-21 | LIMITATION OF COST (FACILITIES) | APR/1984 |
| I-11 | 52.233-1 | DISPUTES | OCT/1995 |
| I-12 | 52.233-3 | PROTEST AFTER AWARD | AUG/1996 |
| I-13 | 52.237-2 | PROTECTION OF GOVERNMENT BUILDINGS, EQUIPMENT AND VEGETATION | APR/1984 |
| I-14 | 52.245-11 | GOVERNMENT PROPERTY (FACILITIES USE) | APR/1984 |
| I-15 | 52.245-16 | FACILITIES EQUIPMENT MODERNIZATION | APR/1985 |
| I-16 | 52.249-13 | FAILURE TO PERFORM | APR/1984 |
| I-17 | 52.250-1 | INDEMNIFICATION UNDER PUBLIC LAW 85-804 | APR/1984 |
| I-18 | 52.253-1 | COMPUTER GENERATED FORMS | JAN/1991 |
| I-19 | 252.201-7000 DFARS | CONTRACTING OFFICER'S REPRESENTATIVE | DEC/1991 |
| I-20 | 252.204-7000 DFARS | DISCLOSURE OF INFORMATION | DEC/1991 |
| I-21 | 252.223-7004 DFARS | DRUG-FREE WORK FORCE | SEP/1988 |
| I-22 | 252.225-7031 DFARS | SECONDARY ARAB BOYCOTT OF ISRAEL | JUN/1992 |
| I-23 | 252.232-7006 DFARS | REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD | AUG/1992 |
| I-24 | 252.242-7000 DFARS | POSTAWARD CONFERENCE | DEC/1991 |
| I-25 | 252.245-7001 DFARS | REPORTS OF GOVERNMENT PROPERTY | MAY/1994 |

| | | | |
|---|---|---|---|
| I-26 | 52.217-9 | OPTION TO EXTEND THE TERM OF THE CONTRACT | MAR/1989 |

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 DAYS provided, that the Government shall give the Contractor a preliminary written notice of its intent to extend at least 60 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option provision.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 25 YEARS.

(End of Clause)

(IF6066)

| | | | |
|---|---|---|---|
| I-27 | 52.245-8 | LIABILITY FOR THE FACILITIES (DEV) | JAN/1997 |

***

(g) When there is any loss or destruction of, or damage to, the facilities with the exception of low value property for which the loss, damage, or destruction is required to be reported at contract termination, completion, or when needed for continued contract performance--***

(End of clause)

5675

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 15 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

(IF7121)

I-28 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES APR/1984

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of ''(DEVIATION)'' after the date of the clause.

(b) The use in this solicitation or contract of any DOD FAR SUPPLEMENT (48 CFR Chapter 2) clause with an authorized deviation is indicated by the addition of ''(DEVIATION)'' after the name of the regulation.

(End of clause)

(IF7016)

5676

| CONTINUATION SHEET | Reference No. of Document Being Continued<br>PIIN/SIIN DAAA09-98-E-0003 MOD/AMD | Page 16 of 16 |
|---|---|---|

Name of Offeror or Contractor: AMERICAN ORDNANCE LLC

SECTION J - LIST OF ATTACHMENTS

| List of Addenda | Title | Date | Number of Pages | Transmitted By |
|---|---|---|---|---|
| Attachment 001 | MEMORANDUM OF DECISION | | | |
| Attachment 002 | Reserved on Basic | | | |
| Attachment 003 | LIST OF EQUIPMENT AND PROPERTY BEING USED - TO BE INCLUDED UPON COMPLETION OF NEGOTIATIONS | | | |
| Attachment 004 | MAINTENANCE PLAN | | | |
| Attachment 005 | PROPERTY PLAN | | | |
| Attachment 006 | SECURITY PLAN | | | |
| Attachment 007 | SAFETY PLAN | | | |
| Attachment 008 | FIRE PROTECTION PLAN | | | |
| Attachment 009 | ENVIRONMENTAL PLAN | | | |
| Attachment 010 | Reserved on Basic | | | |