DEPARTMENT OF THE ARMY
UNITED STATES ARMY TANK - AUTOMOTIVE AND ARMAMENTS COMMAND
ARMAMENT RESEARCH, DEVELOPMENT AND ENGINEERING CENTER
PICATINNY ARSENAL, NEW JERSEY 07806-5000

December 12, 1995 95 DEC 11 PM 1:49

Weapons Division, Branch A
Acquisition Center

SUBJECT: Award of Letter Contract DAAE30-96-C-0013

Mason & Hanger-Silas Mason Co., Inc.
ATTN: Mr. Darl J. Heffelbower
17575 State Highway 79
Middletown, Iowa 52638

Dear Mr. Heffelbower:

This letter constitutes a contract on the terms set forth herein and signifies the intention of the Department of the Army to execute a formal firm fixed price contract with you for the delivery of supplies and performance of the services as set forth in the enclosure marked "Attachment A", upon the terms and conditions therein stated, which is incorporated in and made a part hereof.

You are directed in accordance with the clause entitled, "Execution and Commencement of Work" to proceed immediately to commence performance of work, and to pursue such work with all diligence to the end that the supplies may be delivered or services performed within the time specified in the Delivery Schedule "Attachment A".

In accordance with the clause entitled "Contract Definitization," the scheduled time for definitizing this letter contract is so stated.

Please indicate your acceptance of the foregoing by signing this letter and returning it with all supporting documentation to this office.

Sincerely,

David M. Banashefski
Contracting Officer

Executed as of the date shown below: By: Darl J. Heffelbower

Darl J. Heffelbower
Typed Name of Authorized Rep

Date: 12/13/95

Vice President
Position

Contract No: DAAE30-96-C-0013

Printed on Recycled Paper

67x

# AWARD/CONTRACT

PAGE 1 OF

1 CONTRACT (Proc Inst Ident) NO DAAE30-96-C-0013

2 EFFECTIVE DATE 96 JAN 05

3 REQUISITION/PURCHASE REQ/PROJ DAAE30-96-R-0004

4 THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) DOA6 IF "9" SEE SEC G

5 ISSUED BY CODE W15QKN
DEPARTMENT OF ARMY
U. S. ARMY ARDEC
PICATINNY ARSENAL, NJ
07806-5000

S. TALMADGE SW
AMSTA-AR-PCW-A 201-724-5663

6 ADMINISTERED BY (If other than Block 5) CODE W52P1J
USA ARMAMENT
MUNITIONS AND CHEMICAL
COMMAND
ROCK ISLAND, IL
61299-6000

7 FOB SITE O
FOB SOURCE = S
FOB DESTINATION = D
FOB INTERMED = O
OTHER (SEE SECT E) = L

8 CONTRACTOR NAME AND ADDRESS CODE 14912
(Nm., Street, city, county, state, and ZIP Code)
MASON & HANGER-SILAS MASON CO.
17575 STATE HIGHWAY 79
MIDDLETOWN, IA
52638

FACILITY CODE
If "9" for multiple facilities, see Sec. G

9 TYPE CONTRACT J
9a SECURITY CLASS U

10 DISCOUNT FOR PROMPT PYMT.
1ST % DAYS
2ND % DAYS
3RD % DAYS
NET
OTHER
IF "9" SEE SECT G

11. SUBMIT INVOICES (4 Copies unless otherwise specified) TO ADDRESS SHOWN IN BLOCK 14

12. SHIP TO/MARK FOR (SEE FORM 69H/966)

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[X] 10 USC 2304(c) 3
[ ] 41 USC 253(c)

14. PAYMENT WILL BE MADE BY CODE SC1024
DFAS-COLUMBUS CENTER
DFAS-CO/GULF COAST DIV.
P.O. BOX 182231
COLUMBUS, OH
43218-2231
If "9" for multiple dispursing offices, see Sec. G.

15. SEE FORM 69E/69S FOR ITEM NO(s) SCHEDULE OF SUPPLIES/SERVICES, QTY UNIT, UNIT PRICE AND AMOUNT.

16. ACCOUNTING AND APPROPRIATION DATA (SEE FORM 69K)

| FAST PAY | KIND CONT | TYPE CONT | ABSTRACT RECIP ADP POINT | SPL CONTR PROVISIONS | DATE SIGNED | SVC/AGENCY USE ONLY | 17. SURV CRIT DES | 18. TOTAL AMOUNT OF CONTRACT |
|---|---|---|---|---|---|---|---|---|
| | 8 | A | SC1024 | | 95 Dec 14 | 36PA | C | $ 5,002,190.00 |

## 18. TABLE OF CONTENTS


| | SEC | DESCRIPTION | PAGE | | SEC | DESCRIPTION | PAGE |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III-LIST OF DOCUMENTS,EXHIBITS,OTHER ATTACH | |
| X | C | DESCRIPTION/SPECS/WORK STATEMENT | | X | J | LIST OF ATTACHMENTS | |
| X | D | PACKAGING AND MARKING | | | | PART IV-REPRESENTATIONS & INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | | | | | |
| X | G | CONTRACT ADMINISTRATIVE DATA | | | L | INSTRS, CONDS, AND NOTICES TO OFFER. | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |


CONTRACTING OFFICER WILL COMPLETE ITEM 20 OR 21 AS APPLICABLE

20. [X] CONTRACTOR'S NEGOTIATED AGREEMENT (Contractor is required to sign this document and return 3 copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. (Attachments are listed herein.)

21 [ ] AWARD (Contractor is not required to sign this document) on Solicitation Number ____, including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any continuation sheets. This award consummates the contract which consists of the following documents: (a) the Government's Solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.)

22. NAME OF CONTRACTOR
BY [signature]
(Signature of person authorized to sign)

23. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

24. NAME AND TITLE OF SIGNER (Type or print)
Darl J. Heffelbower
Vice President

25. DATE SIGNED DEC 13 1995

26. NAME OF CONTRACTING OFFICER (Type or print)
DAVID M. BANASHEFSKI

27. DATE SIGNED DEC 14 1995

STD FORM 26/SDA 67X-E (APR 65)

69S-E

| FORM 69S (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO | MOD/ORDER NO | PAGE | OF |
|---|---|---|---|---|---|
| | | DAAE30-96-C-0013 | | | |

PART I SECTION B & F
SERVICES LINE ITEM DATA

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0001AA | DESIGN/FABRICATE/EQUIP | AA | 99FEB28 | IW5AE0201ANG | 5,002,190.00 | |

DESCRIPTIVE DATA:

THE ABOVE TOTAL AMOUNT REPRESENTS 50% OF $10,004,379.00 FOR THE DESIGN, FABRICATE AND INSTALL THE SLOW COOL EQUIPMENT. THE MAXIMUM NOT-TO-EXCEED CEILING PRICE IS $24,423,866.00.

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0001AB | POT AND FAT | AA | 99FEB28 | IW5AE0201ANG | U | |

DESCRIPTIVE DATA:

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0001AC | LAP M795 PROJECTILE | AA | 99FEB28 | IW5AE0201ANG | U | |

DESCRIPTIVE DATA:

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0002 | DD 1423 | AA | 99FEB28 | IW5AE0201ANG | N | |

DESCRIPTIVE DATA:

CONTRACT DATA REQUIREMENTS LIST.

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| | | | | | | |

DESCRIPTIVE DATA:

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NOS.
E = ESTIMATED
- (IN $) = DECREASE
+ OR - (IN ITEM NO.) = ADDITION OR DELETION

69K-E

| FORM 69K (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO DAAE30-96-C-0013 | MOD/ORDER NO | PAGE | OF |
|---|---|---|---|---|---|

## PART I SECTION G
## ACCOUNTING CLASSIFICATION DATA

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| AA | 2152034 | | 55H5H04P413026EBS28017 |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | 5,002,190.00 | 4130 |

DESCRIPTIVE DATA:
PRON: IW5AE0201ANG
CON: A15P40202PIW

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING AN EXISTING ACRN.

CONTINUATION SHEET DAAE30-96-C-0013

NOTE: Contractor, should cause the following certificate to be executed under its corporate seal, provided that the same officer shall not execute both the certificate and the instrument (contract/modification).

**C E R T I F I C A T E**

I, William R. Lickert, certify that I am the Secretary and Treasurer of the corporation named as contractor herein; that Darl J. Heffelbower, who signed this instrument on behalf of the Contractor, was then Vice President of said corporation, that said instrument was duly signed for and in behalf of said corporation by authority of its governing body, and is within the scope of its corporate powers.

(Signature) (CORPORATE SEAL)

ATTACHMENT A

LETTER CONTRACT

DAAE30-96-C-0013

Mason & Hanger-Silas Mason Co., Inc.

Middletown, Iowa

ATTACHMENT "A" TO LETTER CONTRACT DAAE30-96-C-0013

1. **EXECUTION AND COMMENCEMENT OF WORK (APR 1984) (FAR 52.216-23)**

The Contractor shall indicate acceptance of this letter contract by signing three copies of the contract and returning them to the Contracting Officer not later than five (5) days from receipt of this letter. Upon acceptance by both parties, the Contractor shall proceed with performance of work including purchase of necessary materials.

2. **LIMITATION OF GOVERNMENT LIABILITY (APR 1984) (FAR 52.216-24)**

a. In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding $5,002,190.00 dollars.

b. The maximum amount of which the government shall be liable if this contract is terminated is $5,002,190.00 dollars.

3. **CONTRACT DEFINITIZATION (APR 1984) (FAR 52.216-25)**

a. A Firm Fixed Price definitive contract is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include:

1. All clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract.

2. All clauses required by law on the date of execution of the definitive contract.

3. Any other mutually agreeable clauses, terms and conditions.

The Contractor agrees to submit cost or pricing data supporting its proposal. Mason & Hanger-Silas Mason Co.,Inc proposal dated November 29, 1995 is applicable.

b. The schedule for definitizing this contract is:

| | |
|---|---|
| Beginning of Negotiations | 14 March 1996 |
| Completion of Negotiations | 25 March 1996 |
| Definitized Contract | 29 April 1996 |

c. If agreement on a definitive contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of contracting activity, determine a

reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

1. After the Contracting Officer's determination of price or fee, the contract shall be governed by:

(I) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c).

(ii) All clauses required by law as of the date of the Contracting Officer's determination.

(iii) Any other clauses, terms, and conditions mutually agreed upon.

2. To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

4. **PRICE CEILING 252.217-7027 (DEC 1991)**

The definitive contract resulting from this undefinitized action shall not exceed $24,423,866.00.

5. **APPLICABILITY OF SOLICITATION**

Incorporated herein and made part hereof is Section C of solicitation DAAE30-96-R-0004. All the clauses, terms and conditions set forth in the solicitation and all proposed exceptions stipulated in Mason & Hangers-Silas Mason's proposal. dated November 29, 1995 will be negotiated prior to the definitization of this letter contract.

6. **DELIVERY SCHEDULE**

It is hereby agreed that the contractor shall Design, Fabricate and Install Equipment to Load, Assemble, and Pack, (LAP) 78,468 each M795 HE Projectiles, in accordance with the following delivery schedule:

Deliveries are to be made in accordance with the following schedule:

| Line Item | Description | Quantity | Months after Award |
|---|---|---|---|
| 0001AA | Design, Fabricate and Install Slow Cool Equipment | 1 lot | 21 Months |
| 0001AB | Production Qualification/ First Article Test | 1,000 ea | 15 Months |
| 0001AC | Load, Assemble, and Pack M795 Projectiles | 78,468 ea | 24-38 Months |

All Data shall be delivered in accordance with the DD Form 1423, Contract Data Requirements List.