68X

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

PAGE 1 OF 81

| 1. AMEND/MODIFICATION OF SOLICITATION/CONTRACT/ORDER NO. | 2. AMEND/MODIFICATION NO | 3. EFFECTIVE/SOLICITATION NO | 4. REQUISITION/PURCHASE REQUEST NO |
|---|---|---|---|
| DAAE30-96-C-0013 | PZ0001 | AUG 15 1996 | |

5. ISSUED BY CODE W15QKN
DEPARTMENT OF ARMY
U. S. ARMY ARDEC
PICATINNY ARSENAL, NJ
07806-5000

S. TALMADGE SW
AMSTA-AR-PCW-A 201-724-5663

6. ADMINISTERED BY (If other than block 5) CODE W52P1J
FINANCE & ACCNTG OFFICER
ATTN: SMCRI-RMF-PV
ROCK ISLAND, IL
61299-5000

7. CONTRACTOR NAME AND ADDRESS CODE 14912
MASON & HANGER
SILAS MASON CO., INC.
17575 STATE HIGHWAY 79
MIDDLETOWN, IA
52638

FACILITY CODE
IF "9" FOR MULTIPLE FACILITIES SEE SEC G

8. PROJECT NO (If applicable)

9. TYPE CONTRACT
J

NEW CONTRACT AMOUNT:
$23,513,530

10. THIS BLOCK APPLIES TO AMENDMENTS OF SOLICITATION

☐ The above numbered solicitation is amended as set forth in block 13 The hour and date specified for receipt of Offers ☐ is extended ☐ is not extended

Offerors must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods: (a) By completing items 7 and 15 and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE ISSUING OFFICE PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter provided each telegram or letter makes reference to the solicitation and this amendment and is received prior to the opening hour and date specified.

11. THIS BLOCK APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 13

(a) ☐ This Change Order is issued pursuant to (specify authority) The Changes set forth in item 13 are made in the contract/order no. in item 2

(b) ☐ The above numbered contract/order is modified to reflect the administrative changes (such as changes in paying office, appropriation data, etc.) set forth in item 13.1 pursuant to the Authority of FAR 43.103(b)

(c) ☐ This Supplemental Agreement is entered into pursuant to authority of

(d) ☒ Other (Specify type of modification and authority) Letter Contract Definitization FAR 52.216-25

| KIND OF MOD | MOD ABST RECIPIENT ADP PT | DATE OF SIGNATURE MODIFICATION | CHANGE IN CONTRACT AMOUNT | LOSING PO/CAO ON TRANSFER | GAINING PO/CAO ON TRANSFER | SVC/AGENCY USE ONLY |
|---|---|---|---|---|---|---|
| D | W52H1C | AUG 15 1996 | $ 18,511,340.00 | | | FA |

12 ACCOUNTING AND APPROPRIATION DATA (If required) (SEE FORM 69K)

13 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/subject matter where feasible)

THIS MODIFICATION DEFINITIZES LETTER CONTRACT DAAE30-96-C-0013.

Except as provided herein, all terms and conditions of the contract/order, as heretofore changed, remain unchanged and in full force and effect.

14 ☐ IMPORTANT
CONTRACTOR/OFFEROR IS NOT REQUIRED TO SIGN THIS DOCUMENT

☒ CONTRACTOR/OFFEROR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN 2 COPIES TO ISSUING OFFICE

15A. NAME OF CONTRACTOR/OFFEROR
BY [signature]
(Signature of person authorized to sign)

16A. UNITED STATES OF AMERICA
BY [signature]
(Signature of Contracting Officer)

15B. NAME AND TITLE OF SIGNER (Type or print)
Darl J. Heffelbower
Plant Manager

16 DATE SIGNED 8/14/96

16B. NAME OF CONTRACTING OFFICER (Type or print)
DAVID M. BANASHEFSKI

16C. DATE SIGNED 8/15/96

STD FORM 30/SDA 68X-E (APR 84)

EXHIBIT NO. 8
D. KELLY 6/5/08

1. This modification definitizes the letter contract DAAE30-96-C-0013 awarded on 14 December 1995 for the Load, Assemble, and LAP of the M795 HE Projectile. All negotiated prices and agreements reached during negotiations have been reflected in this definitized contract. The contractor shall perform all efforts and requirements as delineated herein.

2. The contractor's letter dated July 17, 1996 confirming a total negotiated definitized price for the letter contract at $23,513,530 is hereby incorporated into this contract by reference.

3. The following drawings/ECP's delineated in Amendment 0001 to the RFP are hereby incorporated into the contract and the TDP for the M795 HE Projectile:

| ECP's | Drawings |
|---|---|
| M4K3006, M5A9001 | 12940880 |
| M5A2011, M5A3007 | |
| M5A3026, M4A3016 | |
| M5K3000, M5A2002 | |
| M5Q2018, M5Q2036 | |

4. It is understood that the facilitization costs delineated in the contract are based on meeting a maximum monthly LAP capability rate of 10,300 each M795 projectiles for any out-year production quantities. This does not preclude M&H from including equipment items in out-year production proposals.

5. If M&H meets process parameters in the contract and TDP (including the contractual waiver of the temperature of the thermal panels) and unacceptable product results, M&H shall have the right under the legal theory of implied warranty of specifications to request an equitable adjustment for all related costs.

6. The attrition rate for the M795 Projectile metal parts being supplied as GFM shall be at a rate of 1% of the total quantity deliverables plus 6 each per month for SAW samples. In addition, the attrition rate for the TNT shall be 1% of the total required poundage to load the production quantity deliverables, and 50% of the total required poundage to load the FAT quantity lot.

7. Storage Costs - The contract price covers 60 days of storage costs for GFM prior to its incorporation into the monthly LAP production schedule and 60 days of storage for end items after the Load Assemble and Pack of the ammunition is completed. The storage baseline will be directly related to the GFM and production delivery schedules delineated in the contract. The contractor shall monitor the storage of GFM and production deliverables against the GFM and production schedules in the contract. Furthermore, the contractor will be required to provide the Government with its results of assessment of the storage data for review.

Any storage of GFM components or production deliverables which exceed the above parameters will need to be assessed by the parties to determine cause. Any disagreement between the parties regarding the cause of additional storage space will be handled via the disputes clause.

If however, additional storage is required due to the fault, in whole or in part, of the Government, an appropriate equitable adjustment will be negotiated. If an equitable adjustment is required, the costs for such storage will be based on the number of cubic feet encumbered times a storage rate. For CY96, the rate will be $.0587 per cubic foot per month. For all other out-years, the CY rate shall be the Forward Pricing Rate Agreement determined by M&H and the cognizant DCMC office.

8. The parties agree that the first 1,000 units under the First Article Test (FAT) shall include two (2) exposures for x-ray purposes at 90 degrees rotation.

9. An updated Small Business Subcontracting Plan shall be submitted pursuant to FAR 52.219-9, not later than one month after award of this modification for Government review/approval. The Plan when approved will be incorporated and made a material part of the contract by reference.

10. It should be understood that until the Government approves a waiver to use 260 degrees Fahrenheit for the M795 controlled cooling process, the contractor is required to operate at 245-250 degrees Fahrenheit.

11. Provisional acceptance of a FAT/production lot pending ballistic testing can be accomplished via an Ammunition Data Card or the DD 250 form.

12. Post Cyclic Heat Treatment: The M795 TDP (Drawing Number 9312769, sheet 2, note 4B) requires that "Loaded projectiles be subjected to cool air temperature not colder than 60 degress F and not hotter than 75 degrees F for a minimum of 12 hours.

13. M&H is required to maintain the minimum insurance set forth in FAR 52.307-2(a),(b)(1), and (c). The Government further agrees that no property damage liability insurance is required as we are unaware of any "special circumstances" that may require it (See FAR 28.307-2(b)(2)). Finally, we agree that neither aircraft public and passenger liability, nor vessel liability insurance is required. However, this final agreement is based on M&H's assertion that neither aircraft nor vessel transportation will be conducted in performance of this contract.

14. The payment office is hereby changed from DFAS-Columbus Center, DFAS-CO/Gulf Coast Div, P.O. Box 182231, Columbus, OH 43218-2231, to the address below:

DFAS Rock Island
Operation Location
ATTN: DFAS-RI-FPV, blg 68
Rock Island, IL 61299-8301

15. Section K,L, and M of the solicitation are hereby incorporated into the contract by reference.

69S-E

| FORM 69S (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO | MOD/ORDER NO | PAGE | OF |
|---|---|---|---|---|---|
| | | DAAE30-96-C-0013 | PZ0001 | 5 | 81 |

PART I SECTION B & F

SERVICES LINE ITEM DATA

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0001AA- | DESIGN/FABRICATE/SUPPORT | AA | 99FEB28 | IW5AE0201ANG | -5,002,190.00 | |

DESCRIPTIVE DATA:

THE ABOVE TOTAL AMOUNT REPRESENTS 50% OF $10,004,379.00 TO DESIGN, FABRICATE AND INSTALL THE SLOW COOL EQUIPMENT. THE MAXIMUM NOT-TO-EXCEED CEILING PRICE IS $24,423,866.00.

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0001AB- | PQT AND FAT | AA | 99FEB28 | IW5AE0201ANG | U | |

DESCRIPTIVE DATA:

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0001AC- | LAP M795 PROJECTILE | AA | 99FEB28 | IW5AE0201ANG | U | |

DESCRIPTIVE DATA:

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0002- | DD 1423 | AA | 99FEB28 | IW5AE0201ANG | N | |

DESCRIPTIVE DATA:

CONTRACT DATA REQUIREMENTS LIST.

| ITEM NO. | DESCRIPTION OF SERVICES | ACRN | COMPLETION DATE | SVC/AGENCY USE ONLY | TOTAL ITEM AMOUNT * | ITEM/PROJ/ MGR |
|---|---|---|---|---|---|---|
| 0002+ | DD 1423 | AA | 98SEP30 | IW5AE0201ANG | N | |

DESCRIPTIVE DATA:

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NOS.
E = ESTIMATED
- (IN-$) = DECREASE
+ OR - (IN ITEM NO.) = ADDITION OR DELETION

69E-E

| FORM 69E (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO | MOD/ORDER NO | PAGE | OF |
|---|---|---|---|---|---|
| | | DAAE30-96-C-0013 | PZ0001 | 6 | 81 |

## PART I SECTION B
## SUPPLIES LINE ITEM DATA

| ITEM NO. | QUANTITY * | PURCH UNIT | UNIT PRICE | TOTAL ITEM AMOUNT * |
|---|---|---|---|---|
| 0001AA | 1 | LT | N | 643,264.00 |

| ACRN | FED STOCK NUMBER | PART NUMBER | ITEM/PROJ. MGR |
|---|---|---|---|
| AA | | | |

| POA | ACP | FOB | OVER % | UNDER % | NOUN | CIRR | SVC/AGENCY USE ONLY |
|---|---|---|---|---|---|---|---|
| S | S | S | | | FAT | | TW5AE0201ANG |

DESCRIPTIVE DATA :

FIRST ARTICLE TEST QUANTITIES (CONSISTING OF 1,500 EACH UNITS) (Includes PQT quantities).

| ITEM NO. | QUANTITY * | PURCH UNIT | UNIT PRICE | TOTAL ITEM AMOUNT * |
|---|---|---|---|---|
| 0001AB | 1,000 | EA | N | 9,483,991.00 |

| ACRN | FED STOCK NUMBER | PART NUMBER | ITEM/PROJ. MGR |
|---|---|---|---|
| AA | | | |

| POA | ACP | FOB | OVER % | UNDER % | NOUN | CIRR | SVC/AGENCY USE ONLY |
|---|---|---|---|---|---|---|---|
| S | S | S | | | M795 LAP | | TW5AE0201ANG |

DESCRIPTIVE DATA :

THIS SUBCLIN INCLUDES 1,000 EACH M795 PROJECTILES AT A TOTAL PRICE OF $173,920 AND $9,310,071 IN FACILITIZATION COSTS.

| ITEM NO. | QUANTITY * | PURCH UNIT | UNIT PRICE | TOTAL ITEM AMOUNT * |
|---|---|---|---|---|
| 0001AC | 76,968 | EA | 173.92 | 13,386,274.56 |

| ACRN | FED STOCK NUMBER | PART NUMBER | ITEM/PROJ. MGR |
|---|---|---|---|
| AA | | | |

| POA | ACP | FOB | OVER % | UNDER % | NOUN | CIRR | SVC/AGENCY USE ONLY |
|---|---|---|---|---|---|---|---|
| S | S | S | | | M795 LAP | | TW5AE0201ANG |

DESCRIPTIVE DATA :

| ITEM NO. | QUANTITY * | PURCH UNIT | UNIT PRICE | TOTAL ITEM AMOUNT * |
|---|---|---|---|---|
| | | | | |

| ACRN | FED STOCK NUMBER | PART NUMBER | ITEM/PROJ. MGR |
|---|---|---|---|
| | | | |

| POA | ACP | FOB | OVER % | UNDER % | NOUN | CIRR | SVC/AGENCY USE ONLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

DESCRIPTIVE DATA :

* REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NO.
N = NOT APPLICABLE
U = UNDEFINITIZED
NSP = NOT SEPARATELY PRICED
E = ESTIMATED
- (IN QTY AND $) = DECREASE
+ OR - (IN ITEM NO.) = ADDITION OR DELETION
CIRR: CONTROLLED ITEM RPT RQMT
SITE CODES: S = SOURCE, D = DESINATION, O = INTERMEDIATE

69H-E

| FORM 69H (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO | MOD/ORDER NO | PAGE | OF |
|---|---|---|---|---|---|
| | | DAAE30-96-C-0013 | PZ0001 | 7 | 81 |

## PART I SECTION F
## SUPPLIES SCHEDULE DATA

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AA | AA | Y00000 | | 97MAR31 | | 1 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
FAT SHIP TO YUMA.
FAT/PQT/FIRING TABLE TEST

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AB+ | AA | Y00000 | | 97NOV28 | | 1,000 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TO BE DETERMINED (TBD)

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 97DEC31 | | 2,000 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98JAN31 | | 8,640 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98FEB28 | | 8,640 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NOS.
E = ESTIMATED
- (IN QTY) = DECREASE
+ OR - (IN ITEM NO.) = ADDITION OR DELETION

69H-E

| FORM 69H (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO | MOD/ORDER NO | PAGE | OF |
|---|---|---|---|---|---|
| | | DAAE30-96-C-0013 | PZ0001 | 8 | 81 |

## PART I SECTION F
## SUPPLIES SCHEDULE DATA

| ITEM NO | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98MAR31 | | 9,720 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98APR30 | | 9,720 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98MAY29 | | 8,100 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98JUN30 | | 9,720 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98JUL31 | | 9,720 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NOS.
E = ESTIMATED.
– (IN QTY) = DECREASE
+ OR – (IN ITEM NO.) = ADDITION OR DELETION

69H-E

| FORM 69H (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO | MOD/ORDER NO | PAGE | OF |
|---|---|---|---|---|---|
| | | DAAE30-96-C-0013 | PZ0001 | 9 | 81 |

## PART I SECTION F
## SUPPLIES SCHEDULE DATA

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98AUG31 | | 9,180 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| 0001AC | AA | Y00000 | | 98SEP30 | | 1,528 |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO. (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:
SHIP TO:
TBD

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| | | | | | | |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| | | | | | | |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:

| ITEM NO. | ACRN | SHIP TO | MARK FOR | DEL SCHED DATE | ENDING DATE (WHEN APPLICABLE) | DEL SCHEDULE QTY * |
|---|---|---|---|---|---|---|
| | | | | | | |

| CONTROL ITEM SERIAL NO. | ENDING SERIAL NO (WHEN APPLICABLE) | TSP PRIORITY | MILSTRIP DOC. NO | SUFFIX | CLIN IDENTIFYING EXHIBIT |
|---|---|---|---|---|---|
| | | | | | |

DESCRIPTIVE DATA:

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING EXISTING ITEM NOS.
E = ESTIMATED
- (IN QTY) = DECREASE
+ OR - (IN ITEM NO.) = ADDITION OR DELETION

691

| FORM 69K (REV 10-83) | CONTINUATION SHEET | PROC INSTR IDENT NO DAAE30-96-C-0013 | MOD/ORDER NO PZ0001 | PAGE 10 | OF 81 |
|---|---|---|---|---|---|

## PART I SECTION G
## ACCOUNTING CLASSIFICATION DATA

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| AA | 2152034 | | 55H5H03P413026EBS28017 |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | -5,002,190.00 | 41300000000 |

DESCRIPTIVE DATA:
PRON: IW5AE0201ANG
CON: A15P40202PIW

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| AA | 2152034 | | 55H5H04P413026EB S28017 |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | 23,513,530.00 | 41300000000 |

DESCRIPTIVE DATA:
PRON: IW5AE0201ANG
CON: A15P40202PIW

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

| ACCTG CLASS REF | APPROPRIATION | LIMIT SUBHEAD | SUPPLEMENTAL ACCOUNTING CLASSIFICATION |
|---|---|---|---|
| | | | |

| NON-CLIN/ELIN PAYMENT PROV | CPN RECIPIENT DOAAD | OBLIGATED AMOUNT * | SVC/AGENCY USE ONLY |
|---|---|---|---|
| | | | |

DESCRIPTIVE DATA:

*REPRESENTS NET AMOUNT OF INCREASE/DECREASE WHEN MODIFYING AN EXISTING ACRN.

**Part I - The Schedule**

A.1 **NOTICE TO OFFERORS - USE OF CLASS I OZONE-DEPLETING SUBSTANCES**

(a) In accordance with Section 326 of P.L. 102-484, the Government is prohibited from awarding any contract which includes a specification or standard that requires the use of Class I Ozone-Depleting substance (ODS) identified in Section 602(a) of the Clean Air Act, (42 U.S.C. 7671a(a), or that can be met only through the use of such a substance unless such use has been approved, on an individual basis, by a senior acquisition official who determines that there is no suitable substitute available.

(b) To comply with this statute the Government has conducted a best efforts screening of the specifications and standards associated with this acquisition to determine whether they contain any ODS requirements. To the extent that ODS requirements were revealed by this review, they are identified below with the disposition determined in each case.

(c) If offerors possess any special knowledge about other ODSs required directly or indirectly at any level of contract performance, the U.S. Army would appreciate if such information was surfaced to the Contracting Officer for appropriate action. To preclude delay to the procurement, offerors should provide any information as soon as possible after release of the solicitation and prior to the submission of offers to the extent practicable. If the Statement of Work contains use of Ozone-Depleting Substances, contractors are required to comply with FAR 52.223-11 Ozone-Depleting Substances and FAR 52.223-12 Refrigeration Equipment and Air Conditioners.

| ODS Identified | Specification/Standard | Disposition |
|---|---|---|
| (See Section C, Statement of Work - Ozone-Depleting Substances Paragraph 3.7) | | |

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101<br>EXCEPTION TO SF 36 APPROVED<br>BY NARS, MAR 1977 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>DAAE30-96-C-0013 | PAGE<br>12 | OF<br>81 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Mason & Hanger - Silas Mason Co., Inc.

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| B1 | | | | | |
| CLIN 0001 | | | | | |
| 0001AA | First Article Test in accordance with the Statement of Work under Section C. (Includes PQT quantities). | 1 (consisting of 1,500) | LOT | | $ 643,264 |
| 0001AB | Load, Assemble, and Package M795 Projectiles in accordance with TDP and Statement of Work Section C. | 1,000 | ea | N/A | $9,483,991* |
| 0001AC | Load, Assemble, and Package M795 Projectiles in accordance with TDP and Statement of Work Section C.<br><br>*=This subclin includes the costs for 1,000 ea M795 Projectiles (1,000 units X $173.92 = $173,920) as well as $9,310,071 in costs associated with special tooling, equipment, and facilitization efforts required by the contractor to perform the M795 LAP contract. | 76,968 | ea | $173.92 | $13,386,275 |
| 0002 | Data in accordance with CDRL, DD 1423, Exhibit A, of Section J of the contract.<br><br>NSP = Not Separately priced. | 1 | LOT | | NSP |

**PART I- THE SCHEDULE**
**SECTION B-SUPPLIES OR SERVICES AND PRICES/COSTS**

B.2 **252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY. (DEC 1991)**

In accordance with paragraph (a) of the Duty-Free Entry clause and/or paragraph (b) of the Duty-Free Entry - Qualifying Country End Products and Supplies clause of this contract, the following supplies are accorded duty-free entry:

None

**PART I- THE SCHEDULE**
**SECTION C-DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

STATEMENT OF WORK
155mm, HE, M795 LAP

C.1.0 Scope - This statement of work encompasses the Load, Assemble, and Pack (LAP) for 155mm, HE, M795 projectiles. The contractor shall LAP 155mm, HE, M795 projectiles to completely meet designated requirements.

C.2.0 Applicable Documents

MIL-STD-1167C (5 Aug 1985) Notice 1, Ammunition Data Card
12 March 1986
Notice 2, 17 March 1993
MIL-STD-1168A (28 Feb 1975) Notice 1, Ammunition Lot Numbering
31 March 1988

C. 2.1 Advisory/Reference Military Specification

MIL-STD-973 (17 Apr 1992) Configuration Management,
Notice 3, 13 Jan 1995

C.2.2 Other Publications

Technical Data Package Listing - TDPL # 9312769 dated 28 Aug 95, as updated via page 2, paragraph 3 of the contract.

C.3.0 Requirements

C.3.1 Production

C.3.1.1 Basic Contract Requirement - The contractor shall Load, Assemble, and Pack (LAP) a quantity of 79,468 each M795 projectiles (includes FAT Qty) in accordance with TDPL number 9312769. The contractor shall deliver M795 projectiles as delineated in Section F of this contract. The deliverable items include; 155mm, HE, M795 Projectiles (9312769), Obturator (10542907), Supplemental Charge (8797090), Liner Cup (9331677), Spacers (8797088).

The Government shall provide as Government Furnished Material (GFM), Trinitrotoluene (TNT), Metal Parts, ( to include Lift Plugs, Gaskets, Flexible Rotating Band Covers, and Projectile Body), Metal Pallets, and an Ammunition Data Card Software Program, in accordance with Section H.

C.3.1.2 Ammo Data Cards - Ammunition Data Cards (DI-MISC-

**PART I- THE SCHEDULE**
**SECTION C-DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

80043 tailored) shall be prepared IAW MIL-STD-1167C (tailored in attachment to DSL) and submitted for projectiles in Section F. Lot numbering shall be provided IAW MIL-STD-1168A.

C.3.2 Test and Evaluation

C.3.2.1. First Article Test (FAT)

C.3.2.1.1 The contractor shall be responsible for procuring all materials and equipment required to conduct the First Article Test (FAT) under the contract. FAT shall be performed within fifteen (15) months after contract award and shall be witnessed and accepted or rejected by the Government.

C.3.2.1.2 The First Article shall be submitted in accordance with TDPL 9312769 and this contract.

C.3.2.2 Ballistic Testing - Ballistic testing shall be performed in accordance with TDPL 9312769 and this contract. The contractor shall send one (1) representative to attend up to a maximum of four (4) ballistic tests at Yuma Proving Ground at the Government's discretion. Each trip will be for a duration of five(5) days including travel time.

C.3.3 Quality Program Plan - The contractor shall implement and maintain the 155mm, HE, M795 Quality Program as submitted with M&H's proposal dated November 29, 1995.

C.3.3.1 Statistical Process Control (SPC) - The contractor shall implement and maintain an SPC plan. (OT-90-12138)

C.3.3.2 Acceptance Inspection Equipment (AIE) Approval - Standard (commercial) inspection and test equipment designs which are used to perform examinations and tests IAW the item specification shall be submitted (DI-RELI-80322 tailored). Special Acceptance Inspection Equipment (equipment that is specially designed for a given characteristic) designs which are used to perform examinations and tests shall be submitted IAW the item specification (DI-QCIC-81006 tailored).

C.3.3.3 Inspection of Critical Safety Items

C.3.3.3.1 Critical Safety Definition - The following definition applies:

Critical Safety Item (CSI) - A part, assembly, installation, or production system with one or more critical

**PART I- THE SCHEDULE**
**SECTION C-DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

characteristics as defined by item specification.

C.3.3.3.2 Traceability of Manufactured Items and Material - All technical and quality requirements relating to critical safety characteristics must be traceable to the time and place that they were produced. The contractor's records on file should provide the degree of traceability required to enable after the fact verification of all aspects of material, manufacture, special processing, assembly and inspection of critical safety characteristics.

C.3.3.3.3 Vendor Control of Critical Safety - The contractor's vendor quality program shall address controls for critical safety item characteristics produced by vendors and contain a requirement for the periodic audit of the implementation of these controls. Purchase orders to subcontractors producing CSIs shall contain a requirement for 100 percent inspection of all critical safety characteristics.

C.3.3.3.4 Nonconformance - Nonconformances to critical safety characteristics shall not be accepted through contractor Material Review Board actions. In instances where engineering analysis of the nonconformances determines that the existing tolerances or requirements can be changed without degrading product safety, an engineering change action may be submitted for Government approval.

C.3.3.3.5 Actions Required Upon Observance of Critical Defects Whereas the emphasis of the contractor's quality program procedures pertaining to CSIs is to assure that nonconforming critical safety characteristics do not occur, in the event that a critical defect is found whether by the contractor, a subcontractor, or the Government, the following specific actions shall be taken:

a. Production of the affected component, subassembly, or assembly, shall cease immediately; operations involved in the creation of the defect must stop, including "feeder" operations, and the Government Quality Assurance Representative (QAR) notified at once with concurrent notification to the Procurement Contracting Officer (PCO) and the Administrative Contracting Officer (ACO). The contractor shall determine which operations to stop, document the rationale for this determination and provide preliminary findings pertinent to the defect to the contracting officer within 48 hours of the occurrence. Copies of this notification should be furnished to the Government QAR and ACO. (OT-93-12069)

**PART I- THE SCHEDULE**
**SECTION C-DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

b. All suspect material must be segregated and shall not be used for further production. Suspect product must be "fenced", both ahead and behind the point of detection. The contractor shall conduct a detailed investigation and analysis to assess the extent of product affected and take all actions necessary to assure the conformance of all suspect material. A request for the use of any fenced material associated with the critical defect, along with the analysis supporting the request, shall be forwarded to the contracting officer for approval, with copies furnished to the Government QAR and ACO. (OT-93-12069)

c. A detailed investigation and analysis with Government participation shall be conducted of the process, equipment, handling, quality control, etc. to determine the cause of the defect. Corrective action to prevent future manufacture of the critical defect shall be instituted. Positive corrective action is required; screening of the affected product alone is insufficient to meet this requirement without other appropriate action intended to eliminate the cause of the defect.

d. A request to restart production/operations along with supporting documentation (i.e., investigation results, screening information, corrective action, etc.) shall be submitted to the contracting officer for approval with copies furnished to the Government QAR and ACO. Restart shall begin only after approval to restart has been issued by the contracting officer and any conditions or restrictions associated with the approval are satisfied. Contracting officer response to restart requests will be provided within five (5) working days from the time of receipt. Confirmation of receipt of the request to restart is the contractor's responsibility. (OT-93-12069)

C.3.3.4 Accident/Incident Report - The contractor shall immediately report any major accident/incident (including fire) resulting in any of the following: causing one or more fatalities, or one or more disabling injuries; damaging Government property exceeding $10,000; affecting program planning or production schedules; degrading the safety of the equipment under contract, such that personnel injury or property damage may be involved; identifying a potential hazard requiring corrective action. The contractor shall prepare and submit the report (DI-H-1329A) for each accident/incident.

C.3.4 Change Actions - The contractor shall submit ECPs, RFW/RFDs, and NORs and may utilize MIL-STD-973 and Notice 3, as

**PART I- THE SCHEDULE**
**SECTION C-DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

guidance. (DI-CMAN-80639B, DI-CMAN-80640B, DI-CMAN-80641B, DI-CMAN-80642B)

C.3.5 Program Reviews - The contractor shall conduct quarterly integrated reviews at the contractor facility with the first review 45 days after contract award.

C.3.5.1 Government Reviews - The contractor shall be required to send one(1) representative to attend up to three (3) government reviews at the U.S. Army ARDEC Armaments, Research, Development, and Engineering Center (ARDEC), Picatinny Arsenal, New Jersey. Each trip shall be for a duration of three (3) days including travel time.

C.3.6. Hazardous Waste Report - The contractor shall identify the specific types and amounts of hazardous waste being generated during the conduct of efforts performed under this contract (DI-MGMT-80899).

C.3.7 Ozone Depleting Substances - Regardless of whether the use of Ozone Depleting Substances has been approved for this Statement of Work (SOW), ODS specifications or requirements shall not be incorporated into data or software delivered under this action, including any changes, updates, or modifications to the technical data package (TDP), drawings or manuals unless specifically authorized and approved in writing by the Contracting Officer in advance of delivery.

C.3.8 Deficiency Reports - The contractor shall submit a deficiency report if any 3government furnished material is found defective. (DI-QCIC-80736)

C.4 **PHYSICAL SECURITY STANDARDS FOR SENSITIVE ITEMS**

1. The Contractor will protect all Arms, Ammunition and Explosives (AA&E) manufactured for the Government or provided by the Government as Government Furnished Equipment/Material (GFE/M). Standards are in the Department of Defense (DOD) 5100.76-M dated September 1992 entitled "Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives." To get a copy send to:

National Technical Information Service
3285 Port Royal Road
Springfield, VA 22181
(AC 703-487-4600)

**PART I- THE SCHEDULE**
**SECTION C-DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

2. The Contractor will allow Government officials access to prime and subcontractor facilities so that regulatory surveys, inspections and investigations may be conducted.

3. This clause applies to the items listed below:

| ITEM | SENSITIVITY/CATEGORY |
|---|---|
| Trinitrotoluene (TNT) | Category III |

NOTE:

This clause applies to all contracts and subcontracts at any tier.

C.5 **STATEMENT OF WORK--TRANSPORTATION SECURITY REQUIREMENTS**

Supplies under this contract are Category III and require Transportation Protective Services (TPS) according to DOD 5100.76M (Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives) and AR 55-355/DLAR 4500.3 (Defense Traffic Management Regulation). Military services policies can add to or amend these requirements under guidance provided by Defense Logistics Agency (DLA)/Defense Contract Management Command (DCMC) or other components assigned to provide contract administration services (CAS) within a specified geographic area. DLAH 4105.4, DOD Directory of Contract Administration Service Components, dated July 1992 identifies the areas. It also includes information for offshore/OCONUS procurements.

C.6 **STATEMENT OF WORK -- TRANSPORTATION SECURITY REQUIREMENTS FOR CONTRACTOR-TO-CONTRACTOR SHIPMENTS**

Supplies that qualify as sensitive under DOD 5100.76-M (Physical Security of Sensitive Conventional Arms, Ammunition and Explosives), which the contractor will ship between two and more contracts, require special Transportation Protective Services (TPS). TPS is the same as the DOD security standard if the item is sensitive or shipped as DOT Class A, B or C Explosives. Military services policy and Defense Logistics Agency/Defense Contract Management Command (DCMC) may add to or amend the explosive class, as named in AR 55-355, Defense Traffic Management Regulation.

**PART I- THE SCHEDULE**
**SECTION C-DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

Shipper's Defense Contract Management District/Area Operations (DCMD/DCMAO) transportation officers will supply the sensitive category, decide the TPS required and get the TPS from commercial carriers.

Include this clause in all contracts/subcontracts.

**Part I - The Schedule**
**SECTION D - PACKAGING AND MARKING**

D.1 **PRESERVATION, PACKAGING, PACKING AND MARKING**

The contractor shall prepare all items for shipment as delineated in TDPL No. 9312769 drawing number 12914619.

D.2 **BAR CODE MARKING (WITTEN IN PLAIN ENGLISH)**

The contractor shall mark all items for shipment as delineated in TDPL No. 9312769 drawing number 12914619.

D.3 **UNITIZATION**

Unitization shall be in accordance with TDPL No. 9312769 drawing number 12914619.

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

E.1 **52.252-2 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| | | |
|---|---|---|
| 52.246-2 | INSPECTION OF SUPPLIES - FIXED-PRICE | JUL 1985 |
| 52.246-16 | RESPONSIBILITY FOR SUPPLIES | APR 1984 |

E.2 **Quality Program Plan**

This contract will be performed under the Quality Program Plan delineated under the ocontractor's proposal dated November 29, 1995. It is understood that the contractor's Quality Program Plan meets the equivalent of the Government's MIL-Q-9858 quality provision.

E.3 **ACCEPTANCE**

[X ] Acceptance will be at the Contractor's plant.

[ ] Acceptance will be at destination.

E.4 **GOVERNMENT PROCUREMENT QUALITY ASSURANCE ACTIONS**

Government Procurement Quality Assurance (PQA) actions will be accomplished by the Governments authorized Quality Assurance Representative (QAR) at:

[X] Contractors Plant

[ ] Destination

[ ] Other: The Contractor's plant except for tests conducted at a Government Facility or Proving Ground

E.5 **STATISTICAL PROCESS CONTROL**

a. In addition to the quality requirements of the technical data package, the Contractor shall implement Statistical Process Control (SPC) in accordance with a government accepted

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

SPC Program Plan. Control chart techniques shall be in accordance with the American National Standards Institute (ANSI) Z1.1, Z1.2 and Z1.3. Alternate SPC charting methods may be proposed and submitted to the Government for review.

b. The SPC Program Plan developed by the contractor shall consist of a general plan and a detailed plan. The plans shall be structured as delineated on the Data Item Description referenced in the DD Form 1423. The general and the detailed plans shall be submitted to the government for review per DD Form 1423 requirements. Notification by the Government of acceptance or nonacceptance of the plans shall be provided in accordance with the time frames specified on the DD Form 1423. Once a general plan for a facility has been approved by this Command, the approval remains in effect for subsequent contracts as long as the contractual requirements remain substantially unchanged from contract to contract. Therefore, resubmission of a previously accepted general SPC plan is not required if current SPC contract clause and Data Item Description (DID) requirements are fulfilled. If this Command has previously accepted the general SPC plan under essentially the same SPC contractual requirements, so indicate by providing the Contracting Officer with the following information:

Date of Acceptance: 12/16/96

Contract Number(s): DAAA09-91-Z-0006

c. The contractor is responsible for updating the general plan to current SPC contractual requirements. If errors or omissions are encountered in a previously accepted SPC general plan, opportunities for improvement will be identified by the Government, and corrective action shall be accomplished by the contractor.

d. A milestone schedule will be submitted for those facilities who do not have, or have never had, a fully implemented SPC program and will not have a fully operational SPC program once production is initiated. The milestones shall provide a time-phased schedule of all efforts planned relative to implementation of an SPC program acceptable to the Government. A milestone schedule shall include implementation start and complete dates for those SPC subjects addressed under the paragraph entitled Format and Content on the applicable SPC DID. The milestone schedule shall only include those actions that can not be accomplished prior to first article or the initiation of production, if a first article is not required. Milestones shall be developed for each commodity identified for

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

SPC application. Milestones shall be submitted through the Government Quality Assurance Representative to the Contracting Officer for review and acceptance. Any deviations from the accepted milestones, to include justification for such deviations, shall be resubmitted through the same channels for review. The government reserves the right to disapprove any changes to the previously accepted milestones. Notification by the Government of the acceptance or nonacceptance of the milestones shall be furnished to the Contractor by the Contracting Officer.

e. The Contractor shall review all process and operation parameters for possible application of SPC techniques. This review shall include processes and operations under the control of the prime contractor and those under the control of subcontractor or vendor facilities. A written justification shall be included in the detailed plan for each process and operation parameter that controls or influences characteristics identified as critical, special, or major which have been deemed impractical for the application of SPC techniques. A pamphlet on application of SPC for short production runs is available through the Contracting Officer.

f. Statistical evidence in the form of control charts shall be prepared and maintained for each process or operation parameter identified in the detailed plan. These charts shall identify all corrective actions taken on statistical signal. At the conclusion of the production run, a collection of charts traceable to the product, shall be maintained for a minimum of 3 years. The control charts shall be provided to the Government for review at any time upon request.

g. When the process or operation parameter under control has demonstrated both stability and capability, the Contractor [ ] request, in writing, through Administrative Contracting Officer (ACO) and Contracting Officer (CO) channels to the Product Assurance and Test Directorate, that acceptance inspection or testing performed in accordance with contract requirements be reduced or eliminated. Upon approval by the CO, acceptance shall then be based upon the accepted SPC plan, procedures, practices and the control charts.

h. The Government will not consider requests for reduction or elimination of 100% acceptance inspection and testing of parameters or characteristics identified as critical in the technical data package, specifications or drawings of this contract if any one of the following conditions exist:

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

(1) The existing process currently utilizes a fully automated, cost effective, and sufficiently reliable method of 100% acceptance inspection or testing for an attribute-type critical parameter or characteristic.

(2) The Contractor utilizes attribute SPC control chart methods for the critical parameter or characteristic.

(3) The critical parameter or characteristic is a first order, single point safety failure mode (nonconformance of the critical parameter or characteristic in and of itself would cause a catastrophic failure).

i. The Government will only consider reduction or elimination of the 100% acceptance inspection or test requirement for other critical parameters or characteristics if either of the following conditions are met:

(1) The process is in a state of statistical control utilizing variable control chart methods for the critical parameter or characteristic under control and the process performance index (Cpk) is at least 2.0. The Contractor shall maintain objective quality evidence through periodic audits that the process performance index is being maintained for each production delivery.

(2) The critical parameter or characteristic is conclusively shown to be completely controlled by one or more process or operation parameters earlier in the process, and those parameters are in a state of statistical control utilizing variable data, and the product of the probability of the conformance for each earlier parameter associated to the critical characteristic is better than or equal to a value equivalent to that provided by a Cpk of at least 2.0. The Contractor shall maintain objective quality evidence through periodic audits that the process performance indexes are being maintained for each production delivery.

j. For characteristics other than critical, requests for reduction or elimination of acceptance inspection and testing shall be considered when the process performance index is greater than or equal to a Cpk of 1.33 for variables data. Requests shall be considered for attributes data when the percent beyond the specification limits is less than or equal to .003 (Cpk=1.33).

k. Process or operation parameters under reduced or eliminated inspection or testing that undergo a break in

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

production less than 6 months in length, may continue to operate under reduced or eliminated inspection or testing provided there has been no degradation below a Cpk of 1.33 (2.0 for criticals). Any break in production greater than 6 months shall require resubmission of the request for reduction or elimination of inspection or testing through the same channels cited in paragraph g above.

l. Not used.

m. Immediately following a change to a process or operation parameter under reduced or eliminated inspection, the process capability (Cp) or process performance indexes (Cpk) shall be recalculated and documented for variable data; the grand average fraction defective shall be recalculated for attribute data. If any of these values have deteriorated, immediate notification shall be made to the Government along with the associated documentation. Return to original inspection and test requirements may be imposed as stipulated in paragraph n below.

n. The Government reserves the right to withdraw authorization to reduce or eliminate final acceptance inspection or testing and direct the Contractor to return to original contract inspection or test procedures at any indication of loss of process control or deterioration of quality.

E.6 **REWORK AND REPAIR OF NONCONFORMING MATERIAL**

a. Rework and Repair are defined as follows:

(1) Rework - The reprocessing of nonconforming material to make it conform completely to the drawings, specifications or contract requirements.

(2) Repair - The reprocessing of nonconforming material in accordance with approved written procedures and operations to reduce, but not completely eliminate, the nonconformance. The purpose of repair is to bring nonconforming material into a usable condition. Repair is distinguished from rework in that the item after repair still does not completely conform to all of the applicable drawings, specifications or contract requirements.

b. Rework procedures along with the associated inspection procedures shall be documented by the Contractor and submitted

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

to the Government Quality Assurance Representative (QAR) for review prior to implementation. Rework procedures are subject to the QAR's disapproval.

c. Repair procedures shall be documented by the Contractor and submitted on a Request for Deviation/Waiver form, to the Contracting Officer for review and written approval prior to implementation.

d. Whenever the Contractor submits a repair or rework procedure for Government review, the submission shall also include a description of the cause for the nonconformances and a description of the action taken or to be taken to prevent recurrence.

e. The rework or repair procedure shall also contain a provision for reinspection which will take precedence over the Technical Data Package requirements and shall in addition, provide the Government assurance that the reworked or repaired items have met reprocessing requirements.

E.7 **DESTRUCTIVE TESTING**

a. All costs of destructive testing by the Contractor and items destroyed by the Government are considered as being included in the contract unit price.

b. Where destructive testing of items or components thereof is required by contract or specification, the number of items or components required to be destructively tested, whether destructively tested or not, shall be in addition to the quantity to be delivered to the Government as set forth in the Contract Schedule.

c. All pieces of the complete First Article shall be considered as destructively tested items unless specifically exempted by other provisions of this contract.

d. The Contractor shall not reuse any components from items used in a destructive test during First Article, lot acceptance or inprocess testing, unless specifically authorized by the Contracting Officer.

e. The Government reserves the right to take title to all or any items or components described above. The Government may take title to all or any items or components upon notice to the Contractor. The items or components of items to which the Government takes title shall be shipped in accordance with the