# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 4

2. AMENDMENT/MODIFICATION NO.: P00003
3. EFFECTIVE DATE:
4. REQUISITION/PURCHASE REQ. NO.:
5. PROJECT NO. *(If applicable)*:

6. ISSUED BY — CODE W15QKN

Department of Army
U.S. Army TACOM-ARDEC
Picatinny Arsenal N.J. 07806-5000

S. Talmadge

7. ADMINISTERED BY (If other than Item 6) — CODE W52P1J

Finance & Accntg Office
Attn: SMCARI-RMF-PV
Rock Island, IL 61299-5000

97 MAR 7 ... 57 M&H-SV...

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

Mason & Hanger
Silas Mason Co., Inc.
17575 State Highway 79
Middletown, IA 52638

CODE 14912 | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

10A. MODIFICATION OF CONTRACT/ORDER NO.

10B. DATED *(SEE ITEM 13)*

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and ☐ is ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. Accounting and Appropriation Data *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

X C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

D. OTHER *(Specify type of modification and authority)*

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 2 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

See Continuation page(s).

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
Ronald D. Steele
Contract Administratin Manager

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
David M. Banashefski

15B. CONTRACTOR/OFFEROR
[signature]
*(Signature of person authorized to sign)*

15C. DATE SIGNED: 13 MAR 97

16B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

16C. DATE SIGNED: 13 MAR 97

CONTINUATION SHEET DAAE30-96-C-0013 PAGE OF

P00003

The subject contract is hereby modified as follows:

1. The following delineates the changes to the contract Line ITEMS/CLINS and incorporates the revised delivery schedule for M795 LAP First Article Test/PQT lots quantities. See attached delivery schedule.

| CLIN | ACRN | Item | Date | Quantity | Amount |
|---|---|---|---|---|---|
| 0001AA- | AA | FAT | 31 MAR 1997 | 1 lot | $ 643,264 |
| 0001AA+ | AA | FAT | 31 JUL 1997 | 1 lot | $9,953,335 |
| PRON# IW5AE0201ANG | | | | | |
| 0001AB- | AA | M795 LAP | 28 NOV 1997 | 1,000 | $9,483,991 |
| 0001AB+ | AA | M795 LAP | 28 NOV 1997 | 1,000 | $ 173,920 |
| PRON# IW5AE0201ANG | | | | | |

2. As a result of this modification, delivery of the Nov 28, 1997 Production lot (1,000 ea) is predicated on the approved FAT as delineated under the contract clauses. In addition, written approval to proceed with production must be issued by the Contracting Officer not later than September 15, 1997.

3. Under contract clause H.3, change the delivery date of the Government Furnished Material for Metal Parts, TNT and Metal pallets from Jan 97 to 31 May 1997. All other GFM dates and quantities remain unchanged.

4. On contract page 12, Paragraph B.1, change the final payment of Facilitization costs under Subclin 0001AB to reflect Subclin 0001AA. It should be understood that the Final Facilitization Payment under Subclin 0001AA will be at time of Final Inplant Inspection of the FAT quantities. See attached continuation sheet SF36.

5. It should be understood that there is no change to the contract amount.

6. In consideration of this modification as equitable adjustment for the above mentioned changes, the Contractor hereby releases the Government from any and all liability under this contract relating to this modification, including claims for future equitable adjustments attributable to such facts or circumstances giving rise to the aforesaid changes.

7. All other terms and conditions of this contract remain unchanged.

CONTINUATION SHEET DAAE30-96-C-0013 PAGE OF

P00003

**F.2 52.212-1 Time of Delivery. (JUL 1995)**

(a) The Government requires delivery of the FAT/PQT lot and 77,968 ea Production quantities in accordance with the following schedule:

| Delivery Item | Delivery Date | Quantity | Destination |
|---|---|---|---|
| FAT | 31 JUL 1997 | 24 ea | Yuma |
| PQT/Firing Table Test | 31 JUL 1997 | 1,476 ea | Yuma |
| LAP M795 | 28 NOV 1997 | 1,000 ea* | TBD |
| LAP M795 | 31 DEC 1997 | 2,000 ea* | TBD |
| LAP M795 | 31 JAN 1998 | 8,640 ea* | TBD |
| LAP M795 | 28 FEB 1998 | 8,640 ea* | TBD |
| LAP M795 | 31 MAR 1998 | 9,720 ea* | TBD |
| LAP M795 | 30 APR 1998 | 9,720 ea* | TBD |
| LAP M795 | 29 MAY 1998 | 8,100 ea* | TBD |
| LAP M795 | 30 JUN 1998 | 9,720 ea* | TBD |
| LAP M795 | 31 JUL 1998 | 9,720 ea* | TBD |
| LAP M795 | 31 AUG 1998 | 9,180 ea* | TBD |
| LAP M795 | 30 SEP 1998 | 1,528 ea* | TBD |

TBD= To be Determined

*=Note: For each monthly LAP quantity identified above, a total of 24 ea projectiles per month shall be marked for the Yuma Proving Ground for Ballistic Testing.

| STANDARD FORM 36, JULY 1966<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1-16.101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D.<br>DAAE30-96-C-0013 | PAGE 12 OF 81 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
Mason & Hanger-Silas Mason Co., Inc.

| ITEM NO. | SUPPLIES / SERVICES | QUANTITY | UNIT | UNIIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| B.1 | | | | | |
| CLIN 0001 | | | | | |
| 0001AA | First Article Test in accordance with the Statement of Work under Section C. (Includes PQT quantities). Consisting of 1,500 ea. | 1 | LOT | | $9,953,335* |
| 0001AB | Load, Assemble, and Package M795 Projectiles in accordance with TDP and Statement of Work Section C. | 1,000 | ea | $173.92 | $173,920 |
| 0001AC | Load, Assemble, and Package M795 Projectiles | 76,968 | ea | $173.92 | $13,386,275 |
| | *= This subclin includes the cost for 1,500 ea FAT/PQT M795 Projectiles ($643,264) as well as $9,310,071 in costs associated with special tooling, equipment, and facilitization efforts required by the contractor to perform the M795 LAP contract. | | | | |
| 0002 | Data in accorance with CDRL, DD1423, Exhibit A, of Section J of the contract. | 1 | lot | NSP | NSP |
| | NSP= Not Separately Priced. | | | | |