# MATERIAL IN ECTION AND RECEIVING REPOR

Form Approved
OMB No. 0704-0248

Public reporting burden for this collection of information is estimated to average 35 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0248), Washington, DC 20503.
PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.

1. PROC. INSTRUMENT IDEN. CONTRACT): DAAE30-96-C-0013
(ORDER) NO.:
6. INVOICE NO./DATE: 97-0493 /
7. PAGE: 1 OF 1
8. ACCEPTANCE POINT: ORIGIN

2. SHIPMENT NO.: IAAAP 001
3. DATE SHIPPED: 10/21/97
4. B/L
TCN
5. DISCOUNT TERMS: NET 30 DAYS

9. PRIME CONTRACTOR CODE 14913
MASON & HANGER CORPORATION
LEXINGTON, KENTUCKY 40504-3363

10. ADMINISTERED BY CODE W52P1J
IOC
ROCK ISLAND, ILLINOIS

11. SHIPPED FROM (IF OTHER THAN 9) CODE 4A924 FOB:
MASON & HANGER CORPORATION
17575 STATE HWY 79
MIDDLETOWN, IOWA 52638

12. PAYMENT WILL BE MADE BY CODE W52H1C
DEFENSE FINANCE & ACCOUNTING SERVICE
R I OPERATING LOCATION
ATTN: DFAS-RI-FPV BLDG 68
ROCK ISLAND, ILLINOIS 61299-8301

13. SHIPPED TO CODE 4A924
MASON & HANGER CORPORATION
17575 STATE HWY 79
MIDDLETOWN, IOWA 52638

14. MARKED FOR CODE

| 15. ITEM NO. | 16. STOCK/PART NO. DESCRIPTION (Indicate number of shipping containers - type of container - container number.) | 17. QUANTITY SHIP/REC'D* | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 0001AA | Special Tooling, Equipment, and Facilitization | | | | $9,310,071.00 |
| .001AA | First Article Sample of 24 units | 24 | ea | $428.84 | $10,292.22 |

21. CONTRACT QUALITY ASSURANCE

A. ORIGIN
[ ] CQA [ ] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

B. DESTINATION
[X] CQA [X] ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.
97 Oct 22 — William Voigt
DATE — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND TITLE: SFAE-GCSS-SD
Product Manager, K795

22. RECEIVER'S USE
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED — SIGNATURE OF AUTH GOVT REP
TYPED NAME AND OFFICE

*If quantity received by the Government is the same as quantity shipped, indicate by (X) mark, if different, enter actual quantity received below quantity shipped and encircle.

23. CONTRACTOR USE ONLY

EXHIBIT 16
ID 6/2/08

since 1827
MASON & HANGER CORPORATION
IOWA ARMY AMMUNITION PLANT

Sold To: Defense Finance & Accounting Service
Rock Island Operating Location
ATTN: DFAS-RI-FPV, Building 68
Rock Island, IL 61299-8301

Invoice No. 97-0493

Invoice Date 10/24/97
Terms Net 30
Remit By 11/23/97

Order No. DAAE30-96-C-0013

| Item | Quantity | Description | Unit Price | Total |
|---|---|---|---|---|
| 0001AA | | First Article Test | | $9,310,071.00 |
| | | Less: Amounts Previously Invoiced on Progress Payments | | ($5,641,391.00) |
| | 24 | First Article Sample of 24 units | $428.84 | $10,292.22 |

If questions please contact Angi Campbell (319)753-7216

GRAND TOTAL $3,678,972.22

Certified For Payment In the Amount of: $ 3,678,972.22

James D. Nelson
Administrative Contracting Officer
Iowa Army Ammunition Plant
Middletown, IA 52638-5000
DSN 585-7041, Commercial 319 753-7041

Please Make Wire Fund Transfer To:

Firstar Bank
Burlington, Iowa 52601
Account #621021744

OR

Please Make Check Payable To:

Mason & Hanger-Silas Mason Co., Inc.

17575 State Highway 79 • Middletown, Iowa 52638-9701 • 1-800-488-9719 • Fax 319-753-7774 • info@teamiowa.com

AO000001