**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AMERICAN ORDNANCE LLC,<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 07-867C<br>Judge Wheeler |

**APPENDIX IN SUPPORT OF PLAINTIFF AMERICAN ORDNANCE LLC'S MOTION FOR SUMMARY JUDGMENT**

# APPENDIX EXHIBIT NO. 4

**SOLICITATION, OFFER AND AWA...**

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) ▶ RATING DO-A6

PAGE 2 OF 121 PAGES

| 2. CONTRACT NO. | 3. SOLICITATION NO. | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NO. |
|---|---|---|---|---|
| | DAAE30-96-R-0004 | [ ] SEALED BID (IFB) [X] NEGOTIATED (RFP) | OCT 11 1995 | |

7. ISSUED BY CODE W15QKN
U.S. Army ARDEC
ATTN: AMSMC-AR-PCW-AMr. Steve Talmadge Blg 10
Picatinny Arsenal, N.J. 07806-5000

8. ADDRESS OFFER TO *(If other than Item 7)*

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder"

**SOLICITATION**

9. Sealed offers in original and 2 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in Building 10 until 2:00 *(Hour)* local time NOV 13 1995 *(Date)*

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-10. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: ▶ A. NAME: Mr. Steve Talmadge Blg 10 — B. TELEPHONE NO. *(Include area doce) (NO COLLECT CALLS)*: (201) 724-5663

11. TABLE OF CONTENTS


| (✓) | SEC. | DESCRIPTION | PAGE(S) | (✓) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| X | A | SOLICITATION/CONTRACT FORM | 1-3 | X | I | CONTRACT CLAUSES | 37-75 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4-5 | | | | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 6-12 | X | J | LIST OF ATTACHMENTS | 76-79 |
| X | D | PACKAGING AND MARKING | 13 | | | | |
| X | E | INSPECTION AND ACCEPTANCE | 14-22 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 80-108 |
| X | F | DELIVERIES OR PERFORMANCE | 23-30 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 31 | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 109-121 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 32-36 | | M | EVALUATION FACTORS FOR AWARD | |


**OFFER** *(To be completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated points(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52-232-8)* | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 14. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|

15A. NAME AND ADDRESS OF OFFEROR — CODE — FACILITY

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NO. *(Include area code)*

15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE [ ]

17. SIGNATURE

18. OFFER DATE

**AWARD** *(To be completed by Government)*

19. ACCEPTED AS TO ITEMS NUMBERED

20. AMOUNT

21. ACCOUNTING AND APPROPRIATION

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
[X] 10 U.S.C. 2304(c) ( 3 ) [ ] 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM

24. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE

26. NAME OF CONTRACTING OFFICER *(Type or print)*
David M. Banashefski

27. UNITED STATES OF AMERICA
*(Signature of Contracting Officer)*

28. AWARD DATE

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

NSN 7540-01-152-8064
PREVIOUS EDITION NOT USABLE

33-133

STANDARD FORM 33 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.214(c)

**Part I - The Schedule**
**SECTION A- NOTICE TO OFFERORS - USE OF CLASS I OZONE-DEPLETING SUBSTANCES**

A.1 **NOTICE TO OFFERORS - USE OF CLASS I OZONE-DEPLETING SUBSTANCES**

(a) In accordance with Section 326 of P.L. 102-484, the Government is prohibited from awarding any contract which includes a specification or standard that requires the use of Class I Ozone-Depleting substance (ODS) identified in Section 602(a) of the Clean Air Act, (42 U.S.C. 7671a(a), or that can be met only through the use of such a substance unless such use has been approved, on an individual basis, by a senior acquisition official who determines that there is no suitable substitute available.

(b) To comply with this statute the Government has conducted a best efforts screening of the specifications and standards associated with this acquisition to determine whether they contain any ODS requirements. To the extent that ODS requirements were revealed by this review, they are identified below with the disposition determined in each case.

(c) If offerors possess any special knowledge about other ODSs required directly or indirectly at any level of contract performance, the U.S. Army would appreciate if such information was surfaced to the Contracting Officer for appropriate action. To preclude delay to the procurement, offerors should provide any information as soon as possible after release of the solicitation and prior to the submission of offers to the extent practicable. If the Statement of Work contains use of Ozone-Depleting Substances, contractors are required to comply with FAR 52.223-11 Ozone-Depleting Substances and FAR 52.223-12 Refrigeration Equipment and Air Conditioners.

| ODS Identified | Specification/Standard | Disposition |
|---|---|---|
| (See Section C, Statement of Work - Ozone-Depleting Substances | | |

NOV 13 1996

OCT 11 1996

**Part I - The Schedule**
**SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS**

B.1 **252.225-7008 SUPPLIES TO BE ACCORDED DUTY-FREE ENTRY. (DEC 1991)**

In accordance with paragraph (a) of the Duty-Free Entry clause and/or paragraph (b) of the Duty-Free Entry - Qualifying Country End Products and Supplies clause of this contract, the following supplies are accorded duty-free entry:

| STANDARD FORM 36, JULY 1986<br>GENERAL SERVICES ADMINISTRATION<br>FED. PROC. REG. (41 CFR) 1 - 16, 101 | CONTINUATION SHEET | REF. NO. OF DOC. BEING CONT'D<br>DAAE30-96-R-0004 | PAGE<br>5 | OF<br>121 |
|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
MASON-HANGER (Iowa Army Ammunition Plant)

| ITEM NO. | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| B.2 | | | | | |
| 0001 | Basic Requirement | | | | |
| 0001AA | Design, Fabricate, and install equipment in accordance with statment of work Section C.3.9. | 1 | lot | | $__________ |
| 0001AB | First Article Test in accordance with statement of work Section C.3.2.1.1 and C.3.2.1.2. | 1 | lot | | $__________ |
| 0001AC | Load, Assemble, and Pack M795 projectiles in accordance with the statement of work C.3.1.2. | 79,468 | ea | $__________ | $__________ |
| 0002 | Data in accordance with Contract Data Requirements List (CDRL), DD Form 1423 Exhibit A, of Section J of this solicitation/contract. | 1 | lot | Not Seperately Priced | |
| 0003 | Option Requirement | | | | |
| 0003AA | Load, Assemble, and Pack M795 projectiles in accordance with the statment of work C.3.1.2. | 75,000 | ea | $__________ | $__________ |
| 0003AB | Data in accordance with Contract Data Requirements List (CDRL), DD Form 1423 Exhibit A, of Section J of this contract. | 1 | lot | | NSP |

**Part I - The Schedule**
**SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

STATEMENT OF WORK
155mm, HE, M795 LAP

C.1.0 Scope - This statement of work encompasses the Load, Assemble, and Pack (LAP) for 155mm, HE, M795 projectiles. The contractor shall LAP 155mm, HE, M795 projectiles to completely meet designated requirements.

C.2.0 Applicable Documents

MIL-STD-1167C (5 Aug 1985) Notice 1, Ammunition Data Card
12 March 1986
Notice 2, 17 March 1993
MIL-STD-1168A (28 Feb 1975)Notice 1, Ammunition Lot Numbering
31 March 1988

C. 2.1 Advisory/Reference Military Specification

MIL-STD-973 (17 Apr 1992) Configuration Management, Notice 3, 13 Jan 1995

C.2.2 Other Publications

Technical Data Package Listing - TDPL # 9312769

C.3.0 Requirements

C.3.1 Production

C.3.1.1 Basic Contract Requirement - The contractor shall Load, Assemble, and PacK (LAP) a quantity of 79,468 each M795 projectiles in accordance with TDPL number 9312769. The contractor shall deliver M795 projectiles as delineated in Section F of this contract. The deliverable items include; 155mm, HE, M795 Projectiles (9312769), Obturator (10542907), Supplemental Charge (8797090), Liner Cup (9331677), Spacers (8797088).

The Government shall provide as Government Furnished Material (GFM), Trinitrotoluene (TNT), Metal Parts, Lift Plugs, Gaskets, Flexible Rotating Band Covers, Metal Pallets, Adjustable Projectile Retainers, Ammunition Data Cards Software Program, in accordance with Section H.

C.3.1.2 Option Requirement - The contractor shall Load, Assemble, and Pack (LAP) a quantity of 75,000 each M795 projectiles in accordance with TDPL 9312769. The contractor

**Part I - The Schedule**
**SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

shall deliver M795 projectiles as delineated in Section F of this contract. The deliverable items include; 155mm, He, M795 Projectiles (9312769), Obturator (10542907), Supplemental Charge (8797090), Liner Cup (9331677), Spacers (8797088).

The Government shall provide as Government Furnished Material (GFM) the following: Trinitrotoluene (TNT), Metal Parts, Lift Plugs, Gaskets, Flexible Rotating Band Covers, Metal Pallets, Adjustable Projectile Retainers, Ammunition Data Cards Software Program, in accordance with Section H.

C.3.1.3 Ammo Data Cards - Ammunition Data Cards (DI-MISC-80043 tailored) shall be prepared IAW MIL-STD-1167C (tailored in attachment to DSL) and submitted for projectiles in Section F. Lot numbering shall be provided IAW MIL-STD-1168A.

C.3.2 Test and Evaluation

C.3.2.1. First Article Test (FAT)

C.3.2.1.1 The contractor shall be responsible for procuring all materials and equipment required to conduct the First Article Test (FAT) under the contract. FAT shall be performed within fifteen (15) months after contract award and shall be witnessed and accepted or rejected by the Government.

C.3.2.1.2 The First Article shall be submitted in accordance with TDPL 9312769 and this contract.

C.3.2.2 Ballistic Testing - Ballistic testing shall be performed in accordance with TDPL 9312769 and this contract. The contractor shall send one (1) representative to attend up to a maximum of four (4) ballistic tests at Yuma Proving Ground at the Government's discretion. Each trip will be for a duration of five(5) days including travel time.

C.3.3 Quality Assurance (QA) Program Plan - The contractor shall implement and maintain the 155mm, HE, M795 Quality Assurance Program submitted with the proposal.

C.3.3.1 Statistical Process Control (SPC) - The contractor shall implement and maintain an SPC plan. (OT-90-12138)

C.3.3.2 Acceptance Inspection Equipment (AIE) Approval - Standard (commercial) inspection and test equipment designs which are used to perform examinations and tests IAW the item specification shall be submitted (DI-RELI-80322 tailored). Special Acceptance Inspection Equipment (equipment that is

**Part I - The Schedule**
**SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

specially designed for a given characteristic) designs which are used to perform examinations and tests shall be submitted IAW the item specification (DI-QCIC-81006 tailored).

C.3.3.3 Inspection of Critical Safety Items

C.3.3.3.1 Critical Safety Definition - The following definition applies:

Critical Safety Item (CSI) - A part, assembly, installation, or production system with one or more critical characteristics as defined by item specification.

C.3.3.3.2 Traceability of Manufactured Items and Material - All technical and quality requirements relating to critical safety characteristics must be traceable to the time and place that they were produced. The contractor's records on file should provide the degree of traceability required to enable after the fact verification of all aspects of material, manufacture, special processing, assembly and inspection of critical safety characteristics.

C.3.3.3.3 Vendor Control of Critical Safety - The contractor's vendor quality program shall address controls for critical safety item characteristics produced by vendors and contain a requirement for the periodic audit of the implementation of these controls. Purchase orders to subcontractors producing CSIs shall contain a requirement for 100 percent inspection of all critical safety characteristics.

C.3.3.3.4 Nonconformance - Nonconformances to critical safety characteristics shall not be accepted through contractor Material Review Board actions. In instances where engineering analysis of the nonconformances determines that the existing tolerances or requirements can be changed without degrading product safety, an engineering change action may be submitted for Government approval.

C.3.3.3.5 Actions Required Upon Observance of Critical Defects Whereas the emphasis of the contractor's quality program procedures pertaining to CSIs is to assure that nonconforming critical safety characteristics do not occur, in the event that a critical defect is found whether by the contractor, a subcontractor, or the Government, the following specific actions shall be taken:

a. Production of the affected component, subassembly, or

**Part I - The Schedule**
**SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

assembly, shall cease immediately; operations involved in the creation of the defect must stop, including "feeder" operations, and the Government Quality Assurance Representative (QAR) notified at once with concurrent notification to the Procurement Contracting Officer (PCO) and the Administrative Contracting Officer (ACO). The contractor shall determine which operations to stop, document the rationale for this determination and provide preliminary findings pertinent to the defect to the contracting officer within 48 hours of the occurrence. Copies of this notification should be furnished to the Government QAR and ACO. (OT-93-12069)

b. All suspect material must be segregated and shall not be used for further production. Suspect product must be "fenced", both ahead and behind the point of detection. The contractor shall conduct a detailed investigation and analysis to assess the extent of product affected and take all actions necessary to assure the conformance of all suspect material. A request for the use of any fenced material associated with the critical defect, along with the analysis supporting the request, shall be forwarded to the contracting officer for approval, with copies furnished to the Government QAR and ACO. (OT-93-12069)

c. A detailed investigation and analysis with Government participation shall be conducted of the process, equipment, handling, quality control, etc. to determine the cause of the defect. Corrective action to prevent future manufacture of the critical defect shall be instituted. Positive corrective action is required; screening of the affected product alone is insufficient to meet this requirement without other appropriate action intended to eliminate the cause of the defect.

d. A request to restart production/operations along with supporting documentation (i.e., investigation results, screening information, corrective action, etc.) shall be submitted to the contracting officer for approval with copies furnished to the Government QAR and ACO. Restart shall begin only after approval to restart has been issued by the contracting officer and any conditions or restrictions associated with the approval are satisfied. Contracting officer response to restart requests will be provided within five (5) working days from the time of receipt. Confirmation of receipt of the request to restart is the contractor's responsibility. (OT-93-12069)

C.3.3.4 Accident/Incident Report - The contractor shall immediately report any major accident/incident (including fire)

**Part I - The Schedule**
**SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

resulting in any of the following: causing one or more fatalities, or one or more disabling injuries; damaging Government property exceeding $10,000; affecting program planning or production schedules; degrading the safety of the equipment under contract, such that personnel injury or property damage may be involved; identifying a potential hazard requiring corrective action. The contractor shall prepare and submit the report (DI-H-1329A) for each accident/incident.

C.3.4 Change Actions - The contractor shall submit ECPs, RFW/RFDs, and NORs and may utilize MIL-STD-973 and Notice 3, as guidance. (DI-CMAN-80639B, DI-CMAN-80640B, DI-CMAN-80641B, DI-CMAN-80642B)

C.3.5 Program Reviews - The contractor shall conduct quarterly integrated reviews at the contractor facility with the first review 45 days after contract award.

C.3.5.1 Government Reviews - The contractor shall be required to send one(1) representative to attend up to three (3) government reviews at the U.S. Army ARDEC Armaments, Research, Development, and Engineering Center (ARDEC), Picatinny Arsenal, New Jersey. Each trip shall be for a duration of three (3) days including travel time.

C.3.6. Hazardous Waste Report - The contractor shall identify the specific types and amounts of hazardous waste being generated during the conduct of efforts performed under this contract (DI-MGMT-80899).

C.3.7 Ozone Depleting Substances - Regardless of whether the use of Ozone Depleting Substances has been approved for this Statement of Work (SOW), ODS specifications or requirements shall not be incorporated into data or software delivered under this action, including any changes, updates, or modifications to the technical data package (TDP), drawings or manuals unless specifically authorized and approved in writing by the Contracting Officer in advance of delivery.

C.3.8 Deficiency Reports - The contractor shall submit a deficiency report if any 3government furnished material is found defective. (DI-QCIC-80736)

C.3.9 Equipment - Equipment purchased/fabricated by the contractor under this procurement shall be property of the U.S. government. A partial list of equipment includes: Preheat Ovens, Grid Melter, Melt Kettles, Pour Machines, Controlled Cooling Apparatus, and Post Cyclic Conditioners.

**Part I - The Schedule**
**SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

C.4 **PHYSICAL SECURITY STANDARDS FOR SENSITIVE ITEMS (WRITTEN IN PLAIN ENGLISH)**

1. The Contractor will protect all Arms, Ammunition and Explosives (AA&E) manufactured for the Government or provided by the Government as Government Furnished Equipment/Material (GFE/M). Standards are in the Department of Defense (DOD) 5100.76-M dated September 1992 entitled "Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives." To get a copy send to:

National Technical Information Service
3285 Port Royal Road
Springfield, VA 22181

(AC 703-487-4600)

2. The Contractor will allow Government officials access to prime and subcontractor facilities so that regulatory surveys, inspections and investigations may be conducted.

3. This clause applies to the items listed below:

| ITEM | SENSITIVITY/CATEGORY |
|---|---|
| M795 Projectile | Category II |

NOTE:

This clause applies to all contracts and subcontracts at any tier.

C.5 **STATEMENT OF WORK--TRANSPORTATION SECURITY REQUIREMENTS (WRITTEN IN PLAIN ENGLISH)**

Supplies under this contract are category II and require Transportation Protective Services (TPS) according to DOD 5100.76M (Physical Security of Sensitive Conventional Arms, Ammunition, and Explosives) and AR 55-355/DLAR 4500.3 (Defense Traffic Management Regulation). Military services policies can add to or amend these requirements under guidance provided by Defense Logistics Agency (DLA)/Defense Contract Management Command (DCMC) or other components assigned to provide contract administration services (CAS) within a specified geographic area. DLAH 4105.4, DOD Directory of Contract Administration

**Part I - The Schedule**
**SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT**

Service Components, dated July 1992 identifies the areas. It also includes information for offshore/OCONUS procurements.

C.6 **STATEMENT OF WORK -- TRANSPORTATION SECURITY REQUIREMENTS FOR CONTRACTOR-TO-CONTRACTOR SHIPMENTS (WRITTEN IN PLAIN ENGLISH)**

Supplies that qualify as sensitive under DOD 5100.76-M (Physical Security of Sensitive Conventional Arms, Ammunition and Explosives), which the contractor will ship between two and more contracts, require special Transportation Protective Services (TPS). TPS is the same as the DOD security standard if the item is sensitive or shipped as DOT Class A, B or C Explosives. Military services policy and Defense Logistics Agency/Defense Contract Management Command (DCMC) may add to or amend the explosive class, as named in AR 55-355, Defense Traffic Management Regulation.

Shipper's Defense Contract Management District/Area Operations (DCMD/DCMAO) transportation officers will supply the sensitive category, decide the TPS required and get the TPS from commercial carriers.

Include this clause in all contracts/subcontracts.

**Part I - The Schedule**
**SECTION D - PACKAGINGAND MARKING**

D.1 **PRESERVATION, PACKAGING, PACKING AND MARKING (WRITTEN IN PLAIN ENGLISH)**

You shall prepare all items for shipment as delineated in TDPL No. 9312769 drawing number 12914619.

D.2 **BAR CODE MARKING (WITTEN IN PLAIN ENGLISH)**

You shall mark all items for shipment as delineated in TDPL No. 9312769 drawing number 12914619.

D.3 **UNITIZATION**

Unitization shall be in accordance with TDPL No. 9312769 drawing number 12914619.

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

E.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| | | |
|---|---|---|
| 52.246-2 | INSPECTION OF SUPPLIES - FIXED-PRICE | JUL 1985 |
| 52.246-16 | RESPONSIBILITY FOR SUPPLIES | APR 1984 |

E.2 52.246-11 HIGHER-LEVEL CONTRACT QUALITY REQUIREMENT (GOVERNMENT SPECIFICATION). (APR 1984)

(a) Definition. "Contract date," as used in this clause, means the date set for bid opening or, if this is a negotiated contract or a modification, the effective date of this contract or modification.

(b) The Contractor shall comply with the specification titled ANSI/ASQC Q9001 and MIL-Q-9858 Alternate, in effect on the contract date, which is hereby incorporated into this contract.

E.3 ACCEPTANCE

[X ] Acceptance will be at the Contractor's plant.

[ ] Acceptance will be at destination.

E.4 GOVERNMENT PROCUREMENT QUALITY ASSURANCE ACTIONS

Government Procurement Quality Assurance (PQA) actions will be accomplished by the Governments authorized Quality Assurance Representative (QAR) at:

[X] Contractors Plant

[ ] Destination

[ ] Other: The Contractor's plant except for tests conducted at a Government Facility or Proving Ground

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

E.5 **STATISTICAL PROCESS CONTROL**

a. In addition to the quality requirements of the technical data package, the Contractor shall implement Statistical Process Control (SPC) in accordance with a government accepted SPC Program Plan. Control chart techniques shall be in accordance with the American National Standards Institute (ANSI) Z1.1, Z1.2 and Z1.3. Alternate SPC charting methods may be proposed and submitted to the Government for review.

b. The SPC Program Plan developed by the contractor shall consist of a general plan and a detailed plan. The plans shall be structured as delineated on the Data Item Description referenced in the DD Form 1423. The general and the detailed plans shall be submitted to the government for review per DD Form 1423 requirements. Notification by the Government of acceptance or nonacceptance of the plans shall be provided in accordance with the time frames specified on the DD Form 1423. Once a general plan for a facility has been approved by this Command, the approval remains in effect for subsequent contracts as long as the contractual requirements remain substantially unchanged from contract to contract. Therefore, resubmission of a previously accepted general SPC plan is not required if current SPC contract clause and Data Item Description (DID) requirements are fulfilled. If this Command has previously accepted the general SPC plan under essentially the same SPC contractual requirements, so indicate by providing the Contracting Officer with the following information:

Date of Acceptance______________________________

Contract Number(s)______________________________

c. The contractor is responsible for updating the general plan to current SPC contractual requirements. If errors or omissions are encountered in a previously accepted SPC general plan, opportunities for improvement will be identified by the Government, and corrective action shall be accomplished by the contractor.

d. A milestone schedule will be submitted for those facilities who do not have, or have never had, a fully implemented SPC program and will not have a fully operational SPC program once production is initiated. The milestones shall provide a time-phased schedule of all efforts planned relative to implementation of an SPC program acceptable to the Government. A milestone schedule shall include implementation

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

start and complete dates for those SPC subjects addressed under the paragraph entitled Format and Content on the applicable SPC DID. The milestone schedule shall only include those actions that can not be accomplished prior to first article or the initiation of production, if a first article is not required. Milestones shall be developed for each commodity identified for SPC application. Milestones shall be submitted through the Government Quality Assurance Representative to the Contracting Officer for review and acceptance. Any deviations from the accepted milestones, to include justification for such deviations, shall be resubmitted through the same channels for review. The government reserves the right to disapprove any changes to the previously accepted milestones. Notification by the Government of the acceptance or nonacceptance of the milestones shall be furnished to the Contractor by the Contracting Officer.

e. The Contractor shall review all process and operation parameters for possible application of SPC techniques. This review shall include processes and operations under the control of the prime contractor and those under the control of subcontractor or vendor facilities. A written justification shall be included in the detailed plan for each process and operation parameter that controls or influences characteristics identified as critical, special, or major which have been deemed impractical for the application of SPC techniques. A pamphlet on application of SPC for short production runs is available through the Contracting Officer.

f. Statistical evidence in the form of control charts shall be prepared and maintained for each process or operation parameter identified in the detailed plan. These charts shall identify all corrective actions taken on statistical signal. At the conclusion of the production run, a collection of charts traceable to the product, shall be maintained for a minimum of 3 years. The control charts shall be provided to the Government for review at any time upon request.

g. When the process or operation parameter under control has demonstrated both stability and capability, the Contractor [ ] request, in writing, through Administrative Contracting Officer (ACO) and Contracting Officer (CO) channels to the Product Assurance and Test Directorate, that acceptance inspection or testing performed in accordance with contract requirements be reduced or eliminated. Upon approval by the CO, acceptance shall then be based upon the accepted SPC plan, procedures, practices and the control charts.

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

h. The Government will not consider requests for reduction or elimination of 100% acceptance inspection and testing of parameters or characteristics identified as critical in the technical data package, specifications or drawings of this contract if any one of the following conditions exist:

(1) The existing process currently utilizes a fully automated, cost effective, and sufficiently reliable method of 100% acceptance inspection or testing for an attribute-type critical parameter or characteristic.

(2) The Contractor utilizes attribute SPC control chart methods for the critical parameter or characteristic.

(3) The critical parameter or characteristic is a first order, single point safety failure mode (nonconformance of the critical parameter or characteristic in and of itself would cause a catastrophic failure).

i. The Government will only consider reduction or elimination of the 100% acceptance inspection or test requirement for other critical parameters or characteristics if either of the following conditions are met:

(1) The process is in a state of statistical control utilizing variable control chart methods for the critical parameter or characteristic under control and the process performance index (Cpk) is at least 2.0. The Contractor shall maintain objective quality evidence through periodic audits that the process performance index is being maintained for each production delivery.

(2) The critical parameter or characteristic is conclusively shown to be completely controlled by one or more process or operation parameters earlier in the process, and those parameters are in a state of statistical control utilizing variable data, and the product of the probability of the conformance for each earlier parameter associated to the critical characteristic is better than or equal to a value equivalent to that provided by a Cpk of at least 2.0. The Contractor shall maintain objective quality evidence through periodic audits that the process performance indexes are being maintained for each production delivery.

j. For characteristics other than critical, requests for reduction or elimination of acceptance inspection and testing shall be considered when the process performance index is greater than or equal to a Cpk of 1.33 for variables data.

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

Requests shall be considered for attributes data when the percent beyond the specification limits is less than or equal to .003 (Cpk=1.33).

k. Process or operation parameters under reduced or eliminated inspection or testing that undergo a break in production less than 6 months in length, may continue to operate under reduced or eliminated inspection or testing provided there has been no degradation below a Cpk of 1.33 (2.0 for criticals). Any break in production greater than 6 months shall require resubmission of the request for reduction or elimination of inspection or testing through the same channels cited in paragraph g above.

l. Not used.

m. Immediately following a change to a process or operation parameter under reduced or eliminated inspection, the process capability (Cp) or process performance indexes (Cpk) shall be recalculated and documented for variable data; the grand average fraction defective shall be recalculated for attribute data. If any of these values have deteriorated, immediate notification shall be made to the Government along with the associated documentation. Return to original inspection and test requirements may be imposed as stipulated in paragraph n below.

n. The Government reserves the right to withdraw authorization to reduce or eliminate final acceptance inspection or testing and direct the Contractor to return to original contract inspection or test procedures at any indication of loss of process control or deterioration of quality.

E.6 REWORK AND REPAIR OF NONCONFORMING MATERIAL

a. Rework and Repair are defined as follows:

(1) Rework - The reprocessing of nonconforming material to make it conform completely to the drawings, specifications or contract requirements.

(2) Repair - The reprocessing of nonconforming material in accordance with approved written procedures and operations to reduce, but not completely eliminate, the nonconformance. The purpose of repair is to bring nonconforming material into a usable condition. Repair is distinguished from rework in that

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

the item after repair still does not completely conform to all of the applicable drawings, specifications or contract requirements.

b. Rework procedures along with the associated inspection procedures shall be documented by the Contractor and submitted to the Government Quality Assurance Representative (QAR) for review prior to implementation. Rework procedures are subject to the QAR's disapproval.

c. Repair procedures shall be documented by the Contractor and submitted on a Request for Deviation/Waiver form, to the Contracting Officer for review and written approval prior to implementation.

d. Whenever the Contractor submits a repair or rework procedure for Government review, the submission shall also include a description of the cause for the nonconformances and a description of the action taken or to be taken to prevent recurrence.

e. The rework or repair procedure shall also contain a provision for reinspection which will take precedence over the Technical Data Package requirements and shall in addition, provide the Government assurance that the reworked or repaired items have met reprocessing requirements.

E.7 <u>DESTRUCTIVE TESTING</u>

a. All costs of destructive testing by the Contractor and items destroyed by the Government are considered as being included in the contract unit price.

b. Where destructive testing of items or components thereof is required by contract or specification, the number of items or components required to be destructively tested, whether destructively tested or not, shall be in addition to the quantity to be delivered to the Government as set forth in the Contract Schedule.

c. All pieces of the complete First Article shall be considered as destructively tested items unless specifically exempted by other provisions of this contract.

d. The Contractor shall not reuse any components from items used in a destructive test during First Article, lot acceptance or inprocess testing, unless specifically authorized by the Contracting Officer.

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

e. The Government reserves the right to take title to all or any items or components described above. The Government may take title to all or any items or components upon notice to the Contractor. The items or components of items to which the Government takes title shall be shipped in accordance with the Contracting Officer's instructions. Those items and components to which the Government does not obtain title shall be rendered inoperable and disposed of as scrap by the Contractor.

E.8 **ACCEPTANCE INSPECTION EQUIPMENT (AIE)**

a. The contractor shall manage his acceptance inspection equipment in accordance with ANSI/NCSL Z540.1.

b. The Contractor shall provide all acceptance inspection equipment (AIE) (except for any equipment listed as available in Section H and/or in Appendix I of this contract) necessary to assure conformance of components and end items to contract requirements. Equipment listed as available shall be furnished by the Government in accordance with the Government Property clause of this contract. Government furnished acceptance inspection equipment shall not be used by the contractor or his subcontractors in lieu of work gages.

c. All AIE shall be available for use prior to First Article submission, if First Article is required, or prior to initiation of production under this contract.

d. Contractor furnished AIE shall be made (i) in accordance with the equipment drawings specified in Section C (Description/Specifications section), or (ii) in accordance with any other design, provided that the design documentation is first approved by the Government. AIE designs utilized for inspection of characteristics that are classified as "Minor" require approval by the Government Quality Assurance Representative (QAR). AIE design documentation for inspection of characteristics listed as "Critical, Special, or Major" shall be submitted to the Government for review and approval in accordance with the Contract Data Requirements List, DD Form 1423.

e. Resubmission of AIE design documentation for approval on a follow-on contract is not required provided inspection characteristic parameter(s) specified in the current technical data package and the previously approved AIE design documentation remain unchanged. The contractor shall provide the contract number and identify previously approved AIE

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

documentation that meets the above prerequisites.

f. The Government reserves the right to disapprove at any time during performance of this contract, use of any AIE not meeting the requirements of the approved design documentation.

E.9 FIRST ARTICLE TEST (GOVERNMENT TESTING)

a. The first article shall consist of, See quantities as specified in Table I of MIL-P-63252, which shall be examined and tested in accordance with contract requirements, the item specification(s), the Quality Assurance Provisions (QAPs) and drawings listed in the Technical Data Package.

b. The first article shall be delivered to, the contractors plant. The first article shall be delivered by the Contractor Free on Board (FOB) destination except when transportation protective service or transportation security is required by other provision of this contract. If such is the case, the first article shall be delivered FOB origin and shipped on Government Bill of Lading.

c. The first article shall be representative of items to be manufactured using the same processes and procedures as contract production. All parts and materials, including packaging and packing, shall be obtained from the same source of supply as will be used during regular production. All components, subassemblies, and assemblies in the first article sample shall have been produced by the Contractor (including subcontractors) using the technical data package provided by the Government.

d. Prior to delivery, each of the first article assemblies, subassemblies, and components shall be inspected by the Contractor for all contract, drawing, QAP and specification requirements except for any environmental or destructive tests indicated below:

[ None ]

The Contractor shall provide to the Contracting Officer at least 15 calendar days advance notice of the schedule date for final inspection of the first article. Those inspections which are of a destructive nature shall be performed upon additional sample parts selected from the same lot(s) or batch(es) from which the first article was selected. Results of contractor inspections (including supplier's and vendor's inspection

**Part I - The Schedule**
**SECTION E - INSPECTION ANDACCEPTANCE**

records when applicable) shall be verified by the Government Quality Assurance Representative (QAR). The QAR shall attach to the contractor's inspection report a completed DD Form 1222. One copy of the contractor's inspection report with the DD Form 1222 shall be forwarded with the first article; two copies shall be provided to the Contracting Officer. Upon delivery to the Government, the first article may be subjected to inspection for all contract, drawing, specification, and QAP requirements.

e. Notwithstanding the provisions for waiver of first article, an additional first article sample or portion thereof, may be ordered by the Contracting Officer in writing when (I) a major change is made to the technical data, (ii) whenever there is a lapse in production for a period in excess of 90 days, or (iii) whenever a change occurs in the place of performance, manufacturing process, material used, drawing, specification or source of supply. When conditions (I), (ii), or (iii) above occurs, the Contractor shall notify the Contracting Officer so that a determination can be made concerning the need for an additional first article sample or portion thereof, and instructions provided concerning the submission, inspection and notification of results. Costs of the first article testing resulting from production process change, change in the place of performance, or material substitution shall be borne by the Contractor.

f. Rejected first articles or portions thereof not destroyed during inspection and testing will be held at the government first article test site for a period of 30 days following the date of notification of rejection, pending receipt of instructions from the Contractor for the disposition of the rejected material. The Contractor agrees that failure to furnish such instructions within said 30 day period shall constitute abandonment of said material by the Contractor and shall confer upon the Government the right to destroy or otherwise dispose of the rejected items at the discretion of the Government without liability to the Contractor by reason of such destruction or disposition.

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

F.1 **52.252-2 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| | | |
|---|---|---|
| 52.212-10 | DELIVERY OF EXCESS QUANTITIES | SEP 1989 |
| 52.212-15 | GOVERNMENT DELAY OF WORK | APR 1984 |
| 52.247-29 | F.O.B. ORIGIN | JUN 1988 |

F.2 **52.212-1 TIME OF DELIVERY. (JUL 1995)**

(a) The Government requires delivery of PQT quantity, FAT, LAT quantity, and 79,468 ea Production quantity, made according to the following schedule:

**M795 LAP DELIVERY SCHEDULE**

| Delivery Number | MONTHS AFTER AWARD | Quantity of metal pallets | Metal Pallet to contain the following: | Destination |
|---|---|---|---|---|
| 1 | 15 | FAT b3; PQT 122 ea To be shipped to YPG for Production Qualification Testing (PQT) | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | YPG<br>YPG<br>YPG<br>YPG<br>YPG |
| 2 LOT#1 | 24 | [a]652<br>[c]2 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 3 LOT#2 | 25 | [a]652<br>[c]2 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

| | | | | |
|---|---|---|---|---|
| 4<br>LOT#3 | 26 | [a]652<br>[c]2 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 5<br>LOT#4 | 27 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 6<br>LOT#5 | 28 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 7<br>LOT#6 | 29 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 8<br>LOT#7 | 30 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 9<br>LOT#8 | 31 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 10<br>LOT#9 | 32 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 11<br>LOT#10 | 33 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 12<br>LOT#11 | 34 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

| | | | | |
|---|---|---|---|---|
| 13<br>LOT#12 | 35 | a653<br>c1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 14<br>LOT#13 | 36 | a653<br>c1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 15<br>LOT#14 | 37 | a653<br>c1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 16<br>LOT#15 | 38 | a651<br>c1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| | | *1 | 4 EA. PROJECTILES<br>4 EA. OBTURATORS<br>4 EA. SUPPLEMENTAL CHARGES<br>4 EA. LINER CUPS<br>4 EA. SPACERS | TBD |

*= The items in this pallet are necessary to complete the buy resulting in a half loaded pallet. This pallet shall be treated as a regular pallet.

a = Pallets will be shipped to depot for storage. The government will cover transportation costs. Destination will be determined.

b= Pallets will be shipped to YPG for First Article Test (FAT).

c= Pallets will be shipped to YPG for Lot Acceptance Test (LAT).

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

Option: Delivery Schedule of 155mm, HE, M795 Projectiles.

Production of option quantity shall all be completed forty-eight (48) months after award of basic contract for the quantity of 75,000 projectiles in accordance with the following schedule:

| Delivery Number | MONTHS AFTER AWARD | QUANTITY OF METAL PALLETS | Metal Pallet to contain the following: | DESTINAION |
|---|---|---|---|---|
| 1<br>LOT#1 | 39 | [a]652<br>[c]2 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | TBD |
| 2<br>LOT#2 | 40 | [a]652<br>[c]2 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | |
| 3<br>LOT#3 | 41 | [a]652<br>[c]2 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | |
| 4<br>LOT#4 | 42 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | |
| 5<br>LOT#5 | 43 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | |
| 6<br>LOT#6 | 44 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | |
| 7<br>LOT#7 | 45 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS | |

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

| | | | |
|---|---|---|---|
| 8<br>LOT#8 | 46 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |
| 9<br>LOT#9 | 47 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |
| 10<br>LOT#10 | 48 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |
| 11<br>LOT#11 | 49 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |
| 12<br>LOT#12 | 50 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |
| 13<br>LOT#13 | 51 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |
| 14<br>LOT#14 | 52 | [a]653<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |
| 15<br>LOT#15 | 53 | [a]218<br>[c]1 | 8 EA. PROJECTILES<br>8 EA. OBTURATORS<br>8 EA. SUPPLEMENTAL CHARGES<br>8 EA. LINER CUPS<br>8 EA. SPACERS |

a = Pallets will be shipped to depot for storage. The government will cover transportation costs. Destination will be determined.

c = Pallets will be shipped to YPG for Lot Acceptance Test (LAT)

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

The Government will evaluate equally, as regards time of delivery, offers that propose delivery of each quantity within the applicable delivery period specified above. Offers that propose delivery that will not clearly fall within the applicable required delivery period specified above, will be considered nonresponsive and rejected. The Government reserves the right to award under either the required delivery schedule or the proposed delivery schedule, when an offeror offers an earlier delivery schedule than required above. If the offeror proposes no other delivery schedule, the required delivery schedule above will apply.

OFFEROR'S PROPOSED DELIVERY SCHEDULE

| ITEM NO. | QUANTITY | WITHIN DAYS AFTER DATE OF CONTRACT |
|---|---|---|
| ________ | ________ | ________________ |
| ________ | ________ | ________________ |
| ________ | ________ | ________________ |

(b) Attention is directed to the Contract Award provision of the solicitation that provides that a written award or acceptance of offer mailed, or otherwise furnished to the successful offeror, results in a binding contract. The Government will mail or otherwise furnish to the offeror an award or notice of award not later than the day award is dated. Therefore, the offeror should compute the time available for performance beginning with the actual date of award, rather than the date the written notice of award is received from the Contracting Officer through the ordinary mails. However, the Government will evaluate an offer that proposes delivery based on the Contractor's date of receipt of the contract or notice of award by adding (i) five calendar days for delivery of the award through the ordinary mails, or (ii) one working day if the solicitation states that the contract or notice of award will be transmitted electronically. (The term "working day" excludes weekends and U.S. Federal holidays.) If, as so computed, the offered delivery date is later than the required delivery date, the offer will be considered nonresponsive and rejected.

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

F.3 **52.212-9 VARIATION IN QUANTITY. (APR 1984)**

(a) A variation in the quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified in paragraph (b) below.

(b) The permissible variation shall be limited to:

[0% ] Percent increase
[0% ] Percent decrease

This increase or decrease shall apply to [3]

*Contracting Officer shall insert in the blank the designation(s) to which the percentages apply, such as (1) the total contract quantity, (2) item 1 only, (3) each quantity specified in the delivery schedule, (4) the total item quantity for each destination, or (5) the total quantity of each item without regard to destination.

F.4 **52.212-13 STOP-WORK ORDER. (AUG 1989)**

(a) The Contracting Officer may, at any time, by written order to the Contractor, require the Contractor to stop all, or any part, of the work called for by this contract for a period of 90 days after the order is delivered to the Contractor, and for any further period to which the parties may agree. The order shall be specifically identified as a stop-work order issued under this clause. Upon receipt of the order, the Contractor shall immediately comply with its terms and take all reasonable steps to minimize the incurrence of costs allocable to the work covered by the order during the period of work stoppage. Within a period of 90 days after a stop-work order is delivered to the Contractor, or within any extension of that period to which the parties shall have agreed, the Contracting Officer shall either -

(1) Cancel the stop-work order; or

(2) Terminate the work covered by the order as provided in the Default, or the Termination for Convenience of the Government, clause of this contract.

(b) If a stop-work order issued under this clause is canceled or the period of the order or any extension thereof expires,

**Part I - The Schedule**
**SECTION F- DELIVERIES OR PERFORMANCE**

the Contractor shall resume work. The Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if -

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to the adjustment within 30 days after the end of the period of work stoppage; provided, that, if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon a proposal submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

F.5 HOLIDAY BASE CLOSURE (WRITTEN IN PLAIN ENGLISH)

Picatinny Arsenal will close the day after Thanksgiving and the period between Christmas and New Year's Day, (observed). Therefore, contractors must plan and price their work and deliveries to ARDEC.

**Part I - The Schedule**
**SECTION G - CONTRACT ADMINISTRATION DATA**

G.1 The primary points of contract responsibilities for management of this solicitation/contract are as follows:

Contract Specialist: Mr. Steve Talmadge
(201) 724-5663
DSN 880-5663

Contracting Officer: Mr. David Banashefski
(201) 724-4113
DSN 724-4113

US Army ARDEC
AMSTA-AR-PCW-A, Building 10
Picatinny Arsenal, NJ 07806-5000

Facsimile # (201) 724-4043

G.2 **REMIT-TO ADDRESS**

Payment shall be made to the remit-to address shown on the invoice as authorized by the contractor.

**Part I - The Schedule**
**SECTION H - SPECIAL CONTRACT REQUIREMENTS**

H.1 **252.201-7000 CONTRACTING OFFICER'S REPRESENTATIVE. (DEC 1991)**

(a) "Definition. Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing by the contracting officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the contracting officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

H.2 **252.223-7003 CHANGE IN PLACE OF PERFORMANCE - AMMUNITION AND EXPLOSIVES. (DEC 1991)**

(a) The Offeror shall identify, in the "Place of Performance" provision of this solicitation, the place of performance of all ammunition and explosives work covered by the Safety Precautions for Ammunition and Explosives clause of this solicitation. Failure to furnish this information with the offer may result in rejection of the offer.

(b) The Offeror agrees not to change the place of performance of any portion of the offer covered by the Safety Precautions for Ammunition and Explosives clause contained in this solicitation after the date set for receipt of offers without the written approval of the Contracting Officer. The Contracting Officer shall grant approval only if there is enough time for the Government to perform the necessary safety reviews on the new proposed place of performance.

(c) If a contract results from this offer, the Contractor agrees not to change any place of performance previously cited without the advance written approval of the Contracting Officer.

**Part I - The Schedule**
**SECTION H - SPECIAL CONTRACT REQUIREMENTS**

H.3 **SCHEDULE OF GOVERNMENT FURNISHED PROPERTY (GFP) (WRITTEN IN PLAIN ENGLISH)**

(a) The Government will furnish and deliver (FOB Contractor's place of performance) the property listed below.

(b) If the delivery schedule is not met, the Contractor will notify the Contracting Officer in writing.

(c) Government Furnished Property Delivery Schedule: The following GFM will be delivered for the basic and option requirement.

| DESCRIPTION | QUANTITY | TIME OF DELIVERY |
|---|---|---|
| Trinitrotoluene (TNT) | 891,338.4 LBS | ** |
| Metal Parts | 79,468 ea | ** |
| Lift Plugs | 79,468 ea | ** |
| Gaskets | 79,468 ea | ** |
| Flexible Rotaing Band Covers | 79,468 ea | ** |
| Metal Pallets | 79,468 ea | ** |
| Adjustable Projectile Retainers | 79,468 ea | ** |
| Ammunition Data Cards Software Program | 1 ea | ** |

** GFM to be delivered 11 months after contract award, however, NLT 60 days prior to LAT/FAT deliver and NLT 60 days prior to monthly production quantities identified in Section F of the solicitation/contract.

H.4 **SAFETY REQUIREMENTS FOR HAZARDOUS ITEMS (WRITTEN IN PLAIN ENGLISH)**

a. The contractor shall use the safety data provided in the Hazardous Component Safety Data Sheets (HCSDS) to insure the safe handling of the energetic material. The HCSDS are in Section J of the contract.

b. The contractor shall comply with Paragraph F, Chapter 1 of DOD 4146.26M, DOD Contractor's Safety Manual for Ammunition and Explosives. This requires the contractor to submit all site and construction plans through the local Defense Contract Management District Safety Office to the Contracting Officer for approval. The contractor must also submit changes for approval. Contractors will assure that their subcontractors follow the same procedures.

**Part I - The Schedule**
**SECTION H - SPECIAL CONTRACT REQUIREMENTS**

c. Whenever the contractor uses a government facility, he shall comply with the local safety requirements of that facility.

d. The contractor must obtain written approval from the Contracting Officer before the award of a subcontract involving explosives, propellants or pyrotechnic materials. When the contractor requests the Contracting Officer's approval, the Contracting Officer will arrange a Defense Logistics Agency preaward safety survey for each subcontractor.

e. The contractor is responsible for decontaminating all facilities/equipment at the end of the contract unless they intend to continue using the facilities/equipment for similar purposes. You must include these costs original contract. The contractor must provide the Contracting Officer with a certification that you decontaminated all contaminated facilities/equipment.

f. The contractor is responsible for properly disposing of hazardous materials during this contract. If disposal is done on the subcontractor's site, the contractor must note this in his site plan per paragraph b. The Contracting Officer must approve a subcontractor prior to him performing disposal per paragraph d.

g. The contractor will provide reports of accidents/incidents as required by Data Item DI-H- 1329A. The government reserves the right to investigate any accident/incident under Chapter 2, Paragraphs F and G of DOD 4145.26M, DOD Contractor's Safety Manual for Ammunition and Explosives.

H.5 RELEASE OF INFORMATION (WRITTEN IN PLAIN ENGLISH)

1. Unclassified Contracts - Obtain the Contracting Officer's approval before releasing information received during this contract or generated for this contract.

2. Classified Contracts - The DOD Security Agreement (DD Form 441) and DOD Contract Security Classification Specification (DD Form 254) apply.

NOTE: Section J provides instructions for clearing technical material for release to the public and a sample clearance form (SMCAR Form 3002).

**Part I - The Schedule**
**SECTION H - SPECIAL CONTRACT REQUIREMENTS**

H.6 **CALIFORNIA SALES AND USE TAX (AMCCOM # 52.229-4500)(AL 92-1)**

If this contract contains either the clause FAR 52.245-2, Government Property (Fixed Price Contracts), or 52.245-5, Government Property (Cost-Reimbursement, Time and Material, or Labor Hour Contracts), California sales tax on the purchase of any tangible personal property for the performance of this contract is not an allowable cost. Such purchases can be made tax-free by giving California vendors resale certificates, the form for which is prescribed by California tax authorities. This California sales tax exemption does not apply to the purchase of any property to be incorporated into real property located in California.

H.7 **MATERIAL INSPECTION AND RECEIVING REPORT (WRITTEN IN PLAIN ENGLISH)**

Distribute DD Form 250 to the following:

U.S. Army ARDEC
ATTN: AMSTA-AR-PCM; Mr. G. Cervino
Picatinny Arsenal, NJ 07806-5000

U.S. Army ARDEC
ATTN: SFAE-AR-SD; D. GRIGGS
Picatinny Arsenal, NJ 07806-5000

U.S. Army ARDEC
ATTN: AMSTA-AR-FSA-M; J. MANALO
Picatinny Arsenal, NJ 07806-5000

H.8 **FIRST ARTICLE - PROGRESS PAYMENTS (WRITTEN IN PLAIN ENGLISH)**

Before first article approval, only costs incurred for first article are allowable for progress payments. Payments shall not exceed 10% percent of the contract award value.

**Part I - The Schedule**
**SECTION H - SPECIAL CONTRACT REQUIREMENTS**

H.9 **OPTIONS FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (FAR 52.217-7, MARCH 1984)**

The Government may require the delivery of numbered line item, identified in the Schedule as an option item (CLIN 0003), in the quantity and at the price stated in the Schedule. The Contracting Officer may exercise the option by written notice to the Contractor no later than 36 months after the award of the basic contract. Delivery of added items shall continue at the same rate that like items are called for under the contract, unless the parties otherwise agree.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

I.1 **52.252-2 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| | | |
|---|---|---|
| 52.202-1 | DEFINITIONS | SEP 1991 |
| 52.203-3 | GRATUITIES | APR 1984 |
| 52.203-5 | COVENANT AGAINST CONTINGENT FEES | APR 1984 |
| 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT | JUL 1995 |
| 52.203-7 | ANTI-KICKBACK PROCEDURES | JUL 1995 |
| 52.203-9 | REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY-MODIFICATION | SEP 1995 |
| 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY | SEP 1990 |
| 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS | JAN 1990 |
| 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER | MAY 1995 |
| 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT | AUG 1995 |
| 52.210-5 | NEW MATERIAL | MAY 1995 |
| 52.210-7 | OTHER THAN NEW MATERIAL, RESIDUAL INVENTORY, AND FORMER GOVERNMENT SURPLUS PROPERTY | MAY 1995 |
| 52.212-8 | DEFENSE PRIORITY AND ALLOCATION REQUIREMENTS | SEP 1990 |
| 52.215-2 | AUDIT AND RECORDS--NEGOTIATION | OCT 1995 |
| 52.215-21 | CHANGES OR ADDITIONS TO MAKE-OR-BUY PROGRAM | APR 1984 |

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

| | | |
|---|---|---|
| 52.215-22 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA | JAN 1991 |
| 52.215-24 | SUBCONTRACTOR COST OR PRICING DATA | DEC 1994 |
| 52.215-26 | INTEGRITY OF UNIT PRICES -- ALTERNATE I (APR 1991) | APR 1991 |
| 52.215-27 | TERMINATION OF DEFINED BENEFIT PENSION PLANS | SEP 1989 |
| 52.215-33 | ORDER OF PRECEDENCE | JAN 1986 |
| 52.215-39 | REVERSION OR ADJUSTMENT OF PLANS FOR POST-RETIREMENT BENEFITS OTHER THAN PENSIONS (PRB) | FEB 1995 |
| 52.215-40 | NOTIFICATION OF OWNERSHIP CHANGES | FEB 1995 |
| 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED BUSINESS CONCERNS | FEB 1990 |
| 52.219-9 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN | FEB 1995 |
| 52.219-13 | UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES | AUG 1986 |
| 52.219-16 | LIQUIDATED DAMAGES-SMALL BUSINESS SUBCONTRACTING PLAN | AUG 1989 |
| 52.220-3 | UTILIZATION OF LABOR SURPLUS AREA CONCERNS | JUL 1995 |
| 52.220-4 | LABOR SURPLUS AREA SUBCONTRACTING PROGRAM | APR 1984 |

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

| | | |
|---|---|---|
| 52.222-20 | WALSH-HEALEY PUBLIC CONTRACTS ACT | APR 1984 |
| 52.222-26 | EQUAL OPPORTUNITY | APR 1984 |
| 52.222-28 | EQUAL OPPORTUNITY PREAWARD CLEARANCE OF SUBCONTRACTS | APR 1984 |
| 52.222-35 | AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS | APR 1984 |
| 52.222-36 | AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS | APR 1984 |
| 52.222-37 | EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA | JAN 1988 |
| 52.223-2 | CLEAN AIR AND WATER | APR 1984 |
| 52.223-6 | DRUG-FREE WORKPLACE | JUL 1990 |
| 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES | MAY 1992 |
| 52.226-1 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISES | AUG 1991 |
| 52.227-1 | AUTHORIZATION AND CONSENT | JUL 1995 |
| 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT | APR 1984 |
| 52.227-3 | PATENT INDEMNITY | APR 1984 |
| 52.228-5 | INSURANCE - WORK ON A GOVERNMENT INSTALLATION | SEP 1989 |
| 52.229-4 | FEDERAL, STATE, AND LOCAL TAXES (NONCOMPETITIVE CONTRACT) | JAN 1991 |
| 52.229-5 | TAXES - CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO | APR 1984 |
| 52.230-2 | COST ACCOUNTING STANDARDS | AUG 1992 |
| 52.230-5 | ADMINISTRATION OF COST ACCOUNTING STANDARDS | FEB 1995 |

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

| | | |
|---|---|---|
| 52.232-1 | PAYMENTS | APR 1984 |
| 52.232-8 | DISCOUNTS FOR PROMPT PAYMENT | APR 1989 |
| 52.232-9 | LIMITATION ON WITHHOLDING OF PAYMENTS | APR 1984 |
| 52.232-11 | EXTRAS | APR 1984 |
| 52.232-16 | PROGRESS PAYMENTS | JUL 1991 |
| 52.232-16 | PROGRESS PAYMENTS -- ALTERNATE II (AUG 1987) | JUL 1991 |
| 52.232-17 | INTEREST | JAN 1991 |
| 52.232-23 | ASSIGNMENT OF CLAIMS | JAN 1986 |
| 52.232-28 | ELECTRONIC FUNDS TRANSFER PAYMENT METHODS | APR 1989 |
| 52.233-1 | DISPUTES | MAR 1994 |
| 52.233-3 | PROTEST AFTER AWARD | AUG 1989 |
| 52.242-10 | F.O.B. ORIGIN - GOVERNMENT BILLS OF LADING OR PREPAID POSTAGE | APR 1984 |
| 52.242-13 | BANKRUPTCY | JUL 1995 |
| 52.243-1 | CHANGES - FIXED-PRICE | AUG 1987 |
| 52.244-1 | SUBCONTRACTS (FIXED-PRICE CONTRACTS) | FEB 1995 |
| 52.244-5 | COMPETITION IN SUBCONTRACTING | APR 1984 |
| 52.245-17 | SPECIAL TOOLING | DEC 1989 |
| 52.246-23 | LIMITATION OF LIABILITY | APR 1984 |
| 52.249-2 | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE). | APR 1984 |
| 52.249-8 | DEFAULT (FIXED-PRICE SUPPLY AND SERVICE) | APR 1984 |

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

| | | |
|---|---|---|
| 52.253-1 | COMPUTER GENERATED FORMS | JAN 1991 |
| 252.203-7000 | STATUTORY PROHIBITIONS ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE EMPLOYEES | DEC 1991 |
| 252.203-7001 | SPECIAL PROHIBITION ON EMPLOYMENT | APR 1993 |
| 252.203-7002 | DISPLAY OF DOD HOTLINE POSTER | DEC 1991 |
| 252.203-7003 | PROHIBITION AGAINST RETALIATORY PERSONNEL ACTIONS | APR 1992 |
| 252.204-7002 | PAYMENT FOR SUBLINE ITEMS NOT SEPARATELY PRICED | DEC 1991 |
| 252.204-7003 | CONTROL OF GOVERNMENT PERSONNEL WORK PRODUCT | APR 1992 |
| 252.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS | DEC 1991 |
| 252.209-7000 | ACQUISITION FROM SUBCONTRACTORS SUBJECT TO ONSITE INSPECTION UNDER THE INTERMEDIATE-RANGE NUCLEAR FORCES (INF) TREATY | DEC 1991 |
| 252.215-7000 | PRICING ADJUSTMENTS | DEC 1991 |
| 252.215-7002 | COST ESTIMATING SYSTEM REQUIREMENTS | DEC 1991 |
| 252.219-7003 | SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING PLAN (DOD CONTRACTS) | MAY 1994 |
| 252.223-7002 | SAFETY PRECAUTIONS FOR AMMUNITION AND EXPLOSIVES | MAY 1994 |
| 252.225-7001 | BUY AMERICAN ACT AND BALANCE OF PAYMENTS PROGRAM | JAN 1994 |
| 252.225-7002 | QUALIFYING COUNTRY SOURCES AS SUBCONTRACTORS | DEC 1991 |
| 252.225-7009 | DUTY-FREE ENTRY - QUALIFYING COUNTRY END PRODUCTS AND SUPPLIES | DEC 1991 |

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

| | | |
|---|---|---|
| 252.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES | MAY 1994 |
| 252.225-7026 | REPORTING OF CONTRACT PERFORMANCE OUTSIDE THE UNITED STATES | MAY 1995 |
| 252.225-7031 | SECONDARY ARAB BOYCOTT OF ISRAEL | JUN 1992 |
| 252.227-7013 | RIGHTS IN TECHNICAL DATA--NONCOMMERCIAL ITEMS | JUN 1995 |
| 252.227-7030 | TECHNICAL DATA - WITHHOLDING OF PAYMENT | OCT 1988 |
| 252.227-7036 | CERTIFICATION OF TECHNICAL DATA CONFORMITY | MAY 1987 |
| 252.227-7037 | VALIDATION OF RESTRICTIVE MARKINGS ON TECHNICAL DATA | JUN 1995 |
| 252.231-7000 | SUPPLEMENTAL COST PRINCIPLES | DEC 1991 |
| 252.232-7004 | DOD PROGRESS PAYMENT RATES | NOV 1993 |
| 252.232-7006 | REDUCTION OR SUSPENSION OF CONTRACT PAYMENTS UPON FINDING OF FRAUD | AUG 1992 |
| 252.233-7000 | CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF | MAY 1994 |
| 252.242-7000 | POSTAWARD CONFERENCE | DEC 1991 |
| 252.242-7003 | APPLICATION FOR U.S. GOVERNMENT SHIPPING DOCUMENTATION/INSTRUCTIONS | DEC 1991 |
| 252.242-7004 | MATERIAL MANAGEMENT AND ACCOUNTING SYSTEM | DEC 1991 |
| 252.243-7001 | PRICING OF CONTRACT MODIFICATIONS | DEC 1991 |
| 252.245-7001 | REPORTS OF GOVERNMENT PROPERTY | MAY 1994 |
| 252.246-7000 | MATERIAL INSPECTION AND RECEIVING REPORT | DEC 1991 |
| 252.247-7023 | TRANSPORTATION OF SUPPLIES BY SEA | DEC 1991 |
| 252.246-7001 | WARRANTY OF DATA | DEC 1991 |

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

252.249-7001 NOTIFICATION OF SUBSTANTIAL IMPACT ON EMPLOYMENT DEC 1991

I.2 52.209-4 FIRST ARTICLE APPROVAL - GOVERNMENT TESTING. (SEP 1989) -- ALTERNATE I (SEP 1989)

(a) The Contractor shall deliver IAW Table I of MIL-P-3252, units(s) of Lot/Item IAW Table I of MIL-P-3252, within 30 calendar days from the date of this contract to the Government at the contractors facility (Iowa Army Ammunition Plant, Middletown, Iowa) for first article tests. The shipping documentation shall contain this contract number and the Lot/Item identification. The characteristics that the first article must meet and the testing requirements are specified elsewhere in this contract.

(b) Within 30 calendar days after the Government receives the first article, the Contracting Officer shall notify the Contractor, in writing, of the conditional approval, approval, or disapproval of the first article. The notice of conditional approval or approval shall not relieve the Contractor from complying with all requirements of the specifications and all other terms and conditions of this contract. A notice of conditional approval shall state any further action required of the Contractor. A notice of disapproval shall cite reasons for the disapproval.

(c) If the first article is disapproved, the Contractor, upon Government request, shall submit an additional first article for testing. After each request, the Contractor shall make any necessary changes, modifications, or repairs to the first article or select another first article for testing. All costs related to these tests are to be borne by the Contractor, including any and all costs for additional tests following a disapproval. The Contractor shall furnish any additional first article to the Government under the terms and conditions and within the time specified by the Government. The Government shall act on this first article within the time limit specified in paragraph (b) above. The Government reserves the right to require an equitable adjustment of the contract price for any extension of the delivery schedule or for any additional costs to the Government related to these tests.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(d) If the Contractor fails to deliver any first article on time, or the Contracting Officer disapproves any first article, the Contractor shall be deemed to have failed to make delivery within the meaning of the Default clause of this contract.

(e) Unless otherwise provided in the contract, the Contractor -

(1) May deliver the approved first article as a part of the contract quantity, provided it meets all contract requirements for acceptance and was not consumed or destroyed in testing; and

(2) Shall remove and dispose of any first article from the Government test facility at the Contractor's expense.

(f) If the Government does not act within the time specified in paragraph (b) or (c) above, the Contracting Officer shall, upon timely written request from the Contractor, equitably adjust under the Changes clause of this contract the delivery or performance dates and/or the contract price, and any other contractual term affected by the delay.

(g) The Contractor is responsible for providing operating and maintenance instructions, spare parts support, and repair of the first article during any first article test.

(h) Before first article approval, the acquisition of materials or components for, or the commencement of production of, the balance of the contract quantity is at the sole risk of the Contractor. Before first article approval, the costs thereof shall not be allocable to this contract for (1) progress payments, or (2) termination settlements if the contract is terminated for the convenience of the Government.

(i) The Government may waive the requirement for first article approval test where supplies identical or similar to those called for in the schedule have been previously furnished by the Offeror/Contractor and have been accepted by the Government. The Offeror/Contractor may request a waiver.

(j) The Contractor shall produce both the first article and the production quantity at the same facility and shall submit a certification to this effect with each first article.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

I.3 **52.234-1 INDUSTRIAL RESOURCES DEVELOPED UNDER DEFENSE PRODUCTION ACT TITLE III. (DEC 1994)**

(a) Definitions --

"Title III industrial resource" means materials, services, processes, or manufacturing equipment (including the processes, technologies, and ancillary services for use of such equipment) established or maintained under the authority of Title III, Defense Production ACT (50 U.S.C. App. 2091-2093).

"Title III project contractor" means a Contractor that has received assistance for the development or manufacture of an industrial resource under 50 U.S.C. App. 2091-2093, Defense Production Act.

(b) The Contractor shall refer any request from a Title III project contractor for testing and qualification of a Title III industrial resource to the Contracting Officer.

(c) Upon the direction of the Contracting Officer, the Contractor shall test Title III industrial resources for qualification. The Contractor shall provide the test results to the Defense Production Act Office, Title III Program, located at Wright-Patterson Air Force Base, Ohio 45433-7739.

(d) When the Contracting Officer modifies the contract to direct testing to this clause, the Government will provide the Title III industrial resource to be tested and will make and equitable adjustment in the contract for the costs of testing and qualification of the Title III industrial resource.

(e) The Contractor agrees to insert the substance of this clause, including paragraph (e), in every subcontract issued in performance of this contract.

I.4 **52.232-25 PROMPT PAYMENT. (MAR 1994)**

Notwithstanding any other payment clause in this contract, the Government will make invoice payments and contract financing payments under the terms and conditions specified in this clause. Payment shall be considered as being made on the day a check is dated or an electronic funds transfer is made. Definitions of pertinent terms are set forth in 32.902. All days referred to in this clause are calendar days, unless otherwise specified.

(a) Invoice Payments (1) For purposes of this clause, "invoice payment" means a Government disbursement of monies to a

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

Contractor under a contract or other authorization for supplies or services accepted by the Government. This includes payments for partial deliveries that have been accepted by the Government and final cost or fee payments where amounts owed have been settled between the Government and the Contractor.

(2) Except as indicated in subparagraph (a)(3) and paragraph (c) of this clause, the due date for making invoice payments by the designated payment office shall be the later of the following two events:

(i) The 30th day after the designated billing office has received a proper invoice from the Contractor.

(ii) The 30th day after Government acceptance of supplies delivered or services performed by the Contractor. On a final invoice where the payment amount is subject to contract settlement actions, acceptance shall be deemed to have occurred on the effective date of the contract settlement. However, if the designated billing office fails to annotate the invoice with the actual date of receipt, the invoice payment due date shall be deemed to be the 30th day after the date the Contractor's invoice is dated, provided a proper invoice is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(3) The due date on contracts for meat, meat food products, or fish; contracts for perishable agricultural commodities, contracts for dairy products, edible fats or oils, and food products prepared from edible fats or oils, and contracts not requiring submission of an invoice shall be as follows:

(i) The due date for meat and meat food products, as defined in section 2(a) (3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182 (3)) and further defined in Pub. L. 98-181 to include any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, will be as close as possible to, but not later than, the 7th day after product delivery.

(ii) The due date for fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Act of 1986 (16 U.S.C. 4003(3)), will be as close as possible to, but not later than, the seventh day after product delivery.

(iii) The due date for perishable agricultural commodities, as defined in Section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(44)), will be as close

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(iv) The due date for dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, will be as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received.

(v) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(4) An invoice is the Contractor's bill or written request for payment under the contract for supplies delivered or services performed. An invoice shall be prepared and submitted to the designated billing officer specified in the contract. A proper invoice must include the items listed in subdivisions (a)(4)(i) through (a)(4)(viii) of this clause. If the invoice does not comply with these requirements, then the contractor will be notified of the defect within 7 days after receipt of the invoice at the designated billing office (3 days for meat, meat food products, or fish, and 5 days for perishable agricultural commodities, edible fats or oils, and food products prepared from edible fats or oils. Untimely notification will be taken into account in the computation of any interest penalty owed the Contractor in the manner described in subparagraph (a)(6) of this clause.

(i) Name and address of the Contractor.

(ii) Invoice date.

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, prompt payment discount terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

proper notice of assignment).

(vii) Name (where practicable), title, phone number and mailing address of person to be notified in event of a defective invoice.

(viii) Any other information or documentation required by other requirements of the contract (such as evidence of shipment).

(5) An interest penalty shall be paid automatically by the Government, without request from the contractor, if payment is not made by the due date and the conditions listed in subdivisions (a)(5)(i) through (a)(5)(iii) of this clause are met, if applicable.

(i) A proper invoice was received by the designated billing office.

(ii) A receiving report or other Government documentation authorizing payment was processed and there was no disagreement over quantity, quality, or contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(6) The interest penalty shall be at the rate established by the Secretary of the Treasury under section 12 of the Contract Disputes Act of 1978 (41 U.S.C. 611) that is in effect on the day after the due date, except where the interest penalty is prescribed by other government authority. This rate is referred to as the "Renegotiation Board Interest Rate," and it is published in the Federal Register semiannually on or about January 1 and July 1. The interest penalty shall accrue daily on the invoice payment amount approved by the Government and be compounded in 30-day increments inclusive from the first day after the due date through the payment date. That is, interest accrued at the end of any 30-day period will be added to the approved invoice payment amount and be subject to interest penalties if not paid in the succeeding 30-day period. If the designated billing office failed to notify the Contractor of a defective invoice within the periods prescribed in subparagraph (a)(4) of this clause, then the due date on the corrected invoice will be adjusted by subtracting the number of days taken beyond the prescribed notification of defects period. Any interest penalty owed the Contractor will be based on this

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

adjusted due date. Adjustments will be made by the designated payment office for errors in calculating interest penalties, if requested by the Contractor.

(i) For the sole purpose of computing an interest penalty that might be due the contractor, Government acceptance shall be deemed to have occurred constructively on the 7th day (unless otherwise specified in this contract) after the contractor delivered the supplies or performed the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or contractor compliance with a contract provision. In the event that actual acceptance occurs within the constructive acceptance period, the determination of an interest penalty shall be based on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The following periods of time will not be included in the determination of an interest penalty:

(A) The period taken to notify the Contractor of defects in invoices submitted to the Government, but this may not exceed 7 days (3 days for meat, meat food products, or fish, and 5 days for perishable agricultural commodities, dairy products, edible fat or oils, and food products prepared from edible fats or oils).

(B) The period between the defects notice and resubmission of the corrected invoice by the Contractor.

(iii) Interest penalties will not continue to accrue after the filing of a claim for such penalties under the clause at 52.233-1, Disputes, or for more than 1 year. Interest penalties of less than $1.00 need not be paid.

(iv) Interest penalties are not required on payment delays due to disagreement between the Government and Contractor over the payment amount or other issues involving contract compliance or on amounts temporarily withheld or retained in accordance with the terms of the contract. Claims involving disputes, and any interest that may be payable, will be resolved in accordance with the clause at 52.233-1, Disputes.

(7) An interest penalty shall also be paid automatically by the designated payment office, without request from the contractor,

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

if a discount for prompt payment is taken improperly. The interest penalty will be calculated as described in subparagraph (a) (6) of this clause on the amount of discount taken for the period beginning with the first day after the end of the discount period through the date when the contractor is paid.

(8) If this contract was awarded on or after October 1, 1989, a penalty amount, calculated in accordance with regulations issued by the Office of Management and Budget, shall be paid in addition to the interest penalty amount if the contractor -

(i) Is owed an interest penalty;

(ii) Is not paid the interest penalty within 10 days after the date the invoice amount is paid; and

(iii) Makes a written demand, not later than 40 days after the date the invoice amount is paid, that the agency pay such a penalty.

(b) Contract Financing Payments (1) For purposes of this clause, contract financing payment means a Government disbursement of monies to a Contractor under a contract clause or other authorization prior to acceptance of supplies or services by the Government. Contract financing payments include advance payments, progress payments based on cost under the clause at 52.232-16, Progress Payments, progress payments based on a percentage or stage of completion (32.102(e)(1)) other than those made under the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, or the clause at 52.232-10, Payments Under Fixed-Price Architect-Engineer Contracts, and interim payments on cost type contracts.

(2) For contracts that provide for contract financing, requests for payment shall be submitted to the designated billing office as specified in this contract or as directed by the Contracting Officer. Contract financing payments shall be made on the [insert day as prescribed by Agency head; if not prescribed, insert 30th day] day after receipt of a proper contract financing request by the designated billing office. In the event that an audit or other review of a specific financing request is required to ensure compliance with the terms and conditions of the contract, the designated payment office is not compelled to make payment by the due date specified.

(3) For advance payments, loans, or other arrangements that do not involve recurrent submissions of contract financing

requests, payment shall be made in accordance with the corresponding contract terms or as directed by the Contracting Officer.

(4) Contract financing payments shall not be assessed an interest penalty for payment delays.

(c) If this contract contains the clause at 5.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

I.5 52.248-1 VALUE ENGINEERING. (MAR 1989)

(a) General. The Contractor is encouraged to develop, prepare, and submit value engineering change proposals (VECP's) voluntarily. The Contractor shall share in any net acquisition savings realized from accepted VECP's, in accordance with the incentive sharing rates in paragraph (f) below.

(b) Definitions. "Acquisition savings," as used in this clause, means savings resulting from the application of a VECP to contracts awarded by the same contracting office or its successor for essentially the same unit. Acquisition savings include -

(1) Instant contract savings, which are the net cost reductions on this, the instant contract, and which are equal to the instant unit cost reduction multiplied by the number of instant contract units affected by the VECP, less the Contractor's allowable development and implementation costs; (2) Concurrent contract savings, which are net reductions in the prices of other contracts that are definitized and ongoing at the time the VECP is accepted; and

(3) Future contract savings, which are the product of the future unit cost reduction multiplied by the number of future contract units scheduled for delivery during the sharing period. If this contract is a multiyear contract, future contract savings include savings on quantities funded after VECP acceptance.

"Collateral costs," as used in this clause, means agency cost of operation, maintenance, logistic support, or Government-furnished property.

"Collateral savings," as used in this clause, means those measurable net reductions resulting from a VECP in the agency's

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

overall projected collateral costs, exclusive of acquisition savings, whether or not the acquisition cost changes.

"Contracting office" includes any contracting office that the acquisition is transferred to, such as another branch of the agency or another agency's office that is performing a joint acquisition action.

"Contractor's development and implementation costs," as used in this clause, means those costs the Contractor incurs on a VECP specifically in developing, testing, preparing, and submitting the VECP, as well as those costs the Contractor incurs to make the contractual changes required by Government acceptance of a VECP.

"Future unit cost reduction," as used in this clause, means the instant unit cost reduction adjusted as the Contracting Officer considers necessary for projected learning or changes in quantity during the sharing period. It is calculated at the time the VECP is accepted and applies either (1) throughout the sharing period, unless the Contracting Officer decides that recalculation is necessary because conditions are significantly different from those previously anticipated or (2) to the calculation of a lump-sum payment, which cannot later be revised.

"Government costs," as used in this clause, means those agency costs that result directly from developing and implementing the VECP, such as any net increases in the cost of testing, operations, maintenance, and logistics support. The term does not include the normal administrative costs of processing the VECP or any increase in this contract's cost or price resulting from negative instant contract savings.

"Instant contract," as used in this clause, means this contract, under which the VECP is submitted. It does not include increases in quantities after acceptance of the VECP that are due to contract modifications, exercise of options, or additional orders. If this is a multiyear contract, the term does not include quantities funded after VECP acceptance. If this contract is a fixed-price contract with prospective price redetermination, the term refers to the period for which firm prices have been established.

"Instant unit cost reduction" means the amount of the decrease in unit cost of performance (without deducting any Contractor's development or implementation costs) resulting from using the VECP on this, the instant contract. If this is a service

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

contract, the instant unit cost reduction is normally equal to the number of hours per line-item task saved by using the VECP on this contract, multiplied by the appropriate contract labor rate.

"Negative instant contract savings" means the increase in the cost or price of this contract when the acceptance of a VECP results in an excess of the Contractor's allowable development and implementation costs over the product of the instant unit cost reduction multiplied by the number of instant contract units affected.

"Net acquisition savings" means total acquisition savings, including instant, concurrent, and future contract savings, less Government costs.

"Sharing base," as used in this clause, means the number of affected end items on contracts of the contracting office accepting the VECP.

"Sharing period," as used in this clause, means the period beginning with acceptance of the first unit incorporating the VECP and ending at the later of (1) 3 years after the first unit affected by the VECP is accepted or (2) the last scheduled delivery date of an item affected by the VECP under this contract's delivery schedule in effect at the time the VECP is accepted.

"Unit," as used in this clause, means the item or task to which the Contracting Officer and the Contractor agree the VECP applies.

"Value engineering change proposal (VECP)" means a proposal that -

(1) Requires a change to this, the instant contract, to implement; and

(2) Results in reducing the overall projected cost to the agency without impairing essential functions or characteristics; provided, that it does not involve a change -

(i) In deliverable end item quantities only;

(ii) In research and development (R&D) end items or R&D test quantities that is due solely to results of previous testing under this contract; or

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(iii) To the contract type only.

(c) VECP preparation. As a minimum, the Contractor shall include in each VECP the information described in subparagraphs (1) through (8) below. If the proposed change is affected by contractually required configuration management or similar procedures, the instructions in those procedures relating to format, identification, and priority assignment shall govern VECP preparation. The VECP shall include the following:

(1) A description of the difference between the existing contract requirement and the proposed requirement, the comparative advantages and disadvantages of each, a justification when an item's function or characteristics are being altered, the effect of the change on the end item's performance, and any pertinent objective test data.

(2) A list and analysis of the contract requirements that must be changed if the VECP is accepted, including any suggested specification revisions.

(3) Identification of the unit to which the VECP applies.

(4) A separate, detailed cost estimate for (i) the affected portions of the existing contract requirement and (ii) the VECP. The cost reduction associated with the VECP shall take into account the Contractor's allowable development and implementation costs, including any amount attributable to subcontracts under the Subcontracts paragraph of this clause, below.

(5) A description and estimate of costs the Government may incur in implementing the VECP, such as test and evaluation and operating and support costs.

(6) A prediction of any effects the proposed change would have on collateral costs to the agency.

(7) A statement of the time by which a contract modification accepting the VECP must be issued in order to achieve the maximum cost reduction, noting any effect on the contract completion time or delivery schedule.

(8) Identification of any previous submissions of the VECP, including the dates submitted, the agencies and contract numbers involved, and previous Government actions, if known.

(d) Submission. The Contractor shall submit VECP's to the

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

Contracting Officer, unless this contract states otherwise. If this contract is administered by other than the contracting office, the Contractor shall submit a copy of the VECP simultaneously to the Contracting Officer and to the Administrative Contracting Officer.

(e) Government action. (1) The Contracting Officer shall notify the Contractor of the status of the VECP within 45 calendar days after the contracting office receives it. If additional time is required, the Contracting Officer shall notify the Contractor within the 45-day period and provide the reason for the delay and the expected date of the decision. The Government will process VECP's expeditiously; however, it shall not be liable for any delay in acting upon a VECP.

(2) If the VECP is not accepted, the Contracting Officer shall notify the Contractor in writing, explaining the reasons for rejection. The Contractor may withdraw any VECP, in whole or in part, at any time before it is accepted by the Government. The Contracting Officer may require that the Contractor provide written notification before undertaking significant expenditures for VECP effort.

(3) Any VECP may be accepted, in whole or in part, by the Contracting Officer's award of a modification to this contract citing this clause and made either before or within a reasonable time after contract performance is completed. Until such a contract modification applies a VECP to this contract, the Contractor shall perform in accordance with the existing contract. The Contracting Officer's decision to accept or reject all or part of any VECP and the decision as to which of the sharing rates applies shall be final and not subject to the Disputes clause or otherwise subject to litigation under the Contract Disputes Act of 1978 (41 U.S.C. 601-613).

(f) Sharing rates. If a VECP is accepted, the Contractor shall share in net acquisition savings according to the percentages shown in the table below. The percentage paid the Contractor depends upon (1) this contract's type (fixed-price, incentive, or cost-reimbursement), (2) the sharing arrangement specified in paragraph (a) above (incentive, program requirement, or a combination as delineated in the Schedule), and (3) the source of the savings (the instant contract, or concurrent and future contracts), as follows:

CONTRACTOR'S SHARE OF NET ACQUISITION SAVINGS
(figures in percent)

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

Sharing Arrangement

| Contract Type | Incentive (voluntary) | | Program requirement (mandatory) | |
|---|---|---|---|---|
| | Instant contract rate | Concurrent and future contract rate | Instant contract rate | Concurrent and future contract rate |
| Fixed-price (other than incentive) | 50 | 50 | 25 | 25 |
| Incentive (fixed-price or cost) | * | 50 | * | 25 |
| Cost-reimbursement (other than incentive)** | 25 | 25 | 15 | 15 |

*Same sharing arrangement as the contract's profit or fee adjustment formula. **Includes cost-plus-award-fee contracts.

(g) Calculating net acquisition savings. (1) Acquisition savings are realized when (i) the cost or price is reduced on the instant contract, (ii) reductions are negotiated in concurrent contracts, (iii) future contracts are awarded, or (iv) agreement is reached on a lump-sum payment for future contract savings (see subparagraph (i)(4) below). Net acquisition savings are first realized, and the Contractor shall be paid a share, when Government costs and any negative instant contract savings have been fully offset against acquisition savings.

(2) Except in incentive contracts, Government costs and any price or cost increases resulting from negative instant contract savings shall be offset against acquisition savings each time such savings are realized until they are fully offset. Then, the Contractor's share is calculated by multiplying net acquisition savings by the appropriate Contractor's percentage sharing rate (see paragraph (f) above). Additional Contractor shares of net acquisition savings shall be paid to the Contractor at the time realized.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(3) If this is an incentive contract, recovery of Government costs on the instant contract shall be deferred and offset against concurrent and future contract savings. The Contractor shall share through the contract incentive structure in savings on the instant contract items affected. Any negative instant contract savings shall be added to the target cost or to the target price and ceiling price, and the amount shall be offset against concurrent and future contract savings.

(4) If the Government does not receive and accept all items on which it paid the Contractor's share, the Contractor shall reimburse the Government for the proportionate share of these payments.

(h) Contract adjustment. The modification accepting the VECP (or a subsequent modification issued as soon as possible after any negotiations are completed) shall -

(1) Reduce the contract price or estimated cost by the amount of instant contract savings, unless this is an incentive contract;

(2) When the amount of instant contract savings is negative, increase the contract price, target price and ceiling price, target cost, or estimated cost by that amount;

(3) Specify the Contractor's dollar share per unit on future contracts, or provide the lump-sum payment;

(4) Specify the amount of any Government costs or negative instant contract savings to be offset in determining net acquisition savings realized from concurrent or future contract savings; and

(5) Provide the Contractor's share of any net acquisition savings under the instant contract in accordance with the following:

(i) Fixed-price contracts - add to contract price.

(ii) Cost-reimbursement contracts - add to contract fee.

(i) Concurrent and future contract savings. (1) Payments of the Contractor's share of concurrent and future contract savings shall be made by a modification to the instant contract in accordance with subparagraph (h)(5) above. For incentive contracts, shares shall be added as a separate firm-fixed-price line item on the instant contract. The Contractor shall

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

maintain records adequate to identify the first delivered unit for 3 years after final payment under this contract.

(2) The Contracting Officer shall calculate the Contractor's share of concurrent contract savings by (i) subtracting from the reduction in price negotiated on the concurrent contract any Government costs or negative instant contract savings not yet offset and (ii) multiplying the result by the Contractor's sharing rate.

(3) The Contracting Officer shall calculate the Contractor's share of future contract savings by (i) multiplying the future unit cost reduction by the number of future contract units scheduled for delivery during the sharing period, (ii) subtracting any Government costs or negative instant contract savings not yet offset, and (iii) multiplying the result by the Contractor's sharing rate.

(4) When the Government wishes and the Contractor agrees, the Contractor's share of future contract savings may be paid in a single lump sum rather than in a series of payments over time as future contracts are awarded. Under this alternate procedure, the future contract savings may be calculated when the VECP is accepted, on the basis of the Contracting Officer's forecast of the number of units that will be delivered during the sharing period. The Contractor's share shall be included in a modification to this contract (see subparagraph (h)(3) above) and shall not be subject to subsequent adjustment.

(5) Alternate no-cost settlement method. When, in accordance with subsection 48.104-3 of the Federal Acquisition Regulation, the Government and the Contractor mutually agree to use the no-cost settlement method, the following applies:

(i) The Contractor will keep all the savings on the instant contract and on its concurrent contracts only.

(ii) The Government will keep all the savings resulting from concurrent contracts placed on other sources, savings from all future contracts, and all collateral savings.

(j) Collateral savings. If a VECP is accepted, the instant contract amount shall be increased, as specified in subparagraph (h)(5) above, by 20 percent of any projected collateral savings determined to be realized in a typical year of use after subtracting any Government costs not previously offset. However, the Contractor's share of collateral savings shall not exceed (1) the contract's firm-fixed-price, target

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

price, target cost, or estimated cost, at the time the VECP is accepted, or (2) $100,000, whichever is greater. The Contracting Officer shall be the sole determiner of the amount of collateral savings, and that amount shall not be subject to the Disputes clause or otherwise subject to litigation under 41 U.S.C. 601-613.

(k) Relationship to other incentives. Only those benefits of an accepted VECP not rewardable under performance, design-to-cost (production unit cost, operating and support costs, reliability and maintainability), or similar incentives shall be rewarded under this clause. However, the targets of such incentives affected by the VECP shall not be adjusted because of VECP acceptance. If this contract specifies targets but provides no incentive to surpass them, the value engineering sharing shall apply only to the amount of achievement better than target.

(l) Subcontracts. The Contractor shall include an appropriate value engineering clause in any subcontract of $100,000 or more and may include one in subcontracts of lesser value. In calculating any adjustment in this contract's price for instant contract savings (or negative instant contract savings), the Contractor's allowable development and implementation costs shall include any subcontractor's allowable development and implementation costs, and any value engineering incentive payments to a subcontractor, clearly resulting from a VECP accepted by the Government under this contract. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that the payments shall not reduce the Government's share of concurrent or future contract savings or collateral savings.

(m) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:

"These data, furnished under the Value Engineering clause of contract [ ], shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Goverment's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations."

If a VECP is accepted, the Contractor hereby grants the

Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in part 27 of the Federal Acquisition Regulation.)

I.6 **252.209-7004 REPORTING OF COMMERCIAL TRANSACTIONS WITH THE GOVERNMENT OF A TERRORIST COUNTRY. (SEP 1994)**

(a) "Definitions."

As used in this clause --

(1) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(1)(A), as of 60 days before the contract award date, to be a country the government of which as repeatedly provided support for acts of international terrorism. As of the date of this clause terrorist countries include: Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(b) "Reporting."

(1) In accordance with section 843 of the National Defense Authorization Act of Fiscal Year 1994 (Pub. L. 103-160), if this contract exceeds $5,000,000, the Contractor shall report each commercial transaction that it conducts with the government of a terrorist country during the period of performance of this contract (but not beyond September 30, 1996).

(2) This reporting requirement does not apply to --

(i) Transactions conducted by affiliates or subsidiaries of the Contractor; or

(ii) Payment or receipt of payment of a judgment or award ordered by a court or arbitral tribunal or competent jurisdiction.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(3) The Contractor shall submit reports in the following format:

Title of Report: Report of Commercial Transactions with the Government of a Terrorist Country

Date of Report:

Contract Number:

Contractor's Name and Address:

Name and Telephone Number of Individual Submitting Report:

Commercial Transactions with the Government of a Terrorist Country:

Country:

________________________________________________

________________________________________________

Nature of Commercial Transaction:

________________________________________________

________________________________________________

(4) The Contractor shall submit reports annually by September 30, but not beyond September 30, 1996. Each report shall include transactions conducted during the preceding one-year period of contract performance.

(5) The Contractor shall submit reports to: Deputy Director of Defense Procurement (Foreign Contracting), OUSD(A&T)DP(FC), Washington, DC 20301-3060.

I.7 <u>252.217-7026 IDENTIFICATION OF SOURCES OF SUPPLY. (DEC 1991)</u>

(a) The Government is required under 10 U.S.C. 2384 to obtain certain information on the actual manufacturer or sources of supplies it acquires.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(b) The apparently successful Offeror agrees to complete and submit the following table before award:

TABLE

| Line Items | National Stock No. | Commercial Item (Y or N) | Source of supply Company | Address | Part No. | Actual Mfg? |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (4) | (5) | (6) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

(1) List each deliverable item of supply and item of technical data.

(2) If there is no national stock number, list "none."

(3) Use "Y" if the item is a commercial item sold in substantial quantities to the general public and was priced in the offer using established catalog or market price; otherwise, use "N". If "Y" is listed, the Offeror need not complete the remaining columns in the table.

(4) For items of supply, list all sources. For technical data, list the source.

(5) For items of supply, list each source's part number for the item.

(6) Use "Y" if the source of supply is the actual manufacturer; "N" if it is not; and "U" if unknown.

I.8 252.242-7001 CERTIFICATION OF INDIRECT COSTS. (DEC 1991)

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(a) The Contractor shall -

(1) Certify any proposal to establish or modify billing rates or to establish final indirect cost rates;

(2) Use the format in paragraph (c) of this clause to certify; and

(3) Have the certificate signed by an individual of the Contractor's organization at a level no lower than a vice president or chief financial officer of the business segment of the Contractor that submits the proposal.

(b) Failure by the Contractor to submit a signed certificate, as described in this clause, shall result in payment of indirect costs at rates unilaterally established by the Government.

(c) The certificate of indirect costs shall read as follows:

Certificate of Indirect Costs

This is to certify that to the best of my knowledge and belief:

1. I have reviewed this indirect cost proposal;

2. All costs included in this proposal (identify proposal and date) to establish billing or final indirect cost rates for (identify period covered by rate) are allowable in accordance with the requirements of contracts to which they apply and with the cost principles of the Department of Defense applicable to those contracts;

3. This proposal does not include any costs which are unallowable under applicable cost principles of the Department of Defense, such as (without limitation): advertising and public relations costs, contributions and donations, entertainment costs, fines and penalties, lobbying costs, defense of fraud proceedings, and goodwill; and

4. All costs included in this proposal are properly allocable to Defense contracts on the basis of a beneficial or causal relationship between the expenses incurred and the contracts to which they are allocated in accordance with applicable acquisition regulations.

I declare under penalty of perjury that the foregoing is true

and correct.

Firm:

______________________________________________

Signature Name of Corporation Official:

____________________

Title:

______________________________________________

Date of Execution:

____________________________________

I.9 52.245-2 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS). -- ALTERNATE I (DEVIATION)(JUL 1995)(AS1501)

(a) Government-furnished property. (1) The Government shall deliver to the Contractor, for use in connection with and under the terms of this contract, the Government-furnished property described in the Schedule or specifications together with any related data and information that the Contractor may request and is reasonably required for the intended use of the property (hereinafter referred to as "Government-furnished property").

(2) The delivery or performance dates for this contract are based upon the expectation that Government-furnished property suitable for use (except for property furnished "as-is") will be delivered to the Contractor at the times stated in the Schedule or, if not so stated, in sufficient time to enable the Contractor to meet the contract's delivery or performance dates.

(3) If Government-furnished property is received by the Contractor in a condition not suitable for the intended use, the Contractor shall, upon receipt of it, notify the Contracting Officer, detailing the facts, and, as directed by the Contracting Officer and at Government expense, either repair, modify, return, or otherwise dispose of the property. After completing the directed action and upon written request of the Contractor, the Contracting Officer shall make an equitable adjustment as provided in paragraph (h) of this clause.

(4) If Government-furnished property is not delivered to the Contractor by the required time, the Contracting Officer shall,

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

upon the Contractor's timely written request, make a determination of the delay, if any, caused the Contractor and shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(b) Changes in Government-furnished property. (1) The Contracting Officer may, by written notice, (i) decrease the Government-furnished property provided or to be provided under this contract, or (ii) substitute other Government-furnished property for the property to be provided by the Government, or to be acquired by the Contractor for the Government, under this contract. The Contractor shall promptly take such action as the Contracting Officer may direct regarding the removal, shipment, or disposal of the property covered by such notice.

(2) Upon the Contractor's written request, the Contracting Officer shall make an equitable adjustment to the contract in accordance with paragraph (h) of this clause, if the Government has agreed in the Schedule to make the property available for performing this contract and there is any -

(i) Decrease or substitution in this property pursuant to subparagraph (b)(1) above; or

(ii) Withdrawal of authority to use this property, if provided under any other contract or lease.

(c) Title in Government property. (1) The Government shall retain title to all Government-furnished property.

(2) All Government-furnished property and all property acquired by the Contractor, title to which vests in the Government under this paragraph (collectively referred to as "Government property"), are subject to the provisions of this clause. However, special tooling accountable to this contract is subject to the provisions of the Special Tooling clause and is not subject to the provisions of this clause. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor shall Government property become a fixture or lose its identity as personal property by being attached to any real property.

(3) Title to each item of facilities and special test equipment acquired by the Contractor for the Government under this contract shall pass to and vest in the Government when its use in performing this contract commences or when the Government has paid for it, whichever is earlier, whether or not title

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

previously vested in the Government.

(4) If this contract contains a provision directing the Contractor to purchase material for which the Government will reimburse the Contractor as a direct item of cost under this contract -

(i) Title to material purchased from a vendor shall pass to and vest in the Government upon the vendor's delivery of such material; and

(ii) Title to all other material shall pass to and vest in the Government upon -

(A) Issuance of the material for use in contract performance;

(B) Commencement of processing of the material or its use in contract performance; or

(C) Reimbursement of the cost of the material by the Government, whichever occurs first.

(d) Use of Government property. The Government property shall be used only for performing this contract, unless otherwise provided in this contract or approved by the Contracting Officer.

(e) Property administration. (1) The Contractor shall be responsible and accountable for all Government property provided under this contract and shall comply with Federal Acquisition Regulation (FAR) subpart 45.5, as in effect on the date of this contract.
(2) The Contractor shall establish and maintain a program for the use, maintenance, repair, protection, and preservation of Government property in accordance with sound industrial practice and the applicable provisions of subpart 45.5 of the FAR.

(3) If damage occurs to Government property, the risk of which has been assumed by the Government under this contract, the Government shall replace the items or the Contractor shall make such repairs as the Government directs. However, if the Contractor cannot effect such repairs within the time required, the Contractor shall dispose of the property as directed by the Contracting Officer. When any property for which the Government is responsible is replaced or repaired, the Contracting Officer shall make an equitable adjustment in accordance with paragraph (h) of this clause.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(4) The Contractor represents that the contract price does not include any amount for repairs or replacement for which the Government is responsible. Repair or replacement of property for which the Contractor is responsible shall be accomplished by the Contractor at its own expense.

(f) Access. The Government and all its designees shall have access at all reasonable times to the premises in which any Government property is located for the purpose of inspecting the Government property.

(g) Limited risk of loss. (1) The term "Contractor's managerial personnel," as used in this paragraph (g), means the Contractor's directors, officers, and any of the Contractor's managers, superintendents, or equivalent representatives who have supervision or direction of -

(i) All or substantially all of the Contractor's business;

(ii) All or substantially all of the Contractor's operation at any one plant or separate location at which the contract is being performed; or

(iii) A separate and complete major industrial operation connected with performing this contract.

(2) The Contractor shall not be liable for loss or destruction of, or damage to, the Government property provided under this contract (or, if an educational or nonprofit organization, for expenses incidental to such loss, destruction, or damage), except as provided in subparagraphs (3) and (4) below.

(3) The Contractor shall be responsible for loss or destruction of, or damage to, the Government property provided under this contract (including expenses incidental to such loss, destruction, or damage) -

(i) That results from a risk expressly required to be insured under this contract, but only to the extent of the insurance required to be purchased and maintained, or to the extent of insurance actually purchased and maintained, whichever is greater;

(ii) That results from a risk that is in fact covered by insurance or for which the Contractor is otherwise reimbursed, but only to the extent of such insurance or reimbursement;

(iii) For which the Contractor is otherwise responsible under

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

the express terms of this contract;

(iv) That results from willful misconduct or lack of good faith on the part of the Contractor's managerial personnel; or

(v) That results from a failure on the part of the Contractor, due to willful misconduct or lack of good faith on the part of the Contractor's managerial personnel, to establish and administer a program or system for the control, use, protection, preservation, maintenance, and repair of Government property as required by paragraph (e) of this clause.

(4) (i) If the Contractor fails to act as provided in subdivision (g)(3)(v) above, after being notified (by certified mail addressed to one of the Contractor's managerial personnel) of the Government's disapproval, withdrawal of approval, or nonacceptance of the system or program, it shall be conclusively presumed that such failure was due to willful misconduct or lack of good faith on the part of the Contractor's managerial personnel.

(ii) In such event, any loss or destruction of, or damage to, the Government property shall be presumed to have resulted from such failure unless the Contractor can establish by clear and convincing evidence that such loss, destruction, or damage -

(A) Did not result from the Contractor's failure to maintain an approved program or system; or

(B) Occurred while an approved program or system was maintained by the Contractor.

(5) If the Contractor transfers Government property to the possession and control of a subcontractor, the transfer shall not affect the liability of the Contractor for loss or destruction of, or damage to, the property as set forth above. However, the Contractor shall require the subcontractor to assume the risk of, and be responsible for, any loss or destruction of, or damage to, the property while in the subcontractor's possession or control, except to the extent that the subcontract, with the advance approval of the Contracting Officer, relieves the subcontractor from such liability. In the absence of such approval, the subcontract shall contain appropriate provisions requiring the return of all Government property in as good condition as when received, except for reasonable wear and tear or for its use in accordance with the provisions of the prime contract.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(6) The contractor shall notify the contracting officer upon loss or destruction of, or damage to, Government property provided under this contract, with the exception of low value property for which loss, damage or destruction is reported at contract termination, completion or when needed for continued contract performance. The Contractor shall so notify the Contracting Officer and shall communicate with the loss and salvage organization, if any, designated by the Contracting Officer. With the assistance of any such organization, The Contractor shall take all reasonable action to protect the Government property from further damage, separate the damaged and undamaged Government property, put all the affected Government property in the best possible order, and furnish to the Contracting Officer a statement of --

(i) The lost, destroyed, or damaged Government property;

(ii) The time and origin of the loss, destruction, or damage;

(iii) All known interests in commingled property of which the Government property is a part; and

(iv) The insurance, if any, covering any part of or interest in such commingled property.

(7) The Contractor shall repair, renovate, and take such other action with respect to damaged Government property as the Contracting Officer directs. If the Government property is destroyed or damaged beyond practical repair, or is damaged and so commingled or combined with property of others (including the Contractor's) that separation is impractical, the Contractor may, with the approval of and subject to any conditions imposed by the Contracting Officer, sell such property for the account of the Government. Such sales may be made in order to minimize the loss to the Government, to permit the resumption of business, or to accomplish a similar purpose. The Contractor shall be entitled to an equitable adjustment in the contract price for the expenditures made in performing the obligations under this subparagraph (g)(7) in accordance with paragraph (h) of this clause. However, the Government may directly reimburse the loss and salvage organization for any of their charges. The Contracting Officer shall give due regard to the Contractor's liability under this paragraph (g) when making any such equitable adjustment.

(8) The Contractor represents that it is not including in the price and agrees it will not hereafter include in any price to the Government any charge or reserve for insurance (including

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

any self- insurance fund or reserve) covering loss or destruction of, or damage to, Government property, except to the extent that the Government may have expressly required the Contractor to carry such insurance under another provision of this contract.

(9) In the event the Contractor is reimbursed or otherwise compensated for any loss or destruction of, or damage to, Government property, the Contractor shall use the proceeds to repair, renovate, or replace the lost, destroyed, or damaged Government property or shall otherwise credit the proceeds to or equitably reimburse the Government, as directed by the Contracting Officer.

(10) The Contractor shall do nothing to prejudice the Government's rights to recover against third parties for any loss or destruction of, or damage to, Government property. Upon the request of the Contracting Officer, the Contractor shall, at the Government's expense, furnish to the Government all reasonable assistance and cooperation (including the prosecution of suit and the execution of instruments of assignment in favor of the Government) in obtaining recovery. In addition, where a subcontractor has not been relieved from liability for any loss or destruction of, or damage to, Government property, the Contractor shall enforce for the benefit of the Government the liability of the subcontractor for such loss, destruction, or damage.

(h) Equitable adjustment. When this clause specifies an equitable adjustment, it shall be made to any affected contract provision in accordance with the procedures of the Changes clause. When appropriate, the Contracting Officer may initiate an equitable adjustment in favor of the Government. The right to an equitable adjustment shall be the Contractor's exclusive remedy. The Government shall not be liable to suit for breach of contract for -

(1) Any delay in delivery of Government-furnished property;

(2) Delivery of Government-furnished property in a condition not suitable for its intended use;

(3) A decrease in or substitution of Government-furnished property; or

(4) Failure to repair or replace Government property for which the Government is responsible.

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(i) Final accounting and disposition of Government property. Upon completing this contract, or at such earlier dates as may be fixed by the Contracting Officer, the Contractor shall submit, in a form acceptable to the Contracting Officer, inventory schedules covering all items of Government property (including any resulting scrap) not consumed in performing this contract or delivered to the Government. The Contractor shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as the Contracting Officer directs.

(j) Abandonment and restoration of Contractor's premises. Unless otherwise provided herein, the Government -

(1) May abandon any Government property in place, at which time all obligations of the Government regarding such abandoned property shall cease; and

(2) Has no obligation to restore or rehabilitate the Contractor's premises under any circumstances (e.g., abandonment, disposition upon completion of need, or upon contract completion). However, if the Government-furnished property (listed in the Schedule or specifications) is withdrawn or is unsuitable for the intended use, or if other Government property is substituted, then the equitable adjustment under paragraph (h) of this clause may properly include restoration or rehabilitation costs.

(k) Communications. All communications under this clause shall be in writing.

(l) Overseas contracts. If this contract is to be performed outside of the United States of America, its territories, or possessions, the words "Government" and "Government-furnished" (wherever they appear in this clause) shall be construed as "United States Government" and "United States Government-furnished", respectively.

I.10 <u>252.247-7023 TRANSPORTATION OF SUPPLIES BY SEA. (DEC 1991)</u>

(a) Definitions. As used in this clause --

(1) "Components" means articles, materials, and supplies incorporated directly into end products at any level of manufacture, fabrication, or assembly by the Contractor or any

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

subcontractor.

(2) "Department of Defense" (DoD) means the Army, Navy, Air Force, Marine Corps, and defense agencies.

(3) "Foreign flag vessel" means any vessel that is not a U.S.-flag vessel.

(4) "Ocean transportation" means any transportation aboard a ship, vessel, boat, barge, or ferry through international waters.

(5) "Subcontractor" means a supplier, materialman, distributor, or vendor at any level below the prime contractor whose contractual obligation to perform results from, or is conditioned upon, award of the prime contract and who is performing any part of the work or other requirement of the prime contract.

(6) "Supplies" means all property, except land and interests in land, that is clearly identifiable for eventual use by or owned by the DoD at the time of transportation by sea.

(i) An item is clearly identifiable for eventual use by the DoD if, for example, the contract documentation contains a reference to a DoD contract number or a military destination.

(ii) "Supplies" includes (but is not limited to) public works; buildings and facilities; ships; floating equipment and vessels of every character, type, and description, with parts, subassemblies, accessories, and equipment; machine tools; material; equipment; stores of all kinds; end items; construction materials; and components of the foregoing.

(7) "U.S.-flag vessel" means a vessel of the United States or belonging to the United States, including any vessel registered or having national status under the laws of the United States.

(b) The Contractor shall employ U.S.-flag vessels in the transportation by sea of any supplies to be furnished in the performance of this contract. The Contractor and its subcontractors may request that the Contracting Officer authorize shipment in foreign-flag vessels, or designate available U.S.-flag vessels, if the Contractor or a subcontractor believes that --

(1) U.S.-flag vessels are not available for timely shipment;

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(2) The freight charges are inordinately excessive or unreasonable; or

(3) Freight charges are higher than charges to private persons for transportation of like goods.

(c) The Contractor must submit any request for use of other than U.S.-flag vessels in writing to the Contracting Officer at least 45 days prior to the sailing date necessary to meet its delivery schedules. The Contracting Officer will process requests submitted after such date(s) as expeditiously as possible, but the Contracting Officer's failure to grant approvals to meet the shipper's sailing date will not of itself constitute a compensable delay under this or any other clause of this contract. Requests shall contain at a minimum --

(1) Type, weight, and cube of cargo;

(2) Required shipping date;

(3) Special handling and discharge requirements;

(4) Loading and discharge points;

(5) Name of shipper and consignee;

(6) Prime contract number; and

(7) A documented description of efforts made to secure U.S.-flag vessels, including points of contact (with names and telephone numbers) with at least two U.S.-flag carriers contacted. Copies of telephone notes, telegraphic and facsimile message or letters will be sufficient for this purpose.

(d) The Contractor shall, within 30 days after each shipment covered by this clause, provide the Contracting Officer and the Division of National Cargo, Office of Market Development, Maritime Administration, U.S. Department of Transportation, Washington, DC 20590, one copy of the rated on board vessel operating carrier's ocean bill of lading, which shall contain the following information --

(1) Prime contract number;

(2) Name of vessel;

(3) Vessel flag of registry;

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

(4) Date of loading;

(5) Port of loading;

(6) Port of final discharge;

(7) Description of commodity;

(8) Gross weight in pounds and cubic feet if available;

(9) Total ocean freight in U.S. dollars; and

(10) Name of the steamship company.

(e) The Contractor agrees to provide with its final invoice under this contract a representation that to the best of its knowledge and belief --

(1) No ocean transportation was used in the performance of this contract;

(2) Ocean transportation was used and only U.S.-flag vessels were used for all ocean shipments under the contract;

(3) Ocean transportation was used, and the Contractor had the written consent of the Contracting Officer for all non-U.S.-flag ocean transportation; or

(4) Ocean transportation was used and some or all of the shipments were made on non-U.S.-flag vessels without the written consent of the Contracting Officer. The Contractor shall describe these shipments in the following format:

| | ITEM DESCRIPTION | CONTRACT LINE ITEMS | QUANTITY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | |

(f) If the final invoice does not include the required representation, the Government will reject and return it to the Contractor as an improper invoice for the purposes of the Prompt Payment clause of this contract. In the event there has been unauthorized use of non-U.S.-flag vessels in the performance of this contract, the Contracting Officer is entitled to equitably adjust the contract, based on the

**Part II - Contract Clauses**
**SECTION I - CONTRACT CLAUSES**

unauthorized use.

(g) The Contractor shall include this clause, including this paragraph (g) in all subcontracts under this contract, which exceed the small purchase limitation of section 13.000 of the Federal Acquisition Regulation.

I.11 **252.219-7005 INCENTIVE FOR SUBCONTRACTING WITH SMALL BUSINESSES, SMALL DISADVANTAGED BUSINESSES, HISTORICALLY BLACK COLLEGES AND UNIVERSITIES, AND MINORITY INSTITUTIONS. (DEC 1991)**

(a) If the Contractor exceeds the small disadvantaged business, historically black college and university, minority institution goal of its subcontracting plan, at completion of contract performance, the Contractor will receive [Insert appropriate number between 1 and 10] percent of the excess.

(b) The Contractor will not receive this incentive if the Contracting Officer determines that exceeding the goal was not due to the Contractor's efforts (e.g., a subcontractor cost overrun or award of subcontracts planned but not disclosed in the subcontracting plan). Determinations made under this paragraph are not subject to the Disputes clause.

(c) If this is a cost contract, the limitations in FAR Subpart 15.9 may not be exceeded.

(d) This clause does not apply if the subcontracting plan is a plant, division, or company-wide commercial products plan.

**Part III - List of Documents, Exhibits, and other Attachments**
**SECTION J - LIST OF ATTACHMENTS**

J.1 LIST OF DOCUMENTS, EXHIBITS, AND OTHER ATTACHMENTS

| TITLE | | DATE | NO. OF PAGES |
|---|---|---|---|
| SF 33 | Solicitation and Continuation Sheets, Section A through L | 16 Feb 95 | 121 |
| Exhibit A | Contract Data Requirements DD Form 1423, including Instructions to complete DD 1423s and Address Codes | | 7 |
| Attachment I | Hazardous Component Safety Data Statements (HCSDS) for M795 projectile, TNT, and TNT Charge. | | 16 |
| Attachment II | Clearance of Technical Evaluation for Public Release | | 2 |
| Attachment III | Disclosure of Lobbying Activities, Standards Form LLL | | 2 |
| Attachment IV | Guidance Sheet for the Document Summary List (DSL); and Document Summary List | | 2 |
| Attachment V | TDPL 9312769, including ECP M5A2012 dated 95 sept 18. | | (Aperture Cards) |
| Attachment VI | Questionaire (Optional) on Military Specifications and Standards | | 1 |

The Following is provided for use in submitting an offer under this solicitation: Standard Form 1411 DD Form 1861