**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AMERICAN ORDNANCE LLC,
Plaintiff,
vs.
UNITED STATES,
Defendant.

Case No. 07-867C
Judge Wheeler

**APPENDIX IN SUPPORT OF PLAINTIFF AMERICAN ORDNANCE LLC'S MOTION FOR SUMMARY JUDGMENT**

# APPENDIX EXHIBIT NO. 4

# CONTINUED

**Part III - List of Documents, Exhibits, and other Attachments**
**SECTION J - LIST OF ATTACHMENTS**

J.2 **GUIDANCE ON DOCUMENTATION OF DATA REQUIREMENTS**

The following information is furnished to provide guidance with respect to the abbreviations and codes utilized in various blocks of DD Form 1423, Contract Data Requirements List.

1. Block 7, DD Form 250 Requirement. This block designates the location (Contractor's facility or destination) for performance of Government inspection and acceptance. The applicable codes for inspection and acceptance are cited below. The Government activity to perform the destination acceptance task is entered in Block 14 as the first addressee.

| Code | Inspection | Acceptance |
|---|---|---|
| SS | *Source (DD Form 250) | *Source (DD Form 250) |
| DD | Destination (DD Form 250) | Destination (DD Form 250) |
| SD | *Source (DD Form 250) | Destination (DD Form 250) |
| DS | Destination (DD Form 250) | *Source (DD Form 250) |
| LT** | Letter of Transmittal only | |
| NO | No inspection or acceptance required | |
| XX | Inspection/Acceptance requirements specified elsewhere in contract | |

*Source indicates Contractor's facility.
**Use of these symbols is not authorized for engineering data such as drawings and specifications.

2. Block 8, Approval Code. Item of critical data requiring specific advanced written approval, such as test plans, are identified by an "A" in this field. Most of these data require submission of a preliminary draft prior to publication of a final document. When advanced approval is not required, this field is a blank.

3. Block 10, Frequency. The codes used in this block are cited below:

| | | | |
|---|---|---|---|
| DAILY | Daily | SEMIA | Each 6 months |
| WEEKLY | Weekly | 2TIME | 2 separate submittals |
| BI-WE | Each 2 weeks | OTIME | One time MTHLY |
| Monthly | | ONE/R | One time & revision |
| ASREQ | As required (see Notes A/B) | R/ASR | Revision as required |

**Part III - List of Documents, Exhibits, and other Attachments**
**SECTION J - LIST OF ATTACHMENTS**

BI-MO Each 2 months
QRTLY Quarterly
ANNLY Annually
CHG P AS REQ Change pages as required
DFDEL Deferred delivery
ONE/P One time preliminary draft

NOTE A: Block 13 is used for further explanation.
NOTE B: When data is of recurring type, it will be submitted at end of reporting period established in field unless otherwise indicated in Data Preparation Instruction or in Blocks 12 or 13 of DD Form 1423.

4. Block 11, As of Date (AOD). When data is submitted only once, this block indicates the number of days the data is to be submitted prior to the end of the reporting period; e.g., "15" would place the AOD for this report at 15 days before the end of each month, quarter, or year depending on the frequency established in Block 10; "0" places the AOD at the end of the month, quarter, or year. Further guidance is shown in Block 13 or 16, as required.

5. Block 12, Date of First Submission. This block indicates the initial data submission date (Year/Month/Day). When data has already been submitted and will be resubmitted, the date of the next submission is entered. When the contract start date has not been established, this block indicates the number of days after the contract start date that the data is due; e.g., 30 DAC. Further information, if required, is contained in Block 13. Classified dates are cited in this form. "DFDEL" indicates deferred delivery.

6. Block 13, Date of Subsequent Submission/Event Identification. When data is submitted more than once, the date(s) of subsequent submission(s) is indicated in this block. When submission of data is based on the initiation of a specific event or milestone, this information is cited in this block (when such information classifies the form, this block is left blank). Example: "NLT 15 days before start of production"; "45 days before first article"; etc.

7. Block 14, Distribution and Addresses. Addresses and number of copies (regular/reproducible) to be forwarded to each addressee that is cited in this block; e.g., DTIC-20/0. Addressees are indicated by office symbol (i.e., SMCAR-XYZ), Contractor initials, DOD Handbook H-4 codes, and Command initials. A list explaining these symbols, etc., is attached to the form. When reproducible copies are required (second number), the type of copies required will be cited in this block or Block 16.

**Part III - List of Documents, Exhibits, and other Attachments**
**SECTION J - LIST OF ATTACHMENTS**

NOTE: Unless otherwise cited in Block 10, entries in Blocks 3 through 9 on DD Form 1664, Data Item Descriptions, are for informational purposes only and are not contractually binding.

# INSTRUCTIONS FOR COMPLETING DD FORM 1423

*(See DoD 5010.12-M for detailed instructions.)*

## FOR GOVERNMENT PERSONNEL

**Item A.** Self-explanatory.

**Item B.** Self-explanatory.

**Item C.** Mark (X) appropriate category: TDP - Technical Data Package; TM - Technical Manual; Other - other category of data,such as "Provisioning," "Configuration Management", etc.

**Item D.** Enter name of system/item being acquired that data will support.

**Item E.** Self-explanatory (to be filled in after contract award).

**Item F.** Self-explanatory (to be filled in after contract award).

**Item G.** Signature of preparer of CDRL.

**Item H.** Date CDRL was prepared.

**Item I.** Signature of CDRL approval authority.

**Item J.** Date CDRL was approved.

**Item 1.** See DoD FAR Supplement Subpart 4.71 for proper numbering.

**Item 2.** Enter title as it appears on data acquisition document cited in Item 4.

**Item 3.** Enter subtitle of data item for further definition of data item (optional entry).

**Item 4.** Enter Data Item Description (DID) number, military specification number, or military standard number listed in DoD 5010.12-L (AMSDL), or one-time DID number, that defines data content and format requirements.

**Item 5.** Enter reference to tasking in contract that generates requirement for the data item (e.g., Statement of Work paragraph number).

**Item 6.** Enter technical office responsible for ensuring adequacy of the data item.

**Item 7.** Specify requirement for inspection/acceptance of the data item by the Government.

**Item 8.** Specify requirement for approval of a draft before preparation of the final data item.

**Item 9.** For technical data, specify requirement for contractor to mark the appropriate distribution statement on the data (ref. DoDD 5230.24).

**Item 10.** Specify number of times data items are to be delivered.

**Item 11.** Specify as-of date of data item, when applicable.

**Item 12.** Specify when first submittal is required.

**Item 13.** Specify when subsequent submittals are required, when applicable.

**Item 14.** Enter addressees and number of draft/final copies to be delivered to each addressee. Explain reproducible copies in Item 16.

**Item 15.** Enter total number of draft/final copies to be delivered.

**Item 16.** Use for additional/clarifying information for Items 1 through 15. Examples are: Tailoring of documents cited in Item 4; Clarification of submittal dates in Items 12 and 13; Explanation of reproducible copies in Item 14.; Desired medium for delivery of the data item.

## FOR THE CONTRACTOR

**Item 17.** Specify appropriate price group from one of the following groups of effort in developing estimated prices for each data item listed on the DD Form 1423.

a. Group I. Definition - Data which is not otherwise essential to the contractor's performance of the primary contracted effort (production, development, testing, and administration) but which is required by DD Form 1423.

Estimated Price - Costs to be included under Group I are those applicable to preparing and assembling the data item in conformance with Government requirements, and the administration and other expenses related to reproducing and delivering such data items to the Government.

b. Group II. Definition - Data which is essential to the performance of the primary contracted effort but the contractor is required to perform additional work to conform to Government requirements with regard to depth of content, format, frequency of submittal, preparation, control, or quality of the data item.

Estimated Price - Costs to be included under Group II are those incurred over and above the cost of the essential data item without conforming to Government requirements, and the administrative and other expenses related to reproducing and delivering such data item to the Government.

c. Group III. Definition - Data which the contractor must develop for his internal use in performance of the primary contracted effort and does not require any substantial change to conform to Government requirements with regard to depth of content, format, frequency of submittal, preparation, control, and quality of the data item.

Estimated Price - Costs to be included under Group III are the administrative and other expenses related to reproducing and delivering such data item to the Government.

d. Group IV. Definition - Data which is developed by the contractor as part of his normal operating procedures and his effort in supplying these data to the Government is minimal.

Estimated Price - Group IV items should normally be shown on the DD Form 1423 at no cost.

**Item 18.** For each data item, enter an amount equal to that portion of the total price which is estimated to be attributable to the production or development for the Government of that item of data. These estimated data prices shall be developed only from those costs which will be incurred as a direct result of the requirement to supply the data, over and above those costs which would otherwise be incurred in performance of the contract if no data were required. The estimated data prices shall not include any amount for rights in data. The Government's right to use the data shall be governed by the pertinent provisions of the contract.

# CONTRACT DATA REQUIREMENTS LIST
*(2 Data Items)*

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:
B. EXHIBIT: A
C. CATEGORY: TDP ____ TM- ____ OTHER GENERAL
D. SYSTEM / ITEM: M795 LAP
E. CONTRACT / PR NO.:
F. CONTRACTOR:

1. DATA ITEM NO.: A001
2. TITLE OF DATA ITEM: AMMUNITION DATA CARD
3. SUBTITLE:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:
4. AUTHORITY (Data Acquisition Document No.): DI-MISC-80043 *TAILORED
5. CONTRACT REFERENCE: SEC C, PARA 3.1.3
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: SEE BL 16
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: SEE BL 16
13. DATE OF SUBSEQUENT SUBMISSION: SEE BL 16

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 1 | 0 |
| AMSTA-AR-QAA-R | | 1 | 0 |
| AMSMC-QAD | | 0 | 1 |
| DCMC QAR | | 1 | 0 |
| W/SHIPMENT | | 1 | 0 |
| 15. TOTAL → | 0 | 4 | 1 |

16. REMARKS

SUBMIT WITH EACH DELIVERY.

*SEE ATTACHMENT TO DSL FOR TAILORING

BLK 14: CARD WILL BE PREPARED USING GFM SOFTWARE PROGRAM. CONTACT AMSMC-QAD (R) AT 309-782-6427 FOR A COPY OF THE SOFTWARE PROGRAM. SUBMIT THE DISK COPY TO AMSMC-QAD. SUBMIT A HARD PRINT OUT COPY OF THE DISK TO ALL OTHER ADDRESSES.

1. DATA ITEM NO.: A002
2. TITLE OF DATA ITEM: STATISTICAL PROCESS CONTROL (SPC) PLAN
3. SUBTITLE:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:
4. AUTHORITY (Data Acquisition Document No.): OT-90-12138
5. CONTRACT REFERENCE: SEC C, PARA 3.3.1
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE: *
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 30 DAC
13. DATE OF SUBSEQUENT SUBMISSION: R/ASR

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-QAA | | 1 | 0 |
| AMSTA-AR-FSA | | 1 | 0 |
| DCMC QAR | | 1 | 0 |
| 15. TOTAL → | | 3 | 0 |

16. REMARKS

GENERAL AND DETAIL SECTIONS FOR THE ITEM BEING PROCURED ARE REQUIRED. IF THE GENERAL PLAN WAS APPROVED UNDER A PRIOR CONTRACT, AND NO CHANGES WERE MADE, SUBMIT ONLY UPDATED MILESTONES AND THE PRIOR APPROVAL CORRESPONDENCE.
THE GOVERNMENT WILL RESPOND WITHIN 30 DAYS OF RECEIPT OF ORIGINAL AND ANY REVISIONS REQUIRED. REVISIONS ARE DUE WITHIN 10 DAYS OF GOVERNMENT RESPONSE.
*IF THE PLAN, OR ANY PORTION OF THE PLAN, IS DISAPPROVED, REVISE AND RESUBMIT ONLY THE DISAPPROVED PORTIONS.

G. PREPARED BY:
H. DATE:
I. APPROVED BY: MAUREEN F. MEDINA [signature]
J. DATE: 28 JUN 95

DD Form 1423-2, JUN 90 — *Previous editions are obsolete.* — Page 1 of 6 Pages
1059/183

FS 402



AO004635

# CONTRACT DATA REQUIREMENTS LIST
*(2 Data Items)*

Form Approved OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.: 
B. EXHIBIT: A
C. CATEGORY: TDP ____ TM - ____ OTHER GENERAL

D. SYSTEM / ITEM: M795 LAP
E. CONTRACT / PR NO.:
F. CONTRACTOR:

1. DATA ITEM NO.: A003
2. TITLE OF DATA ITEM: QUALITY CONFORMANCE INSPECTION AND TEST PROCEDURES
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-RELI-80322 *TAILORED
5. CONTRACT REFERENCE: SEC C, PARA 3.3.2
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: SEE BL 16
13. DATE OF SUBSEQUENT SUBMISSION: R/ASR
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-QAA-R | | 1 | 0 |
| AMSTA-AR-FSA | | 1 | 0 |
| 15. TOTAL → | 0 | 2 | 0 |

16. REMARKS

*ADDRESS PARA'S 10.1 THRU 10.1.3 ONLY.

SUBMIT 60 DAYS PRIOR TO FA OR PRODUCTION IF FA IS NOT APPLICABLE. THE GOVERNMENT WILL RESPOND WITHIN 30 DAYS OF RECEIPT OF ORIGINAL AND ANY REVISIONS. REVISIONS ARE DUE WITHIN 10 DAYS OF RECEIPT OF GOV'T RESPONSE. IF THE DESIGN PACKAGE, OR ANY INDIVIDUAL DESIGN, IS DISAPPROVED, REVISE AND RESUBMIT THE DISAPPROVED DESIGN. IF A DESIGN WAS APPROVED UNDER A PRIOR CONTRACT, AND NO CHANGES WERE MADE, SUBMIT ONLY THE PRIOR APPROVAL DOCUMENTATION.

1. DATA ITEM NO.: A004
2. TITLE OF DATA ITEM: SPECIAL INSPECTION EQUIPMENT DESCRIPTIVE/DOCUMENT
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-QCIC-81006 *TAILORED
5. CONTRACT REFERENCE: SEC C, PARA 3.3.2
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: ONE/R
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: SEE BL 16
13. DATE OF SUBSEQUENT SUBMISSION: R/ASR
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-QAA | | 1 | 0 |
| AMSTA-AR-FSA | | 1 | 0 |
| 15. TOTAL → | | 2 | 0 |

16. REMARKS

*SUBMIT IAW PARAGRAPH 10.4 FOR CRITICAL MAJOR AND SPECIAL CHARACTERISTICS.

SUBMIT 60 DAYS PRIOR TO FA OR PRODUCTION IF FA IS NOT APPLICABLE. THE GOVERNMENT WILL RESPOND WITHIN 30 DAYS OF RECEIPT OF ORIGINAL AND ANY REVISIONS. REVISIONS ARE DUE WITHIN 10 DAYS OF GOVERNMENT COMMENTS.

G. PREPARED BY:
H. DATE:
I. APPROVED BY: MAUREEN F. MEDINA
J. DATE: 28 JUN 95

DD Form 1423-2, JUN 90 — *Previous editions are obsolete.* — Page 2 of 6 Pages

1059/183

# CONTRACT DATA REQUIREMENTS LIST
*(2 Data Items)*

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

CONTRACT LINE ITEM NO.:
B. EXHIBIT: A
C. CATEGORY: TDP ____ TM-____ OTHER GENERAL

D. SYSTEM / ITEM: M795 LAP
E. CONTRACT / PR NO.:
F. CONTRACTOR:

## Data Item A005

1. DATA ITEM NO.: A005
2. TITLE OF DATA ITEM: CRITICAL SAFETY ITEM CHARACTERISTICS AND CRITICAL DEFECT REPORT
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): OT-93-12069
5. CONTRACT REFERENCE: SEC C, PARA 3.3.3.5
7. DD 250 REQ: XX
8. APP CODE: *
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: AS REQ
11. AS OF DATE:
12. DATE OF FIRST SUBM: SEE BL 16
13. DATE OF SUBSEQUENT SUBMISSION: R/ASR
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

16. REMARKS

SUBMIT WITHIN 2 CALENDER DAYS OF THE OCCURENCE OF A CRITICAL DEFECT. THE GOVERNMENT WILL RESPOND WITHIN 5 DAYS OF RECEIPT OF ORIGINAL AND ANY REVISIONS REQUIRED. SUBMIT REVISION WITHIN 3 DAYS OF GOVERNMENT COMMENTS.

*IF THE REPORT OR ANY PORTION OF THE REPORT IS DISAPPROVED, THE DISAPPROVED SECTION SHALL BE REVISED AND RESUBMITED. ONLY THE DISAPPOVED PORTIONS OF THE REPORT REQUIRE REVISION AND RESUBMISSION.

| a. Addressee | Draft | Final Reg | Final Repro |
|---|---|---|---|
| ..._A-AR-FSA | | 1 | 0 |
| AMSTA-AR-QAA | | 1 | 0 |
| DCMC QAR | | 1 | 0 |
| AMSTA-AR-PC | | 1 | 0 |
| ACO | | 1 | 0 |
| 15. TOTAL | 0 | 5 | 0 |

## Data Item A006

1. DATA ITEM NO.: A006
2. TITLE OF DATA ITEM: ACCIDENT/INCIDENT REPORT
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-H-1329A
5. CONTRACT REFERENCE: SEC C, PARA 3.3.4
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: AS REQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: AS REQ
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

16. REMARKS

14. DISTRIBUTION

| a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 1 | 0 |
| AMSTA-AR-OAS | | 1 | 0 |
| 15. TOTAL | | 2 | 0 |

G. PREPARED BY:
H. DATE:
I. APPROVED BY: MAUREEN F. MEDINA [signature]
J. DATE: 28 JUN 95

DD Form 1423-2, JUN 90 — Previous editions are obsolete. Page 3 of 6 Pages
1059/183

# CONTRACT DATA RE[QUI]REMENTS LIST
*(2 Data Items)*

[Form A]pproved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:
B. EXHIBIT: A
C. CATEGORY: TDP ____ TM - ____ OTHER GENERAL

D. SYSTEM / ITEM: M795 LAP
E. CONTRACT / PR NO.:
F. CONTRACTOR:

---

1. DATA ITEM NO.: A007
2. TITLE OF DATA ITEM: ENGINEERING CHANGE PROPOSAL
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80639B
5. CONTRACT REFERENCE: SEC C, PARA 3.4
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: C
10. FREQUENCY: AS REQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: AS REQ
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 2 | 0 |
| 15. TOTAL → | 0 | 2 | 0 |

16. REMARKS

THE GOVERNMENT WILL RESPOND IN ACCORDANCE WITH PARA 5.4.2.3.1.1 OF MIL-STD-973. FINAL WITHIN 15 DAYS OF GOVERNMENT COMMENTS.

BL 14: "DISTRIBUTION AUTHORIZED TO US GOVERNMENT AGENCIES AND THEIR CONTRACTORS. OTHER REQUEST FOR THIS DOCUMENT SHALL BE REFERRED TO COMMANDER, ARDEC, ATTN: AMSTA-AR-FSA-M, PICATINNY ARSENAL, NJ 07806-5000"

---

1. DATA ITEM NO.: A008
2. TITLE OF DATA ITEM: REQUEST FOR DEVIATION
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-CMAN-80640B
5. CONTRACT REFERENCE: SEC C, PARA 3.4
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: C
10. FREQUENCY: AS REQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: AS REQ
13. DATE OF SUBSEQUENT SUBMISSION:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 2 | 0 |
| 15. TOTAL → | | 2 | 0 |

16. REMARKS

THE GOVERNMENT WILL RESPOND IN ACCORDANCE WITH PARA 5.4.3.5 OF MIL-STD-973. REVISION DUE WITHIN 15 DAYS OF GOVERNMENT COMMENTS.

BL 14: "DISTRIBUTION AUTHORIZED TO US GOVERNMENT AGENCIES AND THEIR CONTRACTORS. OTHER REQUEST FOR THIS DOCUMENT SHALL BE REFERRED TO COMMANDER, ARDEC, ATTN: AMSTA-AR-FSA-M, PICATINNY ARSENAL, NJ 07806-5000"

---

G. PREPARED BY:
H. DATE:
I. APPROVED BY: MAUREEN F. MEDINA [signature]
J. DATE: 28 JUN 95

DD Form 1423-2, JUN 90
1059/183

*Previous editions are obsolete.*

Page 4 of 6 Pages

# CONTRACT DATA REQUIREMENTS LIST
*(2 Data Items)*

*Form Approved*
*OMB No. 0704-0188*

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | A | TDP ____ TM- ____ OTHER GENERAL |

| D. SYSTEM / ITEM | E. CONTRACT / PR NO. | F. CONTRACTOR |
|---|---|---|
| M795 LAP | | |

## Data Item A009

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | A009 |
| 2. TITLE OF DATA ITEM | REQUEST FOR WAIVER |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-CMAN-80641B |
| 5. CONTRACT REFERENCE | SEC C, PARA 3.4 |
| 6. REQUIRING OFFICE | AMSTA-AR-FSA-M |
| 7. DD 250 REQ | XX |
| 8. APP CODE | |
| 9. DIST STATEMENT REQUIRED | C |
| 10. FREQUENCY | AS REQ |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | AS REQ |
| 13. DATE OF SUBSEQUENT SUBMISSION | |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 2 | 0 |
| 15. TOTAL | 0 | 2 | 0 |

16. REMARKS

THE GOVERNMENT WILL RESPOND IN ACCORDANCE WITH PARA 5.4.4.5 OF MIL-STD-973. REVISION DUE WITHIN 15 DAYS OF GOVERNMENT COMMENTS.

BL 14: "DISTRIBUTION AUTHORIZED TO US GOVERNMENT AGENCIES AND THEIR CONTRACTORS. OTHER REQUEST FOR THIS DOCUMENT SHALL BE REFERRED TO COMMANDER, ARDEC, ATTN: AMSTA-AR-FSA-M, PICATINNY ARSENAL, NJ 07806-5000"

## Data Item A010

| Field | Value |
|---|---|
| 1. DATA ITEM NO. | A010 |
| 2. TITLE OF DATA ITEM | NOTICE OF REVISION |
| 3. SUBTITLE | |
| 4. AUTHORITY (Data Acquisition Document No.) | DI-CMAN-80642B |
| 5. CONTRACT REFERENCE | SEC C, PARA 3.4 |
| 6. REQUIRING OFFICE | AMSTA-AR-FSA-M |
| 7. DD 250 REQ | XX |
| 8. APP CODE | |
| 9. DIST STATEMENT REQUIRED | C |
| 10. FREQUENCY | AS REQ |
| 11. AS OF DATE | |
| 12. DATE OF FIRST SUBMISSION | AS REQ |
| 13. DATE OF SUBSEQUENT SUBMISSION | |
| 17. PRICE GROUP | |
| 18. ESTIMATED TOTAL PRICE | |

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 2 | 0 |
| 15. TOTAL | | 2 | 0 |

16. REMARKS

THE GOVERNMENT WILL RESPOND WITHIN 15 DAYS OF RECEIPT.

BL 14: "DISTRIBUTION AUTHORIZED TO US GOVERNMENT AGENCIES AND THEIR CONTRACTORS. OTHER REQUEST FOR THIS DOCUMENT SHALL BE REFERRED TO COMMANDER, ARDEC, ATTN: AMSTA-AR-FSA-M, PICATINNY ARSENAL, NJ 07806-5000"

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| | | MAUREEN F. MEDINA (signature) | 28 JUN 95 |

DD Form 1423-2, JUN 90 *Previous editions are obsolete.* Page 5 of 6 Pages
1059/183

# CONTRACT DATA RE REMENTS LIST
*(2 Data Items)*

Approved
OMB No. 0704-0188

Public reporting burden for this collection of information is estimated to average 220 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports, 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302, and to the Office of Management and Budget, Paperwork Reduction Project (0704-0188), Washington, DC 20503. Please DO NOT RETURN your form to either of these addresses. Send completed form to the Government issuing Contracting Officer for the Contract/PR No. listed in Block E.

A. CONTRACT LINE ITEM NO.:
B. EXHIBIT: A
C. CATEGORY: TDP ____ TM – ____ OTHER GENERAL
D. SYSTEM / ITEM: M795 LAP
E. CONTRACT / PR NO.:
F. CONTRACTOR:

## Data Item A011

1. DATA ITEM NO.: A011
2. TITLE OF DATA ITEM: HAZARDOUS WASTE REPORT
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-MGMT-80899
5. CONTRACT REFERENCE: SEC C, PARA 3.6
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: QUARTERLY
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: 120 DAC
13. DATE OF SUBSEQUENT SUBMISSION: QUARTERLY
16. REMARKS:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 2 | 0 |
| 15. TOTAL → | 0 | 2 | 0 |

## Data Item A012

1. DATA ITEM NO.: A012
2. TITLE OF DATA ITEM: QUALITY DEFICIENCY REPORT
3. SUBTITLE:
4. AUTHORITY (Data Acquisition Document No.): DI-QCIC-80736
5. CONTRACT REFERENCE: SEC C, PARA 3.8
6. REQUIRING OFFICE: AMSTA-AR-FSA-M
7. DD 250 REQ: XX
8. APP CODE:
9. DIST STATEMENT REQUIRED: NA
10. FREQUENCY: AS REQ
11. AS OF DATE:
12. DATE OF FIRST SUBMISSION: AS REQ
13. DATE OF SUBSEQUENT SUBMISSION:
16. REMARKS:
17. PRICE GROUP:
18. ESTIMATED TOTAL PRICE:

14. DISTRIBUTION

| a. ADDRESSEE | b. COPIES Draft | Final Reg | Final Repro |
|---|---|---|---|
| AMSTA-AR-FSA | | 1 | 0 |
| 15. TOTAL → | | 1 | 0 |

G. PREPARED BY:
H. DATE:
I. APPROVED BY: MAUREEN F. MEDINA [signature]
J. DATE: 25 JUN 95

DD Form 1423-2, JUN 90
1059/183
*Previous editions are obsolete.*
Page 6 of 6 Pages

P95025

| HAZARDOUS COMPONENT SAFETY DATA STATEMENT (HCSDS) | 1. DATE PREPARED (YYMMDD) | REPORT CONTROL SYMBOL |
|---|---|---|
| | 95 Aug 31 | MIL (AR) 1687 |
| 2. MATERIAL/COMPONENT/ASSEMBLY: Projectile, 155mm, HE, M795 w/Supp Charge | 3. NUMBER: 1347 | 4. REVISION: D |

5. APPLICABLE FEDERAL ACQUISITION REGULATION (FAR) SAFETY CLAUSE: 28.7102

**PART I - SENSITIVITY (Apparatus and Comparison Values)**

| 6. FRICTION TEST | 7. IMPACT TEST | 8. ELECTROSTATIC DISCHARGE TEST |
|---|---|---|
| NA | NA | NA |

**PART II - HAZARDS**

| 9. FIRE | 10. AUTO IGNITION TEMP | 11. FLASH POINT | 12. DECOMPOSITION PRODUCTS |
|---|---|---|---|
| Moderate | NA | NA | Toxic, Avoid Inhalation and Ingestion |

| 13. FLAMMABLE AND/OR EXPLOSIVE LIMITS: a. LOWER PERCENT | b. UPPER PERCENT | 14. EXPLOSION | 15. EXPLOSIVE TEMP. (5 Sec.) | 16. DUSTS |
|---|---|---|---|---|
| NA | NA | High | NA | NA |

| 17. HEALTH HAZARD INFORMATION (Toxicity) | 18. UNPACKED (In-Process) HAZARD CLASS (Specify Quantities Involved) |
|---|---|
| Not Toxic | Class 1.1 |

19. SPECIAL REQUIREMENTS (if additional space is needed, use plain bond paper)

Ref Dwg: 9312769 and Spec: MIL-P-63252
Approved Packaging Drawings: 9329574
**(See Attached Sheet)

**PART III - SHIPPING/STORAGE CLASSIFICATION OF ITEM WHEN PACKED IN ACCORDANCE WITH APPROVED PACKING DRAWINGS**

| 20. DOD HAZARD CLASS/DIV | 21. DOD STORAGE COMPATIBILITY GROUP | 22. DOT HAZARD CLASSIFICATION | 23. DOT CONTAINER MARKING |
|---|---|---|---|
| (18) 1.1 | D | 1.1D | ** |

| | a. TYPED OR PRINTED NAME | b. SIGNATURE | c. ORGANIZATION |
|---|---|---|---|
| 24. PREPARED BY (Initiator) | R.W. BATSON | [signature] | SAFETY OFFICE, ARDEC |
| 25. CONCURRED IN BY | C. L. NGUYEN | [signature] | SAFETY OFFICE, ARDEC |
| 26. SAFETY CHIEF OR AUTHORIZED REPRESENTATIVE | C. R. PETERS, P.E. | [signature] | SAFETY OFFICE, ARDEC |

The information relating to safety (herein referred to as "safety data") contained in this document is limited to those instances when the document is provided as a part of a procurement/production package which involves the development, testing, storage, manufacture, modification, renovation, demilitarization, packaging, transportation, handling, disposal, inspection, repair or any other use of the item, (material/component/assembly) which is specified in the contract. The safety data contained herein are examples which shall be used by the contractor to alert contractor personnel as well as other personnel of hazards associated with the procurement/production of the item. No representation is made that compliance with the information provided will prevent any accident to persons or property or that additional warnings may not be appropriate. Neither the foregoing nor any act or failure to act by the Government in regard to alerting personnel to the hazards of the item shall affect or relieve the contractor of responsibility for the safety of contractor personnel or property and for the safety of the general public in connection with the performance of the contract, or impose or add to any liability of the Government for such safety.

Sheet 1 of 3

DD FORM 2357, APR 85

1347
D
31 Aug 95

Projectile, 155mm, HE, M795
w/Suppl. Charge

Spec: MIL-P-63252
HCSDS: 1347
Dwg: 9312769, Rev-C

Charge, Supplemental (TNT)

Spec: MIL-C-50471

HCSDS: 922

Dwg: 8797090

TNT (Trinitrotoluene)

Spec: MIL-T-248

HCSDS: 33

(23.8 lbs)

Sheet 2 of 3

1347
D
31 Aug 95

SPECIAL REQUIREMENTS: (CON'T)

1. In accordance with applicable parts of 49CFR for proper description, packaging, marking and classification, the following Hazard Classification is assigned to the subject item:

DOD Hazard Class/Div/SCG: (18) 1.1D
DOT Hazard Class: 1.1D
(Section 173, Subpart C, Section 173.52)
DOT Label: Explosive 1.1D
(Section 172, Subpart E (172.411 (a) & (b))
DOT Proper Shipping Name (PSN): Projectiles
(Section 172, Subpart B and Section 172.101)
UN Serial Number: 0168
DOT Container Marking: Projectiles
NSN: 1320-01-086-0285
DOT Authorization: EX-8112026
(Section 172, Subpart D, Section 172.301(a) and 172.320(a))
Packaging Method: E-106
Explosive Weight for QD Determination: lbs (kgs): 23.8 (10.7955)

Sheet 3 of 3

# HAZARDOUS COMPONENT SAFETY DATA STATEMENT (HCSDS)

| | | |
|---|---|---|
| HAZARDOUS COMPONENT SAFETY DATA STATEMENT (HCSDS) | 1. DATE PREPARED (YYMMDD) 91 Aug 09 | REPORT CONTROL SYMBOL MIL (AR) 1687 |
| 2. MATERIAL/COMPONENT/ASSEMBLY Explosive, TNT (Trinitrotoluene) | 3. NUMBER 33 | 4. REVISION F |
| 5. APPLICABLE FEDERAL ACQUISITION REGULATION (FAR) SAFETY CLAUSE 28.7102 | | |

**PART I - SENSITIVITY** *(Apparatus and Comparison Values)*

| 6. FRICTION TEST | 7. IMPACT TEST | 8. ELECTROSTATIC DISCHARGE TEST |
|---|---|---|
| PA Steel/Fiber Unaffected | PA 14 Inches | See Attached Sheet |

**PART II - HAZARDS**

| 9. FIRE | 10. AUTO IGNITION TEMP | 11. FLASH POINT | 12. DECOMPOSITION PRODUCTS |
|---|---|---|---|
| Moderate | 240°C (464°F) | NA | TOXIC, AVOID INHALATION AND INGESTION |

| 13. FLAMMABLE AND/OR EXPLOSIVE LIMITS a. LOWER PERCENT | b. UPPER PERCENT | 14. EXPLOSION | 15. EXPLOSIVE TEMP. (5 Sec.) | 16. DUSTS |
|---|---|---|---|---|
| NA | NA | HIGH | ** | **** |

| 17. HEALTH HAZARD INFORMATION (Toxicity) | 18. UNPACKED (In-Process) HAZARD CLASS (Specify Quantities Involved) |
|---|---|
| HIGH BY INHALATION AND INGESTION | CLASS 1.1 |

19. SPECIAL REQUIREMENTS *(If additional space is needed, use plain bond paper)*

Ref: Spec MIL-T-248
Approved packaging drawings: 7548644, 7548645, 9257923

** Explosive Temperature (5 sec) Decomposes 475°C (887°F)
**** See Attached Sheet

UN Ident: 0209
*** See Attached Sheet

**PART III - SHIPPING/STORAGE CLASSIFICATION OF ITEM WHEN PACKED IN ACCORDANCE WITH APPROVED PACKING DRAWINGS**

| 20. DOD HAZARD CLASS/DIV | 21. DOD STORAGE COMPATIBILITY GROUP | 22. DOT HAZARD CLASSIFICATION | 23. DOT CONTAINER MARKING |
|---|---|---|---|
| 1.1 | D | 1.1D | *** |

| | a. TYPED OR PRINTED NAME | b. SIGNATURE | c. ORGANIZATION |
|---|---|---|---|
| 24. PREPARED BY (Initiator) | R. W. BATSON | R.W. Batson | SAFETY OFFICE, ARDEC |
| 25. CONCURRED IN BY | R. W. SNOOK | R.W. Snook | SAFETY OFFICE, ARDEC |
| 26. SAFETY CHIEF OR AUTHORIZED REPRESENTATIVE | C. PETERS | C. Peters | SAFETY OFFICE, ARDEC |

The information relating to safety (herein referred to as "safety data") contained in this document is limited to those instances when the document is provided as a part of a procurement/production package which involves the development, testing, storage, manufacture, modification, renovation, demilitarization, packaging, transportation, handling, disposal, inspection, repair or any other use of the item, (material/component/assembly) which is specified in the contract. The safety data contained herein are examples which shall be used by the contractor to alert contractor personnel as well as other personnel of hazards associated with the procurement/production of the item. No representation is made that compliance with the information provided will prevent any accident to persons or property or that additional warnings may not be appropriate. Neither the foregoing nor any act or failure to act by the Government in regard to alerting personnel to the hazards of the item shall affect or relieve the contractor of responsibility for the safety of contractor personnel or property and for the safety of the general public in connection with the performance of the contract, or impose or add to any liability of the Government for such safety.

Sheet 1 of 10

DD Form 2357, APR 85

Special Requirements: (Con't)

1. TNT is a powerful explosive, sensitive to strong shock and high temperatures. The hazard to explosion is increased with higher temperatures or increased confinement. Cast TNT is more sensitive to shock than the pressed form. TNT is one of the most stable of the high explosives. It starts gaseous decomposition at 160°C.

2. TNT has a flammability index of 100. Small amounts of TNT will burn if not confined. Combustion of large quantities may proceed vigorously or even cause detonation.

3. To prevent skin and eye contact, inhalation and ingestion, personal protective clothing and eye protection should be provided. Personal cleanliness should be enforced. Indicator soaps are valuable to insure complete removal of TNT from skin. TNT operations that are dusty or in a confined area should have a ventilation system and/or respirators depending on the length of exposure and amount of dust or fumes generated.

4. CAUTION: EXPLOSIVES MUST BE TESTED FOR COMPATIBILITY WITH ANY MATERIAL NOT SPECIFIED IN THE PRODUCTION-PROCUREMENT PACKAGE WITH WHICH THEY MAY COME IN CONTACT. MATERIALS INCLUDE OTHER EXPLOSIVES, SOLVENTS, ADHESIVES, METALS, PLASTICS,PAINTS, CLEANING COMPOUNDS, FLOOR AND TABLE COVERINGS, PACKING MATERIALS AND OTHER SIMILAR MATERIALS. SITUATIONS AND EQUIPMENT, EXPLOSIVES INCLUDE PROPELLANTS AND PYROTECHNICS.

5. Hazard Classification Tests (TB700-2)
Department of Defense Explosives Hazard Classification Procedures 5 Dec 89.

a. Detonation Test- Exploded (mushrooming 0.868 inches)

b. Ignition and Unconfined Burning Test-No Explosions. Samples burned. Burning Time, >120 seconds.

c. Thermal Stability Test-No explosions, ignition or change in configuration.

d. Card Gap Test - Exploded 162 Cards (produced hole in plate)

e. Impact Sensitivity Test-

| | No of Trials Exhibiting | | |
|---|---|---|---|
| Height, In | Explosion, Flame or Noise | Decomposition Smoke, No Noise | No Reaction, Smoke or Noise |
| 3 3/4 | 0 | 0 | 10 |
| 10 | 0 | 0 | 10 |

(Ref: SMUPA-V (Temp) 2019, June 1970

33
F
9 Aug 1991

6. Additional Sensitivity Data

a. Impact Sensitivity Test-

| Height, In | Sample Weight,mg | No of Trials Exhibiting: Explosion Flame or Noise | Decomposition Smoke, No Noise | No Reaction, Smoke or Noise |
|---|---|---|---|---|
| 3 3/4 | 20 | 0 | 0 | 10 |
| | 30 | 0 | 0 | 10 |
| | 40 | 0 | 0 | 10 |
| | 50 | 0 | 0 | 10 |
| 7 | 20 | 0 | 0 | 10 |
| | 30 | 0 | 0 | 10 |
| | 40 | 0 | 0 | 10 |
| | 50 | 0 | 0 | 10 |
| 10 | 20 | 0 | 0 | 10 |
| | 30 | 0 | 0 | 10 |
| | 40 | 0 | 0 | 10 |
| | 50 | 0 | 0 | 10 |
| 15 | 20 | 0 | 0 | 10 |
| | 30 | 0 | 0 | 10 |
| | 40 | 0 | 0 | 10 |
| | 50 | 0 | 0 | 10 |

(Ref- U146,138, General Electric Report, PA Impact Sensitivity Testing)

Sheet 3 of 10

b. Impact Sensitivity

1. $H_{50}$ (m)

| Drop Weight, Kg | Type 12 Tool | Type 12B Tool |
|---|---|---|
| 5 | 0.80 | >1.77 |
| 2.5 | 1.48 | ~1.00 |

2. $H_{50}$ Bare Tool using 2 kg weight

20 kg Sample (No Vacuum) - 102 cm (Multiple Crystal)

20 kg Sample (No Vacuum) - 53 cm (Single Crystal)

3. Impact Hammer Test

| No Samples | 50% Height (mm) |
|---|---|
| >75 | 1610-2690 |
| 1000 | 1570 |

4. Sensitivity Versus Temperature
PA Apparatus, 2 kg Weight

| °C ( °F) | Inches |
|---|---|
| -40 ( -40) | 17 |
| Room | 14 |
| 80 ( 176 ) | 7 |
| 90 ( 194 ) | 3 |
| 105-110 (221-230) | 2 (5 Explosions/20 Trials) |

c. Electrostatic Sensitivity

1. Through a 100 mesh sieve

Unconfined: 0.06 Joules

Confined: 4.4 Joules

2. Bureau of Mines: 0.062 Joules

3. As Received

Unconfined: >11.08 Joules

Confined: 4.68 Joules

4. NAVORD OD 44811, Para 5.5.4: 10/10 no fires at 0.25 Joules (MIL-STD-1751)

d. Explosion Temperatures

| Seconds | °C | °F |
|---|---|---|
| 1 | 520 | (968) |
| 10 | 465 | (869) |

e. Dust Explosibility Propagation

| Material | Physical Condition | Partical Size,m | Min Conf, g/m$^3$ | Min Energy, Joules |
|---|---|---|---|---|
| TNT | Dry | <840 | 70 | 0.075 |
| HMX | Fines, Dry | <53 | 470 | 0.02 |
| HMX | Fines,Dry | - | >810 | >5.0 |

(Ref-Radford AAP, Prod. Engr. Proj PE-489, Sept 76)

f. Susan Test

Threshold velocity~ 235 ft/sec (~72 m/s) ; very difficult to ignite accidentally, and have very low probability of buildup to violent reaction.

g. Gap Sensitivity

| | | GAP SENSITIVITY, 50% POINT | |
|---|---|---|---|
| Material | Density, g/cc | Cards | Press, K bar |
| TNT | 1.60 | 183 | 21 |
| | 1.49 | 208 | 16 |
| Tetryl | 1.62 | 261 | 10 |
| | 1.49 | 283 | 9 |
| RDX | 1.64 | 284 | 9 |
| | 1.53 | 336 | 7 |

(Ref-NOLTR 65-177)

h. Gap Test

1. Small Scale (mils (mm) )

   8-16 (0.20 - 0.41) - Lawrence Livermore Rpt UCRL - 51319
   (3.96) - NWSC
   (0.33) - LANL

2. Large Scale (mils(mm) )

   1.944 (49.4) - LANL

i. Skid Test

Impact angle (deg (rad)) - 14 (0.24)
Drop, HT (ft (m)) - 10.0 (3.05)
Event - 2

7. Sensitivity (Comparison Values):

a. Friction (Apparatus)

| Explosive | PA Steel Shoe | Fiber Shoe |
|---|---|---|
| Lead Azide | Explodes | Explodes |
| PETN | Crackles | Unaffected |
| TNT | Unaffected | Unaffected |
| RDX | Explodes | Unaffected |
| Black Powder | Snaps | Unaffected |
| M1 Propellant | Unaffected | Unaffected |
| M9 Propellant | Snaps | Unaffected |
| M30 Propellant | Unaffected | Unaffected |

b. Impact (Apparatus)

| Explosive | PA inches | Bureau of Mines, cm | ERL, (PA Version) Type 12, 50%, cm |
|---|---|---|---|
| Lead Azide | 4-5 | 10-17 | - |
| PETN | 6 | 17 | <12 |
| TNT | 14 | 95-100+ | 80 |
| RDX | 8 | 32 | 23 |
| Black Powder | 16 | 32 | 229 |
| M1 Propellant | 6 (Grain) | - | - |
| | 4 (Powder) | - | |
| M9 Propellant | 2-3 | - | - |
| M30 Propellant | 4 | - | 16.2 |

c. Electrostatic Discharge, Bureau of Mines Apparatus:

| Explosive | Joules |
|---|---|
| Lead Azide | 0.007 |
| PETN | Confined 0.21/Unconfined 0.06 |
| TNT | Confined 4.4/ Unconfined 0.06 |
| RDX | >11.03 |
| Black Powder | Confined 0.8/ Unconfined >12.5 |
| M1 Propellant | 11.03 |
| M9 Propellant | 5.2 |
| M30 Propellant | >12.5 |

33
F
9 Aug 1991

8. Radford Test Values

a. Impact: Material exposed to impact energy of a falling weight. Results measured and expressed as joules per square meter of contact. (Ref- Radford Rpt 100.10, dated Sep 76)

Threshold Initiation Level (TIL)

| Material | Condition | Energy,N/m$^2$ |
|---|---|---|
| Lead Azide | Dry,Solid | $2.2\times10^4$ |
| TNT | Dry,Solid | $6.7\times10^4$ |
| RDX | Dry,Solid | $2.7\times10^4$ |
| Black Powder | Granules | $5.4\times10^4$ |
| M1 Propellant | Flake | $1.4\times10^4$ |
| M9 Propellant | Flake | $1.7\times10^4$ |
| M30 Propellant | Fines | $2.2\times10^4$ |

b. Friction: Material exposed to friction generated between stationary wheel and sliding surface (anvil). Results are expressed as newtons per square meter of contact surface at anvil speed used for test (Ref- Radford Rpt 100.10, dated Sep 76)

Theshold Initiation Level (TIL)

| Material | Condition | Nm$^2$ @ m/sec |
|---|---|---|
| Lead Azide | Dry,Solid | $3.05\times10^8$/2.4 |
| TNT | Dry,Solid | $4.87\times10^8$/2.4 |
| RDX | Dry,Solid | $3.59\times10^8$/2.4 |
| Black Powder | Granules | >$12.2\times10^8$/2.4 |
| M1 Propellant | Flake | $4.15\times10^8$/2.4 |
| M9 Propellant | Flake | $2.34\times10^8$/2.4 |
| M30 Propellant | Fines | $5.71\times10^8$/2.4 |

c. Electrostatic: Material exposed to energy stored in a charged capacitor. Results are expressed in joules as the minimum initiation level (Ref- Radford Rpt 100.10, dated sep 76)

| Material | Condition | Energy,Joules |
|---|---|---|
| Lead Azide | Dry,Solid | 0.0028 |
| TNT | Dry,Solid | 0.5 |
| RDX | Dry,Solid | 0.5 |
| Black Powder | Granules | 0.53 |
| M1 Propellant | Flake | 1.26 |
| M9 Propellant | Flake | >5.0 |
| M30 Propellant | Fines | 0.26 |

Sheet 8 of 10

9. Safe Separation Distance Test

| Test Configuration | Distance Meter | Distance Feet |
|---|---|---|
| Critical depth on 0.61 m (2.0 ft) Serpentiy Conveyor | <0.025 | <0.08 |
| 24.9 Kg (55 lb) Cardboard box | 3.66 | 12.0 |
| 76.2 Kg (168 lb) Aluminum Tote Bin W/Steel-fiberglass Tunnel | 18.3 | 60.0 |
| 76.2 Kg (168 lb) Aluminum Tote Bin W/Wood Tunnel | 15.2 | 50 |

(Ref-ARAED-TR-87033, Compilation of Safe Separation Distances of Bulk Explosives and Munitions, May 1988)

10. Additional Health Hazard Information

8 Hour Time Weight Average (Skin): 0.5 $mg/m^3$
15 Minute Short Term Exploure (Skin): 3 $mg/m^3$

11. National Stock Numbers

| NSN | DOT Authorization |
|---|---|
| 1376-00-003-5998 | EX-9105256 |
| 1376-00-006-9651 | EX-9105256A |
| 1376-00-134-8982 | EX-9105256B |
| 1376-00-628-3333 | EX-8801519 |
| 1376-00-672-0265 | EX-8801541 |
| 1376-00-764-8064 | EX-9105256C |
| 1376-01-047-0560 | EX-8801562 |
| 1376-01-053-5935 | EX-9105256D |
| 1376-01-076-7268 | EX-9105256E |
| 1376-01-131-0319 | EX-9105256F |

33
F
9 Aug 1991

12. Classification is for shipment and storage when explosive is packaged in approved packaging drawings or in accordance with applicable parts of 49CFR for proper description, packaging, marking and classification, the following Hazard Classification is assigned to the subject item:

DOD Hazard Class/Div/SCG: 1.1D
DOT Hazard Class: 1.1D
(Section 173, Subpart C, Section 173.52)
DOT Label: Explosive 1.1D
(Section 172, Subpart E (172.411 (a) & (b))
DOT Proper Shipping Name (PSN): Trinitrotoluene, (TNT)
(Section 172, Subpart B and Section 172.101)
UN Serial Number/PSN: 0209 (Trinitrotoluene, (TNT))
DOT Container Marking: Trinitrotoluene, (TNT)
UN: 0209
NSN: (as applicable)
DOT Authorization: (as applicable)
(Section 172, Subpart D, Section 172.301(a) and 172.320(a)
Packaging Method: E-26
Explosive Weight for QD Determination: lbs (kgs): 50(22.68)

Sheet 10 of 10

922
D
8 Jul 88

Special Requirements (Cont):

Classifications* are interim for shipment and storage of small or in-process quantities when item is packaged in accordance with packaging drawings or sections of 49 CFR as follows:

Definition: Section 173.53(s)
Packaging: Section 173.69(a) & (b)
Marking: Section 172 Subpart D & Section 173.69(c)
Labeling: Section 172 Subpart E (172.411) Explosive A Label

Sheet 3 of 3

FS402

DOCUMENT SUMMARY LIST
FOR
DAAE30-

| | | | |
|---|---|---|---|
| 1.A | MIL-STD-973 | Configuration Management | 17 APR 92 |
| 1.B | NOTICE 3 | | 13 JAN 95 |
| | (Section C, Para 3.4) | | CAT 0 |
| 1.C | DI-CMAN-80639B | Engineering Change Proposal | 13 JAN 95 |
| | (Data Item Number A007) | | |
| 1.D | DI-CMAN-80641B | Request for Waiver | 13 JAN 95 |
| | (Data Item Number A009) | | |
| 1.E | DI-CMAN-80640B | Request for Deviation | 13 JAN 95 |
| | (Data Item Number A008) | | |
| 1.F | DI-CMAN-80642B | Notice of Revisions | 13 JAN 95 |
| | (Data Item Number A010) | | |
| 2.A | MIL-STD-1167C | Ammunition Data Card | 05 Aug 85 |
| 2.B | Notice 1 | | 12 Mar 86 |
| | (Section C, Para, 3.1.2) | | CAT 1 |
| | (1) Application is tailored on attachment to DSL | | |
| 2.C. | DI-MISC-80043 | Ammunitions Data Cards | 05 Aug 85 |
| | (Data Item Number A001) | | |
| 3.A. | MIL-STD-1168A | Ammuntion Lot Numbering | 28 Feb 75 |
| 3.B | Notice 1 | | 31 Mar 88 |
| 3.C | Notice 2 | | 17 Mar 93 |
| | (Section C, Para 3.1.2) | | CAT 1 |

| | | | |
|---|---|---|---|
| 4.A | MIL-STD-9858A | Quality Program Requirements | 15 Dec 63 |
| 4.B | Amend 2 | | 08 Mar 85 |
| | (Section E) | | CAT 1 |
| 5.A | ANSI/ASQC-91 | Quility Systems - Model for Quality Assurance in Design/Development Porduction, Installation and Servicing | 1987 |
| | (Section E) | | CAT 1 |

TAILORING OF MIL-STD-1167 AND DI-MISC-80043

1. MIL-STD-1167 and DI-MISC-80043 are tailored as follows whenever these documents are indicated as being applicable on the attached Specifications, Standards and Related Documents Summary List:

2. MIL-STD-1167:

a. Delete paragraph 5.1.

b. Delete paragraph 5.1.2.

c. Delete figures 1a and 1b.

d. Change paragraph 5.3.1.1 to read as follows:

"For all Army, Navy, Marine Corps and Air Force items, a copy of the Government furnished Ammunition Data Card Floppy Disk (containing all records prepared during the month) shall be furnished on a monthly basis to:

Commander
US Army Armament, Munitions and Chemical Command
ATTN: AMSMC-QAD (R)
Rock Island, IL 61299-6000

e. Delete last sentence of paragraph 5.3.4.

3. DI-MISC-80043:

a. Change paragraph 10.2 to read: "Ammunition Data Cards shall be prepared using the Government furnished Ammunition Data Card Floppy Disk. (All submissions except for the monthly submission to AMSMC-QAD shall be hardcopy printouts of the data cards as prepared using the furnished floppy disk)."

b. Delete paragraph 10.3.

c. Delete paragraph 10.3.1.

d. Delete the first two sentences of paragraph 10.4 and substitute the following:

"The following paragraphs have been numbered to correspond with the paragraph numbers on the Government furnished Ammunition Data Card Floppy Disk. The required information will be entered in accordance with the following instructions:

e. Delete instructions pertaining to Government Inspector signature and date signed on pages 7, 11 and 12 of DI-MISC-80043.

ATTACHMENT II

# CLEARANCE OF TECHNICAL INFORMATION FOR PUBLIC RELEASE

TITLE: | PAO Log #

**PICATINNY**

AUTHOR/PRODUCER (S):

OFFICE SYMBOL:

PHONE/BLDG #:

ADDRESS (IF APPLICABLE):

**CONTRACTOR**

AUTHOR/PRODUCER (S):

CONTRACT NUMBER:

NAME OF PICATINNY SPONSOR:

SPONSOR OFFICE SYMBOL:

SPONSOR PHONE/BLDG #:

COMPANY ADDRESS:

COMPANY PHONE:

PURPOSE OF RELEASE: ❑ Presentation ❑ Publication ❑ Abstract ❑ News Release ❑ Oth

MEETING TITLE (If presentation, speech or conference paper):

PLACE: DATE(S): DoD Sponsored: ❑ Yes ❑ No

PUBLICATION (Magazine, journal, newspaper, proceeding): Solicited ❑ Yes ❑ No

CERTIFICATION: I certify that this material has not been copied substantially without written permission from the author/producer and *does not* contain any sensitive, potentially controversial, FOUO or classified information.

Author's/Producer's Signature

***REQUIRED APPROVALS:*** **Signatures below certify that this material was reviewed for technical accuracy, classified information, security implications, proprietary information, competition-sensitive information and policy guidelines; that inventions have been previously submitted for patent review, and that the subject matter does not fall under the Militarily Critical Technology List.**

| | | |
|---|---|---|
| SIGNATURE (Division level) | Approve ❑ Yes ❑ No<br>Remarks:<br>Recommend Distribution: ❑ A ❑ B ❑ C ❑ ❑ F | Date: |
| SIGNATURE (Center/Directorate/PM level) | Approve ❑ Yes ❑ No<br>Remarks:<br>Recommend Distribution: ❑ A ❑ B ❑ C ❑ ❑ F | Date: |
| SIGNATURE (OPSEC) | Approve ❑ Yes ❑ No<br>Remarks:<br>Recommend Distribution: ❑ A ❑ B ❑ C ❑ D ❑ E ❑ F | Date: |
| SIGNATURE (Patent/Legal) | Approve ❑ Yes ❑ No<br>Remarks:<br>Recommend Distribution: ❑ A ❑ B ❑ C ❑ D ❑ E ❑ F | Date: |
| SIGNATURE (Contracting Officer, if appropriate) | Approve ❑ Yes ❑ No<br>Remarks:<br>Recommend Distribution: ❑ A ❑ B ❑ C ❑ D ❑ E ❑ F | Date: |

US ARMY ARMAMENT MUNITIONS & CHEMICAL COMMAND ARMAMENT RDE CENTER

***DISPOSITION:*** BASED ON RECOMMENDATIONS PROVIDED ABOVE, CLEARANCE IS GRANTED FOR PUBLIC RELEASE BASED ON THE APPROVED DISTRIBUTION CIRCLED BELOW.

Picatinny Arsenal Public Affairs Office          Date

***APPROVED DISTRIBUTION:***

| | |
|---|---|
| **A** (Unlimited) | **D** (DoD & DoD Contractors only) |
| **B** (U.S. Gov't only) | **E** (DoD Components only) |
| **C** (U.S. Gov't & Contractors only) | **F** (Only as directed by ____________ or higher authority) |

SMCAR FORM 3002, 1 OCT 92 (TEMP), RE ES SMCAR FORM 3002, 1 MARCH 87, WHICH IS OB TE. *See reverse for instructions*



AO004658

# CLEARANCE OF TECHNICAL INFORMATION FOR PUBLIC RELEASE

## INSTRUCTIONS

*IF AUTHOR/PRODUCER IS PICATINNY-BASED:*

Picatinny-based authors/producers are responsible for initiating the clearance process and ensuring that their material is approved for public release. This is accomplished by attaching one copy of the material (manuscript, photos, videotapes and any other material that requires clearance) to this form and obtaining the necessary signatures. When clearance is granted, the Picatinny Public Affairs Office (the last office in the clearance process) will forward one copy of this form along with the attached material to the ARDEC Technical Library for archival purposes and provide another copy of this form to the author/producer. It is the author/producer's responsibility to notify all interested parties of the release approval and to make subsequent distribution.

*IF AUTHOR/PRODUCER IS A CONTRACTOR:*

A contractor initiates the clearance process by forwarding the material to a Picatinny sponsor, who in turn begins the clearance process in the same manner as a Picatinny-based request. When clearance is granted, the Picatinny Public Affairs Office (the last office in the clearance process) will forward one copy of this form along with the attached material to the ARDEC Technical Library for archival purposes, and provide another copy of this form to the Picatinny sponsor. It is the Picatinny sponsor's responsibility to notify the contractor and any other interested parties of the release approval and to coordinate subsequent distribution with the contractor. Because contractor-submitted videotape material requires clearance at the Defense Department level, recommend that these submissions be made at least 90 days prior to the projected public release date. Only Picatinny-related portions of multi-topic videotapes will be reviewed here.

*RECOMMENDED DISTRIBUTION:*

Each signator in the *Required Approvals* section recommends distribution based on the categories listed at the bottom of the form. The approved distribution is circled at the bottom of the form and will equal the most stringent distribution category selected by the signators.

## COMMENTS

(Use this space, and additional pages as necessary, to make additional remarks or written changes to the submitted material. If changes are made directly on the material, a note to that effect in the *Required Approvals* section under "Remarks" is all that's necessary.)



*For more information on the clearance process or this form, please contact the Picatinny Arsenal Public Affairs Office; DSN 880-6365; (201) 724-6365.*

SMCAR FORM 3002, 1 OCT 92 (TEMP), .PLACES SMCAR FORM 3002, 1 MARCH 87, WHICH IS .SOLETE.

ATTACHMENT III

## DISCLOSURE OF LOBBYING ACTIVITIES

Complete this form to disclose lobbying activities pursuant to 31USC1352
(See reverse for public burden disclosure)

| | | |
|---|---|---|
| 1. Type of Federal Action:<br>[ ] a. contract<br>b. grant<br>c. cooperative agreement<br>d. loan<br>e. loan guarantee<br>f. loan insurance | 2. Status of Federal Action:<br>[ ] a. bid/offer/application<br>b. initial award<br>c. post-award | 3. Report Type:<br>[ ]a. initial filing<br>b. material change<br>For Material Change Only:<br>year___quarter_<br>_ date of last report |
| 4. Name and Address of Reporting Entity:<br>[ ] Prime [ ] Subawardee<br>Tier_____, if known:<br><br>Congressional District, if known: | 5. If Reporting Entity in No. 4 is Subawardee, Enter Name and Address of Prime:<br><br>Congressional District, if known: | |
| 6. Federal Department/Agency: | 7. Federal Program Name/Description:<br><br>CFDA Number, if applicable:___________ | |
| 8. Federal Action Number, if known: | 9. Award Amount, if known:<br>$ | |
| 10. a. Name and Address of Lobbying Entity (if individual, last name, first name, MI): | b. Individuals Performing Services (including address if different from No. 10a)<br>(last name, first name, MI)<br><br>(attach Continuation Sheet(s) SF-LLL-A if necessary) | |
| 11. Amount of Payment (check all that apply)<br><br>$____________ [ ]actual [ ]planned<br><br>12. Form of Payment (check all that apply)<br><br>[ ] a. cash<br>[ ] b. in-kind; specify: nature_____<br>value_____ | 13. Type of Payment (check all that apply):<br><br>[ ] a. retainer<br>[ ] b. one-time fee<br>[ ] c. commission<br>[ ] d. contingent fee<br>[ ] e. deferred<br>[ ] f. other; specify___________ | |
| 14. Brief Description of Services Performed or to be Performed and Date(s) of Service, including officer(s), employee(s), or Member(s) contracted for Payment indicated in Item 11;<br><br>(attach Continuation Sheet(s) SF-LLL-A, if necessary) | | |
| 15. Continuation Sheet(s) SF-LLL-A attached: [ ] Yes [ ] No | | |
| 16. Information requested through this form is authorized by title 31 U.S.C section 1352. This disclosure of lobbying activities is a material representation of fact upon which reliance was placed by the tier above when this transaction was made or entered into. This disclosure is required pursuant to 31 U.S.C 1352. This information will be reported to the Congress semi-annually and will be available for public inspection. Any person who fails to file the required disclosure shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure. | Signature___________<br><br>Print Name___________<br><br>Title___________<br><br>Telephone No:___________ Date:_______ | |
| Federal Use Only | Authorized for Local Reproduction Standard Form - LLL | |

# DISCLOSURE OF LOBBYING ACTIVITIES

CONTINUATION SHEET

Reporting Entity:______________________________Page______ of ______

Authorized for Local Reproduction

Standard Form - LLL-A

ATTACHMENT IV

# VERSION 1.0
## GUIDANCE SHEET

DOCUMENT SUMMARY LIST (DSL)

a. The attached DSL lists nonproduct documents which are directly cited in this contract. However, documents that are identified in a Product Document (e.g. a Production Technical Data Package) are not listed in the DSL, except for documents that require the preparation of deliverable data. These source documents are either tailored or referenced to where these document are tailored in the solicitation, which may be within the SOW or as an attachment to the DSL.

b. Data Item Descriptions (DIDs) related to listed documents are also listed on the DSL and appear below the related document.

c. Contract applicability of a listed document is defined by the document category and the tailoring as cited in Para a above.

d. If the DSL fails to list tailoring for a non-product document cited in the Statement of Work, then that document shall apply in its entirety unless otherwise specified in the contract.

Explanation of special terms used in the DSL follows:

**1. Specifications, standards, and related documents**

Documents that establish and define requirements for products, processes, procedures, practices, methods and techniques. Such documents encompass all military, Federal and non-Government specifications and standards, and other issuances that have the same effect as specifications and standards when cited or referenced in solicitations and contracts. (Contract-unique "system specifications" and "program specifications" are excluded.)

**2. Nonproduct document**

A document (e.g. Specification, Standard, and related documents) that establishes and defines requirements for processes, procedures, practices, methods, and techniques applicable to a broad range of products and services.

**3. Product document**

A document, as defined in Specifications, Standards, and related documents, that establishes and defines the essential requirements for purchased products (materials, parts, components, sub-assemblies,assemblies, equipment, etc.). These products are covered by documents within the defined scope of the Federal Supply Classes and Groups delineated in Appendix B of the DOD FAR Supplement.

**4. Tailoring**

The process of selectively applying or modifying individual sentences, paragraphs, or sections of a requirements document (specification, standard, or data item description) as being relevant to the actual needs of a specific acquisition.

**5. Referenced documents**

The Document Summary List identifies by number, revision, title and date, all directly cited source documents that result in deliverable data.

**6. Document category**

Category 0. Unless otherwise specified in the solicitation, contract, or contract modifications, all requirements contained in the directly cited document and all referenced and subsequently referenced documents are not contractually applicable and are for guidance and information only.

Category 1. The requirements contained in the directly cited document are contractually applicable to the extent specified. Unless otherwise specified in the solicitation, contract, or contract modifications, all requirements contained in reference and subsequently referenced documents are contractually for guidance and information only.

Category 2. The requirements contained in the directly cited document and the reference documents identified in the directly cited document are contractually applicable to the extent specified. Unless otherwise specified in the solicitation, contract or contract modifications, all requirements contained in subsequently reference documents within reference documents are contractually for guidance and information only.

Category 3. Unless otherwise specified in the solicitation contract, or contract modifications, all requirements contained in the directly cited document and all reference and subsequently referenced documents are contractually applicable to the extent specified.

# ATTACHMENT VI

Questionnaire (Optional) on Military Specifications and Standards

- Are there any military specifications or standards required as a part of this solicitation which could be better served by a commercial specification?
- Were any changes required in your routine manufacturing process specifically to accommodate this DoD purchase? Do you believe that the changes added value to the product?
- Did you offer alternatives to requirements of any military specifications or standards? Do you feel that your alternatives were given adequate consideration by the procuring agency? Were any adopted?
- How would you improve the solicitation to allow you, and other contractors, to quote a lower product cost while maintaining identical product performance?

# CONTRACT PRICING PROPOSAL COVER SHEET

1. SOLICITATION/CONTRACT/MODIFICATION NO.

FORM APPROVED OMB NO. 3090-0116

NOTE: This form is used in contract actions if submission of cost or pricing data is required. *(See FAR 15.804-6(b))*

2. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

3A. NAME AND TITLE OF OFFEROR'S POINT OF CONTACT

3B. TELEPHONE NO.

4. TYPE OF CONTRACT ACTION *(Check)*

| | |
|---|---|
| A. NEW CONTRACT | D. LETTER CONTRACT |
| B. CHANGE ORDER | E. UNPRICED ORDER |
| C. PRICE REVISION/ REDETERMINATION | F. OTHER *(Specify)* |

5. TYPE OF CONTRACT *(Check)*

☐ FFP ☐ CPFF ☐ CPIF ☐ CPAF
☐ FPI ☐ OTHER *(Specify)*

6. PROPOSED COST *(A+B=C)*

| A. COST | B. PROFIT/FEE | C. TOTAL |
|---|---|---|
| $ | $ | $ |

7. PLACE(S) AND PERIOD(S) OF PERFORMANCE

8. List and reference the identification, quantity and total price proposed for each contract line item. A line item cost breakdown supporting this recap is required unless otherwise specified by the Contracting Officer. *(Continue on reverse, and then on plain paper, if necessary. Use same headings.)*

| A. LINE ITEM NO. | B. IDENTIFICATION | C. QUANTITY | D. TOTAL PRICE | E. REF. |
|---|---|---|---|---|
| | | | | |

9. PROVIDE NAME, ADDRESS, AND TELEPHONE NUMBER FOR THE FOLLOWING *(If available)*

A. CONTRACT ADMINISTRATION OFFICE

B. AUDIT OFFICE

10. WILL YOU REQUIRE THE USE OF ANY GOVERNMENT PROPERTY IN THE PERFORMANCE OF THIS WORK? *(If "Yes," identify)*

☐ YES ☐ NO

11A. DO YOU REQUIRE GOVERNMENT CONTRACT FINANCING TO PERFORM THIS PROPOSED CONTRACT? *(If "Yes," complete Item 11B)*

☐ YES ☐ NO

11B. TYPE OF FINANCING *(✓ one)*

☐ ADVANCE PAYMENTS ☐ PROGRESS PAYMENTS ☐ GUARANTEED LOANS

12. HAVE YOU BEEN AWARDED ANY CONTRACTS OR SUBCONTRACTS FOR THE SAME OR SIMILAR ITEMS WITHIN THE PAST 3 YEARS? *(If "Yes," identify item(s), customer(s) and contract number(s))*

☐ YES ☐ NO

13. IS THIS PROPOSAL CONSISTENT WITH YOUR ESTABLISHED ESTIMATING AND ACCOUNTING PRACTICES AND PROCEDURES AND FAR PART 31 COST PRINCIPLES? *(If "No," explain)*

☐ YES ☐ NO

14. COST ACCOUNTING STANDARDS BOARD (CASB) DATA *(Public Law 91-379 as amended and FAR PART 30)*

A. WILL THIS CONTRACT ACTION BE SUBJECT TO CASB REGULATIONS? *(If "No," explain in proposal)*

☐ YES ☐ NO

B. HAVE YOU SUBMITTED A CASB DISCLOSURE STATEMENT (CASB DS-1 or 2)? *(If "Yes," specify in proposal the office to which submitted and if determined to be adequate)*

☐ YES ☐ NO

C. HAVE YOU BEEN NOTIFIED THAT YOU ARE OR MAY BE IN NON-COMPLIANCE WITH YOUR DISCLOSURE STATEMENT OR COST ACCOUNTING STANDARDS? *(If "Yes," explain in proposal)*

☐ YES ☐ NO

D. IS ANY ASPECT OF THIS PROPOSAL INCONSISTENT WITH YOUR DISCLOSED PRACTICES OR APPLICABLE COST ACCOUNTING STANDARDS? *(If "Yes," explain in proposal)*

☐ YES ☐ NO

This proposal is submitted in response to the RFP contract, modification, etc. in Item 1 and reflects our best estimates and/or actual costs as of this date.

15. NAME AND TITLE *(Type)*

16. NAME OF FIRM

17. SIGNATURE

18. DATE OF SUBMISSION

135

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

K.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

K.2 52.203-2 CERTIFICATE OF INDEPENDENT PRICE DETERMINATION. (APR 1985)

(a) The offeror certifies that -

(1) The prices in this offer have been arrived at independently, without, for the purpose of restricting competition, any consultation, communication, or agreement with any other offeror or competitor relating to (i) those prices, (ii) the intention to submit an offer, or (iii) the methods or factors used to calculate the prices offered;

(2) The prices in this offer have not been and will not be knowingly disclosed by the offeror, directly or indirectly, to any other offeror or competitor before bid opening (in the case of a sealed bid solicitation) or contract award (in the case of a negotiated solicitation) unless otherwise required by law; and

(3) No attempt has been made or will be made by the offeror to induce any other concern to submit or not to submit an offer for the purpose of restricting competition.

(b) Each signature on the offer is considered to be a certification by the signatory that the signatory -

(1) Is the person in the offeror's organization responsible for determining the prices being offered in this bid or proposal, and that the signatory has not participated and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above; or

(2) (i) Has been authorized, in writing, to act as agent for the following principals in certifying that those principals have not participated, and will not participate in any action contrary to subparagraphs (a)(1) through (a)(3) above

______________________________________________

(insert full name of person(s) in the offeror's organization

# CONTRACT FACILITIES CAPITAL COST OF MONEY

Form Approved
OMB No. 0704-0267
Expires Oct 31, 1989

| | |
|---|---|
| 1. CONTRACTOR NAME | 2. CONTRACTOR ADDRESS |
| 3. BUSINESS UNIT | |
| 4. RFP / CONTRACT PIIN NUMBER | 5. PERFORMANCE PERIOD |

## 6. DISTRIBUTION OF FACILITIES CAPITAL COST OF MONEY

| POOL | ALLOCATION BASE | FACILITIES CAPITAL COST OF MONEY | |
|---|---|---|---|
| | | FACTOR | AMOUNT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | |
| TREASURY RATE | | | % |
| FACILITIES CAPITAL EMPLOYED (TOTAL DIVIDED BY TREASURY RATE) | | | |

## 7. DISTRIBUTION OF FACILITIES CAPITAL EMPLOYED

| | PERCENTAGE | AMOUNT |
|---|---|---|
| LAND | % | |
| BUILDINGS | % | |
| EQUIPMENT | % | |
| FACILITIES CAPITAL EMPLOYED | 100% | |

DD Form 1861, AUG 87 *Supersedes all previous editions of DD Forms 1861-1 and 1861-2, which are obsolete.* 79/211

*U.S. Government Printing Office: 1989-242-450/90222

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

responsible for determining the prices offered in this bid or proposal, and the title of his or her position in the offeror's organization);

(ii) As an authorized agent, does certify that the principals named in subdivision (b)(2)(i) above have not participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above; and

(iii) As an agent, has not personally participated, and will not participate, in any action contrary to subparagraphs (a)(1) through (a)(3) above.

(c) If the offeror deletes or modifies subparagraph (a)(2) above, the offeror must furnish with its offer a signed statement setting forth in detail the circumstances of the disclosure.

K.3 **52.203-4 CONTINGENT FEE REPRESENTATION AND AGREEMENT. (APR 1984)**

(a) Representation. The offeror represents that, except for full-time bona fide employees working solely for the offeror, the offeror -

(Note: The offeror must check the appropriate boxes. For interpretation of the representation, including the term bona fide employee, see subpart 3.4 of the Federal Acquisition Regulation.)

(1) _____ has, _____ has not employed or retained any person or company to solicit or obtain this contract; and

(2) _____ has, _____ has not paid or agreed to pay to any person or company employed or retained to solicit or obtain this contract any commission, percentage, brokerage, or other fee contingent upon or resulting from the award of this contract.

(b) Agreement. The offeror agrees to provide information relating to the above Representation as requested by the Contracting Officer and, when subparagraph (a)(1) or (a)(2) is answered affirmatively, to promptly submit to the Contracting Officer -

(1) A completed Standard Form 119, Statement of Contingent or Other Fees, (SF 119); or

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

(2) A signed statement indicating that the SF 119 was previously submitted to the same contracting office, including the date and applicable solicitation or contract number, and representing that the prior SF 119 applies to this offer or quotation.

K.4 **52.203-8 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY. (SEP 1995) -- ALTERNATE I (SEP 1990)**

(a) Definitions. The definitions at FAR 3.104-4 are hereby incorporated in this provision.

(b) Certifications. As required in paragraph (c) of this provision, the officer or employee responsible for this offer shall execute the following certification. The certification in paragraph (b)(2) of this provision is not required for a procurement of commercial items.

CERTIFICATE OF PROCUREMENT INTEGRITY

(1) I, ______________________________ (Name of certifier), am the officer or employee responsible for the preparation of this offer and hereby certify that, to the best of my knowledge and belief, with the exception of any information described in this certificate, I have no information concerning a violation or possible violation of subsection 27(a), (b), (d), or (f) of the Office of Federal Procurement Policy Act, as amended* (41 U.S.C. 423), (hereinafter referred to as "the Act"), as implemented in the FAR, occurring during the conduct of this procurement ___________________________ (solicitation number).

(2) As required by subsection 27(e)(1)(B) of the Act, I further certify that, to the best of my knowledge and belief, each officer, employee, agent, representative, and consultant of ___________________________ (Name of Offeror) who has participated personally and substantially in the preparation or submission of this offer has certified that he or she is familiar with, and will comply with, the requirements of subsection 27(a) of the Act, as implemented in the FAR, and will report immediately to me any information concerning a violation or possible violation of subsections 27 (a), (b), (d), or (f) of the Act, as implemented in the FAR, pertaining to this procurement.

(3) Violations or possible violations: (Continue on plain bond paper if necessary and label Certificate of Procurement

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

Integrity (Continuation Sheet), ENTER NONE IF NONE EXIST)

________________________________________________________

________________________________________________________

________________________________________________________

________________________________________________________

(4) I agree that, if awarded a contract under this solicitation, the certifications required by subsection 27(e)(1)(B) of the Act shall be maintained in accordance with paragraph (f) of this provision.

________________________________________________________

(Signature of the officer or employee responsible for the offer and date)

\-------------------------------------------------------------

(Typed name of the officer or employee responsible for the offer)

* Subsections 27 (a), (b), and (d) are effective on December 1, 1990. Subsection 27(f) is effective on June 1, 1991.

THIS CERTIFICATION CONCERNS A MATTER WITHIN THE JURISDICTION OF AN AGENCY OF THE UNITED STATES AND THE MAKING OF A FALSE, FICTITIOUS, OR FRAUDULENT CERTIFICATION MAY RENDER THE MAKER SUBJECT TO PROSECUTION UNDER TITLE 18, UNITED STATES CODE, SECTION 1001.

(End of certification)

(c) For procurements, including contract modifications, in excess of $100,000 made using procedures other than sealed bidding, the signed certifications shall be submitted by the successful Offeror to the Contracting Officer within the time period specified by the Contracting Officer when requesting the certificates except as provided in subparagraphs (c)(1) through (c)(5) of this clause. In no event shall the certificate be submitted subsequent to award of a contract or execution of a contract modification:

(1) For letter contracts, other unpriced contracts, or unpriced

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

contract modifications, whether or not the unpriced contract or modification contains a maximum or not to exceed price, the signed certifications shall be submitted prior to the award of the letter contract, unpriced contract, or unpriced contract modification, and prior to the definitization of the letter contract or the establishment of the price of the unpriced contract or unpriced contract modification. The second certification shall apply only to the period between award of the letter contract and execution of the document definitizing the letter contract, or award of the unpriced contract or unpriced contract modification and execution of the document establishing the definitive price of such unpriced contract or unpriced contract modification.

(2) For basic ordering agreements, prior to the execution of a priced order; prior to the execution of an unpriced order, whether or not the unpriced order contains a maximum or not to exceed price; and, prior to establishing the price of an unpriced order. The second certificate to be submitted for unpriced orders shall apply only to the period between award of the unpriced order and execution of the document establishing the definitive price for such order.

(3) A certificate is not required for indefinite delivery contracts (see Subpart 16.5) unless the total estimated value of all orders eventually to be placed under the contract is expected to exceed $100,000.

(4) For contracts and contract modifications which include options, a certificate is required when the aggregate value of the contract or contract modification and all options (see 3.104-4(e)) exceeds $100,000.

(5) For purposes of contracts entered into under section 8(a) of the SBA, the business entity with whom the SBA contracts, and not the SBA, shall be required to comply with the certification requirements of subsection 27(e). The SBA shall obtain the signed certificate from the business entity and forward the certificate to the Contracting Officer prior to the award of a contract to the SBA.

(6) Failure of an Offeror to submit the signed certificate within the time prescribed by the Contracting Officer shall cause the offer to be rejected.

(d) Pursuant to FAR 3.104-9(d), the Offeror may be requested to execute additional certifications at the request of the

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

Government. Failure of an Offeror to submit the additional certifications shall cause its offer to be rejected.

(e) A certification containing a disclosure of a violation or possible violation will not necessarily result in the withholding of award under this solicitation. However, the Government, after evaluation of the disclosure, may cancel this procurement or take any other appropriate actions in the interests of the Government, such as disqualification of the Offeror.

(f) In making the certification in paragraph (2) of the certificate, the officer or employee of the competing contractor responsible for the offer may rely upon a one-time certification from each individual required to submit a certification to the competing contractor, supplemented by periodic training. These certifications shall be obtained at the earliest possible date after an individual required to certify begins employment or association with the contractor. If a contractor decides to rely on a certification executed prior to the suspension of section 27 (i.e., prior to December 1, 1989), the Contractor shall ensure that an individual who has so certified is notified that section 27 has been reinstated. These certifications shall be maintained by the Contractor for 6 years from the date a certifying employee's employment with the company ends or, for an agent, representative, or consultant, 6 years from the date such individual ceases to act on behalf of the Contractor.

(g) Certifications under paragraphs (b) and (d) of this provision are material representations of fact upon which reliance will be placed in awarding a contract.

K.5 **52.203-11 CERTIFICATION AND DISCLOSURE REGARDING PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS. (APR 1991)**

(a) The definitions and prohibitions contained in the clause, at FAR 52.203-12, Limitation on Payments to Influence Certain Federal Transactions, included in this solicitation, are hereby incorporated by reference in paragraph (b) of this certification.

(b) The offeror, by signing its offer, hereby certifies to the best of his or her knowledge and belief that on or after December 23, 1989--

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

(1) No Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with the awarding of any Federal contract, the making of any Federal grant, the making of any Federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment or modification of any Federal contract, grant, loan, or cooperative agreement;

(2) If any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on his or her behalf in connection with this solicitation, the offeror shall complete and submit, with its offer, OMB standard form LLL, Disclosure of Lobbying Activities, to the Contracting Officer; and

(3) He or she will include the language of this certification in all subcontract awards at any tier and require that all recipients of subcontract awards in excess of $100,000 shall certify and disclose accordingly.

(c) Submission of this certification and disclosure is a prerequisite for making or entering into this contract imposed by section 1352, title 31, United States Code. Any person who makes an expenditure prohibited under this provision or who fails to file or amend the disclosure form to be filed or amended by this provision, shall be subject to a civil penalty of not less than $10,000, and not more than $100,000, for each such failure.

K.6 52.204-3 TAXPAYER IDENTIFICATION. (MAR 1994)

(a) Definitions.

"Common parent," as used in this solicitation provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the offeror is a member.

"Corporate status," as used in this solicitation provision,

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

means a designation as to whether the offeror is a corporate entity, an unincorporated entity (e.g., sole proprietorship or partnership), or a corporation providing medical and health care services.

"Taxpayer Identification Number (TIN)," as used in this solicitation provision, means the number required by the IRS to be used by the offeror in reporting income tax and other returns.

(b) All offerors are required to submit the information required in paragraphs (c) through (e) of this solicitation provision in order to comply with reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M and implementing regulations issued by the Internal Revenue Service (IRS). If the resulting contract is subject to reporting requirements described in FAR 4.903, the failure or refusal by the offeror to furnish the information may result in a 31 percent reduction of payments otherwise due under the contract.

(c) Taxpayer Identification Number (TIN).

___ TIN: ________________.

___ TIN has been applied for.

___ TIN is not required because:

___ Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the U.S. and does not have an office or place of business or a fiscal paying agent in the U.S.;

___ Offeror is an agency or instrumentality of a foreign government;

___ Offeror is an agency or instrumentality of a Federal, state or local government;

___ Other. State basis. ____________________

(d) Corporate Status.

___ Corporation providing medical and health care services, or engaged in the billing and collecting of payments for such services;

ADDRESS TO CODES

| | |
|---|---|
| AMSTA-AR-FSA-M<br>AMSTA-AR-QAA-R<br>AMSTA-AR-QAS<br>AMSTA-AR-PC | COMMANDER<br>U.S. Army Armament Research, Development<br>and Engineering Center<br>ATTN:<br><br>Picatinny Arsenal, NJ 07806-5000 |
| AMSMC-QAD | COMMANDER<br>US Army Armament, Munitions & Chemical<br>Command<br>ATTN:<br><br>Rock Island, Illinois 61229-6000 |
| DCMC QAR & ACO | Defense Contract Administration<br>Services Region |

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

___ Other corporate entity;

___ Not a corporate entity;

___ Sole proprietorship

___ Partnership

___ Hospital or extended care facility described in 26 CFR 501(c)(3) that is exempt from taxation under 26 CFR 501(a).

(e) Common Parent.

___ Offeror is not owned or controlled by a common parent as defined in paragraph (a) of this clause.

___ Name and TIN of common parent:

Name ______________________________

TIN ______________________________

K.7 52.207-4 ECONOMIC PURCHASE QUANTITY - SUPPLIES. (AUG 1987)

(a) Offerors are invited to state an opinion on whether the quantity(ies) of supplies on which bids, proposals or quotes are requested in this solicitation is (are) economically advantageous to the Government.

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

(b) Each offeror who believes that acquisitions in different quantities would be more advantageous is invited to recommend an economic purchase quantity. If different quantities are recommended, a total and a unit price must be quoted for applicable items. An economic purchase quantity is that quantity at which a significant price break occurs. If there are significant price breaks at different quantity points, this information is desired as well.

OFFEROR RECOMMENDATIONS

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

| ITEM | QUANTITY | PRICE QUOTATION | TOTAL |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

(c) The information requested in this provision is being solicited to avoid acquisitions in disadvantageous quantities and to assist the Government in developing a data base for future acquisitions of these items. However, the Government reserves the right to amend or cancel the solicitation and resolicit with respect to any individual item in the event quotations received and the Government's requirements indicate that different quantities should be acquired.

K.8 **52.209-5 CERTIFICATION REGARDING DEBARMENT, SUSPENSION, PROPOSED DEBARMENT, AND OTHER RESPONSIBILITY MATTERS. (MAY 1989)**

(a)(1) The Offeror certifies, to the best of its knowledge and belief, that -

(i) The Offeror and/or any of its Principals -

(A) Are ___ are not ___ presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(B) Have ___ have not ___, within a 3-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (Federal, state, or local) contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property; and

(C) Are ___ are not ___ presently indicted for, or otherwise criminally or civilly charged by a governmental entity with, commission of any of the offenses enumerated in subdivision (a)(1)(i)(B) of this provision.

(ii) The Offeror has ___ has not ___, within a 3-year period

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

preceding this offer, had one or more contracts terminated for default by any Federal agency.

(2) "Principals," for the purposes of this certification, means officers; directors; owners; partners; and, persons having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a subsidiary, division, or business segment, and similar positions).

This certification concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under section 1001, title 18, United States Code.

(b) The Offeror shall provide immediate written notice to the Contracting Officer if, at any time prior to contract award, the Offeror learns that its certification was erroneous when submitted or has become erroneous by reason of changed circumstances.

(c) A certification that any of the items in paragraph (a) of this provision exists will not necessarily result in withholding of an award under this solicitation. However, the certification will be considered in connection with a determination of the Offeror's responsibility. Failure of the Offeror to furnish a certification or provide such additional information as requested by the Contracting Officer may render the Offeror nonresponsible.

(d) Nothing contained in the foregoing shall be construed to require establishment of a system of records in order to render, in good faith, the certification required by paragraph (a) of this provision. The knowledge and information of an Offeror is not required to exceed that which is normally possessed by a prudent person in the ordinary course of business dealings.

(e) The certification in paragraph (a) of this provision is a material representation of fact upon which reliance was placed when making award. If it is later determined that the Offeror knowingly rendered an erroneous certification, in addition to other remedies available to the Government, the Contracting Officer may terminate the contract resulting from this solicitation for default.

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

K.9 **52.215-6 TYPE OF BUSINESS ORGANIZATION. (JUL 1987)**

The offeror or quoter, by checking the applicable box, represents that -

(a) It operates as ___ a corporation incorporated under the laws of the State of _____________________, ___ an individual, ___ a partnership, ___ a nonprofit organization, or ___ a joint venture; or

(b) If the offeror or quoter is a foreign entity, it operates as ___ an individual, ___ a partnership, ___ a nonprofit organization, ___ a joint venture, or ___ a corporation, registered for business in _____________________ (country).

K.10 **52.215-11 AUTHORIZED NEGOTIATORS. (APR 1984)**

The offeror or quoter represents that the following persons are authorized to negotiate on its behalf with the Government in connection with this request for proposals or quotations:

______________________________________________

______________________________________________

(list names, titles, and telephone numbers of the authorized negotiators).

K.11 **52.215-30 FACILITIES CAPITAL COST OF MONEY. (SEP 1987)**

(a) Facilities capital cost of money will be an allowable cost under the contemplated contract, if the criteria for allowability in subparagraph 31.205-10(a)(2) of the Federal Acquisition Regulation are met. One of the allowability criteria requires the prospective contractor to propose facilities capital cost of money in its offer.

(b) If the prospective Contractor does not propose this cost, the resulting contract will include the clause Waiver of Facilities Capital Cost of Money.

K.12 **52.219-1 SMALL BUSINESS CONCERN REPRESENTATION. (FEB 1995)**

(a) "Representation". The offeror represents and certifies as part of its offer that it is; ___ a small business concern, ___

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

not a small business concern.

(b) Definition.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in this solicitation.

(c) "Notice".

(1) If this solicitation is for supplies and has been set aside, in whole or in part, for small business concerns, then the clause in this solicitation providing notice of the set-aside contains restrictions on the source of the end items to be furnished.

(2) Under 15 U.S.C. 645(d), any person who misrepresents a firm's status as a small business concern in order to obtain a contract to be awarded under the preference programs established pursuant to sections 8(a), 8(d), 9, or 15 of the Small Business Act or any other provision of Federal law that specifically references section 8(d) for a definition of program eligibility, shall--

(i) Be punished by imposition of fine, imprisonment, or both;

(ii) Be subject to administrative remedies, including suspension and debarment; and

(iii) Be ineligible for participation in programs conducted under the authority of the Act.

K.13 **52.219-3 WOMEN-OWNED SMALL BUSINESS REPRESENTATION. (APR 1984)**

(a) Representation. The offeror represents that it ___ is, ___ is not a women-owned small business concern.

(b) Definitions.

"Small business concern," as used in this provision, means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which

it is bidding on Government contracts, and qualified as a small business under the criteria and size standards in 13 CFR 121.

"Women-owned," as used in this provision, means a small business that is at least 51 percent owned by a woman or women who are U.S. citizens and who also control and operate the business.

K.14 **52.219-22 SIC CODE AND SMALL BUSINESS SIZE STANDARD. (JAN 1991)**

(a) The standard industrial classification (SIC) code for this acquisition is 3483.

(b)(1) The small business size standard is 1,500.

(2) The small business size standard for a concern which submits an offer in its own name, other than on a construction or service contract, but which proposes to furnish a product which it did not itself manufacture, is 500 employees.

K.15 **52.220-1 PREFERENCE FOR LABOR SURPLUS AREA CONCERNS. (APR 1984)**

(a) This acquisition is not a set aside for labor surplus area (LSA) concerns. However, the offeror's status as such a concern may affect (1) entitlement to award in case of tie offers or (2) offer evaluation in accordance with the Buy American Act clause of this solicitation. In order to determine whether the offeror is entitled to a preference under (1) or (2) above, the offeror must identify, below, the LSA in which the costs to be incurred on account of manufacturing or production (by the offeror or the first-tier subcontractors) amount to more than 50 percent of the contract price.

________________________________________

________________________________________

(b) Failure to identify the locations as specified above will preclude consideration of the offeror as an LSA concern. If the offeror is awarded a contract as an LSA concern and would not have otherwise qualified for award, the offeror shall perform the contract or cause the contract to be performed in

accordance with the obligations of an LSA concern.

K.16 **52.222-19 WALSH-HEALEY PUBLIC CONTRACTS ACT REPRESENTATION. (APR 1984)**

The offeror represents as a part of this offer that the offeror is ___ or is not ___ a regular dealer in, or is ___ or is not ___ a manufacturer of, the supplies offered.

K.17 **52.222-21 CERTIFICATION OF NONSEGREGATED FACILITIES. (APR 1984)**

(a) "Segregated facilities," as used in this provision, means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, or national origin because of habit, local custom, or otherwise.

(b) By the submission of this offer, the offeror certifies that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not permit its employees to perform their services at any location under its control where segregated facilities are maintained. The offeror agrees that a breach of this certification is a violation of the Equal Opportunity clause in the contract.

(c) The offeror further agrees that (except where it has obtained identical certifications from proposed subcontractors for specific time periods) it will -

(1) Obtain identical certifications from proposed subcontractors before the award of subcontracts under which the subcontractor will be subject to the Equal Opportunity clause;

(2) Retain the certifications in the files; and

(3) Forward the following notice to the proposed subcontractors (except if the proposed subcontractors have submitted identical certifications for specific time periods):

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES

A Certification of Nonsegregated Facilities must be submitted before the award of a subcontract under which the subcontractor will be subject to the Equal Opportunity clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semiannually, or annually).

NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.

K.18 **52.222-22 PREVIOUS CONTRACTS AND COMPLIANCE REPORTS. (APR 1984)**

The offeror represents that -

(a) It ___ has, ___ has not participated in a previous contract or subcontract subject either to the Equal Opportunity clause of this solicitation, the clause originally contained in Section 310 of Executive Order No. 10925, or the clause contained in Section 201 of Executive Order No. 11114;

(b) It ___ has, ___ has not, filed all required compliance reports; and

(c) Representations indicating submission of required compliance reports, signed by proposed subcontractors, will be obtained before subcontract awards.

K.19 **52.222-25 AFFIRMATIVE ACTION COMPLIANCE. (APR 1984)**

The offeror represents that (a) it ___ has developed and has on file, ___ has not developed and does not have on file, at each establishment, affirmative action programs required by the rules and regulations of the Secretary of Labor (41 CFR 60-1 and 60-2), or (b) it ___ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

K.20 **52.223-1 CLEAN AIR AND WATER CERTIFICATION. (APR 1984)**

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

The Offeror certifies that -

(a) Any facility to be used in the performance of this proposed contract is ___ , is not ___ listed on the Environmental Protection Agency (EPA) List of Violating Facilities;

(b) The Offeror will immediately notify the Contracting Officer, before award, of the receipt of any communication from the Administrator, or a designee, of the EPA, indicating that any facility that the Offeror proposes to use for the performance of the contract is under consideration to be listed on the EPA List of Violating Facilities; and

(c) The Offeror will include a certification substantially the same as this certification, including this paragraph (c), in every nonexempt subcontract.

K.21 52.223-5 CERTIFICATION REGARDING A DRUG-FREE WORKPLACE. (JUL 1995)

(a) Definitions. As used in this provision,

"Controlled substance" means a controlled substance in schedules I through V of section 202 of the Controlled Substances Act (21 U.S.C. 812) and as further defined in regulation at 21 CFR 1308.11-1308.15.

"Conviction" means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of the Federal or State criminal drug statutes.

"Criminal drug statute" means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, possession or use of any controlled substance.

"Drug-free workplace" means the site(s) for the performance of work done by the Contractor in connection with a specific contract at which employees of the Contractor are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

"Employee" means an employee of a Contractor directly engaged in the performance of work under a Government contract. Directly engaged is defined to include all direct cost employees and any other Contractor employee who has other than

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

a minimal impact or involvement in contract performance.

"Individual" means an offeror/contractor that has no more than one employee including the offeror/contractor.

(b) By submission of its offer, the offeror (other than an individual) responding to a solicitation that is expected to exceed the simplified acquisition threshold, certifies and agrees, that with respect to all employees of the offeror to be employed under a contract resulting from this solicitation, it will--no later than 30 calendar days after contract award (unless a longer period is agreed to in writing), for contracts of 30 calendar days or more performance duration; or as soon as possible for contracts of less than 30 calendar days performance duration, but in any case, by a date prior to when performance is expected to be completed--

(1) Publish a statement notifying such employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the Contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition;

(2) Establish an ongoing drug-free awareness program to inform such employees about -

(i) The dangers of drug abuse in the workplace;

(ii) The Contractor's policy of maintaining a drug-free workplace;

(iii) Any available drug counseling, rehabilitation, and employee assistance programs; and

(iv) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace;

(3) Provide all employees engaged in performance of the contract with a copy of the statement required by subparagraph (b)(1) of this provision;

(4) Notify such employees in writing in the statement required by subparagraph (b)(1) of this provision that, as a condition of continued employment on the contract resulting from this solicitation, the employee will -

(i) Abide by the terms of the statement; and

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

(ii) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 calendar days after such conviction;

(5) Notify the Contracting Officer in writing within 10 calendar days after receiving notice under subdivision (b)(4)(ii) of this provision, from an employee or otherwise receiving actual notice of such conviction. The notice shall include the position title of the employee; and

(6) Within 30 calendar days after receiving notice under subdivision (b)(4)(ii) of this provision of a conviction, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:

(i) Take appropriate personnel action against such employee, up to and including termination; or

(ii) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency.

(7) Make a good faith effort to maintain a drug-free workplace through implementation of subparagraphs (b)(1) through (b)(6) of this provision.

(c) By submission of its offer, the offeror, if an individual who is making an offer of any dollar value, certifies and agrees that the offeror will not engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance in the performance of the contract resulting from this solicitation.

(d) Failure of the offeror to provide the certification required by paragraph (b) or (c) of this provision, renders the offeror unqualified and ineligible for award. (See FAR 9.104-1(g) and 19.602-1(a)(2)(i).)

(e) In addition to other remedies available to the Government, the certification in paragraphs (b) or (c) of this provision concerns a matter within the jurisdiction of an agency of the United States and the making of a false, fictitious, or fraudulent certification may render the maker subject to prosecution under title 18, United States Code, section 1001.

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

K.22 **52.230-1 COST ACCOUNTING STANDARDS NOTICES AND CERTIFICATION. (NOV 1993)**

Note: This notice does not apply to small businesses or foreign governments. This notice is in three parts, identified by Roman numerals I through III.

Offerors shall examine each part and provide the requested information in order to determine Cost Accounting Standards (CAS) requirements applicable to any resultant contract.

I. Disclosure Statement - Cost Accounting Practices and Certification

(a) Any contract in excess of $500,000 resulting from this solicitation, except contracts in which the price negotiated is based on (1) established catalog or market prices of commercial items sold in substantial quantities to the general public, or (2) prices set by law or regulation, will be subject to the requirements of 48 CFR parts 9903 and 9904, except for those contracts which are exempt as specified in 48 CFR, Subpart 9903,201-1.

(b) Any offeror submitting a proposal which, if accepted, will result in a contract subject to the requirements of 48 CFR parts 9903 and 9904 must, as a condition of contracting, submit a Disclosure Statement as required by 48 CFR Subpart 9903.202. The Disclosure Statement must be submitted as a part of the offeror's proposal under this solicitation unless the offeror has already submitted a Disclosure Statement disclosing the practices used in connection with the pricing of this proposal. If an applicable Disclosure Statement has already been submitted, the offeror may satisfy the requirement for submission by providing the information requested in paragraph (c) of Part I of this provision.

Caution: In the absence of specific regulations or agreement, a practice disclosed in a Disclosure Statement shall not, by virtue of such disclosure, be deemed to be a proper, approved, or agreed-to-practice for pricing proposals or accumulating and reporting contract performance cost data.

(c) Check the appropriate box below:

_____ (1) Certificate of Concurrent Submission of Disclosure Statement.

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

The offeror hereby certifies that, as a part of the offer, copies of the Disclosure Statement have been submitted as follows: (i) original and one copy of the cognizant Administrative Contracting Officer (ACO), and (ii) one copy to the cognizant contract auditor.

(Disclosure must be on Form No. CASB DS-1. Forms may be obtained from the cognizant ACO or from the loose-leaf version of the Federal Acquisition Regulation.)

Date of Disclosure Statement:

_______________________________________________

Name and Address of Cognizant ACO where filed: ________

The offeror further certifies that practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the Disclosure Statement.

_____ (2) Certificate of Previously Submitted Disclosure Statement.

The offeror hereby certifies that Disclosure Statement was filed as follows:

Date of Disclosure Statement:

_______________________________________________

Name and Address of Cognizant ACO where filed: _______

The offeror further certifies that the practices used in estimating costs in pricing this proposal are consistent with the cost accounting practices disclosed in the applicable disclosure statement.

_____ (3) Certificate of Monetary Exemption.

The offeror hereby certifies that the offeror, together with all divisions, subsidiaries, and affiliates under common control, did not receive net awards of negotiated prime contracts and subcontracts subject to CAS totaling more than $25 million (of which at least one award exceeded $1 million) in the cost accounting period immediately preceding the period in which this proposal was submitted. The offeror further certifies that if such status changes before an award

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

resulting from this proposal, the offeror will advise the Contracting Officer immediately.

_____ (4) Certificate of Interim Exemption.

The offeror hereby certifies that (i) the offeror first exceeded the monetary exemption for disclosure, as defined in (3) of this subsection, in the cost accounting period immediately preceding the period in which this offer was submitted and (ii) in accordance with 48 CFR, Subpart 9903.202-1, the offeror is not yet required to submit a Disclosure Statement. The offeror further certifies that if an award resulting from this proposal has not been made within 90 days after the end of that period, the offeror will immediately submit a revised certificate to the Contracting Officer, in the form specified under subparagraph (c)(1) or (c)(2) of Part I of this provision, as appropriate, to verify submission of a completed Disclosure Statement.

Caution: Offerors currently required to disclose because they were awarded a CAS-covered prime contract or subcontract of $25 million or more in the current cost accounting period may not claim this exemption (4). Further, the exemption applies only in connection with proposals submitted before expiration of the 90-day period following the cost accounting period in which the monetary exemption was exceeded.

II. Cost Accounting Standards - Eligibility for Modified Contract Coverage

If the offeror is eligible to use the modified provisions of 48 CFR, Subpart 9903.201-2(b) and elects to do so, the offeror shall indicate by checking the box below. Checking the box below shall mean that the resultant contract is subject to the Disclosure and Consistency of Cost Accounting Practices clause in lieu of the Cost Accounting Standards clause.

_____ The offeror hereby claims an exemption from the Cost Accounting Standards clause under the provisions of 48 CFR, Subpart 9903.201-2(b) and certifies that the offeror is eligible for use of the Disclosure and Consistency of Cost Accounting Practices clause because during the cost accounting period immediately preceding the period in which this proposal was submitted, the offeror received less than $25 million in awards of CAS-covered prime contracts and subcontracts, or the offeror did not receive a single CAS-covered award exceeding $1 million. The offeror further certifies that if such status

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

changes before an award resulting from this proposal, the offeror will advise the Contracting Officer immediately.

Caution: An offeror may not claim the above eligibility for modified contract coverage if this proposal is expected to result in the award of a CAS-covered contract of $25 million or more or if, during its current cost accounting period, the offeror has been awarded a single CAS-covered prime contract or subcontract of $25 million or more.

III. Additional Cost Accounting Standards Applicable to Existing Contracts.

The offeror shall indicate below whether award of the contemplated contract would, in accordance with subparagraph (a)(3) of the Cost Accounting Standards clause, require a change in established cost accounting practices affecting existing contracts and subcontracts.

___ Yes ___ No.

K.23 252.219-7000 SMALL DISADVANTAGED BUSINESS CONCERN REPRESENTATION (DOD CONTRACTS). (APR 1994)

(a) Definition. "Small disadvantaged business concern", as used in this provision, means a small business concern, owned and controlled by individuals who are both socially and economically disadvantaged, as defined by the Small Business Administration at 13 CFR part 124, the majority of earnings of which directly accrue to such individuals. This term also means a small business concern owned and controlled by an economically disadvantaged Indian tribe or Native Hawaiian organization which meets the requirements of 13 CFR 124.112 or 13 CFR 124.113, respectively. In general, 13 CFR part 124 describes a small disadvantaged business concern as a small business concern --

(1) Which is at least 51 percent unconditionally owned by one or more socially and economically disadvantaged individuals; or

(2) In the case of any publicly owned business, at least 51 percent of the voting stock is unconditionally owned by one or more socially and economically disadvantaged individuals; and

(3) Whose management and daily business operations are controlled by one or more such individuals.

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

(b) "Representations." Check the category in which your ownership falls --

___ Subcontinent Asian (Asian-Indian) American (U.S. citizen with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, or Nepal)

___ Asian-Pacific American (U.S. citizen with origins from Japan, China, the Philippines, Vietnam, Korea, Samoa, Guam, U.S. Trust Territory of the Pacific Islands (Republic of Palau), the Northern Mariana Islands, Laos, Kampuchea (Cambodia), Taiwan, Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Republic of the Marshall Islands, or the Federated States of Micronesia)

___ Black American (U.S. citizen)

___ Hispanic American (U.S. citizen with origins from South America, Central America, Mexico, Cuba, the Dominican Republic, Puerto Rico, Spain, or Portugal)

___ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians, including Indian tribes or Native Hawaiian organizations)

___ Individual/concern, other than one of the preceding, currently certified for participation in the Minority Small Business and Capital Ownership Development Program under section 8(a) of the Small Business Act

___ Other

(c) "Certifications." Complete the following --

(1) The offeror is ___ is not ___ a small disadvantaged business concern.

(2) The Small Business Administration (SBA) has ___________ has not ___________ made a determination concerning the offeror's status as a small disadvantaged business concern. If the SBA has made a determination, the date of the determination was ____________________ and the offeror --

___ Was found by SBA to be socially and economically disadvantaged and no circumstances have changed to vary that determination.

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

___ Was found by SBA not to be socially and economically disadvantaged but circumstances which caused the determination have changed.

(d) "Penalties and Remedies." Anyone who misrepresents the status of a concern as a small disadvantaged business for the purpose of securing a contract or subcontract shall --

(1) Be punished by imposition of a fine, imprisonment, or both;

(2) Be subject to administrative remedies, including suspension and debarment; and

(3) Be ineligible for participation in programs conducted under authority of the Small Business Act.

K.24 **252.227-7028 TECHNICAL DATA OR COMPUTER SOFTWARE PREVIOUSLY DELIVERED TO THE GOVERNMENT. (JUN 1995)**

The Offeror shall attach to its offer an identification of all documents or other media incorporating technical data or computer software it intends to deliver under this contract with other than unlimited rights that are identical or substantially similar to documents or other media that the Offeror has produced for, delivered to, or is obligated to deliver to the Government under any contract or subcontract. The attachment shall identify--

(a) The contract number under which the data or software were produced;

(b) The contract number under which, and the name and address of the organization to whom, the data or software were most recently delivered or will be delivered; and

(c) Any limitations on the Government's rights to use or disclose the data or software, including, when applicable, identification of the earliest date the limitations expire.

K.25 **252.209-7003 DISCLOSURE OF COMMERCIAL TRANSACTIONS WITH THE GOVERNMENT OF A TERRORIST COUNTRY. (SEP 1994)**

(a) "Definitions."

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

"Government of a terrorist country and terrorist country" are defined in the Reporting of Commercial Transaction with the Government of a Terrorist Country clause of this solicitation.

(b) "Disclosure."

(1) Section 843 of the National Defense Authorization Act for Fiscal Year 1994 (Pub. L. 103-160) requires offerors to disclose commercial transactions conducted with the government of a terrorist country. If this offer exceeds $5,000,000, and if the Offeror has conducted transactions, the Offeror shall disclose, in an attachment to its offer, each commercial transaction that it has conducted with the government of a terrorist country since February 28, 1994. The disclosure shall include --

(i) Identification of the governmentwith which each transaction was conducted; and

(ii) The nature of each transaction.

(2) This disclosure requirement does not applt to --

(i) Transactions conducted by affiliates or subsidiaries of the Offeror; or

(ii) Payment or receipt of payment of a judgment or award ordered by a court or arbitral tribunal of competent jurisdiction.

K.26 **252.209-7001 DISCLOSURE OF OWNERSHIP OR CONTROL BY THE GOVERNMENT OF A TERRORIST COUNTRY. (SEP 1994)**

(a) "Definitions."

As used in this provision --

(a) "Government of a terrorist country" includes the state and the government of a terrorist country, as well as any political subdivision, agency, or instrumentality thereof.

(2) "Terrorist country" means a country determined by the Secretary of State, under section 6(j)(1)(A) of the Export Administration Act of 1979 (50 U.S.C. App. 2405(j)(i)(A)), to be a country the government of which has repeatedly provided support for such acts of international terrorism. As of the date of this provision, terrorist countries include: Cuba,

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

Iran, Iraq, Libya, North Korea, Sudan, and Syria.

(3) "Significant interest" means --

(i) Ownership of or beneficial interest in 5 percent or more of the firm's or subsidiary's securities. Beneficial interest includes holding 5 percent or more of any class of the firm's securities in "nominee shares," "street names," or some other method of holding securities that does not disclose the beneficial owner;

(ii) Holding a management position in the firm, such as a director or officer;

(iii) Ability to control or influence the election, appointment, or tenure of directors or officers in the firm;

(iv) Ownership of 10 percent or more of the assets of a firm such as equipment, buildings, real estate, or other tangible assets of the firm; or

(v) Holding 50 percent or more of the indebtness of a firm.

(b) "Prohibition on award."

In accordance with 10 U.S.C. 2327, no contract may be awarded to a firm or a subsidiary of a firm if the government of a terrorist country has a significant interest in the firm or subsidiary, unless a waiver is granted by the Secretary of Defense.

(c) "Disclosure."

If the government of a terrorist country has a significant interest in the Offeror or a subsidiary of the Offeror, the Offeror shall disclosure such interest in an attachment to its offer. If the Offeror is a subsidiary, it shall also disclose any significant interest the government of a terrorist country has in any firm that owns or controls the subsidiary. The disclosure shall include --

(1) Identification of each government holding a significant interest; and

(2) A description of the significant interest held by each government.

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

K.27 **252.209-7003 DISCLOSURE OF COMMERCIAL TRANSACTIONS WITH THE GOVERNMENT OF A TERRORIST COUNTRY. (SEP 1994)**

(a) "Definitions."

"Government of a terrorist country and terrorist country" are defined in the Reporting of Commercial Transaction with the Government of a Terrorist Country clause of this solicitation.

(b) "Disclosure."

(1) Section 843 of the National Defense Authorization Act for Fiscal Year 1994 (Pub. L. 103-160) requires offerors to disclose commercial transactions conducted with the government of a terrorist country. If this offer exceeds $5,000,000, and if the Offeror has conducted transactions, the Offeror shall disclose, in an attachment to its offer, each commercial transaction that it has conducted with the government of a terrorist country since February 28, 1994. The disclosure shall include --

(i) Identification of the governmentwith which each transaction was conducted; and

(ii) The nature of each transaction.

(2) This disclosure requirement does not applt to --

(i) Transactions conducted by affiliates or subsidiaries of the Offeror; or

(ii) Payment or receipt of payment of a judgment or award ordered by a court or arbitral tribunal of competent jurisdiction.

K.28 **252.247-7022 REPRESENTATION OF EXTENT OF TRANSPORTATION BY SEA. (AUG 1992)**

(a) The Offeror shall indicate by checking the appropriate blank in paragraph (b) of this provision whether transportation of supplies by sea is anticipated under the resultant contract. The term supplies is defined in the Transportation of Supplies by Sea clause of this solicitation.

(b) "Representation." The Offeror represents that it --

**Part IV - Representations and Instructions**
**SECTION K - REPRESENTATIONS, CERTIFICATIONS, AND OTHER STATEMENTS OF OFFERORS / QUOTERS**

___ Does anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

___ Does not anticipate that supplies will be transported by sea in the performance of any contract or subcontract resulting from this solicitation.

(c) Any contract resulting from this solicitation will include the Transportation of Supplies by Sea clause. If the Offeror represents that it will not use ocean transportation, the resulting contract will also include the Defense FAR Supplement clause at 252.247-7024, Notification of Transportation of Supplies by Sea.

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

L.1 **52.252-2 CLAUSES INCORPORATED BY REFERENCE. (JUN 1988)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available.

| | | |
|---|---|---|
| 52.215-5 | SOLICITATION DEFINITIONS | JUL 1987 |
| 52.215-7 | UNNECESSARILY ELABORATE PROPOSALS OR QUOTATIONS | APR 1984 |
| 52.215-8 | AMENDMENTS TO SOLICITATIONS | DEC 1989 |
| 52.215-9 | SUBMISSION OF OFFERS | JUL 1995 |
| 52.215-10 | LATE SUBMISSIONS, MODIFICATIONS, AND WITHDRAWALS OF PROPOSALS | JUL 1995 |
| 52.215-13 | PREPARATION OF OFFERS | APR 1984 |
| 52.215-14 | EXPLANATION TO PROSPECTIVE OFFERORS | APR 1984 |
| 52.215-15 | FAILURE TO SUBMIT OFFER | JUL 1995 |
| 52.222-24 | PREAWARD ON-SITE EQUAL OPPORTUNITY COMPLIANCE REVIEW | APR 1984 |

L.2 **52.209-7 ORGANIZATIONAL CONFLICTS OF INTEREST CERTIFICATE--MARKETING CONSULTANTS. (NOV 1991)**

(a) Definitions.

(1) Marketing consultant means any independent contractor who furnishes advice, information, direction, or assistance to an offeror or any other contractor in support of the preparation or submission of an offer for a government contract by that offeror. An independent Contractor is not a marketing consultant when rendering--

(i) Services excluded in FAR 37.204;

(ii) Routine engineering and technical services (such as installation, operation, or maintenance of systems, equipment, software, components, or facilities);

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

(iii) Routine legal, actuarial, auditing, and accounting services; or

(iv) Training services.

(2) Organizational conflict of interest means that because of other activities or relationships with other persons, a person is unable or potentially unable to render impartial assistance or advice to the Government, or the person's objectivity in performing the contract work is or might be otherwise impaired, or a person has an unfair competitive advantage.

(b) An individual or firm that employs, retains, or engages contractually one or more marketing consultants in connection with a contract, shall submit to the contracting officer, with respect to each marketing consultant, the certificates described below, if the individual or firm is notified that it is the apparent successful offeror.

(c) The certificate must contain the following:

(1) The name of the agency and the number of the solicitation in question.

(2) The name, address, telephone number, and federal taxpayer identification number of the marketing consultant.

(3) The name, address, and telephone number of a responsible officer or employee of the marketing consultant who has personal knowledge of the marketing consultants involvement in the contract.

(4) A description of the nature of the services rendered by or to be rendered by the marketing consultant.

(5) The name, address, and telephone number of the client or clients, and the name of a responsible officer or employee of the marketing consultant who is knowledgeable about the services provided to such client(s), and a description of the nature of the services rendered to such client(s), if, based on information provided to the Contractor by the marketing consultant, any marketing consultant is rendering or, in the 12* months preceding the date of the certificate, has rendered services respecting the same subject matter of the instant solicitation, or directly relating to such subject matter, to the Government or any other client (including any foreign government or person).

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

(6) A statement that the person who signs the certificate for the prime Contractor has informed the marketing consultant of the existence of Subpart 9.5 and Office of Federal Procurement Policy Letter 89-1.

(7) The signature, name, title, employer's name, address, and telephone number of the persons who signed the certificates for both the apparent successful offeror and the marketing consultant.

(d) In addition, the apparent successful offeror shall forward to the Contracting Officer a certificate signed by the marketing consultant that the marketing consultant has been told of the existence of Subpart 9.5 and Office of Federal Procurement Policy Letter 89-1, and the marketing consultant has made inquiry, and to the best of the consultant's knowledge and belief, the consultant has provided no unfair competitive advantage to the prime Contractor with respect to the services rendered or to be rendered in connection with the solicitation, or that any unfair competitive advantage that, to the best of the consultant's knowledge and belief, does or may exist, has been disclosed to the offeror.

(e) Failure of the offeror to provide the required certifications may result in the offeror being determined ineligible for award. Misrepresentation of any fact may result in the assessment of penalties associated with false certifications or such other provisions provided for by law or regulation.

L.3 **52.210-2 AVAILABILITY OF SPECIFICATIONS LISTED IN THE DOD INDEX OF SPECIFICATIONS AND STANDARDS (DODISS). (MAR 1994)**

Single copies of specifications cited in this solicitation may be obtained by submitting a written request to the supply point listed below. The request must contain the title of the specification, its number, date, applicable amendment(s), and the solicitation or contract number. A telephone order entry system is available with the use of a touch tone phone. A Customer Number is required to use this system and may be obtained by written request to the address listed below or by telephone (215-697-2179). In case of urgency, telegraphic requests are acceptable. Voluntary standards, which are not available to offerors and contractors from Government sources, may be obtained from the organization responsible for their preparation, maintenance, or publication.

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

Standardization Document
Order Desk, Building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094

Facsimile No. 215-697-2978
Telephone Order Entry System (TOES) Numbers
215-697-1187 through and including 215-697-1197

L.4 **52.212-7 NOTICE OF PRIORITY RATING FOR NATIONAL DEFENSE USE. (SEP 1990)**

Any contract awarded as a result of this solicitation will be a [] DX rated order; [X] DO rated order certified for national defense use under the Defense Priorities and Allocations System (DPAS) (15 CFR part 700), and the Contractor will be required to follow all of the requirements of this regulation.

L.5 **52.215-12 RESTRICTION ON DISCLOSURE AND USE OF DATA. (APR 1984)**

Offerors or quoters who include in their proposals or quotations data that they do not want disclosed to the public for any purpose or used by the Government except for evaluation purposes, shall -

(a) Mark the title page with the following legend:

"This proposal or quotation includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed - in whole or in part - for any purpose other than to evaluate this proposal or quotation. If, however, a contract is awarded to this offeror or quoter as a result of - or in connection with - the submission of this data, the Government shall have the right to duplicate, use, or disclose the data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in this data if it is obtained from another source without restriction. The data subject to this restriction are contained in sheets _______ (insert numbers or other identification of sheets)"; and

(b) Mark each sheet of data it wishes to restrict with the following legend:

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

"Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal or quotation."

L.6 52.216-1 TYPE OF CONTRACT. (APR 1984)

The Government contemplates award of a Firm Fixed Price contract resulting from this solicitation.

L.7 52.233-2 SERVICE OF PROTEST. (NOV 1988)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO) or the General Services Administration Board of Contract Appeals (GSBCA), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from [ ] (Contracting Officer designate the official and location where a protest may be served on the Contracting Officer.)

(b) The copy of any protest shall be received in the office designated above on the same day a protest is filed with the GSBCA or within one day of filing a protest with the GAO.

L.8 252.219-7009 CERTIFICATE OF COMPETENCY. (APR 1993)

(a) In the event of a determination of nonresponsibility on a small business offeror, the Contracting Officer will --

(1) Notify the Offeror, in writing, of the determination and the Offeror's right, under section 8(b)(7) of the Small Business Act, to request that the Small Business Administration (SBA) make a determination of the Offeror's responsibility under the Certificate of Competency Program.

(2) Withhold award until the Offeror's response is received or 14 calendar days from receipt of the notice by the Offeror.

(3) Upon timely receipt of an affirmative response from the Offeror, refer the matter to the SBA.

(4) Upon receipt of a negative response from the Offeror, or if

a timely response is not received, award to another offeror.

(b) The Offeror shall notify the Contracting Officer, in writing, within 14 days of receipt of a notification of nonresponsibility determination, as to whether or not it desires a request for an SBA determination of responsibility.

L.9 **HQ AMC - LEVEL PROTEST PROGRAM**

a. Policy: A protest to an AMC forum is a "protest to the agency", within the meaning of FAR 33.103. The HQ, AMC-level Protest Program is intended to encourage an interested party to seek resolution of its concerns within AMC, rather than filing a protest with the General Accounting Office (GAO), General Services Administration Board of Contract Appeals (GSBCA), or other external forum.

b. Agency Protest: An AMC protest may be filed with either, but not both:

(1) the Contracting Officer designated in the solicitation for resolution of protests, or

(2) HQ, AMC at the address designated in the solicitation.

c. Election of Forum: After an interested party protests an AMC procurement to HQ, AMC and while that protest is pending, the protestor agrees not to file a protest with the GAO, GSBCA or other external forum. If the protestor has filed a protest with GAO, GSBCA or other external forum, HQ, AMC-level protest procedures may not be used and any protest that has been filed will be dismissed.

d. Protest Decision Authority: The AMC Command Counsel is designated as the HQ, AMC Protest Decision Authority. In the absence of the Command Counsel, the Deputy Command Counsel is designated as the HQ, AMC Protest Decision Authority.

e. Time for Filing Protest: HQ, AMC protest shall be filed in accordance with the timeframes set out in FAR 33.103(b)(2).

f. Form of Protest: HQ, AMC protest shall include the protestor's name, address and telephone number, including facsimile number; the solicitation or contract number; identity of the procuring activity; the Contracting Officer's name; a

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

statement of all legal and factual grounds for protest including copies of all relevant documents; a request for ruling; and a request for relief. All protests must be signed by an authorized representative of the protestor.

g. Processing of HQ, AMC-Level Protests:

(1) Within 10 working days after the protest is filed, the Contracting Officer, with the assistance of legal counsel, shall file with the HQ, AMC Office of Command Counsel, ATTN: AMCCC-BP, an administrative report responsive to the protest. Reports shall be sent by facsimile, over-night mail or hand-delivered, to ensure timely receipt.

(2) The HQ, AMC Protest Decision Authority will issue a written decision within 20 working days after the filing of the protest regardless of whether the administrative report is timely filed.

(3) The written decision will be binding on the Army Materiel Command and its procuring activities.

(4) For good cause shown, the HQ, AMC Protest Decision Authority may grant extensions of time for filing of the administrative report and for the issuance of the written decision. When such an extension is granted, the protestor and all interested parties shall be notified within one (1) working day of the decision to grant the extension.

h. Effect of Protest on Award and Performance:

(1) Protests before award: When a protest is filed with HQ, AMC prior to award, a contract may not be awarded unless authorized by the Deputy Chief of Staff (DCS) for Procurement, HQ, AMC, in accordance with FAR 33.103(a)(2).

(2) Protests after award: When a protest is filled with HQ, AMC within ten (10) calendar days after award, the Contracting Officer shall suspend performance. HQ, AMC DCS for Procurement may authorize contract performance, notwithstanding the protest, upon a written finding that:

(i) contract performance will be in the best interests of the United States; or

(ii) urgent and compelling circumstances that significantly affect the interests of the United States will not

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

permit waiting for a decision from the HQ, AMC Protest Decision Authority.

i. Remedies: The HQ, AMC Protest Decision Authority may grant any one or combination of the following remedies:

(1) terminate the contract;

(2) re-compete the requirement;

(3) issue a new solicitation;

(4) refrain from exercising options under the contract;

(5) award a contract consistent with statute and regulation;

(6) such other remedies as HQ, AMC Protest Decision Authority determines necessary to correct a defect.

L.10 PROPOSAL SUBMISSION INFORMATION

The proposal shall be forwarded to the following address:

Commander
US Army Tank-Automotive, and Armaments Command, ARDEC
Attn: AMSTA-AR-PCW-A/Dave Banashefski/B. 10
Picatinny Arsenal, NJ 07806-5000

The exterior of the mailing envelope is to be clearly marked with solicitation number: DAAE30-95-R-0091

L.10.1 The proposal shall consist of the following:

L.10.1.1 One signed and completed copy of attached Standard Form (SF) 33 and continuation sheets filled in as directed, i.e., proposed prices in section B, certifications in section K, etc.

L.10.1.2 Three (3) copies of DD Form 1423s Contract Data Requirements List (with blocks 17 and 18 completed).

L.10.1.3 Three (3) copies of the Technical, Management, Cost areas.

L.10.1.4 Two copies shall be fully priced with the material

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

breakdown and labor matrices, etc., IAW L.11. One copy of the cost proposal shall be unpriced, consisting of the above material and labor breakdowns, suitable for technical evaluation.

L.11 **PREPARATION INSTRUCTIONS FOR TECHNICAL, MANAGEMENT, AND COST AREA**

L.11.1 **General Instructions.**

L.11.1.1 **Format.** The offeror's Technical, Management, and Cost areas/parts of the proposal will be submitted in several parts based on the areas given as set forth below and all information specific to each area will be confined to that part.

AREA/PART I. Technical
AREA/PART II. Management
AREA/PART III. Cost

L.11.1.2 **Length.** Each area/part shall be as brief as possible, consistent with complete submission. Pages should not exceed 8-1/2 inches in width by 11 inches in length; however, foldout pages depicting such items as sketches, networks, work breakdown structures, etc., may be used.

L.11.1.3 **Deviation from Requested Format**

The offeror shall provide an explanation, in clearly relatable format, such as a matrix of any difference between the manner in which the proposal was requested and the manner in which it is actually submitted.

L.12 **Specific Instructions BY AREA/PART.**

Offeror is responsible for including sufficient details (WITHOUT REFERENCE TO COST) to permit a complete and accurate evaluation strictly from a technical standpoint. This part shall have an index which contains narrative titles which are cross-referenced to both the applicable Statement of Work (SOW) paragraph and page number. The narrative discussions shall also be related to the applicable SOW paragraph by placing the appropriate SOW number at the beginning of the discussion text. The offeror shall provide narrative discussions that address both the SOW and Data Requirements of the solicitation. Detailed narrative shall be provided as described below:

**Part IV - Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS / QUOTERS / BIDDERS**

L.12.1 **TECHNICAL AREA**

(a) Approach to LAP: Provide details on the proposed plan for the LAP/procurement of the 155mm, HE, M795 Projectile to be used in meeting Technical Data Package (TDP) requirements. At a minimum, the plan shall address: metal parts preparation, melt pour, controlled cooling and projectile finishing, assembly and inspection. The inspection plan shall address the use of real time x-ray analysis to determine the acceptability of the explosive cast. Include sketches and block diagrams, as necessary, to define and describe the approach. Provide a description of any unique, state-of-the-art critical procedures or processes necessary to achieve the performance of the TDP. Describe the Corrective Action Plan showing how the contractor will readily recognize, report, and react to problems.

L.12.2 **AREA/PART II MANAGEMENT**

(a) Schedule: Furnish a time phased plan showing the schedule of events by statement of work phase and significant milestones. Include tables showing the estimated man loading by labor, category, and grade.

(b) Quality Program Plan - Contractor shall clearly specify the type of quality system to be utilized. In addition, the contractor shall specify and provide the procedures to be followed throughout all areas of performance including fabrication, processing, assembly, inspection, test, packaging, marking and shipping for the item being procured. A matrix shall be provided that shows the relationship between the selected Quality System and its subsections and the contractors procedures. For workmanship, the contractor shall specify the controls utilized for surface preparation, painting, threads, burrs, foreign matter i.e. dirt, grease, chips, rust, corrosion, and protection of the rotating band. The contractor shall also specify the controls utilized for characteristics not covered in the Classification of Characteristics section of the specification or drawings and other requirements of the contract.

**Part IV - The Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS/ QUOTERS/BIDDERS**

(c) Make or Buy Plan - Identify items to be manufactured/produced in-house by the offeror and those items to be procured from subcontractors/vendors. Indicate the percentage of work to be performed in-house.

(d) Past Performance -Include a synopsis of work covered by Government contract (minimum past 3 years) for production efforts of similar design and manufacture.

(1) Provide a chart, in tabular form, listing the following information:

Column 1 - Contracting activity and address
Column 2 - Contracting Officer's name and telephone number
Column 3 - Contract number
Column 4 - Type of contract
Column 5 - Award price/cost
Column 6 - Final price/cost
Column 7 - Award performance completion date including First Article Test (FAT)
Column 8 - Actual performance completion date including FAT

(2) Provide narrative input on each contract cited in the chart to include a brief technical description of the statement of work, cost growths, or delays encountered.

L.12.3 **AREA/PART III COST DATA**

a. The offeror shall provide a cost proposal using an SF 1411 in accordance with (IAW) the instructions on the form. Separate breakdown of costs shall be provided for the basic and option requirement. The offeror may propose alternatives to each element in the statement of work if it would enhance the contractor's and Government's understanding of the costs for this effort.

b. If available, the offeror shall provide their cost proposal on a 3.5 inch double density floppy disk in Lotus 1-2-3, version 3 or 4. Alternate submission may be accepted.

c. The cost information to support the proposed price shall be in accordance with FAR 15.804-6, entitled, TABLE 15-2, INSTRUCTIONS FOR SUBMISSION OF A CONTRACT PRICING PROPOSAL.

**Part IV - The Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS/ QUOTERS/BIDDERS**

As delineated in TABLE 15-2, the offeror shall include, as a minimum, a complete breakdown of costs in SF 1411 format outlining Material costs, Direct labor costs, Indirect costs, Other costs, G&A, and Profit.

The proposal shall, at every element listed above, give supporting data that explains the rationale surrounding the need for the proposed elements of costs. Delineated below is an example of the necessary information required for each element:

a. Material- Indicate by purchase order the item and quantity, vender name and quote, and/or make or buy plan, for this element.

b. Direct labor- Indicate by labor category the hours, rates, including rationale surrounding the need for proposed hours.

c. Indirect cost-Indicate costs and proposed rates with rationale surrounding the need for the proposed element of costs.

d. Other Cost-Indicate special tooling costs and travel cost, and the rationale surrounding the need for the proposed element of costs.

e. General and Administrative (G&A) -Indicate dollar amount and proposed rate for this element.

f. Profit-Indicate dollar amount and proposed rate for this element.

**L.13 NOTICE TO OFFERORS** - Alternatives to Military Specifications and Standards:

The Department of Defense is committed to minimizing the incorporation of military specifications and standards and outdated federal and commercial documents in contracts, and is seeking to use alternative, tailored, or updated non-government specifications and standards to the maximum extent practicable to satisfy requirements. Offers are encouraged to identify and propose alternatives to those military, federal or commercial specifications and standards which are incorporated in this solicitation. Such alternatives will be considered by the

**Part IV - The Representations and Instructions**
**SECTION L - INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS/ QUOTERS/BIDDERS**

government during the source selection.