# In the United States Court of Federal Claims

No. 07-867C

(Filed: July 16, 2008)

********************************** *
*
AMERICAN ORDNANCE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
********************************** *

**ORDER**

As discussed with counsel for the parties, the Court will conduct a telephonic conference on the record in the above-captioned case on July 18, 2008, at 11:00 AM. The parties should be prepared to discuss the issues raised in Plaintiff's July 15, 2008 Motion for Status Conference.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge