# In the United States Court of Federal Claims

No. 07-867C

(Filed: July 18, 2008)

```
********************************** *
                                   *
AMERICAN ORDNANCE LLC,             *
                                   *
                    Plaintiff,     *
                                   *
 v.                                *
                                   *
THE UNITED STATES,                 *
                                   *
                    Defendant.     *
                                   *
********************************** *
```

**ORDER**

On July 18, 2008, the Court conducted a status conference with counsel for the parties to discuss outstanding pretrial issues. Based on the discussion with counsel, the Court directs the following:

1. The parties' proposed amended briefing schedule for their cross-motions for summary judgment is adopted. The parties are directed to file their response briefs on or before July 29, 2008, and their reply briefs on or before August 6, 2008.

2. Plaintiff shall determine if its witness, Marilyn S. Daniel, may be available to testify by video from a remote location during trial. If Ms. Daniel is unable to testify by video, counsel for the parties may conduct a preservation deposition of Ms. Daniel on August 6, 2008, at a location convenient to the parties.

3. Paragraph 6 of the May 1, 2008 Pretrial Order is amended to state that the Final Pretrial Conference shall be held by telephone on August 4, 2008, at 3:00 PM (EDT).

4. At trial, Plaintiff shall present its case-in-chief first, and Defendant shall follow.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge