# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN ORDNANCE LLC,

Plaintiff,

vs.

UNITED STATES,

Defendant.

Case No. 07-867C
Judge Wheeler

## PLAINTIFF AMERICAN ORDNANCE LLC'S AMENDED EXHIBIT LIST

Plaintiff, American Ordnance LLC ("AO"), respectfully submits the following amended list of exhibits that it expects to offer into evidence at trial:

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 1. | Department of Defense Manual for the Performance of Contract Property Administration, dated December, 1991 (DoD 4161.2-M) | | | | |
| 2. | Request for Proposal ("RFP") – Solicitation Offer and Award for DAAE30-96-R-0004, dated October 11, 1995 | | | | |
| 3. | Memorandum, dated November 2, 1995, re: Army Authority to Issue Letter Contract | | | | |
| 4. | Proposal, dated November 28, 1995, from Mason & Hanger-Silas Mason Co., Inc. ("MHC") | | | | |

**ATTACHMENT E**
**to**
**PRE-TRIAL FILING**

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 5. | Letter Contract DAAE30-96-C-0013, dated December 12, 1995 (the "Letter Contract") | | | | |
| 6. | Fax Transmission, dated March 14, 1996, Negotiation Timeline/Action Items | | | | |
| 7. | E-mail, dated March 22, 1996, from Marilyn Daniel ("Daniel") to Internal AO re: Conference with David M. Banashefski ("Banashefski") and Steven Talmadge ("Talmadge") | | | | |
| 8. | Letter Contract Amendment P00001, dated April 30, 1996 | | | | |
| 9. | Fax Transmission, dated May 16, 1996, forwarding Draft Facilitization Scope of Work | | | | |
| 10. | Letter, dated May 16, 1996, from Banashefski to Mason & Hanger Corporation ("MHC") re: CLIN 0001AA | | | | |
| 11. | Memorandum, dated May 17, 1996, from Hibler to Banashefski re: MHC Position on ARDEC Offer for Facilitization for the M795 | | | | |
| 12. | E-mail, dated May 17, 1996, from D. Reed ("Reed") to Internal MHC re: M795 Proposal/Negotiations | | | | |
| 13. | Memorandum, dated May 25, 1996, from Hibler to Banashefski re: Negotiation Position on Facilitization | | | | |
| 14. | Fax Transmission, dated May 28, 1996, re: Internal MHC Discussion of draft Facilitization Statement of Work | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 15. | Letter, dated May 29, 1996, from Darl Heffelbower (“Heffelbower”) to Banashefski re: Facilitization Counteroffer | | | | |
| 16. | Letter, dated May 30, 1996, from Valerie E. Colello, ARDEC CO, to Marilyn Daniel of MHC re: Statement Of Work Language Exclusion | | | | |
| 17. | Memorandum, dated June 3, 1996, from Hibler to Talmadge re: Additional Issues for Discussion | | | | |
| 18. | Letter, dated June 5, 1996, from Colonel James Unterseher (“Unterseher”) re: M795 Contract Negotiations | | | | |
| 19. | Memorandum, dated June 6, 1996, from Hibler to Internal MHC re: June 6, 1996 Telephone Conference with Banashefski and Talmadge | | | | |
| 20. | Memorandum June 10, 1996, re: Internal MHC Discussion of Negotiation Status | | | | |
| 21. | Memorandum, dated June 10, 1996, from Hibler to Talmadge re: Action Items from Telephone Call of June 6, 1996 | | | | |
| 22. | Fax transmission, dated June 14, 1996, from Mike Devine to Heffelbower re: Omitted Topics in Heffelbower June 12, 1996 Letter | | | | |
| 23. | Letter, dated June 18, 1996, from Heffelbower to Unterseher re: MHC Agreement to Accept Title to Line 3A Equipment | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 24. | Memorandum, dated June 18, 1996, from Hibler to Talmadge re: Action Items for M795 Negotiations | | | | |
| 25. | Fax Transmission, dated June 20, 1996, from Talmadge to MHC forwarding Government's Revision of CLIN Structure | | | | |
| 26. | Meeting Summary, dated June 21, 1996, re: "Open Issues" as of June 25, 1996 | | | | |
| 27. | Notes, dated June 25, 1996, of Reed re: Discussion with Talmadge | | | | |
| 28. | Notes, dated June 26, 1996, of Reed re: Negotiations | | | | |
| 29. | Notes, dated June 27, 1996, of Reed re: Negotiations | | | | |
| 30. | Memorandum, dated June 29, 1996, from Hibler to Internal MHC re: Continuation of M795 Negotiations | | | | |
| 31. | Memorandum, dated July 9, 1996, from Hibler to Internal MHC re: Record of Telephone Conversation with Banashefski | | | | |
| 32. | Memorandum, dated July 10, 1996, from Hibler to Internal MHC re: Telephone Conversation with Banashefski | | | | |
| 33. | Letter, dated July 17, 1996, from Hibler to Banashefski re: Confirmation of Price Agreement | | | | |
| 34. | Memorandum, dated August 13, 1996, from Hibler to Talmadge re: Comments on Draft M795 Contract | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 35. | Memorandum, dated August 14, 1996, from Hibler to Internal MHC re: M795 Contract Final Execution | | | | |
| 36. | Definitized Contract, Modification PZ0001 to Contract No. DAAE30-96-C-0013, dated August 15, 1996 (the "M795 Contract") | | | | |
| 37. | Letter, dated August 19, 1996, from Hibler to Banashefski re: Liquidation of CLIN 0001AA and 0001AB | | | | |
| 38. | Memorandum, dated August 20, 1996, from Fred Taylor ("Taylor") (ACO) to Banashefski re: MHC Ownership of Line 3A Equipment | | | | |
| 39. | E-mail, dated September 4, 1996, from ACO Taylor to current ACO Nelson re: Possible Future Request that MHC Return Title to Line 3A Equipment to the Government | | | | |
| 40. | E-mail, dated September 20, 1996, from Reed to internal AO re: Telephone Conversation with Talmadge | | | | |
| 41. | Memorandum, dated October 7, 1996, from Banashefski to Taylor re: Receipt of August 20, 1996 Letter | | | | |
| 42. | Letter, dated February 18, 1997, from Banashefski to John Lohmann re: Slippage of Government Furnished Material Delivery Schedule | | | | |
| 43. | Email, dated February 28, 1997 Internal MHC re: Slippage in Government's Material Delivery and Possible Earlier Payment | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 44. | Letter, dated March 3, 1997, from J.R. Lohmann to Talmadge re: Payment of Facilitization at FAT under CLIN 0001AA instead of CLIN 0001AB | | | | |
| 45. | Modification P00003 to M795 Contract, dated March 13, 1997 | | | | |
| 46. | Letter, dated October 21, 1997, from Talmadge to MHC Directing MHC to Submit Invoice for CLIN 0001AA | | | | |
| 47. | Invoice and form DD250, dated October 24, 1997, for Payment of CLIN 0001AA | | | | |
| 48. | Memorandum, dated February 13, 1998, re: Facilities Use Sole Source Justification and Approval | | | | |
| 49. | Trudy Hallgren presentation entitled: Acquisition Strategy for Milan and Iowa Army Ammunition Plants | | | | |
| 50. | Letter, dated August 12, 1999, from Frank Evans, DCAA, to Mickey Burkett ("Burkett") re: DCAA Review | | | | |
| 51. | Letter, dated September 14, 1999, from Burkett to DCAA re: DCAA Review | | | | |
| 52. | Property Audit Report dated November 10, 1999 | | | | |
| 53. | Letter, dated November 15, 1999, from Frank Evans, DCAA, to Mickey Burkett re: Response to AO re: DCAA Review | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 54. | E-mail, dated July 13, 2000, Internal Government re: Line 3A Equipment that American Ordnance Owns | | | | |
| 55. | Letter, dated September 6, 2007, from Charles Smith to Kristen Barnard re: Directive to Amend Property Records and Tags | | | | |
| 56. | Contracting Officer's Final Decision letter, dated September 26, 2007 | | | | |
| 57. | Letter, dated October 26, 2007, from Charles Smith to Kristen Barnard re: Directive to American Ordnance to Retag Property and to Change Records | | | | |
| 58. | Printouts of Property Records from AO's Property System Database | | | | |
| 59. | Excerpts of Property Records from AO Manual Property Logbook | | | | |
| 60. | Federal Acquisition Regulation ("FAR") Provisions (Jan. 1, 1996) | | | | |
| | FAR § 2.101 | | | | |
| | FAR § 16.202-1 | | | | |
| | FAR § 33.201 | | | | |
| | FAR § 33.206 | | | | |
| | FAR § 45.102 | | | | |
| | FAR § 45.104 | | | | |
| | FAR § 45.301 | | | | |
| | FAR § 45.302-6 | | | | |
| | FAR § 45.402 | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| | FAR § 45.505 | | | | |
| | FAR § 52.232-16 | | | | |
| | FAR § 52.245-2 | | | | |
| | FAR § 52.245-5 | | | | |
| | FAR § 52.245-7 | | | | |
| | FAR § 52.245-10 | | | | |
| | FAR § 52.254-11 | | | | |
| 61. | Defendant's Response to Plaintiff's First Set of Interrogatories, First Request for Production of Documents, and First Requests for Admissions | | | | |
| 62. | Talmadge Deposition Transcript | | | | |
| 63. | Colello Deposition Transcript | | | | |
| 64. | James Nelson Deposition Transcript | | | | |
| 65. | Michael Walker Deposition Transcript | | | | |
| 66. | Banashefski Deposition Transcript | | | | |
| 67. | Julie Solinski Deposition Transcript | | | | |
| 68. | Charles Smith Deposition Transcript | | | | |
| | Demonstrative Exhibits | | | | |
| D1 | Timeline of Events | | | | |
| | Any exhibits necessary for rebuttal | | | | |
| | Any exhibits necessary for impeachment | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| | Any exhibits designated by the government | | | | |