IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-867C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, the parties hereby jointly, respectfully request the Court to enter a protective order to enable defendant to share information that requires protection to safeguard the competitive process, including source selection information, proprietary information, and confidential information contained in: (a) any document (e.g., a pleading, motion, brief, notice, or discovery request or response) produced, filed, or served by a party to this litigation; or (b) any deposition, sealed testimony or argument, declaration, or affidavit taken or provided during this litigation.

Absent a protective order, the parties will be unable to discuss certain aspects of the case, and may be prevented from exploring all avenues potentially leading to expeditious resolution of the case.

For this reason, the parties respectfully request that the Court issue the proposed protective order submitted by the parties.

Additionally, Steven M. Masiello, and Timothy R. Odil, of McKenna Long and Aldridge, LLP, counsel for the plaintiff, American Ordnance LLC, represent that their relationship to American Ordnance is strictly one of legal counsel, and that neither of them is involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465

(Fed. Cir. 1984), for, or on behalf of American Ordnance as more fully set out in the Applications For Access To Material Under A Protective Order For Outside Counsel that accompany this motion. Based on the representations made by Mr. Masiello and Mr. Odil, the parties request that Mr. Masiello and Mr. Odil be admitted to the protective order upon the entry of this order.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

s/Steven M. Masiello
STEVEN M. MASIELLO
McKenna Long & Aldridge, LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
Tele: (303) 634-4000
Fax: (303) 634-4400

s/ Timothy R. Odil
TIMOTHY R. ODIL
McKenna Long & Aldridge, LLP
1875 Lawrence Street, Suite 200
Denver Colorado 80202

OF COUNSEL:

James Mackey Ives
Litigation Attorney
General Litigation Branch
Army Litigation Center
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203

Larry Manecke
U.S. Army Sustainment Command
Office of Counsel
AMSAS-GC
Bldg. 390
1 Rock Island Arsenal
Rock Island, Illinois 61299-6000

Attorneys for Plaintiff

Attorneys for Defendant

August 7, 2008

CERTIFICATE OF FILING

I hereby certify that on August, 7, 2008, copies of the foregoing "JOINT MOTION FOR A PROTECTIVE ORDER" and "PROPOSED PROTECTIVE ORDER" were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties my access this filing through the Court's system.

s/Joan M. Stentiford
Joan M. Stentiford