IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AMERICAN ORDNANCE LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-867C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

APPLICATION FOR ACCESS TO MATERIAL
UNDER A PROTECTIVE ORDER FOR OUTSIDE COUNSEL

1. I, Timothy R. Odil, hereby apply for access to protected material covered by the protective order issued in connection with the above-captioned case.

2. I am an attorney with the law firm of McKenna Long & Aldridge LLP, which has been retained to represent American Ordnance LLC, the plaintiff in this case.

3. I am a member of the bar of Colorado; my bar membership number is 35771.

4. My professional relationship with the party I represent in this case and the party's personnel is strictly one of legal counsel. I am not involved in competitive decisionmaking as discussed in U.S. Steel Corp. v. United States, 730 F.2d 1465 (Fed .Cir. 1984), for or on behalf of the party I represent, any entity that is interested in this case, or any other firm that might gain a competitive advantage from access to the material disclosed under the protective order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning or participate in decisions about marketing or advertising strategies, product research and development, product design, or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected material could provide a competitive advantage.

5. I identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph:

**None.**

(Attach additional pages for this and the following questions, if needed.)

6. I identify here (by writing "none" or listing names, positions, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the protest or with any other firm that might gain a competitive advantage from access to the material disclosed under the protective order:

**None.**

7. I identify here (by writing "none" or identifying the name of the forum, case number, date and circumstances) instances within the last 2 years in which I have been denied admission to a protective order issued by a court, GAO, or by an administrative or judicial tribunal:

**None.**

8. I identify here (by writing "none" or listing the protest name and file number) any pending application for admission to a protective order issue by a court or GAO:

**None.**

9. I have read the protective order issued by the Court in this action, and I will comply in all respects with that order and will abide by its terms and conditions in handling any protected material filed or produced in connection with the protest.

10. I acknowledge that any violation of the terms of the protective order may result in the imposition of such sanctions as the Court deems appropriate, including, but not limited to

referral of the violation to appropriate bar associations or other disciplinary bodies, and restricting my practice before the Court. I further acknowledge that a party whose protected information is improperly disclosed shall be entitled to all remedies under law or equity, including breach of contract.

CERTIFICATION

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including any attached statements) are true and correct. I recognize that knowingly making a false statement on this application could render me liable to a $10,000 fine or 5 years imprisonment, or both, pursuant to 18 U.S.C. § 1001. I identify below the mailing address and facsimile number at which I may receive protected material in accordance with the terms of the protective order.

[signature]
Signature

August 7, 2008
Date Executed

Timothy R. Odil
Typed Name and Title

1875 Lawrence Street, Suite 200
Denver, CO 80202
Mailing Address

(303) 634-4337
Direct Dial Telephone Number

(303) 634-4400
Facsimile Number

todil@mckennalong.com
E-mail Address

DN:32146715.1