# In the United States Court of Federal Claims

No. 07-867C

(Filed: August 7, 2008)

************************************ *
*
AMERICAN ORDNANCE LLC, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

On August 7, 2008, the parties filed a Joint Motion for a Protective Order to enable Defendant to share information with Plaintiff and explore an expeditious resolution of the case. The parties attached a proposed Protective Order to their joint motion and requested that the Court issue the proposed Protective Order and admit Plaintiff's counsel, Mr. Steven M. Masiello and Mr. Timothy R. Odil of McKenna Long & Aldridge LLP, upon its execution. For good cause shown, the parties' joint motion is GRANTED. The parties' August 7, 2008 Protective Order, Doc. No. 38-2, is entered and Mr. Masiello and Mr. Odil are admitted to the Protective Order effective immediately.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge