# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AMERICAN ORDNANCE LLC,<br>Plaintiff,<br>vs.<br>UNITED STATES,<br>Defendant. | Case No. 07-867C<br>Judge Wheeler |

## PLAINTIFF AMERICAN ORDNANCE LLC'S SECOND AMENDED EXHIBIT LIST

Plaintiff, American Ordnance LLC ("AO"), respectfully submits the following amended list of exhibits that it expects to offer into evidence at trial. The list has been modified to note the parties' agreements regarding admissibility and to itemize the demonstrative exhibits that AO has prepared for use at trial.

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 1. | Department of Defense Manual for the Performance of Contract Property Administration, dated December, 1991 (DoD 4161.2-M) | | | | |
| 2. | Request for Proposal ("RFP") – Solicitation Offer and Award for DAAE30-96-R-0004, dated October 11, 1995 | X | | | |
| 3. | Memorandum, dated November 2, 1995, re: Army Authority to Issue Letter Contract | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 4. | Proposal, dated November 28, 1995, from Mason & Hanger-Silas Mason Co., Inc. ("MHC") | X | | | |
| 5. | Letter Contract DAAE30-96-C-0013, dated December 12, 1995 (the "Letter Contract") | X | | | |
| 6. | Fax Transmission, dated March 14, 1996, Negotiation Timeline/Action Items | X | | | |
| 7. | E-mail, dated March 22, 1996, from Marilyn Daniel ("Daniel") to Internal AO re: Conference with David M. Banashefski ("Banashefski") and Steven Talmadge ("Talmadge") | X | | | |
| 8. | Letter Contract Amendment P00001, dated April 30, 1996 | X | | | |
| 9. | Fax Transmission, dated May 16, 1996, forwarding Draft Facilitization Scope of Work | X | | | |
| 10. | Letter, dated May 16, 1996, from Banashefski to Mason & Hanger Corporation ("MHC") re: CLIN 0001AA | X | | | |
| 11. | Memorandum, dated May 17, 1996, from Hibler to Banashefski re: MHC Position on ARDEC Offer for Facilitization for the M795 | X | | | |
| 12. | E-mail, dated May 17, 1996, from D. Reed ("Reed") to Internal MHC re: M795 Proposal/Negotiations | X | | | |
| 13. | Memorandum, dated May 25, 1996, from Hibler to Banashefski re: Negotiation Position on Facilitization | X | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 14. | Fax Transmission, dated May 28, 1996, re: Internal MHC Discussion of draft Facilitization Statement of Work | X | | | |
| 15. | Letter, dated May 29, 1996, from Darl Heffelbower ("Heffelbower") to Banashefski re: Facilitization Counteroffer | X | | | |
| 16. | Letter, dated May 30, 1996, from Valerie E. Colello, ARDEC CO, to Marilyn Daniel of MHC re: Statement Of Work Language Exclusion | X | | | |
| 17. | Memorandum, dated June 3, 1996, from Hibler to Talmadge re: Additional Issues for Discussion | X | | | |
| 18. | Letter, dated June 5, 1996, from Colonel James Unterseher ("Unterseher") re: M795 Contract Negotiations | X | | | |
| 19. | Memorandum, dated June 6, 1996, from Hibler to Internal MHC re: June 6, 1996 Telephone Conference with Banashefski and Talmadge | X | | | |
| 20. | Memorandum June 10, 1996, re: Internal MHC Discussion of Negotiation Status | X | | | |
| 21. | Memorandum, dated June 10, 1996, from Hibler to Talmadge re: Action Items from Telephone Call of June 6, 1996 | X | | | |
| 22. | Fax transmission, dated June 14, 1996, from Mike Devine to Heffelbower re: Omitted Topics in Heffelbower June 12, 1996 Letter | X | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 23. | Letter, dated June 18, 1996, from Heffelbower to Unterseher re: MHC Agreement to Accept Title to Line 3A Equipment | X | | | |
| 24. | Memorandum, dated June 18, 1996, from Hibler to Talmadge re: Action Items for M795 Negotiations | X | | | |
| 25. | Fax Transmission, dated June 20, 1996, from Talmadge to MHC forwarding Government's Revision of CLIN Structure | X | | | |
| 26. | Meeting Summary, dated June 21, 1996, re: "Open Issues" as of June 25, 1996 | X | | | |
| 27. | Notes, dated June 25, 1996, of Reed re: Discussion with Talmadge | | | | |
| 28. | Notes, dated June 26, 1996, of Reed re: Negotiations | | | | |
| 29. | Notes, dated June 27, 1996, of Reed re: Negotiations | | | | |
| 30. | Memorandum, dated June 29, 1996, from Hibler to Internal MHC re: Continuation of M795 Negotiations | X | | | |
| 31. | Memorandum, dated July 9, 1996, from Hibler to Internal MHC re: Record of Telephone Conversation with Banashefski | X | | | |
| 32. | Memorandum, dated July 10, 1996, from Hibler to Internal MHC re: Telephone Conversation with Banashefski | X | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 33. | Letter, dated July 17, 1996, from Hibler to Banashefski re: Confirmation of Price Agreement | X | | | |
| 34. | Memorandum, dated August 13, 1996, from Hibler to Talmadge re: Comments on Draft M795 Contract | X | | | |
| 35. | Memorandum, dated August 14, 1996, from Hibler to Internal MHC re: M795 Contract Final Execution | X | | | |
| 36. | Definitized Contract, Modification PZ0001 to Contract No. DAAE30-96-C-0013, dated August 15, 1996 (the "M795 Contract") | X | | | |
| 37. | Letter, dated August 19, 1996, from Hibler to Banashefski re: Liquidation of CLIN 0001AA and 0001AB | X | | | |
| 38. | Memorandum, dated August 20, 1996, from Fred Taylor ("Taylor") (ACO) to Banashefski re: MHC Ownership of Line 3A Equipment | X | | | |
| 39. | E-mail, dated September 4, 1996, from ACO Taylor to current ACO Nelson re: Possible Future Request that MHC Return Title to Line 3A Equipment to the Government | X | | | |
| 40. | E-mail, dated September 20, 1996, from Reed to internal AO re: Telephone Conversation with Talmadge | | | | |
| 41. | Memorandum, dated October 7, 1996, from Banashefski to Taylor re: Receipt of August 20, 1996 Letter | X | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 42. | Letter, dated February 18, 1997, from Banashefski to John Lohmann re: Slippage of Government Furnished Material Delivery Schedule | X | | | |
| 43. | Email, dated February 28, 1997 Internal MHC re: Slippage in Government's Material Delivery and Possible Earlier Payment | X | | | |
| 44. | Letter, dated March 3, 1997, from J.R. Lohmann to Talmadge re: Payment of Facilitization at FAT under CLIN 0001AA instead of CLIN 0001AB | X | | | |
| 45. | Modification P00003 to M795 Contract, dated March 13, 1997 | X | | | |
| 46. | Letter, dated October 21, 1997, from Talmadge to MHC Directing MHC to Submit Invoice for CLIN 0001AA | X | | | |
| 47. | Invoice and form DD250, dated October 24, 1997, for Payment of CLIN 0001AA | X | | | |
| 48. | Memorandum, dated February 13, 1998, re: Facilities Use Sole Source Justification and Approval | | | | |
| 49. | Trudy Hallgren presentation entitled: Acquisition Strategy for Milan and Iowa Army Ammunition Plants | | | | |
| 50. | Letter, dated August 12, 1999, from Frank Evans, DCAA, to Mickey Burkett ("Burkett") re: DCAA Review | X | | | |
| 51. | Letter, dated September 14, 1999, from Burkett to DCAA re: DCAA Review | X | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 52. | Property Audit Report dated November 10, 1999 | | | | |
| 53. | Letter, dated November 15, 1999, from Frank Evans, DCAA, to Mickey Burkett re: Response to AO re: DCAA Review | X | | | |
| 54. | E-mail, dated July 13, 2000, Internal Government re: Line 3A Equipment that American Ordnance Owns | | | | |
| 55. | Letter, dated September 6, 2007, from Charles Smith to Kristen Barnard re: Directive to Amend Property Records and Tags | X | | | |
| 56. | Contracting Officer's Final Decision letter, dated September 26, 2007 | X | | | |
| 57. | Letter, dated October 26, 2007, from Charles Smith to Kristen Barnard re: Directive to American Ordnance to Retag Property and to Change Records | X | | | |
| 58. | Printouts of Property Records from AO's Property System Database | | | | |
| 59. | Excerpts of Property Records from AO Manual Property Logbook | | | | |
| 60. | Federal Acquisition Regulation ("FAR") Provisions (Jan. 1, 1996) | X | | | |
| | FAR § 2.101 | X | | | |
| | FAR § 16.202-1 | X | | | |
| | FAR § 33.201 | X | | | |
| | FAR § 33.206 | X | | | |
| | FAR § 45.102 | X | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| | FAR § 45.104 | X | | | |
| | FAR § 45.301 | X | | | |
| | FAR § 45.302-6 | X | | | |
| | FAR § 45.402 | X | | | |
| | FAR § 45.505 | X | | | |
| | FAR § 52.232-16 | X | | | |
| | FAR § 52.245-2 | X | | | |
| | FAR § 52.245-5 | X | | | |
| | FAR § 52.245-7 | X | | | |
| | FAR § 52.245-10 | X | | | |
| | FAR § 52.254-11 | X | | | |
| 61. | Defendant's Response to Plaintiff's First Set of Interrogatories, First Request for Production of Documents, and First Requests for Admissions | X | | | |
| 62. | Talmadge Deposition Transcript | | | | |
| 63. | Colello Deposition Transcript | | | | |
| 64. | James Nelson Deposition Transcript | | | | |
| 65. | Michael Walker Deposition Transcript | | | | |
| 66. | Banashefski Deposition Transcript | | | | |
| 67. | Julie Solinski Deposition Transcript | | | | |
| 68. | Charles Smith Deposition Transcript | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| 69. | Trudy Hallgren Deposition Transcript from the Appeal of American Ordnance LLC, Under Contract No. DAAA09-98-G-0011, ASBCA Nos. 54203 & 54504 taken March 15, 2006 and June 13, 2007 | | | | |
| 70. | James Nelson Deposition Transcript from the Appeal of American Ordnance LLC, Under Contract No. DAAA09-98-G-0011, ASBCA Nos. 54203 & 54504 taken June 14, 2007 | | | | |
| | Demonstrative Exhibits | | | | |
| D01 | MHC/AO Ownership Timeline | | | | |
| D02 | Letter Contract Negotiation Timeline | | | | |
| D03 | Title and Payment Negotiation Timeline | | | | |
| D04 | MHC/AO Ownership and Performance Timeline | | | | |
| D05 | CLIN Comparison | | | | |
| D06 | SOW Comparison | | | | |
| D07 | Delivery Schedule Comparison | | | | |
| D08 | Opening PowerPoint Presentation | | | | |
| D09 | Property Tag Photo | | | | |
| D10 | Property Tag Photo | | | | |
| D11 | Property Tag Photo | | | | |
| D12 | Property Tag Photo | | | | |
| D13 | Property Tag Photo | | | | |
| D14 | Property Tag Photo | | | | |

| Exhibit | Description | Stipulated | Offered | Admitted | Comments |
|---|---|---|---|---|---|
| D15 | Property Tag Photo | | | | |
| D16 | Property Tag Photo | | | | |
| D17 | Joint Deposition Testimony Designation Excerpts | | | | |
| | Any exhibits necessary for rebuttal | | | | |
| | Any exhibits necessary for impeachment | | | | |
| | Any exhibits designated by the government | | | | |

DN:32145548.7