# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN ORDNANCE LLC,

Plaintiff,

vs.

UNITED STATES,

Defendant.

Case No. 07-867C
Judge Wheeler

## DESIGNATIONS OF DEPOSITION TESTIMONY

Plaintiff, American Ordnance LLC ("AO"), and defendant, the United States (the "government"), respectfully submit the following designations of deposition testimony expected to be offered into evidence at trial:

| Deposition | AO Designations | Government Designations |
|---|---|---|
| June 2, 2008 Deposition Transcript of Steven Talmadge | 30:3-30:24<br>84:20-88:24<br>62:24-63:4<br>108:11-108:18<br>109:7-109:11 | 30:25-32:25<br>61:23-62:12<br>90:11-93:8<br>107:23-108:10<br>109:25-111:20 |
| June 2, 2008 Deposition Transcript of Valerie Colello | 22:18-23:14<br>24:3-13<br>34:4-21<br>35:12-24<br>101:7-24<br>150:23-151:12 | 20:8-15<br>21:19-22:13<br>34:23-35:11<br>35:25-37:20<br>101:7-103:12<br>122:5-123:7<br>148:10-25<br>164:7-165:14 |

| Deposition | AO Designations | Government Designations |
|---|---|---|
| June 2, 2008 Deposition Transcript of David Banashefski | 8:24-9:8<br>12:3-12:8<br>30:25-31:5<br>40:20-42:6<br>62:10-23 | 10:20-11:9<br>12:17-13:4<br>24:13-24<br>97:14-21<br>61:10-62:9 |
| June 4, 2008 Deposition Transcript of James Nelson | 26:19-27:10<br>32:14-23<br>35:14-16<br>77:6 – 79:15<br>88:17-89:3 | 22:24-24:11<br>54:22-55:10<br>77:6-79:15<br>79:16-80:4 |
| June 4, 2008 Deposition Transcript of Michael Walker | 27:8-13<br>29:24-30:8 | 16:15-17:19 |
| June 6, 2008 Deposition Transcript of Charles Smith | 44:12-20<br>45:16-20<br>73:6-74:7 | 12:1-13:17<br>14:3-15:14<br>16:5-11<br>16:18-22<br>42:3-44:11<br>74:8-75:12 |
| June 5, 2008 Deposition Transcript of Julie Solinski | 99:21-102:12<br>104:7 – 105:20<br>106:5-111:13<br>120:10-121:12<br>125:22-128:2<br>160:19-162:1 | 102:4-103:24<br>111:14-114:19<br>115:13-118:21<br>119:17-120:9 |