# In the United States Court of Federal Claims

No. 07-867C

(Filed: August 15, 2008)

| | |
|---|---|
| ************************************ | * |
| | * |
| AMERICAN ORDNANCE LLC, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | * |

POST-TRIAL SCHEDULING ORDER

The trial on the merits in this case concluded on August 15, 2008. At the close of trial, the Court issued a ruling from the bench in Plaintiff's favor, and invited the parties to submit post-trial briefs according to the following schedule:

1. Opening briefs from both parties are due on or before August 29, 2008.

2. Response briefs from both parties are due on or before September 5, 2008.

The parties may organize their opening briefs as they desire, and may include a Summary of Argument, a statement of the Issues Presented, Proposed Findings of Fact, and an Argument section containing a discussion of applicable case law. The Proposed Findings of Fact should include supporting transcript and exhibit citations. The transcript citations should include the name of the witness, the page number(s), and the line numbers, such as (Daniel, Tr. 150, lines 18-20). For multi-page exhibits, the exhibit citation should include a page number, and if applicable, a section description. In addition to the trial transcript and documents admitted in evidence, the parties may refer to any pre-trial filings in their post-trial briefs.

The Court expects counsel to meet the briefing schedule set forth herein. Time extensions will not be granted absent a showing of exceptional circumstances.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge