IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AMERICAN ORDNANCE, LLC, )
Plaintiff, ) Case No. 07-867C
vs. )
THE UNITED STATES OF )
AMERICA, )
Defendant. )

VOLUME 4

Courtroom 6
National Courts Building
717 Madison Place NW
Washington, D.C.
Friday, August 15, 2008

The parties met, pursuant to the notice of the Judge, at 9:30 a.m.

BEFORE: THE HONORABLE THOMAS C. WHEELER

APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:

STEVEN M. MASIELLO, ESQ.
TIMOTHY R. ODIL, ESQ.
McKenna Long & Aldridge LLP
1875 Lawrence Street, Suite 200
Denver, Colorado 80202
(303) 634-4355

ON BEHALF OF THE DEFENDANTS:

JOAN STENTIFORD, ESQ.
U.S. Department of Justice
1100 L Street, N.W., 8th floor
(202) 616-0341

and

J. MACKEY IVES, ESQ.
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837
(703) 696-1616

***Index appears at end of transcript***

C O N T E N T S


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS | VOIR DIRE |
|---|---|---|---|---|---|
| Marilyn Daniel | 45 | 164 | -- | -- | -- |
| Jeff Hibler | 189 | -- | -- | -- | -- |
| | 261 | 263 | -- | -- | -- |
| Dan Darley | 278 | 362 | 375 | -- | -- |
| Julie Solinsky | 381 | 404 | 430 | 432 | -- |
| Steven M. Talmadge | 439 | 467 | 541 | -- | -- |
| David Banashefski | 555 | 591 | -- | -- | -- |
| | -- | 708 | 721 | -- | -- |
| Charles Smith | 724 | 729 | 736 | 751 | -- |
| Michael Walker | 755 | 786 | -- | -- | -- |

E X H I B I T S

| PLAINTIFF EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 1 | -- | 300 | 1991 DOD manual |
| 2 | -- | 44 | Request for Proposal ("RFP") - Solicitation Offer and Award for DAAE30-96-R-0004, (10/11/95) (stipulated) |
| 4 | -- | 44 | 11/28/95 proposal from Mason & Hanger-Silas Mason Co., INc ("MHC") (stipulated) |
| 5 | -- | 44 | Letter contract DAAE30-96-C-0013, (12/12/95) the "Letter Conttract") (stipulated) |
| 6 | -- | 44 | 3/14/96 Fax Transmission Negotiation Timeline/Action Items (stipulated) |
| 7 | -- | 44 | 3/22/96 email from Marilyn Daniel ("Daniel") to internal AO (stipulated) |
| 8 | -- | 44 | Letter Contract Amendment P00001, (4/30/96) (stipulated) |
| 9 | -- | 44 | 5/16/96 Fax Transmission forwarding draft facilitization scope of work (stipulated) |
| 10 | -- | 44 | 5/16/96 letter from Banashefski to MHC (stipulated) |
| 11 | -- | 44 | 5/17/96 Memo from Hibler to Banashefski (stipulated) |
| 12 | -- | 44 | 5/17/96 E-Mail from D. Reed to Internal MHC (stipulated) |
| 13 | -- | 44 | 5/25/96 Memo from Hibler to Banashefski (stipulated) |
| 14 | -- | 44 | 5/28/96 Fax Transmission (stipulated) |
| 15 | -- | 44 | 5/29/96 letter from Heffelbower to Banashefski (stipulated) |

E X H I B I T S

| PLAINTIFF EXHIBITS (cont'd) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 16 | -- | 44 | 5/30/96 letter from Colello ARDEC Co to Marilyn Daniel of MHC (stipulated) |
| 17 | -- | 44 | 6/3/96 Memo from Hibler to Talmadge (stipulated) |
| 18 | -- | 44 | 6/5/96 letter from Colonel James Unterseher (stipulated) |
| 19 | -- | 44 | 6/6/96 Memo from Hibler to Internal MHC (stipulated) |
| 20 | -- | 44 | 6/10/96 Memo re: Internal MHC discussion of negotiation status ( stipulated ) |
| 21 | -- | 44 | 6/10/96 Memo from Hibler to talmadge (stipulated) |
| 22 | -- | 44 | 6/14/96 Fax transmission from Mike Devine to Heffelbower (stipulated) |
| 23 | -- | 44 | 6/18/96 letter from Heffelbower to Unterseher (stipulated) |
| 24 | -- | 44 | 6/18/96 Memo from Hibler to Talmadge (stipulated) |
| 25 | -- | 44 | 6/20/96 Fax Transmission from Talmadge to MHC forwarding Government's Revision of CLIN Structure (stipulated) |
| 26 | -- | 44 | 6/21/96 Meeting Summary (Stipulated) |
| 30 | -- | 44 | 6/29/96 Memo from Hibler to Internal MHC (stipulated) |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 31 | -- | 44 | 7/9/96 Memo from Hibler to Internal MHC (Stipulated) |
| 32 | -- | 44 | 7/10/96 Memo from Hibler to Internal MHC (stipulated) |
| 33 | -- | 44 | 7/17/96 Letter from Hibler to Banashefski (stipulated) |
| 34 | -- | 44 | 8/13/96 Memo from Hibler to Talmadge (stipulated) |
| 35 | -- | 44 | 8/14/96 Memo from Hibler to Internal MHC (stipulated) |
| 36 | -- | 44 | Definitized Contract, Mod No. PZ0001 to Contract No. DAAE30-96-C-0013 (8/15/96) (stipulated) |
| 37 | -- | 44 | 8/19/96 letter from Hibler to Banashefski (Stipulated) |
| 38 | -- | 44 | 8/20/96 Memo from Fred Taylor to Banashefski (stipulated) |
| 39 | -- | 44 | 9/4/96 email from ACO Taylor to current ACO Nelson (stipulated) |
| 40 | -- | 156 | Email from Doug Reed regarding ARDEC, Army at Iowa et al |
| 41 | -- | 44 | 10/7/96 Memo from Banashefski to Taylor (stipulated) |
| 42 | -- | 44 | 2/18/97 letter from Banashefski to John Lohmann (stipulated) |
| 43 | -- | 44 | 2/28/97 Email Internal MHC (stipulated) |
| 44 | -- | 44 | 3/3/97 letter from J.R. Lohmann to Talmadge (stipulated) |
| 45 | -- | 44 | Mod No. P00003 to M795 Contract (dated 3/13/97) (stipulated) |

# E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 46 | -- | 44 | 10/21/97 letter from Talmadge to MHC Directing MHC to Submit Invoice for CLIN 001AA (stipulated) |
| 47 | -- | 44 | Invoice and Form DD250 dated 10/24/97 for payment of CLIN 0001AA |
| 48 | -- | 59 | 12/13/98 Memo |
| 49 | -- | 65 | Trudy Hallgren presentation (PCO on Iowa contract) |
| 50 | -- | 44 | 8/12/99 Letter from Frank Evans, DCAA, to Mickey Burkett (stipulated) |
| 51 | -- | 44 | 9/14/99 letter from Burkett to DCAA (stipulated) |
| 52 | -- | 345 | Property Audit Report dated 11/10/99 |

E X H I B I T S

| PLAINTIFF EXHIBITS (CONT'D) | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 53 | -- | 44 | 11/15/99 letter from Frank Evans, DCAA, to Mickey Burkett (stipulated) |
| 54 | -- | 326 | Email regarding Morgan, Taylor, Nieber et al (First page excluded.) |
| 55 | -- | 44 | 9/6/07 letter from Charles Smith to Kristen Barnard (stipulated) |
| 56 | -- | 44 | Contracting Officer's Final Decision letter dated 9/26/07 (stipulated) |
| 57 | -- | 44 | 10/26/07 letter from Charles Smith to Kristen Barnard (stipulated) |
| 58 | -- | 309 | Printouts of Property Records from AO's Property System Database |
| 59 | -- | 318 | Mason & Hanger's property log |
| 60 | -- | 44 | Federal Acquisition Regulation (FAR) Provisions (1/1/96) (Stipulated) |
| 61 | -- | 44 | Defendant's Response to Plaintiff's First Set of Interrogatories, First Request for Production of Documents and First Requests for admissions (stipulated) |
| | -- | 278 | Defendant responses to the plaintiff (Admissions number 6 and 7 and answer to interrogatory number 3) |
| 71 | -- | 811 | Julie Solinsky email |
| 72 | -- | 812 | Illustration of Steven Talmedge response to action item number two and contract |

E X H I B I T S

| DEMONSTRATIVE EXHIBITS | MARKED | RECEIVED | DESCRIPTION |
|---|---|---|---|
| 5 | -- | 148 | CLIN Comparison |
| 6 | -- | 141 | SOW Comparison |
| 7 | -- | 150 | Delivery schedule comparison |
| 9 | -- | 295 | Property Tag Photo |
| 10 | -- | 295 | Property Tag Photo |
| 11 | -- | 295 | Property Tag Photo |
| 12 | -- | 295 | Property Tag Photo |
| 13 | -- | 295 | Property Tag Photo |
| 14 | -- | 295 | Property Tag Photo |
| 15 | -- | 295 | Property Tag Photo |
| 16 | -- | 295 | Property Tag Photo |
| 17 | -- | 276 | Joint Deposition Testimony Designation Excerpts |