# In the United States Court of Federal Claims

**No. 07-867 C**

**AMERICAN ORDNANCE LLC**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed September 12, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff, American Ordnance LLC, is the owner of the Line 3A manufacturing equipment at the Iowa Army Ammunition Plant. Costs to plaintiff.

John S. Buckley
Acting Clerk of Court

**September 12, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.